Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH<br><br>Plaintiff,<br><br>v.<br><br>CSK AUTO, INC.,<br><br>Defendant. | Superior Court Case No. 4FA-04-2053 CI<br><br>US District Court Case No.:<br>3:06 - cv - ( ) |

NOTICE OF REMOVAL OF CIVIL ACTION

Defendant CSK Auto, Inc. ("CSK"), by and through its attorneys, Davis Wright Tremaine LLP, gives notice that it is removing this case to the United States District Court for the District of Alaska on the grounds set forth below:

1. CSK has been named as a defendant in a civil action by Plaintiff Terry L. Smith ("Smith"), entitled Terry L. Smith v. CSK Auto, Inc. d/b/a Schucks Auto Supply,

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Doe, Case No. 4FA-04-2053 Civil, Superior Court for the State of Alaska at Fairbanks (the "Action").

2. CSK is an Arizona corporation with its principal place of business in Phoenix, Arizona. Smith is an Alaska resident residing in Fairbanks, Alaska.

3. This is a civil action in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and which may be removed to this Court by CSK pursuant to 28 U.S.C. § 1441(a) & (b).

4. This Action is timely under 28 U.S.C. § 1446(b) because it was filed within thirty (30) days of the date that Smith first filed a paper indicating that he is bringing a claim under federal law in this case, namely the Federal Family and Medical Leave Act, 29 U.S.C. § 2601 et. seq.

5. Smith filed this Action in September 2004 following the dismissal of a substantially similar complaint by this Court on July 9, 2004 in the case entitled Terry L. Smith v. CSK Auto, Inc. and R&R Industries, Case No. F04-12 CI (RRB), United States District Court for the District of Alaska (the "First Federal Case"). The judgment in the First Federal Case was subsequently affirmed by the Ninth Circuit Court of Appeals.

6. Smith's complaint does not on its face plead any federal claims. It does, however, contain an ambiguous statement that Smith was "secretly terminated . . . in violation of medical leave act." Complaint at para. 30. A true and correct copy of

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Smith's Complaint is attached hereto as Exhibit A. The complaint gives no indication of whether Smith was pleading a claim under state or federal leave laws.

7. CSK moved to dismiss this Action in the Alaska Superior Court on September 23, 2004 on the grounds that Smith's claims were barred by the res judicata effect of this Court's prior judgment in the First Federal Case. The Superior Court granted that motion in an order dated November 26, 2004.

8. Smith appealed the dismissal of his claims to the Alaska Supreme Court. The Alaska Supreme Court affirmed dismissal of Smith's claims with the sole exception of his wrongful termination claim. The Alaska Supreme Court found that Smith's wrongful termination claim was not barred by res judicata. The Alaska Supreme Court noted that it was not clear what law the "medical leave act" referred to, but held that Smith could potentially state a claim under federal law if that was the claim he was purporting to bring. See Smith v. CSK Auto, Inc., 132 P.3d 818, 823 (Alaska 2006).

9. At the June 26, 2006 pretrial conference for the Action held by the Alaska Superior Court, Smith stipulated that his claim was only under the Alaska medical leave laws, and that he was not asserting any federal claims. See Affidavit of Counsel ("Counsel Affid.") filed herewith at paras. 2-3 and Exhs. A & B thereto.

10. On June 27, 2006, Smith purported to file a Notice to the Court for Clarification as to FMLA Jurisdiction which indicates for the first time that he is bringing an FMLA claim in the Action. A copy of that Notice is attached hereto as Exhibit B.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Counsel for CSK received that document on June 29, 2006 and Smith's certificate of service indicates that it was served on June 27, 2006. Counsel Affid. at para. 3.

11. Removal to the United States District Court for the District of Alaska is proper under 28 U.S.C. § 1441 because this district embraces the State of Alaska's Fourth Judicial District.

12. Copies of all records and proceedings filed with the Superior Court in the Action are listed below and, pursuant to instructions from the clerk of court, will be filed with the court upon issuance of an Order to Petitioner Subsequent to Removal:

| **Exhibit** | **Date Filed** | **Party** | **Document Filed** |
|---|---|---|---|
| A. | 9/1/04 | Smith | Complaint |
| B. | 9/8/04 | Smith | Notice Of Change Of Judge |
| C. | 9/15/04 | CSK | Entry Of Appearance (DWT) |
| D. | 9/21/04 | CSK | Motion To Dismiss Plaintiff Terry L. Smith's Complaint For Failure To State A Claim Upon Which Relief Can Be Granted, Memorandum In Support Of Motion To Dismiss Plaintiff Terry L. Smith's Complaint For Failure To State A Claim Upon Which Relief Can Be Granted, Affidavit Of Counsel & Order Granting Motion To Dismiss Plaintiff Terry L. Smith's Complaint For Failure To State A Claim Upon Which Relief Can Be Granted |
| E. | 9/23/04 | Court | Notice Of Pretrial Scheduling Conference |
| F. | 10/4/04 | Smith | Memorandum In Support Of Opposition To Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted, Affidavit On Motion, |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

| | | | |
|---|---|---|---|
| | | | & [Proposed] Order Denying Defendant CSK Auto Corp.'s Motion To Dismiss |
| G. | 10/12/04 | CSK | Reply To Opposition To Motion To Dismiss Complaint For Failure To State A Claim Upon Which Relief Can Be Granted, Affidavit Of Eric Jenkins, & Excerpts Of Deposition Of Terry Smith |
| H. | 10/12/04 | CSK | Request For Oral Argument |
| I. | 10/22/04 | CSK | Motion To Vacate Pretrial Scheduling Conference, Memorandum In Support Of Motion To Vacate Pretrial Scheduling Conference, [Proposed] Order Granting Motion |
| J. | 10/25/04 | Smith | Motion To Strike Defendant's Reply to Opposition To Motion To Dismiss Complaint For Failure To State A Claim Upon Which Relief Can Be Granted, Order On Motion To Strike Defendant Reply Opposition, Memorandum On Motion To Strike Defendants Reply Opposition & Affidavit On Motion |
| K. | 11/2/04 | Smith | Opposition To Motion To Vacate Pretrial Scheduling Conference, Memorandum On Opposit To Motion To Vacate Pretrial Scheduling Conferen Affidavit On Motion, & [Proposed] Order Denying Defendant CSK Auto Corp. Motion To Vacate Pretrial Scheduling Conference |
| L. | 11/3/04 | Court | Order Setting Oral Argument (11/22/04) |
| M. | 11/5/04 | CSK | Opposition To Smith's Motion To Strike Defendan Reply & Affidavit Of Counsel |
| N. | 11/8/04 | CSK | Reply To Opposition To Motion To Vacate Pretrial Scheduling Conference |
| O. | 11/15/04 | Smith | Reply To Opposition To Plaintiff's Motion To |

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

| | | | |
|---|---|---|---|
| | | | Strike Defendants Opposition, Affidavit, & Cert Of Service |
| P. | 11/29/04 | Parties | Report Of Parties Planning Meeting |
| Q. | 12/2/04 | Court | Order Granting CSK Auto Inc.'s Motion To Dismiss Plaintiff Terry L. Smith's Complaint For Failure To State A Claim Upon Which Relief Can Be Granted |
| R. | 12/9/04 | CSK | Motion For Award Of Attorney's Fees And Costs, Memorandum In Support Of Motion For Award Of Attorney's Fees And Costs, Affidavit Of Counsel In Support Of Motion For Award Of Attorney's Fees And Costs, Verified Cost Bill, [Proposed] Order Awarding Attorney's Fees And Costs |
| S. | 12/20/04 | Smith | Motion For Stay Of Judgment Pending Appeal To The Alaska Supreme Court, Order Granting Stay Of Judgment |
| T. | 12/31/04 | Smith | Notice Of Appeal |
| U. | 1/3/05 | CSK | Opposition To Motion For Stay Of Judgment Pending Appeal, Order Denying Motion For Stay Of Judgment Pending Appeal |
| V. | 1/6/05 | Smith | Motion For Stay Of Judgment Pending Appeal To The Alaska Supreme Court, Order Granting Stay Of Judgment |
| W. | 1/12/05 | Smith | Motion to Waive Cost Bond, Affidavit on Motion to Waive Cost Bond, & Order Granting Motion to Waive Cost Bond |
| X. | 1/18/05 | CSK | Opposition to Second Motion for Stay of Judgment Pending Appeal |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

| | | | |
|---|---|---|---|
| Y. | 1/18/05 | CSK | Opposition To Motion To Waive Cost Bond, Order Denying Motion To Waive Cost Bond |
| Z. | 1/25/05 | Court | Order Awarding Attorney's Fees And Costs, Clerk's Ruling On Cost Bill |
| AA. | 2/11/05 | Court | Order Denying Motion for Stay of Judgment Pending Appeal |
| AB. | 5/16/06 | Court | Notice of Administrative Assignment |
| AC. | 5/25/06 | Court | Notice of Pretrial Scheduling Conference |
| AD. | 5/25/06 | Court | Order Upon Conclusion of Appeal |
| AE. | 06/23/06 | CSK | Notice Of Filing A Proposed Pretrial Scheduling Order |
| AF. | 06/27/06 | Smith | Notice To The Court For Clarification As To FMLA Jurisdiction |
| AG. | 06/27/06 | Smith | Demand For Jury Trial |

11. Copies of all records and proceedings filed with the Supreme Court in the Action are listed below and, pursuant to instructions from the clerk of court, will be filed with the court upon issuance of an Order to Petitioner Subsequent to Removal::

| **Exhibit** | **Date Filed** | **Party** | **Document Filed** |
|---|---|---|---|
| AH. | 1/6/05 | Smith | Motion For Appeal At Public Expense And Cross Motion To Waive Filing Fee, Affidavit On Motion, Order Granting Motion |
| AI. | 1/6/05 | Smith | Designation Of Record, Docketing Statement A |
| AJ. | 1/6/05 | Smith | Motion To Extend Time, Affidavit On Motion To |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

| | | | |
|---|---|---|---|
| | | | Extend Time, Order Granting Motion To Extend Time |
| AK. | 1/6/05 | Smith | Financial Statement Affidavit |
| AL. | 1/18/05 | CSK | Entry Of Appearance |
| AM. | 1/18/05 | CSK | Conditional Opposition To Motion To Extend Time |
| AN. | 1/18/05 | CSK | Opposition To Motion To Appeal At Public Expense And To Waive Filing Fee |
| AO. | 2/1/05 | CSK | Withdrawal Of Opposition To Motion To Appeal At Public Expense And To Waive Filing Fee |
| AP. | 2/2/05 | Court | Order |
| AQ. | 2/25/05 | Smith | Notice Of No Designation Of Transcript |
| AR. | 2/28/05 | Court | Opening Notice – Appellate Rule 204 |
| AS. | 3/30/05 | CSK | Notice/Certificate Required By Appellate Rule 221, Affidavit Of Service |
| AT. | 3/30/05 | Smith | Notice/Certificate Required By Appellate Rule 221 |
| AU. | 3/30/05 | Smith | Motion To Extend Time, Order Granting Motion To Extend Time |
| AV. | 4/4/05 | Court | Appellant's Brief Notice |
| AW. | 4/4/05 | Court | Order For Extension (Opening Brief Due 6/8/05) |
| AX. | 5/26/05 | Smith | Motion To Extend Time, Memorandum On Motion To Extend Time, Order Granting Motion To Extend Time |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

| | | | |
|---|---|---|---|
| AY. | 6/7/05 | CSK | Nonopposition To Appellant's Motion For Extension Of Time To File Opening Brief |
| AZ. | 6/8/05 | Court | Order For Extension (Opening Brief Due 7/8/05) |
| BA. | 7/6/05 | Smith | Brief Of Appellant & Appellant's Excerpts Of Record (Attempted Filing) |
| BB. | 7/20/05 | Court | Appellee's Brief Notice |
| BC. | 7/26/05 | Court | Order Rejecting Appellant's Brief |
| BD. | 8/8/05 | Smith | [Final] Brief Of Appellant, Excerpts Of Record |
| BE. | 8/10/05 | Court | Appellee's Brief Notice |
| BF. | 8/10/05 | Court | Notice: Printing Of Briefs |
| BG. | 08/23/05 | Smith | Copy Of Brief & Excerpt Cover, Certificate Of Service |
| BH. | 09/01/05 | CSK | Brief & Excerpts Of Record |
| BI. | 9/12/05 | Court | Reply Brief Notice |
| BJ. | 09/14/05 | Court | Notice Of Printing Briefs |
| BK. | 09/22/05 | CSK | Copy Of Brief & Excerpt Cover, Notice Of Filing |
| BL. | 09/22/05 | Smith | Notice Of Non Filing Of Reply Brief |
| BM. | 09/22/05 | Smith | Request For Oral Argument<br>(Proposed) Order |
| BN. | 11/3/05 | Court | Notice Of Oral Argument (12/12/05) |
| BO. | 03/10/06 | Court | Opinion |
| BP. | 03/10/06 | Court | Order Regarding Fees And Costs |

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

| | | | |
|---|---|---|---|
| BQ. | 03/17/06 | CSK | Petition For Rehearing |
| BR. | 03/20/06 | Smith | Verified Bill Of Cost |
| BS. | 5/6/06 | Court | Order Petition For Rehearing & Returning Record To Trial Court |
| BT. | 5/8/06 | Court | Order Awarding Costs |

12. Attached hereto as Exhibit C is a true and correct copy of the Notice of Removal which has been served with this document on Smith and is being filed with the Superior Court for the State of Alaska at Fairbanks.

13. CSK does not waive any defenses.

WHEREFORE, CSK has removed this Action from the Superior Court for the State of Alaska at Fairbanks, to this Court.

DATED this 14th day of July, 2006.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: s/ Eric J. Jenkins

Eric J. Jenkins, ABA# 0011078
James J. Juliussen, ABA# 9211082
701 W. 8th Ave., Suite 800
Anchorage, AK 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
ericjenkins@dwt.com
jamesjuliussen@dwt.com



Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Certificate of Service:

I certify that on July 14, 2006, a true and correct copy of the foregoing document was served via first class mail on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: s/ Janet Eastman
Janet Eastman

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399