Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,

              Plaintiff

VS.

CSK AUTO INC,
d.b.a.SCHUCKS AUTO SUPPLY
DOE         Defendant

**COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF AND DEMAND FOR JURY TRIAL; SUMMONS**

CASE ⊙4-2053 CIVIL

## COMPLAINT

1. COMES NOW THE PLAINTIFF TERRY L. SMITH PRO SE DEMANDS A JURY TRIAL FOR HIS COMPLAINT AGAINST THE ABOVE NAMED DEFENDANTS STATES AND ALLEGES AS FOLLOWS:

### I.

### INTRODUCTORY ALLEGATIONS

2. This action is brought under the STATE OF ALASKA against Defendants for damages as well as Declaratory and Injunctive Relief for [1] TORTIOUS INTERFERANCE WITH IMPLIED CONTRACTIONAL RELATIONSHIP, [2] FRAUDULENT MISREPRESATION [3] Negligence Concealment hiding of information as to the cause of injury to Plaintiff [4] VIOLATION OF AS: 18.60.075, SAFE EMPLOYMENT ACT

1

EXHIBIT A

[5]NEGLIGENCE BREACH OF DUTY[6] ACTIONABLE NEGLIGENCE[7] NEGLIGENCE
PER SE[8] Negligent Infliction of Emotional Distress To Ones
Personal Body[9] Proximate Cause, [10] Wrongful Termination In
Violation of the doctrine of good faith and fair dealing in
Violation of public policy.

## II.

### JURISDICTION AND VENUE

**3.**This Court has jurisdiction over Defendant under the doctrine of
Minimum contacts as Defendant Csk Auto Corp. has purposely availed
Itself of the privilege of doing business in this state. Plaintiff
is a resident of the FOURTH JUDICIAL DISTRICT, STATE OF ALASKA,
This Court has jurisdiction pursuant to AS:22.10.020/AS:09.05.015
Venue is proper in this Court. The jurisdiction of this court is
Invoked pursuant to AS 22.10.022. Venue is properly laid in the
Fourth Judicial District of the Superior Court for the State of
Alaska pursuant to AS 22.10.030 and Alaska R. Civ. P. 3(c).

## III.

**4.**CSK AUTO SUPPLY CORP AND ENETIES FAILED TO PROVIDE SAFETY
EQUIPMENT FOR PLAINTIFFS SAFETY IN VIOLATION OF AS: 18.60.075,

## IV.

**5.**ON AUGUST 28 2000 PLAINTIFF WAS EMPLOYED BY DEFENDANT CORPORATION
AS A FULL TIME DELIVER DRIVER LOCATED AT 605 OLD STEESE HWY WHICH
THEIR WAS A SCHUCKS AUTO SUPPLY NOW LOCATED AT 58 COLLEGE ROAD.

**V.**

6. DEFENDANTS ARE HIDING RELEVANT INFORMATION AS TO PLAINTIFF

GREIVIOUS INJURY

**VI.**

7. PLAINTIFF WAS SEVERIELY INJURED BY A PRODUCT[ BACK SUPPORT BELT

SO-CALLED SAFETY] EQUIPMENT SUPPLYED BY EMPLOYER AND PURCHASED

FROM R&R INDUSTRIES thru R&R Industrial Safety Catalog.

**VII.**

8.BY REASON OF SUCH VIOLATION OF AS: 18.60.075, NEGLIGENCE PER SE,

FRAUDULENT WRONGFULL TERMINATION IN VIOLATION OF THE COVENANT OF

GOOD FAITH AND FAIR DEALING AND IN VIOLATION OF PUBLIC POLICY,

FRAUDULENT MISREPRESENTATION OF SAFETY EQUIPMENT, PROXIMATE CAUSE,

ACTIONABLE NEGLIGENCE, FRAUD OF CONSEALMENT HIDING OF CAUSE OF

INJURY, FAILURE TO WARN, BREACH OF FIDUCIARY DUTY, EMOTIONAL

DISTRESS TO ONES BODY, THE PLAINTIFF HAS BEEN DAMAGED AS FOLLOWS:

THE PLAINTIFF TERRY L. SMITH HAS LOST WAGES AND OTHER COMPENSATION

AND BENEFITS FROM 3-29-01 TO PRESENT AN AMOUNT TO BE PROVEN AT

TRIAL. BY DEFENDANTS NEGLIGENCE HIDING OF INFORMATION FROM

PLAINTIFF

### COUNT I.

### FIRST CLAIM FOR RELEIF TORTIOUS INTERFERANCE OF CONTRACTIONAL RELATIONS

FOR HIS FIRST CAUSE OF ACTION, PLAINTIFF REALLEGE AND INCORPORATES BY REFERENCE
THE ALLEGATIONS CONTAINED IN THE PARAGRAPH ABOVE OF HIS COMPLAINT.

3

I.

9. PLAINTIFFS HAND BOOK IS A IMPLYED CONTRACT OF GOOD FAITH AND FAIR DEALING UNDER

PUBLIC POLICY STATUTES WHICH WAS INTERFIERED WITH BY DEFENDANT CSK AUTO CORP.

II.

10. THAT IN VIOLATION OF PLAINTIFFS RIGHTS AS AN EMPLOYEE, DEFENDANT CORPORATION

WILLFULLY VIOLATED AND INTENTIONALLY VIOLATED DEFENDANT CORPORATIONS POLICY

AND PROCEDURE SAFETY MANUAL PROMULAGED BY DEFENDANT CORPORATION TO PROVIDE

SAFETY EQUIPMENT AND WITHOUT REASONABLE JUSTIFICATION OR EXCUSE VIOLATED

AS:18.60.075,SAFE EMPLOYMENT ACT WHICH IS NEGLIGENCE PER SE,

DISCRIMINATED AGAINST PLAINTIFF

III.

11. DURING THE COURSE OF PLAINTIFFS INJURY DEFENDANT INTERFERED WITH PLAINTIFFS

RIGHTS PROMUGLATED BY DEFENDANT CORPORATION.THEIR BY INTERFERING WITH PLAINTIFFS

MEDICAL BENEFITS PROVIDED IN PLAINTIFFS IMPLYED CONTRACT OF GOOD FAITH AND FAIR

DEALING WHICH IS BAD FAITH.

IV.

12. BY REASON OF COEHERSION FRAUD DEFENDANT FRAUDED PLAINTIFF OUT OF BENEFITS

PROMULAGED BY DEFENDANT CORPORATION HAND BOOK POLICY AND IN THE COURSE OF SAID

POLICY DEFENDANTS CONTRARY TO PUBLIC POLICY INTERFERED WITH CONTRACTUAL

RELATIONS OF PLAINTIFF. HAVEING BREACHED THE COVENANT OF GOOD FAITH AND FAIR DEALING

## COUNT II.

### SECOND CLAIM FOR RELEIF  FRAUDULENT MISREPRESENTATION

PLAINTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED
IN COUNTS I OF HIS COMPLAINT.

4

I.

**13.** DEFENDANT CORPORATION FRAUDULENT MISREPRESENTATION OF SAFETY EQUIPMENT, KNEW BACK SUPPORT BELT WAS NOT PERSONAL PROTECTION EQUIPMENT, THEIR BY FAILED TO WARN PLAINTIFF OF INPENDING DANGERS OF SUCH PRODUCT [NEGLIGENCE MISREPRESENTATION OF BACK SUPPORT BELT AS SAFETY EQUIPMENT]

II.

**14.** THAT IN THE COURSE OF EMPLOYMENT EMPLOYER GAVE PLAINTIFF A KNOWEN SO-CALLED SAFETY BELT[ NON PERSONAL PROTECTIVE EQUIPMENT] THAT COLLAPSED ON EMPLOYEE THIS IS FRAUDULENT MISREPRESENTATION OF SAFETY EQUIPMENT [FRAUDULENT NEGLIGENCE, BAD FAITH, MISREPRESENTATION OF CONSEALMENT FAILURE TO WARN OF DANGER]

III.

**15.** EMPLOYER CSK AUTO CORP. FAILED TO PROTECT EMPLOYEE AND WARN EMPLOYEE OF HAZARD OF WEARING EMPLOYER SUPPLYED BACK SUPPORT BELTS THAT WERE EMPLOYER MANDATETED TO WEAR PER COMPANY POLICY.

IV.

**16.** ON 3-29-01 DEFENDANT CSK AUTO CORP SENT PLAINTIFF OUT ON A DELIVERY WITHOUT PROTECTIVE SAFETY EQUIPMENT. THEIR BY CAUSING GRIEAVIOUS INJURY TO EMPLOYEES LOWER SPINE CRUSHING HIS DISC AT L3-THRU S1

## COUNT III

### THIRD COUNT NEGLIGENT CONSEALMENT

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN COUNTS I COUNTS II

I.

**17.** DEFENDANT NEGLIGENTLY CONSEALED A CAUSE OF ACTION BY HIDING RELEVANT INFORMATION AS TO HINDER A CAUSE OF ACTION.

## II.

**18 .** DEFENDANTS CONSEALED INFORMATION FROM PLAINTIFF AS BACK SUPPORT BELT WAS

SAFETY EQUIPMENT, THEIR BY PLAINTIFF RELIED ON FAULSE INFORMATION AS BACK SUPPORT

BELT IS NOT PERSONAL SAFETY EQUIPMENT.

## III.

**19 .** DEFENDANT CONSEALED INFORMATION AS TO PLAINTIFFS INJURY AND THE INJURY TO OTHER

EMPLOYEES THAT WERE INJURED BY SO-CALLED SAFETY EQUIPMENT

## COUNT IV.

### FOURTH COUNT FOR RELEIF VIOLATION OF AS 18.60.075 SAFE EMPLOYMENT ACT

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN
COUNTS I COUNTS II COUNTS III

### I.

**20 .  AS 18.60.075 SAFE EMPLOYMENT STATES**: {a} AN EMPLOYER SHALL DO EVERYTHING

NECESSARY TO PROTECT THE LIFE, HEALTH, AND SAFETY OF EMPLOYEES. EMPLOYER VIOLATED

THIS RELEVANT STATUTE BY FAILING TO PROVIDE EMPLOYEE WITH SAFETY EQUIPMENT

## COUNT V.

### FIFTH COUNT NEGLIGENT BREACH OF DUTY

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN
COUNTS I COUNTS II COUNTS III COUNTS IV

**21 .** EMPLOYEE PLAINTIFF RELIANCE ON EMPLOYER FIDUCIARY DUTY TO KEEP EMPLOYEE SAFE

FAILED TO DO SO,CAUSED A GRIEVIOUS INJURY TO EMPLOYEE. VIOLATED **AS 18.60.075 SAFE**

**EMPLOYMENT ACT**

## COUNT VI.

### SIXTH COUNT ACTIONABLE NEGLIGENCE

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN
COUNTS I COUNTS II COUNTS III COUNTS IV COUNTS V

**22 .** DEFENDANTS CSK AUTO CORP, AND ENITIE OWNED A DUTY TO PLAINTIFF TO WARN OF

HAZARDS OF UNSAFE UNREGULATED BACK SUPPORT BELT NOT BEING PERSONAL PROTECTION

EQUIPMENT PRODUCT. VIOLATED **AS 18.60.075 SAFE EMPLOYMENT ACT**

## COUNT VII.

### SEVENTH COUNT NEGLIGENCE PER SE

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN COUNTS I COUNTS II COUNTS III COUNTS IV COUNTS V COUNTS VI

23 . DEFENDANT CSK AUTO CORP.GAVE EMPLOYEE PLAINTIFF INFERIOR BACK SUPPORT BELT AS

IMPLYED SAFETY EQUIPMENT,DEFENDANT KNEW BACK SUPPORT BELT WAS NOT PERSONAL

PROTECTION EQUIPMENT. VIOLATED **AS 18.60.075 SAFE EMPLOYMENT ACT**

## COUNT VIII.

### EIGHTH CLAIM FOR RELEIF INTENTIONAL INFLICTION OF EMOTIONAL DISTRES

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN COUNTS I COUNTS II COUNTS III COUNTS IV COUNTS V COUNTS VI COUNTS VII

I.

24.Defendants' conduct was unreasonable and outrageous and exceeds

the bounds usually tolerated by decent society, and was done

willfully, maliciously and deliberately with the intent to cause

Plaintiff severe mental and emotional pain, distress, and anguish

and loss of enjoyment of life, or was done with reckless

indifference to the likelihood that such behavior would cause such

severe emotional distress and with utter disregard for the

consequences of such actions


II.

25.The behavior and conduct on the part of Defendants as described

herein above was so extreme and outrageous as to be capable of

causing Plaintiff severe emotional distress and has in fact caused

Plaintiff severe anguish, distress,


7

## II.

26. As a direct and proximate result of the conduct of Defendants as alleged herein above, Plaintiff has suffered non-pecuniary damages in an amount to be proven at trial.

## III.

27. Defendants' actions were undertaken willfully, wantonly, maliciously and in reckless disregard for Plaintiff's rights, and as a direct and proximate result thereof Plaintiff suffered economic and emotional damage in a total amount to be proven at trial, therefore Plaintiff seeks punitive damages in an amount sufficient to deter said Defendant and others from similar future wrongful conduct.

### COUNT VIIII.

#### NINTH CLAIM FOR RELEIF PROXIMATE CAUSE

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN COUNTS I COUNTS II COUNTS III COUNTS IV COUNTS V COUNTS VI COUNTS VII COUNTS VIII

### I.

28. PLAINTIFF'S INJURY WAS PROXIMATE CAUSE, BY DEFENDANTS MISREPRENSATION OF A BACK SUPPORT BELT AS BEING SAFETY EQUIPMENT,THEIR BY CAUSING A GREIVIOUS INJURY TO EMPLOYEE PLAINTIFF

### II.

29. DEFENDANTS PACKAGED CASES OF ANTIFREEZE WRONG FOR SHIPPING,OVER LOADED PLAINTIFF DOUBLE TAPPED CASES OF ANTIFREEZE TOGETHER IN VIOLATION OF O.S.H.A. RULES

### COUNT X

#### TENTH CLAIM FOR RELEIF WRONGFUL TERMINATION

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN COUNTS I COUNTS II COUNTS III COUNTS IV COUNTS V COUNTS VI COUNTS VII COUNTS VIIII



I.

30. DEFENDANTS SECRETLY TERMINATED EMPLOYEE WHILE EMPLOYEE WAS UNDER WORKER COMPENSATION SYSTEM IN VIOLATION OF MEDICAL LEAVE ACT

31. THE PLAINTIFF HAND BOOK IS A IMPLIED CONTRACT OF GOOD FAITH AND FAIR DEALING

WHICH OBGLIGATES DEFENDANTS AND CODEFENDANTS AS A MATTER OF LAW TO ACT IN GOOD

FAITH AND FAIR DEALING THEIR FORE INTENTIONALY AND NEGLIGENTLY INFLICTED PAIN AND

SUFFERING UPON PLAINTIFF. CAUSING DISTRESS UPON HIS INJURIES. WHERE FORE, PLAINTIFF

PRAYS FOR JUDGMENT AGAINST THE DEFENDANT CSK AUTO SUPPLY AND ENETIES INDIVIDUAL

DEFENDANTS EQUALY AND SEVERALLY AS FOLLOWS:

1. PLAINTIFF LOST WAGES,COMPENSATION AND OTHER BENEFITS PAST AND FUTURE TO BE PROVEN AT TRIAL

2. FOR PUNITIVE AND COMPENSATIORY DAMAGES AS DEEMED JUST BECAUSE OF THE NEGLIGENT, INTENTIONAL MALICIOUS AND OUT RAGEOUS CONDUCT BY AND THROUGH DEFENDANTS AND CONTRARY TO PUBLIC POLICY

3. FOR PREJUGMENT INTREST COST AND ATTORNEY FEES

4. PLAINTIFF SEEKS SPECIAL DAMAGES

5. FOR SUCH FURTHER RELEIF AS THE COURTS DEEMS JUST AND EQUITABLE.

6. EMOTIONAL DISTRESS ON HIS BODY

7. PLAINTIFF WILL AMEND COMPLAINT AS DEMED NECESSARY

DATED THIS 23 DAY OF AUG at FAIRBANKS ALASKA.

TERRY L SMITH PRO SE
P.O. BOX 60882
FAIRBANKS, ALASKA 99706

C.C. REGISTERED AGENT: NATIONAL REGISTERED AGENTS, INC.
801 W. 10TH ST STE 300
JUNEAU AK 99801

9

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st of Sept
2004, A TRUE AND CORRECT COPY OF THE of the foregoing
DOCUMENT WAS SERVED VIA:

                    (✓) FIRST CLASS MAIL
                    ( ) FACSIMILE AND MAIL
                    ( ) HAND DELIVERY

ON THE FOLLOWING:

NATIONAL REGISTERED AGENTS, INC
801 W. 10TH STREET
SUITE 300
JUNEAU, ALASKA  99801

TERRY L SMITH PRO SE
P.O. box 60882
FAIRBANKS, AK  99706

CERTIFICATE OF
SERVICE CSK AUTO.