RECEIVED
FOR _____

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706
(907) 488 8824

JUN 2 9 2006

DAVIS WRIGHT TREMAINE
BY _____

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,
        Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

Superior Court No. 4FA-04-2053 CI

### NOTICE TO THE COURT FOR CLARIFICATION
### AS TO FMLA JURISDICTION

Comes now Plaintiff Pro Se Terry L. Smith gives notice to the court for clarification as to his claim that Plaintiff can sue in federal courts or state court under the FMLA. And Employee maintains jurisdiction to the state courts for his claim.[ a civil suit may be brought in the appropriate federal or state court. ][The FMLA is applicable to any employer in the private sector who is engaged in commerce or in any industry or activity affecting commerce, and who has 50 or more employees each working day during at least 20 calendar weeks or more in the current or preceding calendar year] This is to clarify as to plaintiff claim and the jurisdiction under the FML Act. As Alaska does not have a private sector to file under.

Terry L. Smith Pro Se

Dated This 27th Day Of June, 2006

EXHIBIT B

## CERTIFICATE OF SERVICE
Superior Court Case No 4FA-04-2053

I Certify that a Copy of the forgoing Document was served on the 21 Day of JUNE, 2006 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[ ] FACSIMILE AND MAIL
[ ] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE