Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY L. SMITH,<br><br>  Plaintiff,<br><br>vs.<br><br>CSK AUTO INC., d/b/a SCHUCKS AUTO SUPPLY, DOE,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4FA-04-2053 Civil |

NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant CSK Auto, Inc. ("CSK"), by and through its attorneys, Davis Wright Tremaine LLP, has removed this action to the United States District Court for the District of Alaska pursuant to 28 U.S.C.S § 1331, 1441(b), and 1446(b), as set forth in the attached Notice of Removal of a Civil Action filed in the United States District Court on July 13, 2006.



EXHIBIT C

1  Pursuant to 28 U.S.C. § 1446(d), this court shall proceed no further unless and
2  until the case is remanded.
3  DATED this 13th day of July, 2006.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
Eric J. Jenkins, ABA # 0011078

Certificate of Service:

I certify that on July 13th, 2006, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
(  ) Facsimile and Mail
(  ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

NOTICE OF REMOVAL – 2
ANC 93492v1 53870-5