Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH ) | |
| Plaintiff, ) | |
| v. ) | |
| CSK AUTO, INC., ) | Superior Court Case No. 4FA-04-2053 CI |
| Defendant. ) | |
| ) | US District Court Case No.: 3:06 - cv -       (       ) |

NOTICE OF RELATED CASES

Defendant CSK Auto, Inc. ("CSK"), by and through its attorneys, Davis Wright Tremaine LLP, gives notice pursuant to Dist. Ak. LR 40.2 that this case is related to the case entitled <u>Terry L. Smith v. CSK Auto, Inc., et al.</u>, Case No. F04-0012 CV (RRB), United States District Court for the District of Alaska. This Court granted CSK's motion to dismiss Smith's complaint in that case, which decision was affirmed by the Ninth

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Circuit Court of Appeals in Terry L. Smith v. CSK Auto, Inc., Appellate Case No. 04-35699.

Case No. F04-0012 was filed in the Alaska Superior Court on March 23, 2004, and was removed by CSK to this Court on April 28, 2004. In case No. F04-0012, Smith asserted a number of claims arising out of his 2001 employment with CSK. This Court dismissed all of Smith's claims in an order dated July 9, 2004, finding that all of Smith's claims were barred by the statute of limitations or the exclusive remedy provisions of the Alaska Worker's Compensation Act. The Ninth Circuit affirmed that judgment in an opinion dated April 13, 2006. The Ninth Circuit denied a motion for rehearing in an Order dated June 15, 2006.

Smith filed the present case in the Alaska Superior Court on or about September 1, 2004 while his appeal of Case No. F04-0012 was pending. Smith's complaint in this case was largely a copy of the complaint he filed in Case No. F04-0012, with the only relevant exception being that he added a vague assertion that he was wrongfully terminated in violation of an unnamed medical leave law. The Alaska Superior Court granted CSK's motion to dismiss this case based on the res judicata effect of this Court's judgment in case No. F04-0012. The Alaska Supreme Court affirmed that judgment in all respects, save that it found that Smith's wrongful termination claim was not barred by res judicata.

Smith previously asserted that his wrongful termination claim was founded solely on state law. In a paper dated June 27, 2006, Smith asserted for the first time that his

NOTICE OF REMOVAL OF A CIVIL ACTION – 2
ANC 93701v1 53870-5

wrongful termination claim is also asserted under the Family and Medical Leave Act, 29 U.S.C. § 2601 et seq.  Thus, CSK has removed this case to this Court.  Given Judge Beistline's familiarity with the dispute that gives rise to Smith's claims, CSK believes that assignment of this case to Judge Beistline would promote judicial economy.

DATED this 14th day of July, 2006.

>                             DAVIS WRIGHT TREMAINE LLP
>                             Attorneys for Defendant CSK Auto, Inc.
>
>                             By:___s/ Eric J. Jenkins_____
>                                 Eric J. Jenkins, ABA# 0011078
>                                 James J. Juliussen, ABA# 9211082
>                                 701 W. 8th Ave., Suite 800
>                                 Anchorage, AK  99501
>                                 Phone: (907) 257-5300
>                                 Fax: (907) 257-5399
>                                 ericjenkins@dwt.com
>                                 jamesjuliussen@dwt.com

Certificate of Service:

I certify that on July 14, 2006, a true and
correct copy of the foregoing document
was served via first class mail on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____s/ Janet Eastman_____
         Janet Eastman

NOTICE OF REMOVAL OF A CIVIL ACTION – 3

ANC 93701v1 53870-5