Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CSK AUTO, INC.,<br><br>　　　　Defendant. | Superior Court Case No. 4FA-04-2053 CI<br><br>US District Court Case No.:<br>3:06 - cv -　　　(　　) |

### AFFIDAVIT OF COUNSEL IN SUPPORT OF PETITION FOR REMOVAL OF CIVIL ACTION

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

Eric J. Jenkins, being first duly sworn, on oath deposes and states:

1. I am an attorney with the law firm of Davis Wright Tremaine LLP, counsel for Defendant CSK Auto in the above-captioned matter. I am competent to make this affidavit and do so based on personal knowledge.

2. At a June 26, 2006 pretrial conference held by the superior court for this case, Smith stipulated that his claim was only under the Alaska state leave laws, and that he was not asserting any federal claims. Attached hereto as Exhibit A is a true and correct transcript of the relevant portions of that pretrial conference that was prepared by Davis Wright Tremaine LLP from the court's recording of that pretrial conference. Attached hereto as Exhibit B are the court's log notes.

3. On or about June 27, 2006, Smith purported to file a "Notice to the Court for Clarification as to FMLA Jurisdiction" which indicates that he is bringing an FMLA claim in the Action. Counsel for CSK received Smith's "Notice to Court for Clarification as to FMLA Jurisdiction" on June 29, 2006 and Smith's certificate of service indicates that it was served on June 27, 2006. A true and correct copy of the Notice is attached hereto as Exhibit C.

4. Smith subsequently confirmed in a phone conversation with me that he is now bringing a claim under the Family and Medical Leave Act notwithstanding his earlier statement to the Court that he was not.

_____
Eric J. Jenkins

SUBSCRIBED AND SWORN TO before me this 13th day of July, 2006.

_____
Kristine A. Hamann
Notary Public for the State of Alaska
My Commission Expires: 12-16-09

State of Alaska
NOTARY PUBLIC
Kristine A. Hamann
My Commission Expires December 16, 2009

AFFIDAVIT OF COUNSEL IN SUPPORT OF REMOVAL – 2
ANC 93672v1 53870-5