| | | Smith v. CSK Auto, Inc. <br> 4FA-04-02053 CI <br><br> Pretrial Scheduling Conference |
|---|---|---|
| 03:07:25 | CT | On record |
| 3:09:10 | Jenkins | The problem that we have at this juncture, your Honor, is that when the Supreme court remanded this case to the trial court it remanded it on the sole basis that Smith could potentially state a claim for wrongful termination under Federal law. But Mr. Smith, as the court noted, has never stated whether he is in fact asserting a claim under Federal law. And it is my understanding from my conversations with him that he has not yet determined whether he is going to bring a claim under the FMLA, which we think is the only claim that the court left open to him. And so it is hard for us to try to come up with a discovery plan or deadlines or anything when we don't really know what if any claim remains in the case. |
| | | . . . |
| 3:09:58 | Jenkins | I guess what I am really requesting is that he clarify on the record whether the statement in his complaint that he was wrongfully terminated in violation of a Medical Leave Act is a claim that is being brought under the Family and Medical Leave Act, the Federal Law, and I think that would be sufficient for us to be able to respond to his complaint. |
| | Court | Mr. Smith? |
| 3:10:27 | Smith | No, your Honor, that's, the claim that I brought it under is the Alaska Statute, it's a State action, 39.23.050, Family and Health leave act. |
| | Court | . . . |
| 3:11:12 | Smith | Yeah, I've got the Statutes right here. |
| 3:11:16 | Jenkins | I just wanted, and I understood Mr. Smith did now clarify on the record that his claim is solely one under State Law and he I believe he cited the Statute so that would permit us to respond. And that as I read, understood Mr. Smith's statement is an indication that he is not bringing a claim under Federal law, perhaps he could just clarify that on the record and then I think we are good to respond to his complaint. |
| 3:11:41 | Court | Mr. Smith are you comfortable making those representations on the record? |
| 3:11:45 | Smith | Yes I am your honor, there are no federal law issues here, just state, just State actions. |

ANC 92112v1 53870-5

EXHIBIT A
Page 1 of 1