IN THE SUPERIOR COURT FOR THE STATE OF ALASKA AT FAIRBANKS

| | | |
|---|---|---|
| CD: 4FA4106-39<br>Date: June 26, 2006 | Terry L. Smith<br>vs.<br>CSK Auto | Judge: Blankenship<br>Clerk: High |

Case: 4FA-04-02053 CI

PROCEEDINGS: Pretrial Scheduling Conference

COUNSEL PRESENT
<u>Plaintiff</u>:
<u>Defendant</u>:

---

03:07:25   On record

    Jenkins:
        I filed a blank pre trial order
        have not been able to reach Mr. Smith
        his claim is only under state law
        understand from his statement, he is not bringing it under
        Federal law.

    Smith:   not under Federal law

    Court and counsel discuss scheduling

03:13:39   **Court:**
        **Jury Trial**
        **Week of May 7, 2007**
        **3 day trial**

        **PTO to issue**

03:15:32   Jenkins:
        re: deadlines to answer

    Court:   Answer or Motion to dismiss on wrongful termination claim due
        w/n 20 days; 10 days to respond.
        July 14

03:17:33   Off record

EXHIBIT _B_
Page _1_ of _1_

---

Page 1                               Copy to:
**NOTE:   Not a verbatim transcript.   Refer to audio recording.**