Eric J. Jenkins
James J. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
Phone:  (907) 257-5300
Fax:  (907) 257-5399

Counsel for CSK Auto, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH<br><br>          Plaintiff,<br><br>    v.<br><br>CSK AUTO, INC.,<br><br>          Defendant.<br><br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Superior Court Case No. 4FA-04-2053 CI

US District Court Case No.:
3:06 - cv -            (        )

CORPORATE DISCLOSURE STATEMENT

In compliance with Fed. R. Civ. P. 7.1, CSK Auto, Inc., an Arizona Corporation, is a wholly-owned subsidiary of CSK Auto Corporation, a Delaware corporation.  No other publicly held corporation owns 10% or more of CSK, Inc.'s stock.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Dated this 14th day of July, 2006.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.


By: _____s/  Eric J. Jenkins_____
        Eric J. Jenkins, ABA# 0011078
        James J. Juliussen, ABA# 9211082
        701 W. 8th Ave., Suite 800
        Anchorage, AK  99501
        Phone: (907) 257-5300
        Fax: (907) 257-5399
        ericjenkins@dwt.com
        jamesjuliussen@dwt.com

Certificate of Service:

I certify that on July 14, 2006, a true and
correct copy of the foregoing document
was served via first class mail on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____s/ Janet Eastman_____
        Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399