Terry L. Smith
PO BOX 60882
FAIRBANKS,AK 99706
(907)488-8824



FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JUL 21  PM 2: 59

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>           Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE     Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

### PLAINTIFF'S MOTION FOR REMAND

Comes now, the plaintiff Terry L. Smith herein, hereby moves within 30 days of removal, pursuant to §1447(c) of Title 28 of the United States Code, for an order of this Court directing:

(1) that this case be remanded in full to the Fairbanks Superior Court, as its removal is expressly barred by §1445(c) and §1441 of Title 28, and

(2) that the defendants pay the plaintiff his just costs, and expenses, incurred as a result of the improper removal of this case.

§ 1445. (c) A civil action in any State court arising under the workmen's compensation laws of such State may not be removed to any district court of the United States Defendants have moved a Nonremovable action from State Court to district court of the United States.

Plaintiffs Workers Compensation retaliation claim falls under State Claim and is pre-Empted from removal under 28 U.S.C.§ 1445. (c) Prohibits removing this case in this situation, this case was removed without jurisdiction to do so and must be remanded in its entirety to The Fairbanks Superior Court Fourth Judicial District from which it was removed.

Respectfully Submitted,

_[signature]_
Terry L. Smith Pro Se

Dated This 21 Day Of July ,2006

## CERTIFICATE OF SERVICE

I Certify that a Copy of the forgoing Document
was served on the 21 Day of July ,2006
A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

_[signature]_
Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

Motion To Remand