LODGED
JUL 21 2006
FAIRBANKS

Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
　　　　　Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE　　Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

### ORDER GRANTING REMAND

This Court having reviewed PLAINTIFFS Request MOTION TO REMAND; and

this Court having Considered the request, **IT IS HEREBY ORDERED**

that the Request TO REMAND IS GRANTED.

Dated this _____ day of _____, 2006

_____
U.S. District Court Judge R.R.B.

Order Granting Remand