Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CSK AUTO INC., d/b/a SCHUCKS ) | |
| AUTO SUPPLY, DOE, ) | |
| ) | |
| Defendant. ) | Case No. 4FA-04-2053 Civil |
| _____) | |

### ANSWER TO COMPLAINT

Defendant CSK Auto, Inc. ("CSK") answers the complaint of Plaintiff Terry L. Smith ("Smith") as follows:

1. Answering paragraph 1, paragraph 1 alleges no facts requiring a response.

2. Answering paragraph 2, paragraph 2 alleges no facts requiring a response. Insofar as paragraph 2 alleges any facts that require a response, all such facts are denied.

3. Answering paragraph 3, CSK admits that this Court has jurisdiction over the parties and the subject-matter, admits that it does business in this state, admits that

EXH
A

Smith resides in the Fourth Judicial District of the State of Alaska, and admits that venue is proper. The remainder of paragraph 3 states legal conclusions to which no response is required.

4. Answering paragraph 4, CSK denies the facts alleged therein.

5. Answering paragraph 5, CSK admits that Smith was employed by CSK as a full time delivery driver on August 28, 2000. CSK further admits that Smith worked at a CSK store located on Old Steese Highway in Fairbanks, Alaska, and that CSK currently operates a retail auto parts store at 58 College Road in Fairbanks, Alaska. Insofar as paragraph 5 alleges additional facts, such facts are denied.

6. Answering paragraph 6, CSK admits only that Smith suffered a workplace injury while employed by CSK. CSK denies all remaining facts alleged in paragraph 6.

7. Answering paragraph 7, CSK admits only that Smith suffered a workplace injury while employed by CSK. CSK lacks information or knowledge sufficient to admit or deny the remaining facts alleged in paragraph 7 and therefore denies the same.

8. Answering paragraph 8, CSK admits only that Smith's injury occurred on March 29, 2001. CSK denies all remaining facts alleged in paragraph 8.

## COUNT I

(Count I was dismissed by the Alaska Superior Court)

9. Answering paragraph 9, paragraph 9 alleges no facts that are relevant to any claims remaining in this action and does not require a response. Insofar as paragraph 9

ANSWER TO COMPLAINT – 2
ANC 93477v1 53870-5