Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

**LODGED**

**JUL 2 1 2006**

**FAIRBANKS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
        Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

### REQUEST FOR ORAL ARGUMENT

This Court having reviewed PLAINTIFF Request for ORAL ARGUMENT; and

this Court having Considered the request, **IT IS HEREBY ORDERED**

that the Request for ORAL ARGUMENT is granted. Month_____, Date_____ and

Time_____ AM/PM

**Dated** this_____ day of_____, 2006

_____
U.S. DISTRICT COURT JUDGE R.R.B.

Request For Oral Argument