Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JUL 25 PM 1:52

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
    Plaintiff

VS.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
    Defendant

CASE No. (4)–06-CV-000020-RRB

## MOTION FOR RECUSAL

Comes now the, plaintiff herein, hereby moves this court under Section 455 (a) of Title 28 mandates that the Court "shall disqualify himself" since his impartiality might reasonably be questioned. In this case. Since the Honorable Judge Ralph Bestline presided over a Case over two years ago in Smith vs. Csk Auto it would seem improper to have the same Judge preside over this case, as there is only 1 U.S. District Court Judge in the in the Fairbanks District to render decisions. Plaintiff asks the Honorable U.S. District Court Judge to Disqualify him self from this case.

Respectfully Submitted,

*[signature]*
Terry L. Smith Pro Se

Dated This 25 Day Of July, 2006