Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

**LODGED
JUL 2? 2006
FAIRBANKS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>　　　　Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE　　　Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

### (PROPOSED)ORDER GRANTING RECUSAL

This Court having reviewed PLAINTIFFS Request MOTION FOR RECUSAL; and

this Court having Considered the request, **AND GOOD CAUSE EXIST IT IS HEREBY**

**ORDERED** that the Request FOR Motion for Recusal is GRANTED.

**Dated** this_____day of_____,2006

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Court Judge R.R.B.

Order Granting Remand