```
                                              FILED
                                          US DISTRICT COURT
                                          DISTRICT OF ALASKA
Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706                       2006 JUL 25 PM 1: 52
(907)488-8824
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
        Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

### AFFIDAVIT ON MOTION FOR RECUSAL

STATE OF ALASKA    )
                         ) ss
U.S. DISTRICT COURT FOR   )
THE DISTRICT OF ALASKA   )

I Terry L. Smith first duly sworn, upon my oath and states: This affidavit is made on factual and

Good faith:

1. I am the Plaintiff in this case, proceeding in Pro-Se and bring this affidavit on factual knowledge as Plaintiff feels that the Honorable Judge Bestline should disqualify him self from this case.

2. Defendants removed this case from State Superior Court when it could not be removed.

3. Defendants removed this case to get a favorable opinion as defendants ask for judge Bestline which brings into play the question of impartiality.

4. When the question of impartiality come before this court the court must disqualify its self under 28 U.S.C. § 455 (a) and 28 U.S.C. § 144

1

5. Defendants have personally requested the Honorable Judge Ralph Bestline and when a request comes into question, there is a impartiality that also is in question.

6. Plaintiff filed this currant case in Superior Court and Defendant agreed to Jurisdiction of the Superior Court and then removed this case to U.S. District Court

7. Defendants then proceeded to personally ask for the Honorable Judge Ralph Bestline to render a decision in this case.

8. Plaintiff feels since that there is only a U.S. District Judge in the Fairbanks District and there is a impartiality in question.

9. Plaintiff feels that it would not be fair to render a decision, in this case as in a prior decision was unfavorable to plaintiff by the Honorable Judge Ralph Bestline.

10. Defendants have already prejudiced Plaintiffs case by their personal request of the Honorable Judge Ralph Bestline.

11. Plaintiff feels that Defendants have shopped for a favorable decision as in a prior Proceeding received a favorable out-come rendered by the Honorable Judge Ralph Bestline. And are doing the same.

12. Plaintiff feels that their should be impartiality and any decision rendered should not Be in conflict from any prior decision just to dispose a valid case.

13. Plaintiff asks the Honorable Judge Ralph Bestline to Disqualify him self from this Case as he is a Pillar in this community and is well known as Plaintiff has in the past provided services to the Honorable Judge Ralph Bestline

Further your Affiant sayeth Naught.

Dated for this 25 Day Of July ,2006 At Fairbanks, Alaska

By: [signature]

Subscribed and Sworn to before me this 25th Day Of July ,2006

By: [signature]
Notary Public in and for Alaska

[Notary Seal: Connie J. Woodward, NOTARY PUBLIC, STATE OF ALASKA]

My Commission Expires March 27, 2010

2

CERTIFICATE OF SERVICE
U.S. District Court Case No (4)-06-000020-RRB

I Certify that a Copy of the forgoing Document was served on the 25 Day of July ,2006 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[J] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE