Terry L. Smith
PO BOX 60882
FAIRBANKS,AK 99706
(907)488-8824

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 AUG -2 AM 11: 14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>VS.<br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>Defendant | CASE No. (4) –06-CV-00020-RRB |

### NOTICE OF PENDING MOTIONS

Comes now the , plaintiff herein, hereby moves this court to take notice of pending motions that are before the Superior Court that have not been moved on Plaintiff ask this Court to take notice of genuine issues of material facts, motion for oral argument, motion to for continuance to do discovery, motion to amend complaint.

Respectfully Submitted,

Terry L. Smith Pro Se

Dated This 2nd Day Of Aug ,2006

## CERTIFICATE OF SERVICE
U.S. District Court Case No (4)-06-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 2ND Day of AUG ,2006 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468


Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE