Eric J. Jenkins
James J. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,            )<br>                                     )<br>         Plaintiff,                 )<br>                                     )<br>    v.                               )<br>                                     )<br>CSK AUTO, INC.,              )<br>                                     )<br>         Defendant.            )<br>                                     ) | Case No. 4:06 - cv -00020 (RRB) |

NOTICE OF COMPLIANCE WITH MINUTE ORDER AND
PROVISION OF SERVICE LIST

Pursuant to the Minute Order of July 26, 2006, Defendant CSK Auto, Inc. ("CSK") provides as follows:

1. CSK filed a Notice of Removal with this Court on July 14, 2006, listing all records and proceedings filed in this matter with the State Superior Court under case No. 4FA-04-2053 CI. Copies of all records and pleadings listed in the Notice of Removal are

attached hereto, and a courtesy copy of all pleadings listed herein will be hand delivered to the court for the judge's chambers.

| Exhibit | Date Filed | Party | Document Filed |
|---|---|---|---|
| A. | 9/1/04 | Smith | Complaint |
| B. | 9/8/04 | Smith | Notice Of Change Of Judge |
| C. | 9/15/04 | CSK | Entry Of Appearance (DWT) |
| D. | 9/21/04 | CSK | Motion To Dismiss Plaintiff Terry L. Smith's Complaint For Failure To State A Claim Upon Which Relief Can Be Granted, Memorandum In Support Of Motion To Dismiss Plaintiff Terry L. Smith's Complaint For Failure To State A Claim Upon Which Relief Can Be Granted, Affidavit Of Counsel & Order Granting Motion To Dismiss Plaintiff Terry L. Smith's Complaint For Failure To State A Claim Upon Which Relief Can Be Granted |
| E. | 9/23/04 | Court | Notice Of Pretrial Scheduling Conference |
| F. | 10/4/04 | Smith | Memorandum In Support Of Opposition To Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted, Affidavit On Motion, & [Proposed] Order Denying Defendant CSK Auto Corp.'s Motion To Dismiss |
| G. | 10/12/04 | CSK | Reply To Opposition To Motion To Dismiss Complaint For Failure To State A Claim Upon Which Relief Can Be Granted, Affidavit Of Eric Jenkins, & Excerpts Of Deposition Of Terry Smith |
| H. | 10/12/04 | CSK | Request For Oral Argument |
| I. | 10/22/04 | CSK | Motion To Vacate Pretrial Scheduling Conference, Memorandum In Support Of Motion To Vacate |

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

NOTICE OF COMPLIANCE WITH MINUTE ORDER - 2
ANC 94760v1 53870-5

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   |   | Pretrial Scheduling Conference, [Proposed] Order Granting Motion |
|   | J. | 10/25/04 | Smith | Motion To Strike Defendant's Reply to Opposition To Motion To Dismiss Complaint For Failure To State A Claim Upon Which Relief Can Be Granted, Order On Motion To Strike Defendant Reply Opposition, Memorandum On Motion To Strike Defendants Reply Opposition & Affidavit On Motion |
|   | K. | 11/2/04 | Smith | Opposition To Motion To Vacate Pretrial Scheduling Conference, Memorandum On Opposition To Motion To Vacate Pretrial Scheduling Conference, Affidavit On Motion, & [Proposed] Order Denying Defendant CSK Auto Corp. Motion To Vacate Pretrial Scheduling Conference |
|   | L. | 11/3/04 | Court | Order Setting Oral Argument (11/22/04) |
|   | M. | 11/5/04 | CSK | Opposition To Smith's Motion To Strike Defendant Reply & Affidavit Of Counsel |
|   | N. | 11/8/04 | CSK | Reply To Opposition To Motion To Vacate Pretrial Scheduling Conference |
|   | O. | 11/15/04 | Smith | Reply To Opposition To Plaintiff's Motion To Strike Defendants Opposition, Affidavit, & Cert Of Service |
|   | P. | 11/29/04 | Parties | Report Of Parties Planning Meeting |
|   | Q. | 12/2/04 | Court | Order Granting CSK Auto Inc.'s Motion To Dismiss Plaintiff Terry L. Smith's Complaint For Failure To State A Claim Upon Which Relief Can Be Granted |
|   | R. | 12/9/04 | CSK | Motion For Award Of Attorney's Fees And Costs, Memorandum In Support Of Motion For Award Of Attorney's Fees And Costs, Affidavit |

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

NOTICE OF COMPLIANCE WITH MINUTE ORDER - 3
ANC 94760v1 53870-5

| | | | |
|---|---|---|---|
| | | | Of Counsel In Support Of Motion For Award Of Attorney's Fees And Costs, Verified Cost Bill, [Proposed] Order Awarding Attorney's Fees And Costs |
| S. | 12/20/04 | Smith | Motion For Stay Of Judgment Pending Appeal To The Alaska Supreme Court, Order Granting Stay Of Judgment |
| T. | 12/31/04 | Smith | Notice Of Appeal |
| U. | 1/3/05 | CSK | Opposition To Motion For Stay Of Judgment Pending Appeal, Order Denying Motion For Stay Of Judgment Pending Appeal |
| V. | 1/6/05 | Smith | Motion For Stay Of Judgment Pending Appeal To The Alaska Supreme Court, Order Granting Stay Of Judgment |
| W. | 1/12/05 | Smith | Motion to Waive Cost Bond, Affidavit on Motion to Waive Cost Bond, & Order Granting Motion to Waive Cost Bond |
| X. | 1/18/05 | CSK | Opposition to Second Motion for Stay of Judgment Pending Appeal |
| Y. | 1/18/05 | CSK | Opposition To Motion To Waive Cost Bond, Order Denying Motion To Waive Cost Bond |
| Z. | 1/25/05 | Court | Order Awarding Attorney's Fees And Costs, Clerk's Ruling On Cost Bill |
| AA. | 2/11/05 | Court | Order Denying Motion for Stay of Judgment Pending Appeal |
| AB. | 3/10/06 | Supreme Court | Opinion, Remanding in Part |
| AC. | 5/16/06 | Court | Notice of Administrative Assignment |

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

NOTICE OF COMPLIANCE WITH MINUTE ORDER - 4
ANC 94760v1 53870-5

| | | | |
|---|---|---|---|
| AD. | 5/25/06 | Court | Notice of Pretrial Scheduling Conference |
| AE. | 5/25/06 | Court | Order Upon Conclusion of Appeal |
| AF. | 06/23/06 | CSK | Notice Of Filing A Proposed Pretrial Scheduling Order |
| AG. | 06/27/06 | Smith | Notice To The Court For Clarification As To FMLA Jurisdiction |
| AH. | 06/27/06 | Smith | Demand For Jury Trial |

2. Subsequent to filing the Notice of Removal, CSK received the following additional documents from the Superior Court that were not in CSK's files and which were not listed in the Notice of Removal:

| | | | |
|---|---|---|---|
| BA. | 08/23/04 | Smith | Case Description Form |
| BB. | 08/23/04 | Smith | Request for Exemption From Payment of Fees |
| BC. | 09/08/04 | Smith | Certificate of Service |
| BD. | 09/09/04 | Court | Notice of Reassignment Due to Disqualification |
| BE. | 11/22/04 | Court | Log Notes from Hearing on Motion To Dismiss For Failure to State a Claim |

3. In addition to the documents listed in paragraphs 1 and 2 above, documents filed with the State Superior Court subsequent to the removal of this Action are identified below and copies of the same are filed herewith:

| | | | |
|---|---|---|---|
| CA. | 06/26/06 | Court | Log Notes of Pretrial Scheduling Conference |
| CB. | 06/29/06 | Court | Civil Pretrial Order |

NOTICE OF COMPLIANCE WITH MINUTE ORDER - 5
ANC 94760v1 53870-5

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

| | | | |
|---|---|---|---|
| CC. | 07/17/06 | CSK | Answer to Complaint |
| CD. | 07/17/06 | CSK | Notice of Removal |
| CE. | 07/17/06 | Smith | Notice of Genuine Issues of Material Facts |
| CF. | 07/17/06 | Smith | Motion for Oral Argument |
| CG. | 07/17/06 | Smith | [Proposed] Order Granting Request for Oral Argument |
| CH. | 07/18/06 | Smith | Motion to Amend Complaint |
| CI. | 07/18/06 | Smith | [Proposed] Order Granting Motion to Amend Complaint |
| CJ. | 07/18/06 | Smith | Motion for Continuance to Do Discovery |
| CK. | 07/18/06 | Smith | [Proposed] Order Granting Request for Continuance to Do Discovery |
| CL. | 07/18/06 | Smith | [Proposed] Order Denying Dismissal |

4.  The records and pleadings noted in paragraphs 1, 2, and 3 above, and filed herewith, constitute all records and pleading filed in the State Superior Court. Pursuant to instructions from judge Beistline's Case Management Clerk, pleadings and other papers that were filed with the Alaska Supreme Court during the appeal of this matter by Mr. Smith have not been filed with this Court. CSK is prepared to file all pleadings and other papers from the Alaska Supreme Court record upon request of the Court.

5.  Per this court's minute order, any motions and related documents which Plaintiff filed in State Court that were undecided at the time of removal, must be renewed

NOTICE OF COMPLIANCE WITH MINUTE ORDER - 6
ANC 94760v1 53870-5

and refiled in this case.  CSK, therefore, considers all such motions found at Exhibits CE through CL in the table above to be moot.

      6.      The Complete Service List for all parties to this Action is as follows:

| | |
|---|---|
| Plaintiff: | Terry L. Smith, Pro Se. |
| | P.O. Box 60882 |
| | Fairbanks, Alaska 99706 |

Defendant
CSK Auto, Inc.    Eric J. Jenkins
                    James H. Juliussen
                    Davis Wright Tremaine LLP
                    701 W. Eighth Avenue, Suite 800
                    Anchorage, Alaska 99501
                    (907) 257-5300
                    (907) 257-5399 (fax)

Dated this 4th day of August, 2006.

                                  DAVIS WRIGHT TREMAINE LLP
                                  Attorneys for Defendant CSK Auto, Inc.

                                  By:____s/ Eric J. Jenkins_____
                                         Eric J. Jenkins, ABA# 0011078
                                         James J. Juliussen, ABA# 9211082
                                         701 W. 8th Ave., Suite 800
                                         Anchorage, AK  99501
                                         Phone: (907) 257-5300
                                         Fax: (907) 257-5399
                                         ericjenkins@dwt.com
                                         jamesjuliussen@dwt.com

<u>Certificate of Service</u>:

I certify that on Aug. 4, 2006, a true and correct copy of the foregoing document was served via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: __s/ Janet Eastman_____
          Janet Eastman

NOTICE OF COMPLIANCE WITH MINUTE ORDER - 8

ANC 94760v1 53870-5

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399