Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,
        Plaintiff

VS.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
DOE      Defendant

**COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF AND DEMAND FOR JURY TRIAL; SUMMONS**

CASE 04-2053 CIVIL

**COMPLAINT**

1. COMES NOW THE PLAINTIFF TERRY L. SMITH PRO SE DEMANDS A JURY TRIAL FOR HIS COMPLAINT AGAINST THE ABOVE NAMED DEFENDANTS STATES AND ALLEGES AS FOLLOWS:

I.

**INTRODUCTORY ALLEGATIONS**

2. This action is brought under the STATE OF ALASKA against Defendants for damages as well as Declaratory and Injunctive Relief for [1] TORTIOUS INTERFERANCE WITH IMPLIED CONTRACTIONAL RELATIONSHIP, [2] FRAUDULENT MISREPRESATION [3] Negligence Concealment hiding of information as to the cause of injury to Plaintiff [4] VIOLATION OF AS: 18.60.075, SAFE EMPLOYMENT ACT

1

**EXHIBIT A**

[5]NEGLIGENCE BREACH OF DUTY[6] ACTIONABLE NEGLIGENCE[7] NEGLIGENCE PER SE[8] Negligent Infliction of Emotional Distress To Ones Personal Body[9] Proximate Cause, [10] Wrongful Termination In Violation of the doctrine of good faith and fair dealing in Violation of public policy.

## II.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over Defendant under the doctrine of Minimum contacts as Defendant Csk Auto Corp. has purposely availed Itself of the privilege of doing business in this state. Plaintiff is a resident of the FOURTH JUDICIAL DISTRICT, STATE OF ALASKA, This Court has jurisdiction pursuant to AS:22.10.020/AS:09.05.015 Venue is proper in this Court. The jurisdiction of this court is Invoked pursuant to AS 22.10.022. Venue is properly laid in the Fourth Judicial District of the Superior Court for the State of Alaska pursuant to AS 22.10.030 and Alaska R. Civ. P. 3(c).

## III.

4. CSK AUTO SUPPLY CORP AND ENETIES FAILED TO PROVIDE SAFETY EQUIPMENT FOR PLAINTIFFS SAFETY IN VIOLATION OF AS: 18.60.075,

## IV.

5. ON AUGUST 28 2000 PLAINTIFF WAS EMPLOYED BY DEFENDANT CORPORATION AS A FULL TIME DELIVER DRIVER LOCATED AT 605 OLD STEESE HWY WHICH THEIR WAS A SCHUCKS AUTO SUPPLY NOW LOCATED AT 58 COLLEGE ROAD.

V.

**6.** DEFENDANTS ARE HIDING RELEVANT INFORMATION AS TO PLAINTIFF GREIVIOUS INJURY

VI.

**7.** PLAINTIFF WAS SEVERIELY INJURED BY A PRODUCT[ BACK SUPPORT BELT SO-CALLED SAFETY] EQUIPMENT SUPPLYED BY EMPLOYEER AND PURCHASED FROM R&R INDUSTRIES thru R&R Industrial Safety Catalog.

VII.

**8.** BY REASON OF SUCH VIOLATION OF AS: 18.60.075, NEGLIGENCE PER SE, FRAUDULENT WRONGFULL TERMINATION IN VIOLATION OF THE COVENANT OF GOOD FAITH AND FAIR DEALING AND IN VIOLATION OF PUBLIC POLICY, FRAUDULENT MISREPRESENTATION OF SAFETY EQUIPMENT, PROXIMATE CAUSE, ACTIONABLE NEGLIGENCE, FRAUD OF CONSEALMENT HIDING OF CAUSE OF INJURY, FAILURE TO WARN, BREACH OF FIDUCIARY DUTY, EMOTIONAL DISTRESS TO ONES BODY, THE PLAINTIFF HAS BEEN DAMAGED AS FOLLOWS: THE PLAINTIFF TERRY L. SMITH HAS LOST WAGES AND OTHER COMPENSATION AND BENEFITS FROM 3-29-01 TO PRESENT AN AMOUNT TO BE PROVEN AT TRIAL. BY DEFENDANTS NEGLIGENCE HIDING OF INFORMATION FROM PLAINTIFF

### COUNT I.

### FIRST CLAIM FOR RELEIF TORTIOUS INTERFERANCE OF CONTRACTIONAL RELATIONS

FOR HIS FIRST CAUSE OF ACTION, PLAINTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN THE PARAGRAPH ABOVE OF HIS COMPLAINT.

### I.

9. PLAINTIFFS HAND BOOK IS A IMPLYED CONTRACT OF GOOD FAITH AND FAIR DEALING UNDER PUBLIC POLICY STATUTES WHICH WAS INTERFIERED WITH BY DEFENDANT CSK AUTO CORP.

### II.

10. THAT IN VIOLATION OF PLAINTIFFS RIGHTS AS AN EMPLOYEE, DEFENDANT CORPORATION WILLFULLY VIOLATED AND INTENTIONALLY VIOLATED DEFENDANT CORPORATIONS POLICY AND PROCEDURE SAFETY MANUAL PROMULAGED BY DEFENDANT CORPORATION TO PROVIDE SAFETY EQUIPMENT AND WITHOUT REASONABLE JUSTIFICATION OR EXCUSE VIOLATED AS:18.60.075, SAFE EMPLOYMENT ACT WHICH IS NEGLIGENCE PER SE, DISCRIMINATED AGAINST PLAINTIFF

### III.

11. DURING THE COURSE OF PLAINTIFFS INJURY DEFENDANT INTERFERED WITH PLAINTIFFS RIGHTS PROMUGLATED BY DEFENDANT CORPORATION.THEIR BY INTERFERING WITH PLAINTIFFS MEDICAL BENEFITS PROVIDED IN PLAINTIFFS IMPLYED CONTRACT OF GOOD FAITH AND FAIR DEALING WHICH IS BAD FAITH.

### IV.

12. BY REASON OF COEHERSION FRAUD DEFENDANT FRAUDED PLAINTIFF OUT OF BENEFITS PROMULAGED BY DEFENDANT CORPORATION HAND BOOK POLICY AND IN THE COURSE OF SAID POLICY DEFENDANTS CONTRAIRY TO PUBLIC POLICY INTERFERED WITH CONTRACTUAL RELATIONS OF PLAINTIFF. HAVEING BREACHED THE COVENANT OF GOOD FAITH AND FAIR DEALING

### COUNT II.

### SECOND CLAIM FOR RELEIF FRAUDULENT MISREPRESENTATION

PLAINTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN COUNTS I OF HIS COMPLAINT.

4

I.

13. DEFENDANT CORPORATION FRAUDULENT MISREPRESENTATION OF SAFETY EQUIPMENT, KNEW BACK SUPPORT BELT WAS NOT PERSONAL PROTECTION EQUIPMENT, THEIR BY FAILED TO WARN PLAINTIFF OF INPENDING DANGERS OF SUCH PRODUCT [NEGLIGENCE MISREPRESENTATION OF BACK SUPPORT BELT AS SAFETY EQUIPMENT]

II.

14. THAT IN THE COURSE OF EMPLOYMENT EMPLOYER GAVE PLAINTIFF A KNOWEN SO-CALLED SAFETY BELT[ NON PERSONAL PROTECTIVE EQUIPMENT] THAT COLLAPSED ON EMPLOYEE THIS IS FRAUDULENT MISREPRESENTATION OF SAFETY EQUIPMENT [FRAUDULENT NEGLIGENCE, BAD FAITH, MISREPRESENTATION OF CONSEALMENT FAILURE TO WARN OF DANGER]

III.

15. EMPLOYER CSK AUTO CORP. FAILED TO PROTECT EMPLOYEE AND WARN EMPLOYEE OF HAZARD OF WEARING EMPLOYER SUPPLYED BACK SUPPORT BELTS THAT WERE EMPLOYER MANDATETED TO WEAR PER COMPANY POLICY.

IV.

16. ON 3-29-01 DEFENDANT CSK AUTO CORP SENT PLAINTIFF OUT ON A DELIVERY WITHOUT PROTECTIVE SAFETY EQUIPMENT. THEIR BY CAUSING GRIEAVIOUS INJURY TO EMPLOYEES LOWER SPINE CRUSHING HIS DISC AT L3-THRU S1

### COUNT III

### THIRD COUNT NEGLIGENT CONSEALMENT

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN COUNTS I COUNTS II

I.

17. DEFENDANT NEGLIGENTLY CONSEALED A CAUSE OF ACTION BY HIDING RELEVANT INFORMATION AS TO HINDER A CAUSE OF ACTION.

II.

**18.** DEFENDANTS CONSEALED INFORMATION FROM PLAINTIFF AS BACK SUPPORT BELT WAS SAFETY EQUIPMENT, THEIR BY PLAINTIFF RELIED ON FAULSE INFORMATION AS BACK SUPPORT BELT IS NOT PERSONAL SAFETY EQUIPMENT.

III.

**19.** DEFENDANT CONSEALED INFORMATION AS TO PLAINTIFFS INJURY AND THE INJURY TO OTHER EMPLOYEES THAT WERE INJURED BY SO-CALLED SAFETY EQUIPMENT

### COUNT IV.

### FOURTH COUNT FOR RELEIF VIOLATION OF AS 18.60.075 SAFE EMPLOYMENT ACT

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN COUNTS I COUNTS II COUNTS III

I.

**20.** **AS 18.60.075 SAFE EMPLOYMENT STATES**: (a) AN EMPLOYER SHALL DO EVERYTHING NECESSARY TO PROTECT THE LIFE, HEALTH, AND SAFETY OF EMPLOYEES. EMPLOYER VIOLATED THIS RELEVANT STATUTE BY FAILING TO PROVIDE EMPLOYEE WITH SAFETY EQUIPMENT

### COUNT V.

### FIFTH COUNT NEGLIGENT BREACH OF DUTY

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN COUNTS I COUNTS II COUNTS III COUNTS IV

**21.** EMPLOYEE PLAINTIFF RELIANCE ON EMPLOYER FIDUCIARY DUTY TO KEEP EMPLOYEE SAFE FAILED TO DO SO, CAUSED A GRIEVIOUS INJURY TO EMPLOYEE. VIOLATED **AS 18.60.075 SAFE EMPLOYMENT ACT**

### COUNT VI.

### SIXTH COUNT ACTIONABLE NEGLIGENCE

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN COUNTS I COUNTS II COUNTS III COUNTS IV COUNTS V

**22.** DEFENDANTS CSK AUTO CORP, AND ENITIE OWNED A DUTY TO PLAINTIFF TO WARN OF HAZARDS OF UNSAFE UNREGULATED BACK SUPPORT BELT NOT BEING PERSONAL PROTECTION EQUIPMENT PRODUCT. VIOLATED **AS 18.60.075 SAFE EMPLOYMENT ACT**

## COUNT VII.

### SEVENTH COUNT NEGLIGENCE PER SE

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN COUNTS I COUNTS II COUNTS III COUNTS IV COUNTS V COUNTS VI

23. DEFENDANT CSK AUTO CORP. GAVE EMPLOYEE PLAINTIFF INFERIOR BACK SUPPORT BELT AS IMPLYED SAFETY EQUIPMENT, DEFENDANT KNEW BACK SUPPORT BELT WAS NOT PERSONAL PROTECTION EQUIPMENT. VIOLATED **AS 18.60.075 SAFE EMPLOYMENT ACT**

## COUNT VIII.

### EIGHTH CLAIM FOR RELEIF INTENTIONAL INFLICTION OF EMOTIONAL DISTRES

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN COUNTS I COUNTS II COUNTS III COUNTS IV COUNTS V COUNTS VI COUNTS VII

I.

24. Defendants' conduct was unreasonable and outrageous and exceeds the bounds usually tolerated by decent society, and was done willfully, maliciously and deliberately with the intent to cause Plaintiff severe mental and emotional pain, distress, and anguish and loss of enjoyment of life, or was done with reckless indifference to the likelihood that such behavior would cause such severe emotional distress and with utter disregard for the consequences of such actions

II.

25. The behavior and conduct on the part of Defendants as described herein above was so extreme and outrageous as to be capable of causing Plaintiff severe emotional distress and has in fact caused Plaintiff severe anguish, distress,

7

I.

**30.** DEFENDANTS SECRETLY TERMINATED EMPLOYEE WHILE EMPLOYEE WAS UNDER WORKER COMPENSATION SYSTEM IN VIOLATION OF MEDICAL LEAVE ACT

**31.** THE PLAINTIFF HAND BOOK IS A IMPLIED CONTRACT OF GOOD FAITH AND FAIR DEALING WHICH OBGLIGATES DEFENDANTS AND CODEFENDANTS AS A MATTER OF LAW TO ACT IN GOOD FAITH AND FAIR DEALING THEIR FORE INTENTIONALY AND NEGLIGENTLY INFLICTED PAIN AND SUFFERING UPON PLAINTIFF. CAUSING DISTRESS UPON HIS INJURIES. WHERE FORE, PLAINTIFF PRAYS FOR JUDGMENT AGAINST THE DEFENDANT CSK AUTO SUPPLY AND ENETIES INDIVIDUAL DEFENDANTS EQUALY AND SEVERALLY AS FOLLOWS:

1. PLAINTIFF LOST WAGES,COMPENSATION AND OTHER BENEFITS PAST AND FUTURE TO BE PROVEN AT TRIAL

2. FOR PUNITIVE AND COMPENSATIORY DAMAGES AS DEEMED JUST BECAUSE OF THE NEGLIGENT, INTENTIONAL MALICIOUS AND OUT RAGEOUS CONDUCT BY AND THROUGH DEFENDANTS AND CONTRARY TO PUBLIC POLICY

3. FOR PREJUGMENT INTREST COST AND ATTORNEY FEES

4. PLAINTIFF SEEKS SPECIAL DAMAGES

5. FOR SUCH FURTHER RELEIF AS THE COURTS DEEMS JUST AND EQUITABLE.

6. EMOTIONAL DISTRESS ON HIS BODY

7. PLAINTIFF WILL AMEND COMPLAINT AS DEMED NECESSARY

DATED THIS 23 DAY OF AUG at FAIRBANKS ALASKA.

_[signature]_
TERRY L SMITH PRO SE
P.O. BOX 60882
FAIRBANKS, ALASKA 99706

C.C. REGISTERED AGENT: NATIONAL REGISTERED AGENTS, INC.
801 W. 10TH ST STE 300
JUNEAU AK 99801


