Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
### FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,
            Plaintiff

VS.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
Doe          Defendants

CASE NO-4FA-04-2053-CIVIL

### NOTICE OF CHANGE OF JUDGE

Plaintiff Terry L. Smith Pro SE pursuant to civil rule 42(c) Gives notice to peremptorily change of Judge in the above case 4FA-04-2053-civ to change the Honorable **Niesje J. Steinkruger**. From the above case.

Respectfully Submitted,

_[signature]_
TERRY L. SMITH PRO SE
P.O. BOX 60882
FAIRBANKS, ALASKA 99706

DATED THIS 8TH DAY OF Aug, 2004

EXHIBIT B

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8TH of Sept 2004, A TRUE AND CORRECT COPY OF THE of the foregoing DOCUMENT WAS SERVED VIA:

(X) FIRST CLASS MAIL
( ) FACSIMILE AND MAIL
( ) HAND DELIVERY

ON THE FOLLOWING:

NATIONAL REGISTERED AGENTS, INC
801 W. 10TH STREET
SUITE 300
JUNEAU, ALASKA 99801

TERRY L SMITH PRO SE
P.O. box 60882
FAIRBANKS, AK 99706

CERTIFICATE OF
SERVICE CSK AUTO.



TERRY L. Smith
PO Box 60882
Fairbanks, Alaska 99706

CERTIFIED MAIL

7003 2260 0002 1045 3795

National Registered Agents Inc.
801 W. 10th Street
Suite 300
Juneau, Alaska 99801

U.S. POSTAGE PAID
FAIRBANKS, AK
99701
SEP 08 '04
AMOUNT
$2.67
00076573-12