Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

RECEIVED
FOR _____
SEP 2 0 2004
Filed in the Trial Courts
STATE OF ALASKA, FOURTH DISTRICT
DAVIS WRIGHT TREMAINE
BY _____
SEP 1 7 2004
By _____ Clerk of the Trial Courts
_____ Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

TERRY L. SMITH, )
)
Plaintiff, )
)
vs. )
)
CSK AUTO INC., d/b/a SCHUCKS )
AUTO SUPPLY, Doe, )
)
Defendant. )
) Case No. 4FA-04-2053 Civil
_____ )

### ENTRY OF APPEARANCE

Davis Wright Tremaine LLP hereby enters its appearance as attorneys of record for CSK Auto, Inc., d/b/a Schucks Auto Supply and requests that copies of all pleadings filed in this action be mailed to this office at 701 W. 8th Ave., Suite 800, Anchorage, Alaska 99501.

DATED this 15th day of September, 2004.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
Eric J. Jenkins
Alaska Bar No. 0011078

EXHIBIT C

Certificate of Service

On the 15th day of September, 2004, a true and correct copy of the foregoing document was sent by U.S. Mail, postage paid, to the following party:

Terry L. Smith
P.O. Box 60882
Fairbanks, AK 99706

By: _____
M. Kirsten Gustafson

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

ENTRY OF APPEARANCE - 2
77414v1 53870-5