1   Eric J. Jenkins
    James H. Juliussen
2   DAVIS WRIGHT TREMAINE LLP
    701 W. 8th Avenue, Suite 800
3   Anchorage, Alaska 99501
    Phone: (907) 257-5300
4   Fax: (907) 257-5399
5
6   Attorneys for CSK Auto Inc.

7        IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
8
            FOURTH JUDICIAL DISTRICT AT FAIRBANKS
9
10  TERRY L. SMITH,                    )
                                       )       **Filed in the Trial Courts**
11           Plaintiff,                )       **STATE OF ALASKA, FOURTH DISTRICT**
                                       )
12      vs.                            )             SEP 2 3 2004
                                       )
13  CSK AUTO INC., d/b/a SCHUCKS       )       **Clerk of the Trial Courts**
14  AUTO SUPPLY, DOE,                  )       By_____Deputy
                                       )
15           Defendant.               )        Case No. 4FA-04-2053 Civil
16  _____   )

17                  AFFIDAVIT OF COUNSEL

18  STATE OF ALASKA          )
                             ) ss.
19  THIRD JUDICIAL DISTRICT  )
20
21      Eric J. Jenkins, being first duly sworn, on oath deposes and says:

22      1.    I am an attorney in the law firm of Davis Wright Tremaine LLP, counsel

23  for Defendant CSK Auto Inc. ("CSK") in the above captioned matter.

24      2.    On or about March 23, 2004, Plaintiff Terry L. Smith ("Smith") filed suit
25
    against CSK and various other defendants in the case entitled <u>Terry L. Smith v. CSK</u>

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax (907) 257-5399

**EXHIBIT D**

Auto, Inc., et. al., Case No. 4FA-04-670 Civil, Alaska Superior Court, Fourth Judicial

District at Fairbanks (hereinafter the "First Case"). Smith never served the complaint he

initially filed in that matter, and filed an Amended Complaint for Damages on April 2,

2004 which named CSK and R & R Industries as defendants. A true and correct copy of

the Amended Complaint Smith filed in the First Case is attached hereto as Exhibit A.

3.    On April 28, 2004, CSK removed the First Case to the United States

District Court for the District of Alaska, a move which Smith bitterly contested. A true

and correct copy of the Notice of Removal of Civil Action filed by CSK (without its

accompanying exhibits) is attached hereto as Exhibit B. The First Case thereafter became

Terry L. Smith v. CSK Auto, Inc. & R & R Industries, Inc., Case No. F04-0012 CV

(RRB), United States District Court for the District of Alaska.

4.    The same day that CSK removed the First Case to federal court, it also filed

a motion to dismiss all of Smith's claims based upon the applicable statute of limitations

and the exclusive remedy provisions of the Alaska Workers' Compensation Act. In an

order dated July 9, 2004, the U.S. District Court granted CSK's motion to dismiss

Smith's complaint. A true and correct copy of the U.S. District Court's order granting

CSK's motion to dismiss is attached hereto as Exhibit C. The District Court entered

judgment in favor of CSK on the same day, ordering "THAT the plaintiff take nothing"

and "that the action be dismissed on its merits . . ." A true and correct copy of the

judgment entered by the U.S. District Court is attached hereto as Exhibit D.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

AFFIDAVIT OF COUNSEL - 2
ANC 77479v1 53870-5

5.    On or about July 19, 2004, Smith filed a Notice of Appeal with the Ninth

Circuit Court of Appeals appealing the final judgment entered against him by the U.S.

District Court. A true and correct copy of Smith's Notice of Appeal is attached hereto as

Exhibit E. Smith's appeal is currently pending before the Ninth Circuit Court of Appeals

as <u>Terry L. Smith v. CSK Auto Inc and R & R Industries, Inc.</u>, Case No. 04-35699,

United States Court of Appeals for the Ninth Circuit.

6.    In his appeal, Smith alleges that removal to Federal Court was improper

because he stated no federal question claims. CSK removed the case to federal court

based upon diversity of citizenship. Smith recently filed a motion asking the Ninth

Circuit to remand the case to state court. A true and correct copy of that motion (without

attached exhibits) is attached hereto as Exhibit F.

_Eric_ _____

Eric J. Jenkins

SUBSCRIBED AND SWORN TO BEFORE ME THIS 21st DAY OF
SEPTEMBER, 2004.



_Janet Eastman_ _____

Notary Public for the State of Alaska
My Commission Expires: 6/28/06

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax (907) 257-5399

AFFIDAVIT OF COUNSEL - 3
ANC 77479v1 53870-5

Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
### FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,
                 Plaintiff

VS.

CSK AUTO INC,
AND ENETIES        Defendant

R&R INDUSTRIES.INC SUPPLYER
 AND ENETIES
                 Co. Defendants

Filed in the Trial Courts
STATE OF ALASKA, FOURTH DISTRICT

**APR 0 8 2004**

Clerk of the Trial Courts
By_____Deputy

CASE NO- *4FA-04-670* CIVIL

### AMMENDED COMPLAINT FOR DAMAGES

COMES NOW THE PLAINTIFF TERRY L. SMITH PRO SE DEMANDS A JURY TRIAL FOR HIS

COMPLAINT AGAINST THE ABOVE NAMED DEFENDANTS STATES AND ALLEGES AS FOLLOWS:

#### I.

THE PLAINTIFF IS A RESIDENT OF THE FOURTH JUDICIAL DISTRIC, STATE OF ALASKA

#### II.

THE DEFENDANTS CSK AUTO SUPPLY IS A FORIEN CORPORATION WHICH OWNES AND OPERATES

RETAIL STORES, WHICH ARE LOCATED THROUGH OUT ALASKA AND THE US.

#### III.

R&R INDUSTRIES IS A MAJOR INDUSTRIAL SUPPLYER TO CSK AUTO SUPPLY CORP AND ENETIES

WHO FAILED TO PROVIDE QUALITY PROUDCUTS AND QUALITY MATERIAL FOR PLAINTIFFS

SAFETY.

1

EXHIBIT ___A___
Page __1__ of __5__

**IV.**

ON AUGUST 28 2000 PLAINTIFF WAS EMPLOYED BY DEFENDANT CORPORATION AS A FULL TIME

DELIVER DRIVER LOCATED AT 605 OLD STEESE HWY WHICH THEIR WAS A SCHUCKS AUTO

SUPPLY NOW LOCATED AT 58 COLLEGE ROAD.

**V.**

PLAINTIFF WAS SEVERIELY INJURED BY A PRODUCT SUPPLYED EMPLOYEER AND PURCHASED

FROM R&R INDUSTRIES CAUSING GRIEVOUS BODILY INJURY CRUSHING PLAINTIFF'S DISC AT L3-
L4 L4-L5 L5-S1

**VI**

BY REASON OF SUCH WRONGFULL NEGLIGENCE AND BAD FAITH, FRAUD, MALACE,

INTERFERANCE, OPPRESSION AND THE COVENANT OF GOOD FAITH AND FAIR DEALING

DISCRIMINATION.BREACH OF IMPLIED WARRANTY, BATTERY, FRAUDULENT

MISREPRESENTATION OF CONSEALMENT, VIOLATION AND FRAUD OF STATE CONSUMER

PROTECTION STATUTES, BREACH OF WARRANTY, UNJUST ENRICHMENT, STRICT LIABILITY

VIOLATION OF PUBLIC POLICY THE PLAINTIFF HAS BEEN DAMAGED AS FOLLOWS: THE

PLAINTIFF TERRY L. SMITH HAS LOST WAGES AND OTHER COMPENSATION AND

BENEFITS FROM 3-29-01 TO PRESENT AN AMOUNT TO BE PROVEN AT TRIAL

## COUNT II

FOR HIS SECOND CAUSE OF ACTION, PLAINTIFF REALLEGE AND INCORPORATES BY
REFERENCE THE ALLEGATIONS CONTAINED IN COUNTS I OF HIS COMPLAINT.

**I.**

THAT AT ALL TIMES HEREINAFTER MENTIONED DEFENDANTS CSK AUTO SUPPLY INC A

PUBLIC COMPANY AND R&R INDUSTRIES A MAJOR SUPPLYER TO CSK AUTO CORP. SUPPLYED

SAID EQUIPMENT TO CSK AUTO CORP AND ENETIES.

**II.**

THAT IN THE COURSE OF EMPLOYMENT EMPLOYER GAVE PLAINTIFF A KNOWEN DEFECTIVE

SAFETY BELT SUPPLYED BY R&R INDUSTRIES THAT COLLAPSED ON EMPLOYEE THIS IS

[FRAUDULENT MISREPRESENTATION OF CONSEALMENT BREACH OF WARRANTY

NEGLIGENCE, BAD FAITH]

2

EXHIBIT A
Page 2 of 5

### III.

PLAINTIFFS HAND BOOK AT PAGE 24 STATES THAT: CSK AUTO PROVIDES WORKERS

COMPENSATION INSURANCE COVERAGE TO ALL ASSOCIATES FOR PROTECTION AGAINST

INJURIES THAT OCCURE WHILE AT WORK. THIS COVERS MEDICAL AND REHABILITION

EXPENSES AS WELL AS A PERCENTAGE OF LOST WAGES.THIS IS INTERFIERANCE BY

DEFENDANT

### IV.

DURING THE COURSE OF PLAINTIFFS INJURY DEFENDANT INTERFERED WITH PLAINTIFFS RIGHTS

PROMUGLATED BY DEFENDANT CORPORATION.THEIR BY INTERFERING WITH PLAINTIFFS

MEDICAL ATTENTION WHICH IS BAD FAITH.

### V.

DEFENDANT CORPORATION USED MALACE TOWARDS PLAINTIFF IN THEIR ACTIONS AGAINST

PLAINTIFF TURNING ON AND OFF HIS RIGHTFULL BENEFITS AS PROMULAGED BY DEFENDANT

CORPORATION. AS PER PAGE 24 OF PLAINTIFF HAND BOOK.

### VI.

DURING THE COURSE OF PLAINTIFFS INJURY DEFENDANT USED OPPRESSION AGAINST PLAINTIFF

DURING HIS INJURY CAUSING UNJUST HARD SHIP

### VII.

IN THE COURSE OF PLAINTIFFS MEDICAL ATTITION DEFENDANT USED FRAUD AGAINST

PLAINTIFF

### COUNT III.

#### I.
PLAINTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLEGATIONS
CONTAINED IN COUNTS I AND COUNT II OF HIS COMPLAINT.

#### II.

THAT IN VIOLATION OF PLAINTIFFS RIGHTS AS AN EMPLOYEE OF DEFENDANT CORPORATION

WILLFULLY VIOLATED AND INTENTIONALLY VIOLATED DEFENDANT CORPORATIONS POLICY

AND PROCEDURE PROMULAGED BY DEFENDANT CORPORATION AND WITHOUT REASONABLE

JUSTIFICATION OR EXCUSE DISCRIMINATED AGAINST PLAINTIFF.

EXHIBIT A
Page 3 of 5

### III.

BY REASON OF COEHERSION FRAUD DEFENDANT FRAUDED PLAINTIFF OUT OF BENEFITS

PROMULAGED BY DEFENDANT CORPORATION HAND BOOK POLICY AND IN THE COURSE OF SAID

POLICY DEFENDANTS CONTRAIRY TO PUBLIC POLICY INTERFERED WITH CONTRACTUAL

RELATIONS OF PLAINTIFF. HAVEING BREACHED THE COVENANT OF GOOD FAITH AND FAIR

DEALING.

### COUNT IV.

PLANTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN
COUNTS I. AND COUNT II. AND COUNT III.

### I.
### AS 18.60.075 SAFE EMPLOYMENT
STATES: (a) AN EMPLOYER SHALL DO EVERYTHING NECESSARY TO PROTECT THE LIFE, HEALTH,
AND SAFETY OF EMPLOYEES.

### II.
ON 3-29-01 DEFENDANT CSK AUTO CORP SENT PLAINTIFF OUT ON A DELIVERY WITHOUT

PROTECTIVE SAFETY EQUIPMENT. THEIR BY CAUSING GRIEAVIOUS INJURY TO EMPLOYEES

LOWER SPINE CRUSHING HIS DISC AT L3-THRU S1

### III.
EMPLOYER THROUGH R&R INDUSTRIES FAILED TO PROTECT EMPLOYEE AND WARN EMPLOYEE

OF HAZARD OF WEARING EMPLOYER SUPPLYED BACK SUPPORT BELTS THAT WERE EMPLOYER

MANDATETED TO WEAR PER COMPANY POLICY. PLAINTIFF INJURY IS CONSISTANT WITH FAILED

PRODUCT.

### COUNT V.

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN
COUNTS I COUNTS II COUNTS III COUNTS IV

### I.

### SPECIAL MATTER
BECAUSE OF THIS ISSUE PLAINTIFF PLEADS A SPECIAL MATTER WHICH THERE IS MORE THAN
ONE PERSON INVOLVED IN THIS THAT WERE INJURED AND NEED TO COME FORWARD

### II.

### STRICT LIABILITY
OF THE FOLLOWING DEFENDANTS WHO MANUFACTURED OR ASSEMBLED THE PRODUCT IN
QUESTION. R&R INDUSTRIES AND SUBSITYS UNKNOWEN DESIGNED AND MANUFACTURED
PRODUCT AND SOLD UNSAFE UNREGULATED PRODUCT TO CSK AUTO SUPPLY CORP.

EXHIBIT A
Page 4 of 5

### NEGLIGENCE

OF THE FOLLOWING DEFENDANTS CSK AUTO CORP, R&R INDUSTRIES AND SUBSITYS OWNED A
DUTY TO PLAINTIFF TO WARN OF HAZARDS OF UNSAFE UNREGULATED PRODUCT.

#### IV.

### BREACH OF WARRANTY

BY THE FOLLOWING DEFENDANTS CSK AUTO CORP, R&R INDUSTRIES INC BREACHED AN
IMPLIED WARRANTY AND EXPRESSED WARRANTY AND OWNED DUTY TO PLAINTIFF

#### V.

THE PLAINTIFF HAND BOOK IS A CONTRACT OF EMPLOYMENT WHICH OBGLIGATES

DEFENDANTS AND CODEFENDANTS AS A MATTER OF LAW TO ACT IN GOOD FAITH AND

FAIR DEALING THEIR FORE INTENTIONALY AND NEGLIGENTLY INFLICTED PAIN AND

SUFFERING UPON PLAINTIFF. CAUSING DISTRESS UPON HIS INJURIES. WHERE FORE, PLAINTIFF

PRAYS FOR JUDGMENT AGAINST THE DEFENDANT CSK AUTO SUPPLY AND ENETIES R&R

INDUSTRIES AND ENETIES INDIVIDUAL DEFENDANTS EQUALY AND SEVERALLY AS FOLLOWS:

1. PLAINTIFF LOST WAGES,COMPENSATION AND OTHER BENEFITS PAST AND FUTURE TO BE
   PROVEN AT TRIAL

2. FOR PUNITIVE AND COMPENSATIORY DAMAGES AS DEEMED JUST BECAUSE OF THE
   NEGLIGENT, INTENTIONAL MALICIOUS AND OUT RAGEOUS CONDUCT BY AND THROUGH
   DEFENDANTS AND CODEFENDANTS CONTRARY TO PUBLIC POLICY

3. FOR PREJUGMENT INTREST COST AND ATTORNEY FEES

4. PLAINTIFF SEEKS SPECIAL DAMAGES OF $550,000,000 MILLION DOLLARS

5. FOR SUCH FURTHER RELEIF AS THE COURTS DEEMS JUST AND EQUITABLE.

6. EMOTIONAL DISTRESS ON HIS BODY

7. PLAINTIFF WILL AMEND COMPLAINT AS DEMED NECESSARY

DATED THIS 2ND DAY OF APRIL at FAIRBANKS ALASKA.

TERRY L SMITH PRO SE
P.O. BOX 60882
FAIRBANKS, ALASKA 99706


C.C. REGISTERED AGENT: NATIONAL REGISTERED AGENTS, INC.
801 W. 10TH ST STE 300
JUNEAU AK 99801

EXHIBIT A
Page 5 of 5

Joan M. Wilson
James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,

            Plaintiff,

vs.

CSK AUTO INC., and other Entities,

R&R INDUSTRIES INC., Supplier and
Entities,

            Defendants.

Case No. F04-____ Civil (____)

**NOTICE OF REMOVAL OF
CIVIL ACTION**

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

      Defendant CSK Auto, Inc. ("CSK"), gives notice that it is removing this
case to the United States District Court for the District of Alaska under 28
U.S.C.A. § 1441(a) on the grounds set forth below.

      1.    Defendant is a party to a civil action entitled <u>Terry L. Smith v. CSK
Auto, Inc. and other Entities and R&R Industries Inc., Supplier and Entities,</u> Case
No. 4FA-04-670 Civil, commenced in the Superior Court of the State of Alaska,

EXHIBIT B
Page 1 of 3

Fourth Judicial District at Fairbanks. The amended complaint was served on CSK on April 8, 2004.

2.  This is a civil action between citizens of different states. CSK is a foreign corporation, domiciled in Arizona. On information and belief R&R Industries is a corporation domiciled in California. Plaintiff is seeking damages in excess of $75,000.00, exclusive of interest and costs. This Court has original jurisdiction over this action under 28 U.S.C. § 1332.

3.  This Notice is filed within thirty days of the Defendant's receipt of a copy of the initial pleading setting forth the Plaintiff's claims for relief, and is timely under 28 U.S.C. § 1446(b).

4.  Removal to the United States District Court for the District of Alaska is proper under 28 U.S.C. § 1441(a), because this district embraces the State of Alaska's Fourth Judicial District.

5.  As required by 28 U.S.C.A. § 1446(a), Exhibit A contains copies of all process and pleadings served upon Defendant. There have been no further proceedings in this action and no further pleadings have been filed.

WHEREFORE, Defendant has removed this action from the Superior Court of the State of Alaska at Fairbanks to this Court.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

EXHIBIT B
Page 2 of 3

1

DATED this 28th day of April, 2004.

2

3                          DAVIS WRIGHT TREMAINE LLP
                           Attorneys for CSK Auto Inc.
4

5

6       By: _____
7                  Joan M. Wilson
8                  Alaska Bar No. 9611069

9

Certificate of Service:
10
I certify that on April 28, 2004, a true
11  and correct copy of the foregoing
    document was served via:
12
            ( ) First Class Mail
13          ( ) Facsimile and Mail
            ( ) Hand Delivery
14
on the following:
15
Terry L. Smith
16  P.O. Box 60882
    Fairbanks, Alaska 99706
17
R&R Industries
18  1000 Calle Cordillera
    San Clemente, CA 92673
19
    By: Kris Hamann
20          Kris Hamann

21

22

23

24

25

NOTICE OF REMOVAL OF                    3
CIVIL ACTION
74621v1/53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

EXHIBIT B
Page 3 of 3

RECEIVED

FOR _____

JUL 1 2 2004

DAVIS WRIGHT TREMAINE

BY _____

FILED

JUL 0 9 2004

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,

        Plaintiff,

vs.

CSK AUTO INC., and other
Entities, and
R&R INDUSTRIES, INC., Supplier
and Entities,

        Defendants.

Case No. F04-0012 CV (RRB)


**ORDER GRANTING DEFENDANT**
**CSK AUTO'S MOTION TO DISMISS**


    Before the Court is Defendant CSK Auto, Inc.
("Defendant") with a Motion to Dismiss and for a More Definite
Statement (Docket No. 3).[1] Defendant argues: (1) Plaintiff's
claims are barred by the exclusive remedy provisions of the Alaska
Workers' Compensation Act; and (2) each of Plaintiff's tort claims
is "untimely" under the governing statute of limitations.

---

[1] Inasmuch as Defendant notes in Docket 22 at 5 that its
Motion for a More Definite Statement is no longer needed, it is
hereby **DISMISSED**.

EXHIBIT _C_
Page _1_ of _2_

26

Plaintiff opposes and argues he may bring a suit for common law claims and the "discovery rule" permits his claims to go forward despite statutory limitations. Plaintiff is incorrect.

Inasmuch as the Court concludes that: (1) Plaintiff's claims <u>are</u> barred by the exclusive remedy provisions of the Alaska Workers' Compensation Act; (2) Plaintiff's tort claims are time-barred, i.e., Plaintiff's claims should have been filed on or before March 29, 2003; and (3) the "discovery rule" does not apply because Plaintiff knew the date his safety belt failed, <u>Mine Safety Appliances Co. v. Stiles</u>, 756 P.2d 288, 292 (Alaska 1988), Defendant's Motion to Dismiss (Docket No. 3) is hereby **GRANTED**.[2]

ENTERED at Anchorage, Alaska, this 9 day of July, 2004.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

F04-0012--CV (RRB)    7-9-04
------------------------------------------------
J. WILSON (DAVIS)
T. SMITH

---

[2] Because Plaintiff admits he is not bringing any independent causes of action against Defendant, Clerk's Docket No. 18 at 9-10, dismissal of the Amended Complaint, with prejudice, is appropriate. Plaintiff's Motion to Amend Complaint (Docket No. 15) is **DENIED** as moot.

ORDER GRANTING DEFENDANT CSK AUTO'S
  MOTION TO DISMISS - 2
F04-0012 CV (RRB)

EXHIBIT C
Page 2 of 2

**FILED**

JUL 1 2 2004

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
     Plaintiff,

                              Case Number F04-0012 CV (RRB)

v.

CSK AUTO INC., et al.,
     Defendants.          **JUDGMENT IN A CIVIL CASE**

____ **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED:

     THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant CSK Auto Inc. recover of plaintiff Terry L. Smith its costs of action in the amount of $_____.

***Attorney's fees in the amount of $2,000.00 is awarded to defendant on 8-11-04.

APPROVED:

Ralph R. Beistline
United States District Judge

Date: July 9, 2004

                                   Michael D. Hall
                                Clerk

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

(By) Deputy Clerk

F04-0012--CV (RRB)     mn 7/12/04

J. WILSON (DAVIS)
T. SMITH
New File
Redistributed 08/16/04 @

EXHIBIT D
Page 1 of 1

Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

FILED
U.S. DISTRICT COURT
DISTRICT OF ALASKA

2004 JUL 19 PM 3: 22

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
                    Plaintiff

VS.

CSK AUTO INC,
AND ENETIES        Defendant

**NOTICE OF APPEAL**

FILE NUMBER F04-12 CV (RRB)

NOTICE IS HERE BY GIVEN THAT TERRY L. SMITH PLAINTIFF ABOVE

NAMED HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR

THE 9TH CIRCUIT [FROM THE FINAL JUDGEMENT][FROM THE ORDER

JUDGMENT IN CIVIL CASE]ENTERED IN THIS ACTION ON THE 12TH DAY OF

JULY,2004

TERRY LEE SMITH PRO SE

DATED THIS 19TH DAY OF July ,2004

ORIGINAL

EXHIBIT E
Page 1 of 1

Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

**RECEIVED**

FOR _____

SEP 0 2 2004

DAVIS WRIGHT TREMAINE
BY_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

TERRY L. SMITH,
                    *Plaintiff*

VS.

CSK AUTO INC,
AND ENETIES    Defendant

COURT OF APPEALS NO,04-35699

## MOTION FOR REVIEW TO REMAND

Plaintiff Terry L. Smith Pro SE files this motion under rule 27

And ask this court to look at this issue of remand when Plaintiff

Never stated a federal question on the face of his complaint. AS

Congress has provided for original federal jurisdiction over "all

Civil actions arising under the Constitution, laws, or treaties

Of the United States." 28 U.S.C. 1331. The standards for

Assessing whether an action "arises under" federal law are well

Established:
To bring a case within the [jurisdiction] statute, a right or
immunity created by the Constitution or laws of the United States
must be an element, and an essential one, of the plaintiff's
cause of action. The right or immunity must be such that it will

al
1-16-04

EXHIBIT F
Page 1 of 2

be supported if the Constitution or lass of the United States are given one construction or effect, and defeated if they receive another. A genuine and present controversy, not merely a possible or conjectural one, must exist with reference thereto, and the controversy must be disclosed upon the face of the complaint, unaided by the answer or the petition for removal.[In determining

Whether federal-question jurisdiction exists over a given

Action, the plaintiff is "master of the claim." ***Caterpillar, Inc.***

***v. Williams,*** 482 U.S. 386, 392 (1987)"The Presence or absence of

Federal-question jurisdiction is governed By the 'well-pleaded

Complaint rule,' which provides that Federal jurisdiction exists

Only when a federal question is Presented on the face of the

Plaintiff's properly pleaded Complaint." Id. In the present case,

Plaintiff has presented only state-law claims; under the well

Pleaded complaint Rule, plaintiff would thus be entitled to only

Litigate the matter in State court.]Here Plaintiffs complaint was

With defect and was not allowed to correct such defect, and asto

Plaintiff, disputed the Jurisdiction and moves to seek from this

Court a review if a **Federal question** was stated in Plaintiffs

Complaint and to remand This case back to state court.

**Note to the court this issue of remand was motioned to reconsider on July 9th 2004 and was considered moot by the lower court. And has yet to be ruled on. Please review.

Respectfully Submitted,

TERRY Q. SMITH PRO SE          DATED THIS 31 DAY OF AUG. 2004

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

TERRY L. SMITH,                        )
                                       )
             Plaintiff,                )
                                       )
      vs.                              )
                                       )
CSK AUTO INC., d/b/a SCHUCKS           )
AUTO SUPPLY, DOE,                      )
                                       )
             Defendant.                )    Case No. 4FA-04-2053 Civil
_____)

ORDER GRANTING CSK AUTO INC'S MOTION TO DISMISS PLAINTIFF TERRY
L. SMITH'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH
RELIEF CAN BE GRANTED

       This Court having considered Defendant CSK Auto Inc.'s ("CSK") motion to

dismiss Plaintiff Terry L. Smith's ("Smith") complaint for failure to state a claim upon

which relief can be granted, together with the Memorandum in Support, the Affidavit of

Counsel, and all other pleadings filed in support of, or in opposition to, that motion;

       It is hereby ordered that:

       1.      CSK's motion is granted.

SEP 2 3 2004

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

2.    Smith's complaint is dismissed with prejudice.  All claims Smith asserts are barred by res judicata and/or collateral estoppel;

3.    CSK may file a motion for an award of costs and attorney's fees within 10 days of the date of distribution of this order.

DATED this _____ day of _____, 2004.

_____
Alaska Superior Court Judge

Certificate of Service:

I certify that on _Sept 21st_ 2004, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
(  ) Facsimile and Mail
(  ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _Janet Eastman_
     Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

ORDER GRANTING CSK AUTO INC.'S MOTION TO DISMISS - 2
ANC 77482v1 53870-5