Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY L. SMITH, ) | Filed in the Trial Courts |
| ) | STATE OF ALASKA, FOURTH DISTRICT |
| Plaintiff, ) | |
| ) | OCT 12 2004 |
| vs. ) | |
| ) | Clerk of the Trial Courts |
| CSK AUTO INC., d/b/a SCHUCKS ) | By_____ Deputy |
| AUTO SUPPLY, DOE, ) | |
| ) | |
| Defendant. ) | Case No. 4FA-04-2053 Civil |

REQUEST FOR ORAL ARGUMENT

CSK Auto Supply, Inc. through its attorneys Davis Wright Tremaine LLP, hereby requests oral argument on its Motion to Dismiss Plaintiff Terry L. Smith's Complaint for Failure to State a Claim Upon Which Relief Can be Granted and requests that counsel for CSK be permitted to participate in oral argument by telephone.

EXHIBIT H

DATED this 12th day of October, 2004.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
Eric J. Jenkins, ABA # 0011078

ORDER SETTING ORAL ARGUMENT

This Court having reviewed CSK Auto, Inc's Request for Oral Argument;

NOW, THEREFORE, it is hereby ORDERED that the request for oral argument is granted. Oral argument shall be held on the _____ day of _____, 2004, at the hour of _____ .m. in Courtroom _____. All parties may participate telephonically.

DATED this _____ day of _____, 2004.

_____
The Honorable Charles Pengilly
Superior Court Judge

REQUEST FOR ORAL ARGUMENT - 2
ANC 77922v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Certificate of Service:

I certify that on ⎣⎦⎣⎦⎣⎦, 2004, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
( ) Facsimile and Mail
( ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
     Janet Eastman

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

REQUEST FOR ORAL ARGUMENT - 3
ANC 77922v1 53870-5