RECEIVED

OCT 28 2004

DAVIS WRIGHT TREMAINE

Filed in the Trial Courts
STATE OF ALASKA, FOURTH DISTRICT

OCT 25 2004

By _____
Clerk of the Trial Courts
_____ Deputy

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY L. SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CSK AUTO INC., d/b/a SCHUCKS ) <br> AUTO SUPPLY, DOE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 4FA-04-2053 Civil |

## MOTION TO VACATE PRETRIAL SCHEDULING CONFERENCE

Defendant CSK Auto, Inc. ("CSK") moves this Court to vacate the pretrial scheduling conference that has been set for November 29th, 2004, pending this Court's ruling on CSK's motion to dismiss Plaintiff Terry L. Smith's complaint for failure to state a claim upon which relief can be granted. This motion is supported by the memorandum in support filed herewith, and by the record and pleadings herein.

EXHIBIT I

DATED this 22nd day of October, 2004.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
Eric J. Jenkins, ABA # 0011078

Certificate of Service:

I certify that on Oct 22nd, 2004, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
( ) Facsimile and Mail
( ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

MOTION TO VACATE PRETRIAL SCHEDULING CONFERENCE - 2
ANC 78150v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CSK AUTO INC., d/b/a SCHUCKS ) | |
| AUTO SUPPLY, DOE, ) | |
| ) | |
| Defendant. ) | Case No. 4FA-04-2053 Civil |
| ) | |

Filed in the Trial Courts
STATE OF ALASKA, FOURTH DISTRICT

OCT 2 5 2004

By_____ Clerk of the Trial Courts
_____Deputy

## MEMORANDUM IN SUPPORT OF MOTION TO VACATE PRETRIAL SCHEDULING CONFERENCE

Defendant CSK Auto, Inc. ("CSK") submits this memorandum in support of its motion to vacate the pretrial scheduling conference for this matter that the Court has scheduled for November 29th, 2004.

On September 23rd, 2004, CSK filed a motion to dismiss Plaintiff Terry L. Smith's ("Smith") complaint in this matter for failure to state a claim upon which relief

can be granted. As set forth in greater detail in that motion, the claims Smith seeks to assert in this matter are barred by res judicata. Smith filed a virtually identical complaint with this Court in March, 2004 that CSK removed to the U.S. District Court for the District of Alaska. The district court dismissed all of Smith's claims with prejudice, finding that they were barred by either the applicable statute of limitations, or the exclusive remedy provisions of the Alaska Workers' Compensation Act. Smith is currently appealing that ruling to the Ninth Circuit Court of Appeals.

A motion under Alaska R. Civ. P. 12(b)(6) postpones the time within which a party is required to answer the plaintiff's complaint until 10 days after the Court decides the motion. Alaska R. Civ. P. 12(a); Lynch v. McDonough, 2004 WL 1041523 (W.D.N.Y.) (service of a motion under Civil Rule 12 suspends time to file a responsive pleading until 10 days after disposition of motion). Holding a pretrial scheduling conference prior to a ruling on CSK's motion would be premature. Not only is it very likely that Smith's complaint will be dismissed, but a pretrial scheduling conference would not be productive until the pleadings are complete and it is clear what claims, if any, will actually be tried.

The Notice of Pretrial Scheduling Conference issued by this Court requires the parties to meet in advance of the pretrial scheduling conference to establish, among other things, a discovery plan. The parties are to exchange initial disclosures no later than 10 days thereafter. CSK should not be put to the time and expense of assembling initial

MEMORANDUM IN SUPPORT OF MOTION TO VACATE
PRETRIAL SCHEDULING CONFERENCE - 2
ANC 78149v1 53870-5

disclosures for a whole host of claims that have already been dismissed on the merits by the U.S. District Court. Moreover, the information and documents required to be exchanged under Alaska R. Civ. P. 26(a)(1) are linked to which facts alleged in the pleadings are actually in dispute. Alaska R. Civ. P. 26(a)(1). Since CSK is not required to answer Smith's complaint until after this Court rules on its motion to dismiss, it is not possible to determine as of this date what facts are in dispute and, consequently, what disclosures would be required under Alaska R. Civ. P. 26(a)(1).

For the foregoing reasons, CSK respectfully requests that its motion be granted, and that this court vacate the pretrial scheduling conference that is currently scheduled for November 29th, 2004.

DATED this 22nd day of October, 2004.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
Eric J. Jenkins, ABA # 0011078

Certificate of Service:

I certify that on Oct 22, 2004, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
( ) Facsimile and Mail
( ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

MEMORANDUM IN SUPPORT OF MOTION TO VACATE
PRETRIAL SCHEDULING CONFERENCE - 3
ANC 78149v1 53870-5

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY L. SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CSK AUTO INC., d/b/a SCHUCKS ) <br> AUTO SUPPLY, DOE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 4FA-04-2053 Civil |

ORDER GRANTING MOTION TO VACATE PRETRIAL SCHEDULING CONFERENCE

This Court, having considered Defendant CSK Auto, Inc.'s ("CSK") Motion to Vacate Pretrial Scheduling Conference, the memorandum in support of that motion, and all other materials filed in support of, or in opposition to, that motion;

It is hereby Ordered that CSK's motion is granted. The Pretrial Scheduling Conference set for November 29, 2004 is vacated.

DATED this _____ day of _____, 2004.

_____
ALASKA SUPERIOR COURT JUDGE

Certificate of Service:

I certify that on Oct 22nd, 2004, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
( ) Facsimile and Mail
( ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

ORDER GRANTING MOTION TO VACATE
PRETRIAL SCHEDULING CONFERENCE - 2
ANC 78155v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399