Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
### FOURTH JUDICIAL DISTRICT

**RECEIVED**

FOR_____

NOV 0 4 2004

DAVIS WRIGHT TREMAINE

BY_____

TERRY L. SMITH,

        Plaintiff

VS.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
Doe                Defendants

Case No. 4FA-04-2053 Civil

---

## OPPOSITION TO MOTION TO VACATE PRETRIAL SCHEDULING CONFERENCE

Plaintiff Terry L. Smith files his Opposition to Motion to

vacate pre trial scheduling conference. This Motion is supported

by the Memorandum in Support And Affidavit files herewith and

by the Record and Pleadings herein.


Respectfully Submitted,


Terry L Smith Pro SE



Dated This 2ND Day Of NOV ,2004


**EXHIBIT K**

Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

### IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
### FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,
          Plaintiff

VS.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
Doe                    Defendants

**RECEIVED**

FOR _____

**NOV 0 4 2004**

**DAVIS WRIGHT TREMAINE**
**BY** _____

Case No. 4FA-04-2053 Civil

### MEMORANDUM ON OPPOSITION TO MOTION TO VACATE PRETRIAL SCHEDULING CONFERENCE

Plaintiff moves this court to deny Defendants motion to

vacate pretrial scheduling conference. Defendants are

staling as to conduct any discovery on Plaintiffs issues

which were never before a court, nor were any of the new

currant issues fully litigated in a prior proceeding. as

plaintiff has clearly stated triable issues and has asked

for a jury trial on each of Plaintiffs claims, which in

them self's alone are independent of each other, and their

for are all triable issues that must go before a jury. The

due process clause in the U.S. constitution gives Plaintiff

this right to trial by jury on issues not be fore this court and to address each independent action of plaintiffs claims of action against Defendants.The fact to this issues is Defendants are with holding evidence which must be brought forth to this court to divulge information before trial. Civil rule 26 provides Duty of Disclosure and therefore Defendants are not exempt from disclosure to bring fourth Relevant information. under civil rule 12(b)(6)does not postpone Discovery **as all parties shall be given reasonable opportunity to present all material made pertinent to such motion.** This case is not an exempted action where there is limited discovery. The clear facts to this discovery issues is that Defendants do not want to produce any information, their by hindering the pretrial disclosure of information to preclude Defendants from producing any information to Plaintiff. Paragraph (f) of Civil Rule 26 is amended to read: (f) Meeting of Parties; Planning for Discovery. Except when otherwise ordered and except in actions exempted from disclosure under Rule 26(a), the parties shall, as soon as practicable and in any event at least 14 days before a scheduling conference is held or a scheduling order is due under Rule 16(b), meet to discuss the nature and basis of their claims and defenses

and the possibilities for a prompt settlement or
resolution of the case, to make or arrange for the
disclosures required by subparagraph (a)(1), and to develop
a proposed discovery plan. The plan shall indicate the
parties' views and proposals. Defendants are using this
motion as a stalling tactic to hinder the discovery process
when discovery in the pretrial faze should not be hindered
As demonstrated, the discovery sought by Plaintiff is very
necessary and proper to explore numerous contradictions and
discrepancies as Plaintiff will need to amend and supplement
his complaint as Plaintiff just recently found out that
Defendants were trying to fraud Plaintiff out of rightful
Wages only give Plaintiff one conclusion that Defendant Csk
Auto Corp. is hiding information, and hindering the Discovery
Process. Thereby Plaintiff ask this court to Deny Defendants
Motion to Vacate Pretrial Scheduling Conference and to keep
Pretrial Scheduling conference as ordered.


Respectfully Submitted,


Terry L. Smith Pro SE

Dated This 2ND Day Of NOV, 2004

Terry L Smith
PO BOX 60882
FAIRBANKS, AK  99706
(907) 488-8824

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

**RECEIVED**

FOR _____

TERRY L. SMITH,
Plaintiff

VS.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
Doe                    Defendants

**NOV 0 4 2004**

DAVIS WRIGHT TREMAINE
BY_____

Case No. 4FA-04-2053 Civil

## AFFIDAVIT ON MOTION

Plaintiff Pro Se Terry L. Smith States as follows: In a Prior
Proceeding that was removed from Superior Court to U.S. District
Court the prior proceeding lacked subject matter jurisdiction.

1. the prior proceeding was a remand issue that is on review by
   the Ninth Circuit.

2. Plaintiffs Current issue could not have been brought forth in
   a prior proceeding

3. Prior proceeding did not have a pretrial scheduling
   Conference

4. Plaintiffs each claim is independent of each other and
   are triable issues which are question of fact for a jury
   to decide.

5. Defendants are hiding relative information and unknown
   Defendants under their corporate veil.

6. Plaintiff issues are not barred by res judicata new
   issues preclude res judicata

7. Prior issue must have been on appeal be fore it is
   res judicata

8. U.S. District Court lacked subjectmatter jurisdiction in
   prior proceeding.

9. RESTATEMENT (SECOND) OF JUDGMENTS, § 27 & cmt. h (1982)
   [n]ecessarily determined" means "essential to the
   judgment[i]f issues are determined but the judgment is
   not dependent upon the determinations, relitigation of
   those issues in a subsequent action . . . is not precluded").

10. The hiding of information does not run the statutes of
    limitations

11. holding a pretrial scheduling conference would not be
    premature.

12. Plaintiff does not bring any Worker compensation claims

13. Plaintiff prior complaint is with error and defect.

14. U.S. District Court would not let Plaintiff amend Complaint
    to correct errors or defects.

15. Their has not been any issue on appeal in a prior
    proceeding.

Further your Affiant Sayeth Naught. Dated This 2ND Day Of NOV, 2004

By: _____
    Terry Lee Smith pro se


Subscribed and Sworn to before me this 2nd Day Of Nov. ,2004.

By: _____
    Notary Public in and for Alaska

My Commission Expires: 2/25/06

AFFIDAVIT ON MOTION

FOR _____

NOV 0 4 2004

**CERTIFICATE OF SERVICE**

CASE No.4FA-04-2053 CIV

DAVIS WRIGHT TREMAINE
BY_____

The undersigned hereby certifies that on the 2ND of NOV 2004,A TRUE AND CORRECT COPY OF THE of the foregoing DOCUMENT WAS SERVED VIA:

(✓)FIRST CLASS MAIL
( )FACSIMILE AND MAIL
( )HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 West 8th Avenue
Suite 800
Anchorage,Alaska 99501
Ph:907 257 5300
Fax: 907 257 5399

TERRY L SMITH PRO SE
P.O. box 60882
FAIRBANKS,AK 99706

CERTIFICATE OF
SERVICE CSK AUTO.

Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

### IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
### FOURTH JUDICIAL DISTRICT

**RECEIVED**

FOR _____

TERRY L. SMITH,
                    Plaintiff

VS.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
Doe                    Defendants

NOV 0 4 2004

DAVIS WRIGHT TREMAINE
BY_____

Case No. 4FA-04-2053 Civil

### ORDER DENYING DEFENDANT CSK AUTO CORP. MOTION TO VACATE PRETRIAL SCHEDULING CONFERENCE

PLAINTIFF HAVING MOVED THIS COURT FOR AN ORDER DENYING

DEFENDANT CSK AUTO CORP MOTION TO VACATE PRETRIAL

SCHEDULING CONFERENCE; THE COURT HAVING CONSIDERED

THE REQUEST.

**IT IS HERE BY ORDERED** THAT PLAINTIFF REQUEST IS GRANTED

DEFENDANTS MOTION IS DENIED.

IT IS SO ORDERED THIS\_\_\_\_\_DAY OF _____,2004

HONORABLE CHARLES R.PENGILLY
JUDGE OF THE SUPERIOR COURT