RECEIVED
FOR _____

NOV 0 5 2004

DAVIS WRIGHT TREMAINE
BY _____

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

TERRY L. SMITH, )
 )
     Plaintiff, )
 )
vs. )
 )
CSK AUTO INC., d/b/a SCHUCKS )
AUTO SUPPLY, DOE, )
 )
     Defendant. )   Case No. 4FA-04-2053 Civil
_____ )

Filed in the Trial Courts
STATE OF ALASKA, FOURTH DISTRICT

OCT 1 2 2004

Clerk of the Trial Courts
By _____ Deputy

REQUEST FOR ORAL ARGUMENT

CSK Auto Supply, Inc. through its attorneys Davis Wright Tremaine LLP, hereby requests oral argument on its Motion to Dismiss Plaintiff Terry L. Smith's Complaint for Failure to State a Claim Upon Which Relief Can be Granted and requests that counsel for CSK be permitted to participate in oral argument by telephone.

EXHIBIT L

DATED this 12th day of October, 2004.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
Eric J. Jenkins, ABA # 0011078

## ORDER SETTING ORAL ARGUMENT

This Court having reviewed CSK Auto, Inc's Request for Oral Argument;

NOW, THEREFORE, it is hereby ORDERED that the request for oral argument is granted. Oral argument shall be held on the 22nd day of November, 2004, at the hour of 3:15 p.m. in Courtroom 401. All parties may participate telephonically. Parties will be called collect.

DATED this 28th day of October, 2004.

_____
The Honorable Charles Pengilly
Superior Court Judge

I certify that a copy of the foregoing was distributed via:
MAIL
[✓] U.S. Postal Svc. Davis Wright Tremaine  J.P. Smith
[ ] Other_____
HAND DELIVERY
[ ] Courier Svc._____
[ ] Pick Up Bin_____
[ ] Fax_____
[ ] Other_____
By:_____ Date: 11/3/04
Clerk

REQUEST FOR ORAL ARGUMENT - 2
ANC 77922v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Certificate of Service:

I certify that on _____, 2004, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
(  ) Facsimile and Mail
(  ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
     Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

REQUEST FOR ORAL ARGUMENT - 3
ANC 77922v1 53870-5