Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

FILED in the Trial Courts
State of Alaska, Fourth District

NOV 29 2004

By_____Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY L. SMITH,<br><br>  Plaintiff,<br><br>vs.<br><br>CSK AUTO INC., d/b/a SCHUCKS AUTO SUPPLY, DOE,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 4FA-04-2053 Civil

## REPORT OF PARTIES' PLANNING MEETING

Pretrial Scheduling Conference date: __11/29/04__ Judge assigned:_____

Type of Action: __Negligence Action__

The parties' planning meeting was held __11/17/04__ and attended by:

    __Terry Smith, pro se__    for Plaintiffs
    __Eric J. Jenkins__    for Defendants
    _____ for _____

**EXHIBIT P**

1. **Issues.** Preliminary joint statement of issues: (Include separate statements where parties disagree.)
   <u>         Res judicata & collateral estoppel; whether this case is barred by the exclusive remedy provisions of the Alaska Workers Compensation Act; liability ; damages.         </u>

2. **Initial Disclosures.** The initial disclosures required by Civil Rule 26(a)(1) ____ have been exchanged <u>  X  </u> will be exchanged by <u>     after a ruling on the pending dispositive motions     </u>.

   The parties agree that supplementations under Rule 26(e) will be due at the following times or intervals: <u>     30 day intervals     </u>.

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   a. **Subjects.** Brief description of subjects on which discovery will be needed:

   <u>See Joint Statement of Issues above.</u>

   b. **Deadline.** All discovery must be commenced in time to be completed by <u>April 1, 2005</u> except that discovery on the following issues must be completed by the dates shown.

   | <u>Issues for Early Discovery</u> | <u>Deadline for Completion</u> |
   |---|---|
   | <u>     None     </u> | <u>                    </u> |
   | <u>                    </u> | <u>                    </u> |

   c. **Limits.**

   (1) **Interrogatories.** Civil Rule 33(a) allows each party to serve a maximum of 30 interrogatories upon any other party. Responses are due 30 days after service. The parties stipulate to the following changes in these limits:

   <u>  X  </u> No change.
   ____ Maximum of _____ interrogatories
   ____ Responses due _____ days after service.

REPORT OF PARTIES - 2
ANC 78794v1 53870-5

(2) **Requests for Admissions.** Civil Rule 36 does not limit the number of requests for admission that each party may serve. Responses are due 30 days after service. The parties stipulate to the following changes:

   __X__ No change.
   _____ Maximum of _____ requests for admission.
   _____ Responses due _____ days after service.

(3) **Depositions.** Civil Rule 30(a) allows each side to depose the following persons as a matter of right: other parties; independent experts expected to be called at trial; treating physicians; document custodians; and any three other persons. The depositions of a party, expert witness, or treating physician may not exceed six hours. Other depositions may not exceed three hours. Civil Rule 30(d)(2). The parties stipulate to the following changes in these limits:

   __X__ No change.
   _____ _____ may depose the following additional witnesses:_____
   _____ Deposition of _____ not to exceed _____ hours.

d. **Other Provisions of Discovery Plan.** All document production and all related motion practice with respect to either protective orders and/or the production of requested documents shall be completed not later than _____ _____.

4. **Trial.**

   a. Complete either (1) or (2). (You must tell the judge when the case will be ready for trial or for a trial setting conference. Civil Rule 16(b)(1)(g).)

     (1) The case will be ready for trial by July 1, 2005

        Estimated trial time ("Trial time" for any party includes the party's opening statement, closing argument, and direct and cross-examination of all witnesses.):

REPORT OF PARTIES - 3
ANC 78794v1 53870-5

Plaintiff(s) __5__ days
Defendant(s) __5__ days
Other Parties __N/A__ days

(2) Trial cannot be scheduled now because _____

The case will be ready for a trial setting conference _____.

b. Jury trial __X__ requested ____ not requested ____ disputed. Explain: _____

5. **Proposed Pretrial Deadlines.**

|   |   | Plaintiff(s) | Defendant(s) |
|---|---|---|---|
| a. | Joinder of Parties | 1/15/05 | 1/15/05 |
| b. | Amendment of Pleadings | 1/15/05 | 1/15/05 |
| c. | Preliminary Witness Lists | 1/25/05 | 1/25/05 |
| d. | Expert Witness Lists Under Rule 26(a)(2)(A) | 2/7/05 | 2/7/05 |
| e. | Expert Reports Under Rule 26(a)(2)(B) | 3/1/05 | 3/1/05 |
| f. | Dispositive Motions | 4/15/05 | 4/15/05 |
| g. | Other Motions | 5/15/05 | 5/15/05 |
| h. | Final Witness Lists Under Rule 26(a)(3) | 5/15/05 | 5/15/05 |
| i. | Final Exhibit Lists Under Rule 26(a)(3) | 6/1/05 | 6/1/05 |
| j. | Objections under Rule 26(a)(3); 6/7/05 days after disclosure of relevant list. | | |

REPORT OF PARTIES - 4
ANC 78794v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

6. **Settlement.**

   a. The parties have discussed the possibilities for a prompt settlement or resolution of the case, including the following alternative dispute resolution procedures (check all that apply):

   \_\_\_\_\_ Settlement conference
   \_\_\_\_\_ Mediation
   \_\_\_\_\_ Non-binding arbitration
   \_\_\_\_\_ Other: _____
   Comments: _____
   _____

   b. Settlement Conference.

   \_\_\_\_\_ The parties request a settlement conference.
   \_\_\_\_\_ The parties agree that the deadline for requesting a settlement conference will be:_____
   \_\_\_\_\_ Other: <u>Not at this time</u>

   c. Mediation.

   \_\_\_\_\_ The parties request appointment of a mediator under Civil Rule 100.
   \_\_\_\_\_ The parties agree that the deadline for requesting appointment of a mediator will be: _____

   \_\_\_\_\_ Other: <u>Not at this time</u>

7. **Pretrial Scheduling Conference.** The parties \_\_\_\_\_ waive \_\_X\_\_ do not waive a conference with the court before entry of the scheduling order. (Note: The judge may hold a pretrial scheduling conference notwithstanding the parties' waiver. Parties should plan to attend the conference unless otherwise notified by the court.)

8. **Other Orders.** (List any other orders that should be entered by the Court under Rule 26(c) (protective orders) or Rule 16(b) and (c) (pretrial orders).

   _____
   _____
   _____

REPORT OF PARTIES - 5
ANC 78794v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

TERRY SMITH
Pro Se

DATED: NOV 29, 2004    By: _____
                           Terry Smith

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

DATED: November 19, 2004    By: _____
                                Eric J. Jenkins, ABA # 0011078

**Instructions:** Attorneys of record and unrepresented parties are jointly responsible for attempting in good faith to agree on a proposed discovery plan and for submitting to the court within 10 days after the meeting a written report outlining the plan. Civil Rule 26(f).

Certificate of Service:

I certify that on Nov 19th 2004, a true and correct copy of the foregoing document was served via:

( ✓ ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
    Janet Eastman

REPORT OF PARTIES - 6
ANC 78794v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399