RECEIVED
FOR _____
DEC 0 6 2004
DAVIS WRIGHT TREMAINE
BY _____

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY L. SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CSK AUTO INC., d/b/a SCHUCKS ) <br> AUTO SUPPLY, DOE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 4FA-04-2053 Civil |

ORDER GRANTING CSK AUTO INC'S MOTION TO DISMISS PLAINTIFF TERRY L. SMITH'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

This Court having considered Defendant CSK Auto Inc.'s ("CSK") motion to dismiss Plaintiff Terry L. Smith's ("Smith") complaint for failure to state a claim upon which relief can be granted, together with the Memorandum in Support, the Affidavit of Counsel, and all other pleadings filed in support of, or in opposition to, that motion;

It is hereby ordered that:

1. CSK's motion is granted.

EXHIBIT Q

2. Smith's complaint is dismissed with prejudice. All claims Smith asserts are barred by res judicata and/or collateral estoppel;

3. CSK may file a motion for an award of costs and attorney's fees within 10 days of the date of distribution of this order.

DATED this 24th day of November, 2004.

_____
Alaska Superior Court Judge

Certificate of Service:

I certify that on Sept 21st, 2004, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
( ) Facsimile and Mail
( ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

I certify that a copy of the foregoing was distributed via:
MAIL
[✓] U.S. Postal Svc. Jenkins, T. Smith
[ ] Other _____
HAND DELIVERY
[ ] Courier Svc. _____
[ ] Pick Up Bin _____
[ ] Fax _____
[ ] Other _____
By: bjon      Date: 12/2/04
         Clerk

ORDER GRANTING CSK AUTO INC.'S MOTION TO DISMISS - 2
ANC 77482v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399