RECEIVED

FOR _____

DEC 15 2004

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

DAVIS WRIGHT TREMAINE
BY _____

FILED in the Trial Courts
State of Alaska, Fourth District

DEC 13 2004

By _____ Deputy

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

TERRY L. SMITH,                        )
                                       )
            Plaintiff,                 )
                                       )
    vs.                                )
                                       )
CSK AUTO INC., d/b/a SCHUCKS           )
AUTO SUPPLY, DOE,                      )
                                       )
            Defendant.                 )    Case No. 4FA-04-2053 Civil
_____)

## MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS

Defendant CSK Auto, Inc. ("CSK") moves this court for an award of attorney's fees in the amount of $6,710.20, together with costs of $545.67, for a total award of $7,255.87. This motion is supported by the Memorandum in Support, the Affidavit of Counsel, and the Verified Cost Bill filed herewith, and by the record and pleadings herein.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

**EXHIBIT R**

DATED this 9th day of December, 2004.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
Eric J. Jenkins, ABA # 0011078

Certificate of Service:

I certify that on Dec 9th, 2004, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
( ) Facsimile and Mail
( ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

**FILED in the Trial Courts**
**State of Alaska, Fourth District**

DEC 13 2004

By_____Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

TERRY L. SMITH,                          )
                                         )
            Plaintiff,                   )
                                         )
      vs.                                )
                                         )
CSK AUTO INC., d/b/a SCHUCKS             )
AUTO SUPPLY, DOE,                        )
                                         )
            Defendant.                   )        Case No. 4FA-04-2053 Civil
_____)

## MEMORANDUM IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS

In its Order dated November 26, 2004 (distributed 12/2/2004), this Court granted

Defendant CSK Auto, Inc.'s ("CSK") motion to dismiss Plaintiff Terry L. Smith's

("Smith") complaint for failure to state a claim upon which relief can be granted. CSK

now seeks an award of attorney's fees under Alaska R. Civ. P. 82 in the amount of

$6,710.20, or seventy percent of the actual attorney's fees that were necessarily incurred

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

in the defense of Smith's claims. CSK also seeks an award of $545.67 in costs pursuant to Alaska R. Civ. P. 79.

CSK incurred $9,586.00 in attorney's fees defending against the claims asserted by Smith in this matter. Copies of detailed invoices sent by Davis Wright Tremaine LLP to CSK Auto, Inc., together with a summary of work performed but not yet billed, are attached as Exhibits A & B to the Affidavit of Counsel ("Counsel Affid.") filed herewith. Each entry in these invoices includes a description of the services performed, the identity of the attorney performing the services, the amount of time spent by the attorney, and the amount charged, or yet to be billed, to CSK. These fees are reasonable in amount and were necessarily incurred in defending against Smith's claims in this matter. Counsel Affid. at paras. 2-4.

Alaska R. Civ. P. 82(b)(2) provides that where the prevailing party recovers no money judgment in a case resolved without trial, that party shall be awarded twenty percent of its actual attorney's fees which were necessarily incurred. However, Alaska R. Civ. P. 82(b)(3) gives the Court discretion to award a greater amount based upon any of a number of factors, including:

(F) the reasonableness of the claims and defenses pursued by each side;

(G) vexatious or bad faith conduct.

The Alaska Supreme Court has sustained awards of seventy-five percent of actual attorneys' fees to the prevailing party where the claims pursued by its opponent were

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

unreasonable. See Cole v. Bartels, 4 P.3d 956, 961 (Alaska 2000) (award of seventy-five percent of actual attorneys fees justified where other party's position was unreasonable); Steenmeyer Corp. v. Mortenson-Neal, 731 P.2d 1221, 1226 (Alaska 1987) (award of seventy-five percent of attorney's fees upheld where non-prevailing party's claims bordered on frivolous). An award of substantially full attorney's fees may even be warranted where the plaintiff's claims were vexatious or brought in bad faith. Cole, 4 P.3d at 961.

This is the second time that CSK has had to defend against the same set of claims asserted by Smith. As noted in CSK's motion to dismiss Smith's complaint, Judge Beistline dismissed a virtually identical complaint filed by Smith in an Order dated July 9, 2004. See Exhibit C to Affidavit of Counsel (filed Sept. 23, 2004). CSK incurred over $13,000 in attorney's fees defending against that case. See Affidavit of Counsel in Support of Motion for Award of Attorney's Fees and Costs ("Counsel Affid.") filed herewith at para. 7.

Smith's decision to simply ignore the judgment of the U.S. District Court and file a substantially identical complaint in this Court constitutes unreasonable and vexatious conduct and justifies an enhanced fee award. While CSK believes that it would be entitled to an award of substantially full attorney's fees, CSK seeks only $6,710.20, or seventy percent of the $9,586.00 that it incurred to defend this matter. See Cole, 4 P.3d at 961 ("[A] seventy-five percent fee award does not constitute a substantially full award

MEMORANDUM IN SUPPORT OF MOTION FOR AWARD OF
ATTORNEY FEES AND COSTS - 3
ANC 79127v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
· Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

and thus does not require vexatious or bad faith conduct."). Not only did CSK have to defend against claims that were clearly barred by res judicata, but it also had to respond to a frivolous motion to strike filed by Smith. An award of seventy percent of the fees incurred by CSK is therefore proper under Alaska R. Civ. P. 82(b)(3).

CSK is also entitled to an award of $545.67 in costs pursuant to Alaska R. Civ. P. 79. A verified Cost Bill detailing the costs incurred by CSK in conjunction with this matter is filed herewith.

<u>CONCLUSION</u>

For the foregoing reasons, CSK respectfully requests that it be awarded attorney's fees in the amount of $6,710.20 and costs of $545.67, for a total award of $7,255.87.

DATED this 9th day of December, 2004.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
Eric J. Jenkins, ABA # 0011078

<u>Certificate of Service:</u>

I certify that on Dec 9th, 2004, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
(  ) Facsimile and Mail
(  ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

MEMORANDUM IN SUPPORT OF MOTION FOR AWARD OF
ATTORNEY FEES AND COSTS - 4
ANC 79127v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

**FILED in the Trial Courts**
**State of Alaska, Fourth District**

DEC 13 2004

By_____**Deputy**

Attorneys for CSK Auto Inc.

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

TERRY L. SMITH,                          )
                                         )
              Plaintiff,                 )
                                         )
       vs.                               )
                                         )
CSK AUTO INC., d/b/a SCHUCKS             )
AUTO SUPPLY, DOE,                        )
                                         )
              Defendant.                 )    Case No. 4FA-04-2053 Civil
_____)

### AFFIDAVIT OF COUNSEL IN SUPPORT OR MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )


ERIC J. JENKINS, being first duly sworn, on oath deposes and says:

1.     I am an attorney in the law firm of Davis Wright Tremaine LLP, counsel for CSK Auto, Inc. ("CSK") in the above-captioned case.

2.    The total amount of fees incurred by CSK in this matter is $9,586.00. Attached hereto as Exhibit A are true and correct copies of invoices sent to CSK by Davis Wright Tremaine LLP in conjunction with the above-captioned matter. The invoices include the identity of the attorney performing the services, the amount of time spent, a brief description of the services rendered, and the amount billed or to be billed for those services. Some of the entries on the invoices are for services performed in conjunction with defending against Terry Smith's ("Smith") appeal to the Ninth Circuit Court of Appeals. Those entries have a line drawn through them and the associated fees and costs have been deducted from amounts sought in this matter. Information protected by attorney-client privilege has been redacted.

3.    Attached hereto as Exhibit B is a Proforma detailing services performed in conjunction with this matter but not yet billed to CSK. One entry on the Proforma relates to Smith's Ninth Circuit appeal and has a line drawn through it. Information protected by attorney-client privilege has been redacted.

4.    In addition to the amounts noted in the invoices and the Proforma, CSK incurred a further $550 in attorney's fees drafting its motion for attorney's fees and the accompanying pleadings.

5.    CSK has also incurred costs of $545.67 as set forth in the invoices, the Proforma, and on CSK's cost bill. Wherever it was unclear whether a cost item related to

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

this case or Smith's Ninth Circuit appeal, that item was omitted from the amounts sought in this matter.

6.    Davis Wright Tremaine LLP made an effort to minimize fees in the above-captioned case and all fees billed in conjunction with the firm's representation of CSK were necessarily and reasonably incurred.

7.    CSK incurred over $13,000 in attorney's fees defending against the prior case filed by Smith which was removed to the U.S. District Court by CSK and dismissed by Judge Beistline

_____
Eric J. Jenkins

SUBSCRIBED AND SWORN TO BEFORE ME THIS _9th_ DAY OF DECEMBER, 2004.



_____
Notary Public for the State of Alaska
My Commission Expires: _6/28/06_

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE  BELLEVUE  LOS ANGELES   NEW YORK  PORTLAND  SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA  98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

CSK Auto Inc. d/b/a Schuck's Auto
Attn: James H. Wigle, Senior  Counsel
645 East Missouri Ave., Suite 400
Phoenix, AZ  85012-1373

October 14, 2004
Invoice No. 5385967

### OCTOBER INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Matter No.        0053870-000005

Terry L. Smith

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|------------------------|
| 09/01/04 | J. Juliussen | 0.40 | 108.00 | Email from E. Jenkins regarding ███████████, voice mail to Mr. Wigle regarding ████ followup telephone conference with Mr. Wigle regarding ████; discuss ████ with E. Jenkins |
| 09/01/04 | E. Jenkins | 3.30 | 726.00 | Draft opposition to motion for stay of judgment; conduct research regarding ██████████████████ |
| 09/02/04 | J. Juliussen | 0.60 | 162.00 | Review and revise opposition to motion for stay of judgment; provide information to J. Eastman regarding █████████ |
| 09/02/04 | E. Jenkins | 0.40 | 88.00 | Proof and file entry of appearance and opposition to motion for stay; review ███████████ |
| 09/07/04 | D. Oesting | 2.00 | 710.00 | Outline law regarding ███████████. |
| 09/07/04 | E. Jenkins | 4.20 | 924.00 | Research ████████████████████ ████████; begin drafting opposition to |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

EXHIBIT A
Page 1 of 10

CSK Auto Inc. d/b/a Schuck's to
Invoice No. 5385967
Page No. 2

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|------------------------|
| | | | | motion to remand case |
| 09/08/04 | E. Jenkins | 0.10 | 22.00 | Discuss ▧▧▧ with J. Juliussen |
| 09/09/04 | E. Jenkins | 3.40 | 748.00 | Complete opposition to motion to remand case and conduct research ▧ ▧▧▧ |
| 09/10/04 | J. Juliussen | 0.70 | 189.00 | Telephone conference with Mr. Wigle regarding ▧▧▧; discuss ▧▧ with E. Jenkins |
| 09/10/04 | E. Jenkins | 1.20 | 264.00 | Finalize, proof, and coordinate filing of opposition to motion for remand; review new Smith complaint and briefly review Alaska case law on res judicata |
| 09/13/04 | E. Jenkins | 2.90 | 638.00 | Begin drafting motion to discuss new Smith complaint |
| 09/15/04 | E. Jenkins | 4.10 | 902.00 | Continue drafting motion to dismiss new complaint and conduct research to find cases on res judicata |
| 09/16/04 | E. Jenkins | 5.20 | 1,144.00 | Complete drafting of motion to dismiss new Smith case and conduct research to locate case citations for same |
| 09/17/04 | J. Dawson | 0.10 | 31.50 | Consult with E. Jenkins regarding ▧▧▧ |
| 09/17/04 | E. Jenkins | 2.80 | 616.00 | Complete motion to dismiss, affidavit of counsel, and accompanying pleadings |
| 09/21/04 | E. Jenkins | 1.00 | 220.00 | Revise, proof, and direct filing of Motion to Dismiss Smith's new case |
| 09/22/04 | E. Jenkins | 0.40 | 88.00 | Review Ninth Circuit reply brief filed by Smith and discuss ▧▧ with J. Juliussen |
| | Total Hours | ~~32.80~~ 16.30 | | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 874 | 131.10 |
| Outside delivery service — DHL WORLDWIDE EXPRESS | | 26.67 |
| 09/02/04 airbill #8840043004 for professional DHL outside delivery services fees to Ninth Circuit Court of Appeals, San Francisoco, California, per J. Eastman | | |
| Outside delivery service — ANCHORAGE MESSENGER | | 7.00 |
| SERVICE LLC - 08/10/04 order #61192 for professional AMS outside delivery services fees to USDC, Anchorage, Alaska | | |
| West Publishing (billed at cost) computerized legal research | | 18.74 |
| 09/01/04 per E. Jenkins | | |
| West Publishing (billed at cost) computerized legal research | | 63.13 |

EXHIBIT A
Page 2 of 6

CSK Auto Inc. d/b/a Schuck's    to
Invoice No. 5385967
Page No. 3

09/07/04 per E. Jenkins
West Publishing (billed at cost) computerized legal research                    5.63
09/13/04 per E. Jenkins
West Publishing (billed at cost) computerized legal research                   78.85
09/15/04 per E. Jenkins

           Total Current Disbursements                              $331.12

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

        Total Current Services             7,580.50  3,740.50
        Total Current Disbursements         -331.12   84.48
                                         ------------------
        Total Current Invoice              $7,911.62

## STATEMENT OF ACCOUNT

Balance from Previous Statement                              $2,301.70
Less Payments Received as of 10/07/04 -                    ($2,301.70)
   CSK AUTO - CHECK /31090978
Current Invoice                                              $7,911.62

Total Balance Due This Matter                               $7,911.62

Jim Juliussen

EXHIBIT A
Page 3 of 6

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

2600 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

CSK Auto Inc. d/b/a Schuck's Auto
Attn: James H. Wigle, Senior Counsel
645 East Missouri Ave., Suite 400
Phoenix, AZ 85012-1373

November 12, 2004
Invoice No. 5392217

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0053870-000005

Terry L. Smith

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| 10/06/04 | E. Jenkins | 0.40 | 88.00 | Review opposition brief filed by Howell to motion to dismiss and discuss ▮ with J. Juliussen |
| 10/08/04 | J. Dawson | 0.10 | 31.50 | Consult with E. Jenkins regarding ▮ |
| 10/08/04 | E. Jenkins | 0.40 | 88.00 | Review cases cited by Smith in his opposition brief to motion to dismiss; review Smith deposition transcript |
| 10/10/04 | E. Jenkins | 3.00 | 660.00 | Draft reply to opposition to motion to dismiss for failure to state a claim upon which relief can be granted |
| 10/11/04 | E. Jenkins | 3.80 | 836.00 | Continue drafting reply to opposition to motion to dismiss Smith's complaint; conduct research ▮ |
| 10/12/04 | E. Jenkins | 1.80 | 396.00 | Revise, finalize, and direct filing of reply to Smith's opposition to motion to dismiss Smith's complaint |
| 10/19/04 | E. Jenkins | 1.00 | 220.00 | Draft motion to vacate pretrial conference |
| 10/20/04 | J. Juliussen | 0.30 | 81.00 | Review motion to postpone trial setting conference; discuss ▮ with E. Jenkins |
| 10/20/04 | E. Jenkins | 1.50 | 330.00 | Complete motion and accompanying |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

EXHIBIT A
Page 4 of 6

CSK Auto Inc. d/b/a Schuck's to
Invoice No. 5392217
Page No. 2

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|------------------------|
| | | | | pleadings to vacate trial date; brief research regarding ▓▓▓▓▓ |
| 10/27/04 | E. Jenkins | 0.20 | 44.00 | Review motion to strike filed by Mr. Smith and accompanying affidavit |
| | Total Hours | 12.50 | | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| ~~Photocopy Charges~~ | 9th Cir Appeal 127 | ~~19.05~~ |
| ~~Outside delivery service -- DHL WORLDWIDE EXPRESS~~ omitted from fee motion | | ~~33.10~~ |
| 09/10/04 airbill #7669710705 for professional DHL outside delivery services fees to U.S. Court of Appeals, San Francisco, California | | |
| ~~Outside delivery service -- DHL WORLDWIDE EXPRESS~~ | | ~~27.04~~ |
| 09/13/04 airbill #7669710683 for professional DHL outside delivery services fees to U.S. Court of Appeals, San Francisco, California | | |
| Outside delivery service - - ALASKA AIRLINES, Inv# 2887622- Delivery service fee, Fairbanks Superior Court Documents | | 50.00 |
| West Publishing (billed at cost) computerized legal research 09/16/04 per E. Jenkins | | 27.43 |
| West Publishing (billed at cost) computerized legal research 09/22/04 per E. Jenkins | | 8.82 |
| West Publishing (billed at cost) computerized legal research 10/08/04 per E. Jenkins | | 25.37 |
| West Publishing (billed at cost) computerized legal research 10/11/04 per E. Jenkins | | 15.20 |
| West Publishing (billed at cost) computerized legal research 10/12/04 per E. Jenkins | | 80.43 |
| Total Current Disbursements | | ~~$286.44~~ 207.25 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 2,774.50 |
| Total Current Disbursements | ~~286.44~~ 207.25 |
| Total Current Invoice | $3,060.94 |

EXHIBIT A
Page 5 of 6

## STATEMENT OF ACCOUNT

Balance from Previous Statement                                    $7,911.62
Current Invoice                                                    $3,060.94

Total Balance Due This Matter                                     $10,972.56


Jim Juliussen

```
Proforma    959687              12/08/04        Jim Ouliuusen                        Page 1 (1)
```

0053870-0000005

CSK Auto Inc. d/b/a Schuck's Auto
Attn: James H. Wigle, Senior Counsel
645 East Missouri Ave, Suite 400
Phoenix, AZ 85012-1373

Terry L. Smith

CSK Auto Inc., d/b/a Schuck's Auto
Attn: James H. Wigle, Senior Counsel
645 East Missouri Ave., Suite 400
Phoenix, AZ 85012-1373

VISBILL Template No.: WM
Billing Instructions:

Current Trust Balance as of 12/08/04 :        $0.00

Reason Codes:

| | | |
|---|---|---|
| ( ) AGREED REDUCED RATE | ( ) CONTINGENT - WON | ( ) OTHER |
| ( ) BAD RESULT | ( ) EMPLOYEE DISCOUNT | ( ) OVER RESEARCHED |
| ( ) COURTESY DISCOUNT | ( ) FIXED FEE | ( ) TRAINING |
| ( ) CLIENT DEVELOPMENT | ( ) LATE TIME | ( ) VOLUME DISCOUNT |
| ( ) CONTINGENT - LOST | ( ) ROUNDING | |

| | |
|---|---|
| ( ) BILL EXACT COSTS AND FEES | |
| ( ) BILL FEES ONLY $_____ | ( ) HOLD |
| ( ) BILL COSTS ONLY $_____ | ( ) WRITE OFF FEES |
| | ( ) WRITE OFF COSTS |

NARRATIVE:

| Atty | Date | Time | Matter Value | Description of Services Rendered | |
|------|------|------|-------------|----------------------------------|---|
| ~~JENKE~~ | ~~11/01/04~~ *9th Circuit Appeal* (handwritten) | | 00.00 | | |
| JENKE | 11/02/04 | .70 | 154.00 | Telephone calls to and from Mr. Smith regarding Ninth Circuit appeal; telephone call to Ninth circuit clerk regarding same | 9700048 |
| JENKE | 11/04/04 | 4.80 | 1,056.00 | Continue drafting opposition to motion to strike | 9744338 |
| JENKE | 11/05/04 | .10 | 22.00 | Complete opposition to motion to strike reply brief; review Smith's opposition to motion to vacate scheduling conference | 9744348 |
| JENKE | 11/08/04 | 1.80 | 396.00 | Proof and sign, and direct filing of opposition to motion to strike | 9744355 |
| JENKE | 11/08/04 | 1.80 | 396.00 | Draft reply to opposition to motion to vacate scheduling conference | 9744361 |
| JULIU | 11/15/04 | .20 | 54.00 | Discuss ▓▓▓▓ with E. Jenkins | 9767218 |
| JENKE | 11/17/04 | .90 | 198.00 | Review letter from Mr. Smith and reply brief filed by Mr. Smith for motion to strike; hold meeting of parties with Mr. Smith and complete | 9761585 |

EXHIBIT B
Page 1 of 3

Proforma   959687        12/08/04          Jim Juliussen                Page 2 (2)

0053870-000005   CSK Auto Inc. d/b/a Schuck's Auto
                 Terry L. Smith

                 CSK Auto Inc. d/b/a Schuck's Auto

| Atty | Date | Time | Matter Value | Description of Services Rendered | Index |
|---|---|---|---|---|---|
| JULIU | 11/17/04 | .30 | 81.00 | Discussion with E. Jenkins regarding ▓▓▓; email to Mr. Wigle regarding ▓▓▓ report of same to court | 9767226 |
| JENKE | 11/19/04 | .10 | 22.00 | Draft letter to Mr. Smith providing copy of parties' planning order | 9761609 |
| JENKE | 11/22/04 | 2.10 | 462.00 | Prepare for and conduct oral argument on motion to dismiss Smith's complaint | 9761613 |
| JULIU | 11/22/04 | .20 | 54.00 | Discuss ▓▓▓ with E. Jenkins | 9767238 |
| JENKE | 11/29/04 | .10 | 22.00 | Telephone call to court to confirm cancellation of scheduling conference | 9761641 |

Fees Total                    ~~11.70~~ 11.3                 ~~$2,605.00~~ 2,521.00

| Atty | Date | Check | Disb Amt | Quan | Description of Disbursement | Index |
|---|---|---|---|---|---|---|
| DWT | 10/20/04 | | 54.16 | 1 | West Publishing (billed at cost) computerized legal research 10/20/04 | 2987904 |
| DWT | 11/04/04 | | 137.55 | 1 | West Publishing (billed at cost) computerized legal research 11/04/04 per E. Jenkins | 2997144 |
| DWT | 11/05/04 | | 1.79 | 1 | West Publishing (billed at cost) computerized legal research 11/05/04 per E. Jenkins | 2997145 |
| DWT | 11/08/04 | | 1.44 | 1 | West Publishing (billed at cost) computerized legal research 11/08/04 per . Davis Wright Tremaine | 2997146 |
| DWT | 11/15/04 | 888414 | 20.38 | 1 | Outside delivery service -- ANCHORAGE MESSENGER SERVICE - 10/12/04, Outside delivery service to Goldstreak- Alaska Airlines per E. Jenkins | 2982993 |
| | | | 33.00 | 220 | Photocopy charges | |
| | | | 5.62 | 3 | Postage | |

Unapplied Credits:                               (      0.00)

EXHIBIT B
Page 2 of 3

```
Proforma   959687              12/08/04/              Jim Juliussen                                    Page  3 (3)

0053870-000005         CSK Auto Inc. d/b/a Schuck's Auto    CSK Auto Inc. d/b/a Schuck's Auto
                       Terry L. Smith

Disbursement Total               253.94


                                              Time Summary By Attorney

Attorney                                Time        Standard              Matter
                                                      Rate                 Value        $ per hr
 JENKB    E. Jenkins                    11.00      2,420.00             2,420.00         220.00
 JULIJ    J. J. Juliussen                 .70        189.00               189.00         270.00


Grand Total Fees                        11.70      2,609.00             2,609.00
Grand Total Disbursements                            253.94               253.94


Grand Total Fees and Disbursements                 2,862.94             2,862.94


Jurisdiction              Matter Value
 ANCHORAGE                 2,609.00


Excise Tax
    $0.00
                                            Disbursement Code Summary

Code      Description                   Amount                Quantity
 CB       Photocopy charges              33.00                  220
 ODS      Outside delivery service       20.38                    1
 POST     Postage                         5.62                    3
 WLR      West Publishing (billed at cost) computerized  194.94    4
Disbursements

                Total Disbursements     253.94


Aged Time and Disb 12/08/04     0 - 30      31 - 60     61 - 90     91 - 120    121+
 Time Worked                    11.70                                           
 Time Value                   1,289.00                   33.00       220        .00
 Matter Value                    53.69    1,320.00      6.00         1          .00
 Disbursements                             200.25      194.94        3          .00
                                                                     4          .00

Time Start:       01/01/00      Time End:       12/08/04
Disbursement Start:  01/01/00   Disbursement End:  12/08/04
```

1    Eric J. Jenkins
      James H. Juliussen
2    DAVIS WRIGHT TREMAINE LLP
3    701 W. 8th Avenue, Suite 800
      Anchorage, Alaska 99501
4    Phone: (907) 257-5300
      Fax: (907) 257-5399
5

FILED in the Trial Courts
State of Alaska, Fourth District

DEC 13 2004

By_____ **Deputy**

6    Attorneys for CSK Auto Inc.

7              IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

8                   FOURTH JUDICIAL DISTRICT AT FAIRBANKS
9

10   TERRY L. SMITH,                        )
                                            )
11              Plaintiff,                  )
                                            )
12        vs.                               )
                                            )
13   CSK AUTO INC., d/b/a SCHUCKS           )
14   AUTO SUPPLY, DOE,                      )
                                            )
15              Defendant.                  )    Case No. 4FA-04-2053 Civil
                                            )
16   ─────────────────────────────────────)

17                        <u>VERIFIED COST BILL</u>

18        Defendant CSK Auto, Inc. ("CSK") submits the following list of costs incurred in
19
      this case.  More detailed entries for each item, broken down by date and component
20
      charges, may be found on the invoices and proforma attached as Exhibits A & B to the
21
22   Affidavit of Counsel filed herewith.

23        1.    Outside delivery service charges           $70.38
24
      2.    Westlaw Research Charges                    $436.67
25
      3.    Photocopy Charges                           $33.00

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

4.    Postage                                                    $5.62

**TOTAL COSTS**                                          **$545.67**

<u>VERIFICATION</u>

STATE OF ALASKA                    )
                                                    ) ss.
THIRD JUDICIAL DISTRICT    )

    Eric J. Jenkins, being first duly sworn, on oath deposes and says that he is the attorney for CSK Auto, Inc., the defendant herein and that he has read the within and foregoing, Verified Cost Bill, knows the contents thereof, and believes the same to be true.

_____
Eric J. Jenkins

SUBSCRIBED AND SWORN TO before me this ___9th___ day of December, 2004.

_____
Notary Public in and for Alaska
My commission expires: 6/28/06

Certificate of Service:

I certify that on Dec 9th, 2004, a true and correct copy of the foregoing document was served via:

( X ) First Class Mail
(    ) Facsimile and Mail
(    ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

VERIFIED COST BILL - 2
ANC 79131v1 53870-5

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

TERRY L. SMITH,                          )
                                         )
                 Plaintiff,              )
                                         )
        vs.                              )
                                         )
CSK AUTO INC., d/b/a SCHUCKS             )
AUTO SUPPLY, DOE,                        )
                                         )
                 Defendant.              )        Case No. 4FA-04-2053 Civil
_____)

## ORDER AWARDING ATTORNEY'S FEES AND COSTS

THIS MATTER having come before the Court on Defendant CSK Auto, Inc.'s

Motion for Award of Attorney's Fees and Costs,

It is hereby ordered that defendant is awarded attorney fees in the amount of

$_____ and costs of $_____, for a total award in favor of CSK Auto,

Inc. and against Plaintiff Terry L. Smith of $_____.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

LODGED

DEC 1 3 2004

DATED this ___ day of _____, 2004.

_____
ALASKA SUPERIOR COURT JUDGE

Certificate of Service:

I certify that on Dec 9th, 2004, a true and
correct copy of the foregoing document
was served via:

( X ) First Class Mail
(    ) Facsimile and Mail
(    ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

ORDER AWARDING ATTORNEY'S FEES AND COSTS - 2
ANC 79130v1 53870-5