Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

RECEIVED
FOR _____

DEC 2 2 2004

DAVIS WRIGHT TREMAINE
BY _____

TERRY L. SMITH,
        Plaintiff

VS.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
Doe        Defendants

Case No. 4FA-04-2053 Civil

## MOTION FOR STAY OF JUDGEMENT PENDING APPEAL TO THE ALASKA SUPREME COURT

Plaintiff TERRY L SMITH PRO SE files this MOTION Pursuant to Civil rule 60 and ask This Court For Stay Of Judgment, A stay is Necessary to obtain a complete Supreme Court review, Defendants will suffer no prejudice from a stay.

Respectfully Submitted

Terry L Smith ProSe    Dated This 20th Day Of Dec 2004

EXHIBIT S

Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,
      Plaintiff

VS.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
Doe        Defendants

Case No. 4FA-04-2053 Civil

### ORDER GRANTING STAY OF JUDGMENT

PLAINTIFF HAVING MOVED THIS COURT FOR AN ORDER GRANTING STAY OF JUDGMENT PENDING APPEAL TO THE ALASKA Supreme Court THE COURT HAVING CONSIDERED SUCH MOTION.

THE REQUEST.

**IT IS HERE BY ORDERED** THAT PLAINTIFF REQUEST IS GRANTED JUDGMENT IS STAYED.

IT IS SO ORDERED THIS_____DAY OF _____,2004

HONORABLE CHARLES R. PENGILLY
JUDGE OF THE SUPERIOR COURT

**CERTIFICATE OF SERVICE**

CASE No. 4FA-04-2053 CIV

The undersigned hereby certifies that on the 20th of Dec 2004, A TRUE AND CORRECT COPY OF THE of the foregoing DOCUMENT WAS SERVED VIA:

        (✓) FIRST CLASS MAIL
        ( ) FACSIMILE AND MAIL
        ( ) HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 West 8th Avenue
Suite 800
Anchorage, Alaska 99501
Ph: 907 257 5300
Fax: 907 257 5399

*[signature]*
TERRY L SMITH PRO SE
P.O. box 60882
FAIRBANKS, AK 99706

CERTIFICATE OF
SERVICE CSK AUTO.