Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

RECEIVED
FOR _____

JAN 0 5 2005

DAVIS WRIGHT TREMAINE
BY _____

| | |
|---|---|
| TERRY L. SMITH, Plaintiff | |
| VS. | Case No. 4FA-04-2053 Civil |
| CSK AUTO INC, d.b.a. SCHUCKS AUTO SUPPLY Doe    Defendants | |

## NOTICE OF APPEAL

Plaintiff Pro Se Terry L. Smith Files his notice of Appeal to the Alaska Supreme Court this appeal is in pursuant to AR rule 204 (a)(1). Plaintiff Appeals the decision of the Superior Court from a decision of the Honorable Charles R. Pengilly Dated 12 02 04. This appeal is timely Pursuant to AR rule 204 (a)(1).

Respectfully Submitted

_____           Dated This 31 Day of Dec, 2004
Terry L Smith Pro SE

**EXHIBIT T**

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY L. SMITH, ) | |
| ) | **RECEIVED** |
| Plaintiff, ) | FOR _____ |
| ) | |
| vs. ) | JAN 0 5 2005 |
| ) | |
| CSK AUTO INC., d/b/a SCHUCKS ) | DAVIS WRIGHT TREMAINE |
| AUTO SUPPLY, DOE, ) | BY_____ |
| ) | |
| Defendant. ) | Case No. 4FA-04-2053 Civil |
| ) | |

ORDER GRANTING CSK AUTO INC'S MOTION TO DISMISS PLAINTIFF TERRY L. SMITH'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

This Court having considered Defendant CSK Auto Inc.'s ("CSK") motion to dismiss Plaintiff Terry L. Smith's ("Smith") complaint for failure to state a claim upon which relief can be granted, together with the Memorandum in Support, the Affidavit of Counsel, and all other pleadings filed in support of, or in opposition to, that motion;

It is hereby ordered that:

1.   CSK's motion is granted.

2. Smith's complaint is dismissed with prejudice. All claims Smith asserts are barred by res judicata and/or collateral estoppel;

3. CSK may file a motion for an award of costs and attorney's fees within 10 days of the date of distribution of this order.

DATED this 24th day of _November_, 2004.

_____
Alaska Superior Court Judge

Certificate of Service:

I certify that on Sept 31st, 2004, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
( ) Facsimile and Mail
( ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

I certify that a copy of the foregoing was distributed via:

[X] U.S. Postal Svc.  Jenkins, T. Smith
[ ] Other
HAND DELIVERY
[ ] Court Svc.
[ ] Ring Up Svc.

bjon    12/2/04

ORDER GRANTING CSK AUTO INC.'S MOTION TO DISMISS - 2
ANC 77482v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

## CERTIFICATE OF SERVICE

CASE No.4FA-04-2053 CIV

The undersigned hereby certifies that on the 31 of Dec 2004, A TRUE AND CORRECT COPY OF THE of the foregoing DOCUMENT WAS SERVED VIA:

      (✓) FIRST CLASS MAIL
      ( ) FACSIMILE AND MAIL
      ( ) HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 West 8th Avenue
Suite 800
Anchorage, Alaska 99501
Ph: 907 257 5300
Fax: 907 257 5399

*[signature]*
TERRY L. SMITH PRO SE
P.O. box 60882
FAIRBANKS, AK 99706