RECEIVED
FOR _____

JAN 0 6 2005

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

DAVIS WRIGHT TREMAINE
BY _____

**FILED in the Trial Courts**
**State of Alaska, Fourth District**

JAN 0 3 2005

By _____ Deputy

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CSK AUTO INC., d/b/a SCHUCKS ) | |
| AUTO SUPPLY, DOE, ) | |
| ) | |
| Defendant. ) | Case No. 4FA-04-2053 Civil |

## OPPOSITION TO MOTION FOR STAY OF JUDGMENT PENDING APPEAL

Plaintiff Terry L. Smith's ("Smith") motion for a stay of judgment pending appeal to the Alaska Supreme Court should be denied. At present, the only judgment entered by this Court simply dismisses Smith's complaint for failure to state a claim upon which relief can be granted. This Court need not stay that judgment in order for Smith to seek review of the judgment in the Alaska Supreme Court. Unlike a judgment that grants injunctive or other equitable relief, the judgment entered by this Court has no immediate effect other than denying Smith monetary relief that he seeks. In any event, Alaska R.

EXHIBIT U

Civ. P. 60 – pursuant to which Smith purportedly moves – provides no basis for staying a final judgment pending appeal.

This Court has not yet ruled on CSK Auto, Inc.'s ("CSK") motion for an award of attorney's fees and costs. Consequently, if Smith's motion is intended to prevent execution on any judgment for attorney's fees that is ultimately entered in favor of CSK, it is premature. Moreover, if Smith seeks to avoid execution on any judgment for costs and fees, he must post a bond in accordance with Alaska R. App. P. 204(d).

DATED this 3rd day of January, 2005.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
Eric J. Jenkins, ABA # 0011078

Certificate of Service:

I certify that on Jan 3, 2005, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
( ) Facsimile and Mail
( ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

OPPOSITION TO MOTION FOR STAY OF JUDGMENT   - 2
ANC 79432v1 53870-5

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY L. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>CSK AUTO INC., d/b/a SCHUCKS AUTO SUPPLY, DOE,<br><br>    Defendant. | Case No. 4FA-04-2053 Civil |

<u>ORDER DENYING MOTION FOR STAY OF JUDGMENT PENDING APPEAL</u>

This Court having considered Plaintiff Terry L. Smith's ("Smith") motion for a stay of judgment pending appeal to the Alaska Supreme Court, and CSK Auto, Inc.'s Opposition thereto;

It is hereby Ordered that the motion is Denied.

DATED this ____ day of January, 2005.

_____
ALASKA SUPERIOR COURT JUDGE

LODGED JAN 0 3 2005

Certificate of Service:

I certify that on Jan 3, 2005, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
( ) Facsimile and Mail
( ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____Janet Eastman_____
    Janet Eastman

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

OPPOSITION DENYING MOTION FOR STAY OF JUDGMENT
ANC 79435v1 53870-5

-2