Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

RECEIVED
FOR _____

JAN 1 0 2005

DAVIS WRIGHT TREMAINE
BY _____

TERRY L. SMITH,
          Plaintiff

VS.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
Doe          Defendants

Case No. 4FA-04-2053 Civil

## MOTION FOR STAY OF JUDGEMENT PENDING APPEAL TO THE ALASKA SUPREME COURT

Plaintiff TERRY L SMITH PRO SE files this MOTION Pursuant to Civil rule 60 and ask This Court For Stay Of Judgment, A stay is Necessary to obtain a complete Supreme Court review, Defendants will suffer no prejudice from a stay. Respectfully Submitted

_/s/ Terry L. Smith ProSe_      Dated This 6th Day Of Jan 2005

EXHIBIT V

Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,
        Plaintiff

VS.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
Doe        Defendants

Case No. 4FA-04-2053 Civil

### ORDER GRANTING STAY OF JUDGEMENT

PLAINTIFF HAVING MOVED THIS COURT FOR AN ORDER GRANTING STAY OF JUDGEMENT PENDING APPEAL TO SUPREME COURT FOR REVIEW; THE COURT HAVING CONSIDERED THE REQUEST.

**IT IS HERE BY ORDERED** THAT PLAINTIFF REQUEST IS GRANTED

IT IS SO ORDERED THIS _____ DAY OF _____, 2005

HONORABLE CHARLES R. PENGILLY
JUDGE OF THE SUPERIOR COURT

## CERTIFICATE OF SERVICE

CASE No.4FA-04-2053 CIV

The undersigned hereby certifies that on the 6TH of JAN 2005, A TRUE AND CORRECT COPY OF THE of the foregoing DOCUMENT WAS SERVED VIA:

(✓) FIRST CLASS MAIL
( ) FACSIMILE AND MAIL
( ) HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 West 8th Avenue
Suite 800
Anchorage, Alaska 99501
Ph: 907 257 5300
Fax: 907 257 5399

_____
TERRY L. SMITH PRO SE
P.O. box 60882
FAIRBANKS, AK 99706