Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

RECEIVED
FOR _____

JAN 1 4 2005

DAVIS WRIGHT TREMAINE
BY _____

TERRY L. SMITH,
        Plaintiff

VS.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
Doe        Defendants

Case No. 4FA-04-2053 Civil

## MOTION TO WAVE COST BOND

Plaintiff TERRY L SMITH PRO SE files this Motion pursuant to Appellate rule 204(c)(d) and 209 Plaintiff asks this court for permission to waive all cost in this appeal. Plaintiff has filed all necessary paper work in the Supreme Court for this review. This Motion is supported by the following affidavit.

Respectfully Submitted

_/s/ Terry L. Smith_
Terry L. Smith Pro Se

Dated This 12 Day Of JAN ,2005

EXHIBIT W

Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

RECEIVED
FOR _____

JAN 1 4 2005

DAVIS WRIGHT TREMAINE
BY _____

| | |
|---|---|
| TERRY L. SMITH,<br>　　　　Plaintiff<br><br>VS.<br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>　Doe　　　　Defendants | Case No. 4FA-04-2053 Civil |

### AFFIDAVIT ON MOTION

Plaintiff Pro Se Terry L. Smith States as follows:

1. Plaintiff was injured on 3-29-01 and has not worked since injured.

2. Plaintiff has cyst on spine

3. Plaintiff has not worked since injury and cannot work because of his Grievous injury to his spine.

4. Plaintiff only income is what he gets from thing he gets from friends and neighbors and from family when they're around.

5. Paying Cost Bond would Put a Greater hardship on Plaintiff

6. For the for going reasons Plaintiff prays for waiver of cost bond in this appeal

Further your Affiant Sayeth Naught.

1

Dated This \_\_11\_\_ Day Of \_\_JAN\_\_ , 2005

By: _____
Terry Lee Smith pro se

Subscribed and Sworn to before me this 11th Day of JAN , 2005.

By: _____
Notary Public in and for Alaska

My Commission Expires: 9-9-06

[Notary Seal: Paul D. Merrifield, Notary Public, State of Alaska]

AFFIDAVID ON MOTION

2

Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

RECEIVED
FOR _____

JAN 1 4 2005

DAVIS WRIGHT TREMAINE
BY _____

| | |
|---|---|
| TERRY L. SMITH,<br>  Plaintiff<br><br>VS.<br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>Doe        Defendants | Case No. 4FA-04-2053 Civil |

## ORDER GRANTING MOTION

PLAINTIFF/APPELLANT HAVING MOVED THIS COURT FOR AN ORDER GRANTING MOTION TO APPEAL AT PUBLIC EXPENCE AND TO WAIVE Cost bond FILLING FEE.

THE COURT HAVING CONSIDERED SUCH MOTION:

THE REQUEST.

   **IT IS HERE BY ORDERED** THAT PLAINTIFF REQUEST IS GRANTED


   IT IS SO ORDERED THIS_____DAY OF _____,2005


_____
JUDGE OF THE SUPERIOR COURT

**CERTIFICATE OF SERVICE**

CASE No.4FA-04-2053 CIV

The undersigned hereby certifies that on the 12 of JAN 2005, A TRUE AND CORRECT COPY OF THE of the foregoing DOCUMENT WAS SERVED VIA:

(X) FIRST CLASS MAIL
( ) FACSIMILE AND MAIL
( ) HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 West 8th Avenue
Suite 800
Anchorage, Alaska 99501
Ph: 907 257 5300
Fax: 907 257 5399

TERRY L SMITH PRO SE
P.O. Box 60882
FAIRBANKS, AK 99706

CERTIFICATE OF
SERVICE CSK AUTO.