Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

TERRY L. SMITH, )
)
Plaintiff, )
)
vs. )
)
CSK AUTO INC., d/b/a SCHUCKS )
AUTO SUPPLY, DOE, )
)
Defendant. )   Case No. 4FA-04-2053 Civil
_____ )

## OPPOSITION TO SECOND MOTION FOR STAY OF JUDGMENT PENDING APPEAL

Plaintiff Terry L. Smith ("Smith") has filed a second motion for a stay of judgment pending appeal to the Alaska Supreme Court. He filed the exact same motion with this court on December 20, 2004. The Court has not yet had an opportunity to rule on that motion. CSK incorporates by reference its Opposition to Motion for Stay of Judgment Pending Appeal filed with this Court on January 3, 2005. A proposed order denying the motion was also filed at that time.

EXHIBIT X

DATED this 18th day of January, 2005.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
Eric J. Jenkins, ABA # 0011078

Certificate of Service:

I certify that on Jan 18, 2005, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
( ) Facsimile and Mail
( ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

OPPOSITION TO SECOND MOTION FOR STAY
OF JUDGMENT                                    - 2 -
ANC 79686_1.DOC53870-5