1  Eric J. Jenkins
2  James H. Juliussen
   DAVIS WRIGHT TREMAINE LLP
3  701 W. 8th Avenue, Suite 800
   Anchorage, Alaska 99501
4  Phone: (907) 257-5300
   Fax: (907) 257-5399
5
6  Attorneys for CSK Auto Inc.

**FILED in the Trial Courts
State of Alaska, Fourth District**

**JAN 2 0 2005**

By_____
                    Deputy

7
   IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
8
9  FOURTH JUDICIAL DISTRICT AT FAIRBANKS

10 TERRY L. SMITH,                    )
                                      )
11        Plaintiff,                  )
                                      )
12    vs.                             )
                                      )
13 CSK AUTO INC., d/b/a SCHUCKS       )
14 AUTO SUPPLY, DOE,                  )
                                      )
15        Defendant.                  )   Case No. 4FA-04-2053 Civil
                                      )
16 _____)

17        OPPOSITION TO MOTION TO WAIVE COST BOND

18        Appellant Terry L. Smith's ("Smith") motion to waive the cost bond required by

19 Alaska R. App. Proc. 204(c) should be denied. Appellate Rule 204(c) provides that a

20 cost bond shall be filed with the notice of appeal in a civil case "unless a party is

21 exempted by law," or unless a supersedeas bond is filed. Smith has not filed a

22 supersedeas bond, nor has he demonstrated that he is exempt from the requirement that

23 he file a cost bond. Insofar as Smith contends that he should be exempt from the cost

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

**EXHIBIT Y**

bond due to his financial situation, he must complete the Financial Statement Affidavit

prescribed by the Alaska Supreme Court.

Smith's motion apparently also seeks waiver of the requirement that he file a

supersedeas bond under Appellate Rule 204(d). Under Appellate Rule 204(d), a

supersedeas bond is required in order to obtain a stay of the underlying judgment. In this

respect, Smith's motion is premature as this Court has not yet ruled on CSK's motion for

an award of costs and attorney's fees. Nevertheless, the motion must be denied.

Appellate Rule 204(d) states:

> When the judgment is for the recovery of money not
> otherwise secured, the amount of the bond shall be fixed at
> such sum as will cover the whole amount of the judgment
> remaining unsatisfied, costs on the appeal, and interest, unless
> the superior court, after notice and hearing and for good cause
> shown, fixes a different amount or orders security other than
> the bond.

Appellate Rule 204(d) does not permit a party to request that the court simply dispense

with the posting of a supersedeas bond.

DATED this 10th day of January, 2005.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
Eric J. Jenkins, ABA # 0011078

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

1

2     <u>Certificate of Service</u>:

3     I certify that on _Jul 18_, 2005, a true and
      correct copy of the foregoing document
      was served via:

4     (X) First Class Mail
      (  ) Facsimile and Mail
5     (  ) Hand Delivery

6     on the following:

7     Terry L. Smith
      P.O. Box 60882
      Fairbanks, Alaska 99706

8     By: _Janet Eastman_
             Janet Eastman
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

OPPOSITION TO MOTION TO WAIVE COST BOND - 3
ANC 79689v1 53870-5

1   Eric J. Jenkins
    James H. Juliussen
2   DAVIS WRIGHT TREMAINE LLP
3   701 W. 8th Avenue, Suite 800
    Anchorage, Alaska  99501
4   Phone:  (907) 257-5300
    Fax:  (907) 257-5399
5

6   Attorneys for CSK Auto Inc.

7          IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

8          FOURTH JUDICIAL DISTRICT AT FAIRBANKS

9

10  TERRY L. SMITH,                      )
                                         )
11            Plaintiff,                 )
                                         )
12       vs.                             )
                                         )
13  CSK AUTO INC., d/b/a SCHUCKS         )
14  AUTO SUPPLY, DOE,                    )
                                         )
15            Defendant.                 )   Case No. 4FA-04-2053 Civil
                                         )
16  ─────────────────────────────────── )

17          ORDER DENYING MOTION TO WAIVE COST BOND

18       This Court having considered Plaintiff Terry L. Smith's ("Smith") motion to

19  waive the cost bond required by Alaska R. App. Proc. 204(c), Defendant CSK Auto

20  Inc.'s ("CSK") opposition thereto, and all other pleadings filed in support of, or in

21  opposition to, that motion;

22       It is hereby ordered that Smith's motion to waive the cost bond is denied.

23

24

25

LODGED

JAN 20 2005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

1     DATED this _____ day of _____, 2005.

2

3

4                                    _____
                                              Alaska Superior Court Judge
5

6     Certificate of Service:

7     I certify that on _____, 2005, a true and
      correct copy of the foregoing document
8     was served via:

9     (✗) First Class Mail
      (  ) Facsimile and Mail
      (  ) Hand Delivery
10
      on the following:
11
      Terry L. Smith
      P.O. Box 60882
12    Fairbanks, Alaska 99706

13    By: _____
              Janet Eastman
14

15

16

17

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

18

19

20

21

22

23

24

25

ORDER DENYING MOTION TO WAIVE COST BOND - 2
ANC 79709v1 53870-5

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

FILED in the Trial Courts
State of Alaska, Fourth District

JAN 2 0 2005

By_____

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

TERRY L. SMITH,                    )
                                   )
            Plaintiff,             )
                                   )
    vs.                            )
                                   )
CSK AUTO INC., d/b/a SCHUCKS       )
AUTO SUPPLY, DOE,                  )
                                   )
            Defendant.             )    Case No. 4FA-04-2053 Civil
_____)

OPPOSITION TO **SECOND** MOTION FOR STAY OF
JUDGMENT PENDING APPEAL

Plaintiff Terry L. Smith ("Smith") has filed a second motion for a stay of

judgment pending appeal to the Alaska Supreme Court. He filed the exact same motion

with this court on December 20, 2004. The Court has not yet had an opportunity to rule

on that motion. CSK incorporates by reference its Opposition to Motion for Stay of

Judgment Pending Appeal filed with this Court on January 3, 2005. A proposed order

denying the motion was also filed at that time.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

DATED this 18th day of January, 2005.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By:_____
Eric J. Jenkins, ABA # 0011078

Certificate of Service:

I certify that on Jan 18, 2005, a true and
correct copy of the foregoing document
was served via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By:_____
Janet Eastman

OPPOSITION TO SECOND MOTION FOR STAY
OF JUDGMENT                                    - 2
ANC 79686_1.DOC53870-5