Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CSK AUTO INC., d/b/a SCHUCKS ) | |
| AUTO SUPPLY, DOE, ) | |
| ) | |
| Defendant. ) | Case No. 4FA-04-2053 Civil |
| ) | |

ORDER AWARDING ATTORNEY'S FEES AND COSTS

THIS MATTER having come before the Court on Defendant CSK Auto, Inc.'s Motion for Award of Attorney's Fees and Costs,

It is hereby ordered that defendant is awarded attorney fees in the amount of $ 6710.20 and costs of $ 545.67, for a total award in favor of CSK Auto, Inc. and against Plaintiff Terry L. Smith of $ 7255.87.

LODGED DEC 1 3 2004

EXHIBIT Z

DATED this 3rd day of January, 2005.

_____
ALASKA SUPERIOR COURT JUDGE

Certificate of Service:

I certify that on Dec 4th, 2004, a true and correct copy of the foregoing document was served via:

(X) First Class Mail
( ) Facsimile and Mail
( ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

[Seal of the Trial Courts, State of Alaska, Fourth Judicial District]

The undersigned certify that this is a true and full copy of the original document on file in the Trial Courts, Fourth Judicial District, State of Alaska. Witness my hand and the seal of the court this 25th of January, 2005 at Fairbanks, Alaska.

_____
Clerk of the Trial Court

By: _____
Deputy

I certify that a copy of the foregoing was distributed via:
MAIL
[X] U.S. Postal Svc: Jenkins Davis (Wright+Tremaine) - cert
[ ] Kosher: Terry Smith
HAND DELIVERY
[ ] Courier Svc.
[ ] Pick Up Bin
[ ] Fax
[ ] Other

1/25/05

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

ORDER AWARDING ATTORNEY'S FEES AND COSTS - 2
ANC 79130v1 53870-5

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

Terry L. Smith, )
                                                   )
                      Plaintiff,                   )
                                                   )
vs.                                                )
                                                   )
CSK Auto Inc. dba Schuck Auto Supply, DOE,         )
                      Defendant.                   )
_____)

Case Number 4FA- 04-2053CI

### CLERK'S RULING ON COST BILL

Costs are hereby taxed in favor of the Defendant, CSK Auto Inc., and against the Plaintiff, Terry L. Smith as follows:

| Item | Cost |
|---|---|
| Filing Fee | |
| Service of Process/Other Service Fees | 70.38 |
| Publication | |
| Premiums for undertakings | |
| Depositions | |
| Witness Fees | |
| Interpreter and Translator Fees | |
| Total Travel | |
| Long Distance Telephone Charges | |
| Computerized Legal Research | 436.67 |
| Copying | 33.00 |
| Exhibit Preparation | |
| Court-Ordered Transcripts | |
| Other Cost Allowed | 5.62 |
| **Total** | 545.67 |

January 18, 2005
Date

Cindy Bole, Chief Deputy Clerk of Court

I certify that on 1-25-05
A copy of this ruling was sent to: T. Smith
                                   DW-T

Civil Rule 79 Admin Rule 29 COSTBILL