```
                                            RECEIVED
                                            FOR _____

  Eric J. Jenkins                           FEB 1 4 2005
  James H. Juliussen
  DAVIS WRIGHT TREMAINE LLP                 DAVIS WRIGHT TREMAINE
  701 W. 8th Avenue, Suite 800              BY _____
  Anchorage, Alaska  99501
  Phone:  (907) 257-5300
  Fax:  (907) 257-5399
```

Attorneys for CSK Auto Inc.

### IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

### FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CSK AUTO INC., d/b/a SCHUCKS ) | |
| AUTO SUPPLY, DOE, ) | |
| ) | |
| Defendant. ) | Case No. 4FA-04-2053 Civil |

### ORDER DENYING MOTION FOR STAY OF JUDGMENT PENDING APPEAL

This Court having considered Plaintiff Terry L. Smith's ("Smith") motion for a stay of judgment pending appeal to the Alaska Supreme Court, and CSK Auto, Inc.'s Opposition thereto;

It is hereby Ordered that the motion is Denied.

DATED this ___ day of ~~January~~ February, 2005.

_____
ALASKA SUPERIOR COURT JUDGE

EXHIBIT AA