RECEIVED
FOR _____

MAY 1 9 2006

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

DAVIS WRIGHT TREMAINE
By _____

| Terry L Smith, | |
|---|---|
| Plaintiff, | CASE NO: 4FA-04-02053CI |
| vs. | |
| CSK AUTO et al, | |
| Defendant. | NOTICE OF ADMINISTRATIVE REASSIGNMENT |

This case has been administratively reassigned to <u>Judge Douglas L Blankenship</u> for all purposes.

CLERK OF COURT

_____5/16/2006_____          By: __BJohnson_____
         Date                                      Deputy Clerk

I certify that on ___05/17/06___
a copy of this notice was sent to: (via mail)
Eric Jenkins
Terry Smith

Clerk: ____BJohnson____

EXHIBIT AC