IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY SMITH,<br><br>    Plaintiff(s),<br>vs.<br><br>CSK AUTO, INC., d/b/a SCHUCKS AUTO SUPPLY and DOE,<br><br>    Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 4FA-04-2053 CI

RECEIVED
FOR _____

JUN 0 1 2006

DAVIS WRIGHT TREMAINE
BY _____

## NOTICE OF PRETRIAL SCHEDULING CONFERENCE

The Pretrial Scheduling Conference in the above case will be held:
  Date and Time: **June 26, 2006, at 3:00 p.m.**
  Judge: **Douglas L. Blankenship**
  Courtroom: **# 401** Court Location: **101 Lacey - Fairbanks, Alaska**

At least one of the attorneys for each party participating in this conference must have authority to enter into stipulations and to make admissions regarding all matters that the participants reasonably anticipate may be discussed. *Civil Rule 16(c)*

Please be aware of the following deadlines:

1. The meeting of parties required by Civil Rule 26(f) must be held at least 14 calendar days before the above date. All attorneys and unrepresented parties are jointly responsible for arranging and attending the meeting and for attempting in good faith to agree on a proposed discovery plan.

2. Within 10 calendar days after the meeting of the parties, you must:

   a. submit to the court a written report outlining the proposed discovery plan (addressing the matters listed in Civil Rule 26(f)), and,
   b. complete the initial disclosures required by Civil Rule 26(a).

Dated this 25th day of May, 2006.

_____
Judicial Assistant

I certify that a copy of the foregoing was distributed via
MAIL
[X] U.S. Postal Svc.
[ ] Other _____
HAND DELIVERY
[ ] Courier Svc.
[ ] Pick Up Bin _____
[ ] Fax _____
[ ] Other _____
By: _____ Date: 5/30/06
Clerk

CIV-202 (12/97fst)
NOTICE OF PRETRIAL SCHEDULING CONFERENCE

EXHIBIT AD

Civil Rules 16(b) & 26(f)