IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Trial Court No. 4FA-04-2053CI |
| vs. ) | |
| ) | Appeal Case No. S-11791 |
| CSK AUTO, INC., d/b/a SCHUCKS ) | |
| AUTO SUPPLY and DOE,, ) | |
| Defendant. ) | **ORDER UPON CONCLUSION OF APPEAL** |
| ) | |

The appellate court rendered its decision on **March 10, 2006**, and returned jurisdiction to the trial court effective **5/5/06**. Pursuant to that decision, the judgment/order of the trial court has been **affirmed in part, reversed in part, and remanded for further adjudication**.

It is hereby ordered:

[✓] ~~Further proceedings~~ PreTrial date setting conference will be held in __Fairbanks__, Alaska, before Judge __Blankenship__ on __6/26/06__, at __3:00 p__.m.

[ ] Counsel are directed to notice a hearing within ____ days of the date of this order before Judge _____.

[ ] Defendant's conviction having been reversed on appeal, the judgment for costs of appointed counsel is vacated pursuant to Criminal Rule 39(c)(3)(B). Plaintiff is ordered to repay all sums paid in satisfaction of the judgment, plus interest at the rate specified in AS 09.30.070(a).

[ ] Other: _____

[ ] No further proceedings are required. All exhibits and depositions filed in this case will be returned within 60 days or upon request.

__May 25, 2006__
Date

__[signature]__
Judge

Name of Signatory: Douglas L. Blankenship

I certify that on __5-30-06__ a copy of this order was sent to:
[✓] Plaintiff's Attorney/Plaintiff: __Smith__
[✓] Defense Counsel/Defendant: __Jenkins__
[ ] Prosecuting Authority's Collections Unit (if 3rd box is checked)
[ ] Agency (if applicable):
[ ] FCC [ ] DOC [ ] DPS [ ] Exhibits Clerk

Clerk: __[signature]__

AP-335 (3/01)
ORDER UPON CONCLUSION OF APPEAL

**EXHIBIT AE**

Appellate Rule 507(b)