RECEIVED
FOR _____

JUN 2 9 2006

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

TERRY L. SMITH, )
)
    Plaintiff, )
)
vs. )
)
CSK AUTO INC., d/b/a SCHUCKS )
AUTO SUPPLY, DOE, )
)
    Defendant. )    Case No. 4FA-04-2053 Civil
_____ )

### NOTICE OF FILING OF PROPOSED PRETRIAL SCHEDULING ORDER

Defendant CSK Auto Inc. ("CSK") files herewith a proposed pretrial scheduling order for the above-captioned matter. Counsel for CSK has attempted to contact Plaintiff Terry Smith ("Smith") to discuss pretrial deadlines and a discovery plan, but has been unable to reach him. At this juncture, CSK cannot propose a discovery plan because it does not know what claim Smith is purporting to bring in this action. The Alaska Supreme Court's March 10, 2006 Opinion remanded this case on the sole basis that Smith might theoretically be able to state a claim under federal law for wrongful

EXHIBIT AF

termination, even though it is not clear that Smith is in fact purporting to bring such a claim. Opinion at p.11. Based on a discussion with Smith that took place after the Supreme Court issued its opinion, it is the undersigned counsel's understanding that Smith has not in fact decided if he is bringing a claim under federal law. That being the case, CSK cannot determine what factual or legal issues, if any, are presented in this case, and cannot propose a discovery plan. CSK anticipates that these issues will be clarified at the Pretrial Scheduling Conference scheduled for June 26, 2006.

DATED this 23rd day of June, 2006.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
Eric J. Jenkins, ABA # 0011078

Certificate of Service:

I certify that on June 23, 2006, a true and correct copy of the foregoing document was served via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Shirl New Pagano

NOTICE OF FILING OF PROPOSED PRETRIAL SCHEDULING ORDER - 2
ANC 91074v2 53870-5

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| TERRY L. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>CSK AUTO INC., d/b/a SCHUCKS AUTO SUPPLY, DOE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4FA-04-2053 Civil |

LODGED JUN 2 6 2006

[PROPOSED] PRETRIAL ORDER

This Court issues the following Pretrial Order in this case.

Trial Date

Trial will commence at _____ A.M. on _____.

Trial Length/Division

The trial will last ___ trial days, divided between the parties as follows:

Plaintiff(s) _____ trial days and defendant(s) _____ trial days. The trial day allocation

includes each party's opening statement, witness examination (including cross-examination of other parties' witnesses) and closing argument.

<u>Jury</u>

A jury trial ___ has _____ has not been timely requested by any party. The jury will consist of ___ 6 ___ 12 persons and alternates.

<u>Summary of Pretrial Deadlines</u>

The following is a summary of the deadlines imposed by the Pretrial Order. The parties and their attorneys are responsible for reading and following the Alaska Civil Rules, which contain the detailed requirements associated with these deadlines. The dates listed are based on the foregoing trial date. These dates remain the same even if the actual trial date changes, unless otherwise ordered by this Court.

**Preliminary Witness Lists**

_____
(22 weeks pretrial)

**Retained Expert ID**

_____
(22 weeks pretrial)

**Supplemental Retained Expert ID**

_____
(20 weeks pretrial)

**Final Date to Serve Written Discovery**

_____
(18 weeks pretrial)

**Other Expert Opinion Testimony Summary**

_____
(22 weeks pretrial)

PRETRIAL ORDER – 2
ANC 91079v1 53870-5

| Event | Deadline |
|---|---|
| Retained Expert Reports | (16 weeks pretrial) |
| Final Date to Depose Lay Witnesses | (12 weeks pretrial) |
| Dispositive and Rule Of Law Motions | (12 weeks pretrial) |
| Motions Re Expert Opinion Evidence | (8 weeks pretrial) |
| Final Date to Depose Expert Witnesses | (8 weeks pretrial) |
| Discovery Motions | (8 weeks pretrial) |
| Deposition/Telephonic Designations | (6 weeks pretrial) |
| Deposition Objections/ Counter-Designations | (5 weeks pretrial) |
| Other Motions | (4 weeks pretrial) |
| Deposition Counter-Designation Objections | (4 weeks pretrial) |
| Serve Jury Instructions/Exhibits | (4 weeks pretrial) |

PRETRIAL ORDER – 3
ANC 91079v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

**Meet Re Jury Instructions/Exhibits**

_____
(3 weeks pretrial)

**Trial Briefs**

_____
(2 weeks pretrial)

**Objections Re Jury Instructions/ Exhibits**

_____
(2 weeks pretrial)

**Plaintiff's Final Witness List**

_____
(2 weeks pretrial)

**Defendant's Final Witness List**

_____
(10 days pretrial)

**File Jury Instructions**

_____
(1 week pretrial)

**Pretrial Conference**

_____
(Approximately 1 week pretrial)

**File Joint Exhibit List With Clerk**

_____
(First day of trial)

Dated this ____ day of _____, 2006.

_____
The Honorable Douglas L. Blankenship
Alaska Superior Court Judge

PRETRIAL ORDER – 4
ANC 91079v1 53870-5

Certificate of Service:

I certify that on June 23, 2006, a true and correct copy of the foregoing document was served via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Shirl New Pagano

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

PRETRIAL ORDER – 5
ANC 91079v1 53870-5