RECEIVED
OR _____

JUN 2 9 2006

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706
(907) 488 8824

DAVIS WRIGHT TREMAINE
By_____

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT

| | |
|---|---|
| TERRY L. SMITH, <br> Plaintiff <br><br> Vs. <br><br> CSK AUTO INC, <br> d.b.a. SCHUCKS AUTO SUPPLY <br> AND DOE      Defendants | Superior Court No. 4FA-04-2053 CI |

### DEMAND FOR JURY TRIAL

Comes now Terry L. Smith Plaintiff Pro Se on his own behalf Demands a Jury Trial in the above

Referenced case No. 4FA-04-2053 CI as referenced in his complaint.

*/s/ Terry L. Smith*
Terry L. Smith Pro SE

Dated This 27 Day Of June, 2006

**EXHIBIT AH**

# CERTIFICATE OF SERVICE
Superior Court Case No 4FA-04-2053

I Certify that a Copy of the forgoing Document was served on the 27 Day of June, 2006 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[ ] FACSIMILE AND MAIL
[ ] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE