Staple beneath Counsel
of Record card.

# CASE DESCRIPTION

Case No. _4FA-04-2053C?_    ☐ District Court    ☒ Superior Court

1. Check the box below which best describes the case. Mark <u>one</u> box only. If the case involves both personal injury and property damage, check the appropriate box in the personal injury section.

## <u>Cases Subject to Civil Rule 16(b)</u>

### CONTRACT
☐ Debt - General (DEB)
☐ Real Estate Matter (REM)
☒ Other Contract (OCT)

### PERSONAL INJURY
☒ Personal Injury - Auto (PIA)
☒ Personal Injury - Other (PIO)
☐ Wrongful Death (PID)

### PROPERTY DAMAGE
☐ Property Damage - Auto (PDA)
☒ Property Damage - Other (PDO)

### MALPRACTICE
☐ Medical Malpractice (MMP)
☐ Legal Malpractice (LMP)
☐ Other Malpractice (OMP)

### OTHER CIVIL
☐ Foreclosure (FOR)
☐ Injunctive Relief (INJ)
☐ Quiet Title (QIT)
☐ Other (OCI). Please describe
_____

## <u>Cases Exempt From Civil Rule 16(b)</u>

### DOMESTIC RELATIONS
☐ Dissolution Without Children (DIS)
☐ Dissolution With Children (DSC)
☐ Dissolution - One Spouse (DOS)
☐ Divorce Without Children (DIV)
☐ Divorce With Children (DVC)
☐ Legal Separation Without Children (LSP)
☐ Legal Separation With Children (LSC)
☐ Custody (CUS)
☐ Domestic Violence (DVI)
☐ Paternity (PAT)
☐ UIFSA - Child Support/Payment (UIF)
☐ License Action Review - Child Support (LAR)
☐ Other Domestic Relations (ODR)

### OTHER CIVIL
☐ Application For Post-Conviction Relief (PCR)
☐ Change of Name (CON)
☐ Condemnation (CDM)
☐ Forcible Entry & Detainer (FED)
☐ Registration of Foreign Judgment (FOJ)
☐ Habeas Corpus (HAB)
☐ Minor Settlement (MIN)
☐ Election Contest or Recount Appeal (ELE)
(Forward immediately to assigned judge.)

### APPEALS TO SUPERIOR COURT
☐ Appeal – Administrative Agency (ADR)
☐ Appeal – Civil or Small Claims (ACI)
☐ Appeal – Criminal (ACR)
☐ Appeal – Minor Offense (AMO)

*FILED in the Trial Courts State of Alaska, Fourth District AUG 23 2004 Deputy*

2. If you checked a box in the first column, fill in the name of each defendant below, one name per line.

| Name of Defendant | Appearance | Answer | Request for Entry of Default | Notice of Dismissal by Plaintiff | Confession of Judgment |
|---|---|---|---|---|---|
| CSK Auto Inc | ☒ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ | ☐ |

☐ Defendant list continued on back.

**EXHIBIT BA**

**256**

Clerk Instructions: First be sure all defendant names are listed if the case is subject to Rule 16(b) (2) as listed in column one of section 1). Then check the appropriate box when one of the listed documents is filed or when a defendant appears in a court hearing. When there is a check beside the name of each defendant, set the case for a Pretrial Scheduling Conference.

| Name of Defendant | Appearance | Answer | Request for Entry of Default | Notice of Dismissal by Plaintiff | Confession of Judgment |
|---|---|---|---|---|---|
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |

CIV-125 (12/02)(cs)(ht-back) CASE DESCRIPTION                    Civil Rules 3(a) and 16(b) & (g)