Do not issue summons until request is granted or filing fee is paid.

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT _____

FILED in the Trial Courts
State of Alaska, Fourth District

TERRY L. SMITH
_____
Plaintiff,

vs.

CSK AUTO CORP
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE
_____
Defendant.

AUG 23 2004

By _____ Deputy

CASE NO. 4FA-04-2053CI

REQUEST FOR EXEMPTION FROM PAYMENT OF FEES

I, TERRY L SMITH, request exemption from payment of the fees listed in Administrative Rule 9(f)(1) due to my financial inability to pay.

## FINANCIAL STATEMENT

Name: TERRY L SMITH
Phone: 907 488-8884
Residence Address: 2746 PKWY NP, 99706
Date of Birth: 5-2-55
Soc. Sec. No.: 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
Mailing Address: P.O. Box 60882 Fbk, Ak 99706
Present Employer: Not working last wk 3-29-01
(If not now employed, state last employer and date terminated.)

Employer's Address: _____
Employer's Phone: _____

1. INCOME INFORMATION (after taxes, but before other deductions)
   a. Income during last 12 months:

   |  | Yourself | Your Spouse |
   |---|---|---|
   | Wages | | |
   | Public Assistance | | |
   | Unemployment | | |
   | Other Garage Sales (Specify) | 200.00 | |
   | TOTAL: | | |

   b. Current Monthly Income from all sources: Aug 200.00

2. FAMILY MONTHLY EXPENSES:

   | Food | 150.00 |
   |---|---|
   | Rent | 350 Behind on payment |
   | Utilities | 254.56 Behind |
   | Car payments | 0 |
   | Furniture & Equipment payments | 0 |
   | Child support or alimony | 0 |
   | Loans/Time payments | 0 |
   | TOTAL EXPENSES: | 934.00 |

Page 1 of 2
TF-920 (5/02)(cs)
REQUEST FOR EXEMPTION FROM PAYMENT OF FEES

Adm. R. 9(f)(1) and 10

248

EXHIBIT BB

Case No. _____

3. **FAMILY ASSETS** – Present Value:
- Cash on hand or in bank: ∅
- Land, buildings or trailers: <10,000
- Cars NOT RUNNING: 250
- Snow machines, boats, airplanes or other motor vehicles (except cars): ∅
- Securities: stocks, bonds, notes: ∅
- Businesses: ∅
- Other Assets: _____

TOTAL ASSETS: <10,250

4. **FAMILY DEBTS:**
- Mortgages: 25,000
- Loans: ∅
- Charge cards: ∅
- Other (bills, etc.): MED 7,600   WATERSEWER 9,500

TOTAL DEBT: 42,100

5. **DEPENDANTS:**   Name   Age   Relationship

I swear or affirm that this financial statement is true. I understand that if I give false information in the financial statement, I may be prosecuted for perjury.

Date: 8/24/04

Signature of Plaintiff/Defendant

Subscribed and sworn to or affirmed before me at Fairbanks, Alaska on 8/24/04 (date).

Linda Crawford
Notary Public/Judge/Court Clerk
My Commission Expires: w/office

[SEAL — SEAL OF THE TRIAL COURTS OF THE STATE OF ALASKA FOURTH JUDICIAL DISTRICT]

**ORDER**

It is ordered that the request for exemption from payment of fees is:
☒ GRANTED. Plaintiff/Defendant is exempted from payment of the fees specified in Administrative Rule 9(f)(1).
☐ DENIED. Any fees now due in this case must be paid before any further action is taken. If payment is not made within 30 days after notice of the order, the court may dismiss the action. Admin.Rule 10(d).

Date: 8/26/04

Judge/Magistrate

I certify that on 8/30/04 a copy of this order was sent to: T. Smith

Niesje J. Steinkruger
Type or Print Name

Clerk: ____

Page 2 of 2
TF-920 (5/02)(cs)
REQUEST FOR EXEMPTION FROM PAYMENT OF FEES

Adm. R. 9(f)(1) and 10

249