<u>CERTIFICATE OF SERVICE</u>

4FA-04-2053Ci

The undersigned hereby certifies that on the 1st of Sept 2004, A TRUE AND CORRECT COPY OF THE of the foregoing DOCUMENT WAS SERVED VIA:

    (√) FIRST CLASS MAIL
    ( ) FACSIMILE AND MAIL
    ( ) HAND DELIVERY

FILED in the Trial Courts
State of Alaska, Fourth District

SEP 0 8 2004

By_____ Deputy

ON THE FOLLOWING:

NATIONAL REGISTERED AGENTS, INC
801 W. 10TH STREET
SUITE 300
JUNEAU, ALASKA 99801



TERRY L SMITH PRO SE
P.O. box 60882
FAIRBANKS, AK 99706

CERTIFICATE OF
SERVICE CSK AUTO.

246

EXHIBIT BC