IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

TERRY L. SMITH, )
)
        Plaintiff, )
)
vs. )
)
CSK AUTO INC., d/b/a SCHUCKS AUTO )
SUPPLY, )
)
        Defendant. )
_____)

Case No. 4FA-04-02053CI

### NOTICE OF REASSIGNMENT DUE TO DISQUALIFICATION

YOU ARE HEREBY NOTIFIED that Judge Niesje J. Steinkruger has been disqualified peremptorily by Attorney PRO PER on behalf of the plaintiff on September 08, 2004.

The case is reassigned to Judge Charles R. Pengilly.

DATE: September 9, 2004

_____
DEPUTY CLERK - TRIAL COURTS

I certify that a copy of the foregoing was distributed via:
MAIL
[X] U.S. Postal Svc  Smith
[ ] Other _____
HAND DELIVERY
[ ] Courier Svc _____
[ ] Pick Up Bin _____
[ ] Fax _____
[X] Other  NJS; CRP

By: DRL         Date: 9/9/04
   Clerk

**270**  EXHIBIT BD