IN THE SUPERIOR COURT FOR THE STATE OF ALASKA AT FAIRBANKS

CD: 4FA4106-39                 **Terry L. Smith**              Judge: Blankenship
Date: June 26, 2006                  vs.                       Clerk: High
                               **CSK Auto**

Case: **4FA-04-02053 CI**

PROCEEDINGS: Pretrial Scheduling Conference


COUNSEL PRESENT
<u>Plaintiff</u>:
<u>Defendant</u>:

---

03:07:25    On record

            Jenkins:
                      I filed a blank pre trial order
                      have not been able to reach Mr. Smith
                      his claim is only under state law
                      understand from his statement, he is not bringing it under
                      Federal law.

            Smith:  not under Federal law

            Court and counsel discuss scheduling

03:13:39    **Court:**

                      **Jury Trial**
                      **Week of May 7, 2007**
                      **5 day trial**

                      **PTO to issue**


03:15:32    Jenkins:
                      re: deadlines to answer

            **Court:  Answer or Motion to dismiss on wrongful termination claim due**
                      **w/n 20 days; 10 days to respond.**
                      **July 14**


03:17:33    Off record


                                              **EXHIBIT CA**

            NOTE:  Not a verbatim transcript.  Refer to audio recording.    LT