IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,                                    )
                                                   )
                    Plaintiff(s),                  )
                                                   )
        v.                                         )
                                                   )
CSK AUTO, INC., dba SCHUCKS AUTO                   )
SUPPLY and DOE,                                    )
                                                   )
                    Defendant(s),                  )
_____)

Case No. 4FA-04-2053 CI

## CIVIL PRETRIAL ORDER

1.    This matter is set for a five day jury trial to begin the week of May 7, 2007.  The
following due dates will govern pretrial procedure:

| | |
|---|---|
| Joinder of Parties: | November 8, 2006 |
| Amendments to Pleadings: | January 8, 2007 |
| Dispositive Motions: | January 9, 2007 |
| Expert Lists and Reports: | February 26, 2007 |
| Rule 35 Examination & Report: | February 5, 2007 |
| Settlement Conference Request: | January 2, 2007 |
| Witness Lists: | February 16, 2007 |
| Other Motions: | April 13, 2007 |
| Close of Discovery: | April 6, 2007 |
| Exhibits: | April 9, 2007 |

*Smith v. CSK Auto, Inc.,*
*Civil Pretrial Order*

I certify that a copy of the foregoing was distributed via:
MAIL
[ ] U.S. Postal Svc. Jenkins, T. Smith
[ ] Other
HAND DELIVERY
[ ] Courier Svc.
[ ] Pick Up Bin
[ ] Fax
[ ] Other
By:_____  Date: _____
        Clerk

4FA-04-2053 CI
DLB

**EXHIBIT CB**

| | |
|---|---|
| Jury Instructions: | April 13, 2007 |
| Pretrial Memoranda: | April 19, 2007 |
| Pretrial Conference: | April 26, 2007 at 2:45 p.m. |
| Designations of Deposition Testimony: | April 16, 2007 |
| Objections to Designations of Deposition Testimony: | April 23, 2007 |
| Objections to Instructions: | April 19, 2007 |
| Reply Re Depositions: | April 25, 2007 |

2.      All dates identified in Paragraph 1 reflect deadlines for filing in Fairbanks.

3.      Exhibits will be handled pursuant to Administrative Bulletin No. 9, Civil Rule 43.1, and as follows:

a.      Parties shall exchange exhibits on or before the date set forth in paragraph 1. Any documentary exhibits not previously produced shall be copied for opposing counsel and any non-documentary exhibits (photos, charts, etc.) shall be available for inspection.

b.      All exhibits and original exhibit lists shall be brought to court the day of trial.

c.      Exhibits must be clearly legible or they will not be submitted at trial.

d.      Exhibits not submitted as herein ordered will not be admitted at trial except by order for good cause shown.

4.      On or before the date set forth in paragraph 1, counsel for each party shall file and serve a pretrial memorandum covering the following matters:

a.      Trial Brief. This shall contain the following:

(1)      A short, plain and candid statement of each contested issue of fact which remains to be litigated.

(2)      A short, plain and candid statement of each contested issue of law which

remains to be litigated.

    (3)    A short, plain and candid statement of the facts of the case.

    (4)    A legal brief supporting the party's position as to each contested issue of law stated in paragraph (2) above, and each question of law or evidence which the party should reasonably anticipate may arise during the course of the trial. Pertinent, persuasive or controlling authority shall be cited. In presenting matters of law to the court, counsel shall disclose controlling legal authority which is known to counsel to be directly adverse to the position of counsel's client.

    (5)    A designation of each witness to be presented by deposition.

b.    <u>Objections to Documents and Exhibits</u>.

    (1)    Each objection to any document or exhibit shall identify the document or exhibit by number, and shall be set forth separately and specifically, with a clear statement of the objection.

    (2)    Following the objection there shall be listed a citation of authorities in support of the objection.

    (3)    Documents and exhibits to which no objection is made shall be admitted at trial.

c.    <u>Stipulations</u>. Counsel shall specify those relevant facts admitted in pleadings, requests for admissions or other records on file for which no proof need be offered at trial. Prior to the commencement of trial, counsel shall enter into a written stipulation of facts so disclosed.

DATED this *29* day of June, 2006, at Fairbanks, Alaska.

Douglas L. Blankenship
Superior Court Judge