Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706
(907) 488 8824

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,
        Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

Superior Court No. 4FA-04-2053 CI

## NOTICE OF GENUINE ISSUES OF MATERIAL FACTS

Comes now Plaintiff Pro Se Terry L. Smith Files his genuine issues of material facts in this case as their has been a misjustice as to his wrongful termination as Csk Auto Inc.d.b.a. Schucks Auto Supply has used the Workers Compensation Act to terminate Plaintiff in violation of the Family Medical Leave Act. As this is a Question of Fact which must be brought before a jury.

1. Whether it was wrongful to terminate employee while under the workers compensation act in violation of the Family Medical Leave Act

2. Whether employer notified employee of his rights under the Family Medical Leave Act. As to taking leave

3. Whether their was interference/influence by the Insurance adjuster and Insurance Carrier to Recommend Csk Auto that they not rehire Plaintiff

**EXHIBIT CE**

4. Whether Employer took recommendation from Insurance Adjuster and Insurance Carrier not to rehire Plaintiff.

5. Whether Employer interfered with Employees benefits

6. Whether Employer violated Public Policy in terminating Plaintiff while under the workers compensation Act.

7. Whether Employer discriminated against plaintiff by not rehiring him

8. Whether employer Denied Plaintiff of Preference in Hiring

9. Whether employer Handicap policy Discriminated against Plaintiff

10. Whether employer breached the implied contract of good faith and fair dealing

Plaintiff has put forth-genuine issues of material fact and material facts are jury questions and jury questions must be tried on its merits See: Hartsfield v. Carolina Casualty Ins Co., 411 P2d 396 (Alaska 1966).

Respectfully Submitted

Terry L. Smith Pro SE

Dated This 17 Day Of July, 2006

## CERTIFICATE OF SERVICE
Superior Court Case No 4FA-04-2053

I Certify that a Copy of the forgoing Document was served on the 17 Day of July, 2006 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[ ] FACSIMILE AND MAIL
[ ] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

*[signature]*
Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE