Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706
(907) 488 8824

RECEIVED
FOR _____

JUL 1 9 2006

DAVIS WRIGHT TREMAINE
BY _____

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,
    Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE        Defendants

Superior Court No. 4FA-04-2053 CI

## MOTION FOR ORAL ARGUMENT

Comes now Plaintiff Terry L. Smith Pro Se moves this court by motion for oral argument

On the issues in his complaint, as there are Genuine issues to be tried by a jury, and

Plaintiff request the court look at Plaintiffs Genuine Issues of Material Fact and Grant

Oral Argument on Genuine Issues of Material Facts to be tried.

Respectfully Submitted,

_[signature]_
Terry L Smith Pro Se

Dated This 17 Day Of July ,2006

**EXHIBIT CF**