Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706
(907) 488 8824

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT

| | |
|---|---|
| TERRY L. SMITH,<br>    Plaintiff<br><br>Vs.<br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE        Defendants | Superior Court No. 4FA-04-2053 CI |

## ORDER GRANTING REQUEST FOR ORAL ARGUMENT

This Court having reviewed PLAINTIFF Request for ORAL ARGUMENT; and this Court having Considered the request, **IT IS HEREBY ORDERED** that the Request for ORAL ARGUMENT is granted. Month_____,Date_____ and Time_____AM/PM

                        Dated this_____day of_____,2006


                                        _____
                                            Superior Court Judge

Order Granting Request For Oral Argument

**EXHIBIT CG**

## CERTIFICATE OF SERVICE
Superior Court Case No 4FA-04-2053

I Certify that a Copy of the forgoing Document was served on the 17 Day of July, 2006 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[ ] FACSIMILE AND MAIL
[ ] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE