Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706
(907) 488 8824

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,
          Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE     Defendants

Superior Court No. 4FA-04-2053 CI

## MOTION TO AMEND COMPLAINT

Comes now Plaintiff Terry L. Smith Pro Se Moves this court by Civil Rule 15 (A) To Amend his complaint, as the courts have adopted a liberal policy for amending pleadings under Alaska Civil Rule 15(a). Alaska Civil Rule 15(a) states in part: A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires the leave sought should, as the rules require, be "freely given." Foman v. Davis, 371 U.S. 178, 182 (1962)(citation omitted). We expressly adopted this interpretation of Rule 15. See, e.g., Siemion v. Rumfelt, 825 P.2d 896, 898 (Alaska 1992).

Respectfully Submitted,

Terry L. Smith Pro Se     Dated This 18 Day Of July ,2006

EXHIBIT CH