Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706
(907) 488 8824

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,
        Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

Superior Court No. 4FA-04-2053 CI

## ORDER GRANTING MOTION TO AMEND COMPLAINT

This Court having reviewed PLAINTIFFS Request for MOTION TO AMEND COMPLAINT; and this Court having Considered the request, IT IS HEREBY ORDERED that the Request for MOTION TO AMEND COMPLAINT is granted.

Dated this _____ day of _____, 2006

_____
Superior Court Judge Blankenship

**EXHIBIT CI**

## CERTIFICATE OF SERVICE
Superior Court Case No 4FA-04-2053

I Certify that a Copy of the forgoing Document was served on the 18 Day of July, 2006 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[x] FIRST CLASS MAIL
[ ] FACSIMILE AND MAIL
[ ] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE