Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706
(907) 488 8824

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,
           Plaintiff

Vs.                                      Superior Court No. 4FA-04-2053 CI

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE        Defendants

## MOTION FOR CONTINUANCE TO DO DISCOVERY

Comes now Plaintiff Terry L. Smith Pro Se Moves this court by Civil Rule 56 (f)

To do Discovery on Defendants as there is information that is needed for Plaintiff

To oppose dismissal of his claim as there is a burden on Plaintiff as defendants

Has put forth a issue under the FMLA as to number of Employees working in the

Alaska region . also in issue is a discrimination issue as to why Csk Auto refuses

To rehire a disabled employee as there is other jobs with in the Confines of employment

That is not to be taken for granted. Plaintiff asks this court to order discovery as Csk

Auto inc Cannot prove their facts and theirs is only an assumption.

Respectfully Submitted.

Terry L. Smith Pro Se        Dated This _18_ Day Of _July_ ,2006

**EXHIBIT CJ**