Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706
(907) 488 8824

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE    Defendants | Superior Court No. 4FA-04-2053 CI |

## ORDER GRANTING REQUEST FOR CONTINUANCE TO DO DISCOVERY

This Court having reviewed PLAINTIFF Request for CONTINUANCE TO DO DISCOVERY; and this Court having Considered the request, IT IS HEREBY ORDERED that the Request for CONTINUANCE TO DO DISCOVERY is granted.

Dated this_____day of_____,2006

_____
Superior Court Judge Blankenship

**EXHIBIT CK**

## CERTIFICATE OF SERVICE
Superior Court Case No 4FA-04-2053

I Certify that a Copy of the forgoing Document was served on the 18 Day of July ,2006 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[ ] FACSIMILE AND MAIL
[ ] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

*(signature)*

Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE