Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706
(907) 488 8824

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
# FOURTH JUDICIAL DISTRICT

| | |
|---|---|
| TERRY L. SMITH,<br>　　　Plaintiff<br><br>Vs.<br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE　　Defendants | Superior Court No. 4FA-04-2053 CI |

## ORDER DENYING DISMISSAL

This Court having reviewed PLAINTIFFS Request for ORDER DENYING DISMISSAL; as there are Genuine Issues Of Material Fact to be tried before a jury and this Court having Considered the request, **IT IS HEREBY ORDERED** that the Request for ORDER DENYING DISMISSAL is granted.

Dated this_____day of_____,2006

_____
Superior Court Judge Blankenship

**EXHIBIT CL**