Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERRY L. SMITH )
                )
        Plaintiff, )
                )
    v.          )
                )
CSK AUTO, INC., )
                )
        Defendant. )
                )
                ) Case No. 4:06 - cv - 00020 (RRB)
                )
_____)

SECOND AFFIDAVIT OF COUNSEL

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

Eric J. Jenkins, being first duly sworn, on oath deposes and states:

1.   I am an attorney with the law firm of Davis Wright Tremaine LLP, counsel for Defendant CSK Auto in the above-captioned matter. I am competent to make this affidavit and do so based on personal knowledge.

2.      Attached hereto as Exhibit A is a true and correct copy of an affidavit that Terry Smith ("Smith") filed in the Superior Court for the State of Alaska in conjunction with his request that the court waive the posting of a cost bond on appeal.

3.      Attached hereto as Exhibit B is a true and correct copy of an affidavit that Smith filed in the Supreme Court for the State of Alaska in conjunction with his motion to appeal at public expense and for waiver of the filing fee.

4.      Attached hereto as Exhibit C is a true and correct copy of a Financial Statement Affidavit that Smith filed in the Supreme Court for the State of Alaska.

5.      On or about July 17, 2006, I filed an affidavit in support of CSK's removal petition containing as Exhibit A thereto a transcript of portions of the June 26, 2006 pretrial conference in the superior court action. Exhibit A indicated that Smith stated he was asserting a claim under AS 39.23.050, Family and Health leave act. Upon review, it is clear that the citation should have been 39.20.305 which is entitled Family and Health Leave, instead of 39.23.050  There is no statute numbered AS 39.23.050.

_____
Eric J. Jenkins

SUBSCRIBED AND SWORN TO before me this 7th day of August, 2006.

_____
Notary Public for the State of Alaska
My Commission Expires: 10-1-08



SECOND AFFIDAVIT OF COUNSEL – 2
ANC 94751v1 53870-5

Certificate of Service:

I certify that on August 7, 2006, a true and correct copy of the foregoing document was served via:

( X ) First Class Mail
(    ) Facsimile and Mail
(    ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: /s/ Joyce Sheppard           .
         Joyce Sheppard

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

SECOND AFFIDAVIT OF COUNSEL – 3
ANC 94751v1 53870-5