IN THE SUPREME COURT OF THE STATE OF ALASKA

TERRY L. SMITH,
            Plaintiff /Appellant

VS.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
Doe            Defendants/Appellee

Supreme Court No._____

Superior Court No. 4FA-04-2053 CI

## AFFIDAVIT ON MOTION

COMES NOW PLAINTIFF/APPELLANT Terry L. Smith files his Affidavit on motion to appeal at public expense and to waive filing fee and states as follows:

1. Plaintiff/Appellant was injured in a industrial Accident on 3-29-01

2. Plaintiff/Appellant has not worked since injury and cannot work because of his Grievous injury to his spine.

3. Plaintiff/Appellant only income is what he gets from thing he gets from friends and neighbors and from family when they're around.

4. Food is provided by Food Bank

5. At this time Plaintiff/Appellant has found out he has a cyst on his spine which makes it very hard on him to get around.

Further your Affiant Sayeth Naught.

Dated This 6TH Day Of JAN, 2005

By: _____
    Terry Lee Smith pro se

EXHIBIT B
Page 1 of 2

1

Subscribed and Sworn to before me this 6th Day of January, 2005.

By: _____
Notary Public in and for Alaska

My Commission Expires: 10-26-07



AFFIDAVID ON MOTION

EXHIBIT B
Page 2 of 2