# IN THE SUPREME COURT
## OF THE STATE OF ALASKA
### FINANCIAL STATEMENT AFFIDAVIT

(for court system use)

S-11791

RECEIVED

JAN 1 0 2005

**For use with a motion to waive filing fee or cost bond, when the basis for the motion is inability to pay, a motion to appeal at public expense, or an application for an exemption from filing fee under AS 9.19.010.**

1. Appellant's (or Petitioner's) Name: TERRY L. SMITH

2. Appellant's Telephone: 907 488-8824    3. Case No. 4FA-04-2053CI

4. Appellant's Residence Address: 2746 Park WAY N.P.

5. Appellant's Mailing Address: P.O. BOX 60882 FAIRBANKS ALASKA 99706

6. a. ☐Married ☒Single ☐Divorced ☐Separated ☐Widowed    b. How long?

7. a. Are your working now? ☐Yes ☒No    b. If not, date last worked: 3-29-01

### 8. LIST ALL EMPLOYERS FOR THE LAST 12 MONTHS

a. 1) Present or Former Employer: N/A
   2) Address & Telephone: _____
   3) Job Title: _____    4) Salary: $ _____ per ____
   5) FROM _____ TO _____ (Month and Year)    5) No. Hours Per Week ____

b. 1) Present or Past Employer: N/A
   2) Address & Telephone: _____
   3) Job Title: _____    4) Salary: $ _____ per ____
   5) FROM _____ TO _____ (Month and Year)    5) No. Hours Per Week ____

9. a. Do you belong to a Labor Union? ☒No ☐Yes    b. Union:

10. Social Security Number: _____ (Not mandatory; SSN may be used to identify assets.)

11. a. Spouse's Name: NOT MARRIED
   b. Spouse's Present or Past Employer: _____
   c. FROM _____ TO _____    d. Salary: $ _____

12. DEPENDENTS:    1)Name    2)Age    3)Relationship
   a. _____
   b. _____
   c. _____
   d. _____
   e. _____
   f. _____
   g. _____
   h. _____

SC Financial Statement Affidavit-1 (Rev. 1/98)

EXHIBIT C
Page 1 of 4

## 13. MONTHLY EXPENSES

| 1) Expense | 2) Your share of payment | 3) Balance owed | 4) Amount past due |
|---|---|---|---|
| a. Housing: Rent/Mortgage | $ 455⁰⁰ | $ | $ 500⁰⁰ |
| b. Utilities: Gas/Electric/ Water/Garbage | $ 102 | $ | $ 10000 |
| c. Telephone | $ 87.⁰⁰ | $ | $ |
| d. Food | $ 150⁰⁰ | $ | $ |
| e. Transportation (gas/bus) | $ | $ | $ |
| f. Car payment | $ NO CAR | $ | $ |
| g. Insurance | $ | $ | $ |
| h. Child Support/Alimony | $ | $ | $ |
| i. Loans/Credit Card (List): i. ___ ii. ___ iii. ___ iv. ___ v. ___ | $ ___ $ ___ $ ___ $ ___ $ ___ | $ ___ $ ___ $ ___ $ ___ $ ___ | $ ___ $ ___ $ ___ $ ___ $ ___ |
| j. Medical (not covered by insurance) | $ 10,000 | $ | $ |
| k. Child Care | $ | $ | $ |
| l. IRS Back Taxes | $ | $ | $ |
| m. Debts (List): i. HOSPITAL ii. ___ iii. ___ iv. ___ | $ 3500 $ ___ $ ___ $ ___ | $ ___ $ ___ $ ___ $ ___ | $ 3500 $ ___ $ ___ $ ___ |
| n. TOTALS | $ 14294 | $ | $ 14,000 |

## 14. INCOME INFORMATION

| | |
|---|---|
| a. Number of Permanent Fund Dividend checks received by your family within the past year | 1 |
| b. Your total net income (after taxes, but before other deductions) in the past 12 months | $ 0 |
| c. Your spouse's total net income during the past 12 months | $ 0 |
| d. Any money you expect to receive in the next 6 months (e.g. settlements, annuities) | $ 0 |
| e. Are you a seasonal employee? ☑No ☐Yes (Specify) | |

SC Financial Statement Affidavit-2 (Rev. 1/98)

EXHIBIT C
Page 2 of 4

## 14. INCOME INFORMATION (CON

**f.** Your total NET monthly income from:
1) Wages: $ ⌀
2) Public Assistance: $ ⌀
3) Unemployment: $ ⌀
4) Other: $ ⌀
Explain: I GET STUFF FROM DUMPSTER

**g.** Your Spouse's total NET monthly income from:
1) Wages: $
2) Public Assistance: $
3) Unemployment: $
4) Other: $
Explain:

## 15. FAMILY ASSETS (things you own or are buying)

| 1) Family Assets | 2) Value | 3) Amount still owed | 4) For court use only |
|---|---|---|---|
| a. Cash | $ ⌀ | | |
| b. Bank Account - checking | $ ⌀ | | |
| c. Bank Accounts - savings | $ ⌀ | | |
| d. Securities | $ | | |
| e. Pension Plans/Annuities | $ | | |
| f. Life Insurance (cash value/dividends) | $ | | |
| g. Land, Homes, Trailers | $ | $ | |
| h. Home Furnishings | $ 200 | $ | |
| i. TV, Stereo, VCR, Computer | $ 100 | $ | |
| j. Motor Vehicles  NO VEHICLE | $ N/A | $ | |
| k. Snow Machines, Boats, ATVs, Motorcyles, Airplanes | $ | $ | |
| l. Jewelry, Precious Metals/Stones | $ | $ | |
| m. Furs | $ | $ | |
| n. Collections (coins, ivory, etc.) | $ | $ | |
| o. Tools & Guns | $ | $ | |
| p. Sports Equipment | $ | $ | |
| q. Fishing Gear | $ | $ | |
| r. Limited Entry Permit(s) | $ | $ | |
| s. Businesses | $ | $ | |
| t. Other (Specify): i._____ ii._____ | $_____ $_____ | $_____ $_____ | |
| u. TOTALS | $ | $ | |

v. Specify any of above you need to earn your living and explain why: CAN'T WORK

## 16.  OATH

I declare, under oath, that my Financial Statement is true.
**DO NOT SIGN THIS AFFIDAVIT UNTIL YOUR SIGNATURE CAN BE WITNESSED.**

a. __1-6-05__                               b. _____
      **Date**                                        Signature of Appellant/Parent (of appellant under 18)

Subscribed and sworn to or affirmed before me on ___1-10-05_____, 19_____ in

Fairbanks_____, Alaska.

(SEAL)                               c. ___E Reema_____
                                Notary Public / Deputy Clerk of Court
                             My commission expires: _unemployment_

---

### FOR COURT USE ONLY - DO NOT COMPLETE
### 17.  FINANCIAL SUMMARY

a.  Total family income for the past 12 months    $_____

b.  Total assets (equity)    $_____

    Cash    $_____

c.  Total debts    $_____

d.  Total family income each month    $_____

e.  Total family expenses each month    $_____

    Amount behind    $_____

f.  Total discretionary income each month    $_____

h.  I recommend that this request be ☐Denied.  ☐Approved.

i.  Reasons: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

j. _____    k. _____
      **Date**                                      **Signature of Deputy Clerk**

**SC Financial Statement Affidavit-4 (Rev. 1/98)**

EXHIBIT  C
Page  4  of  4