Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH )<br>　　　　Plaintiff, )<br>　　v. )<br>CSK AUTO, INC., )<br>　　　　Defendant. )<br>_____ ) | Case No. 4:06 - cv -00020 (RRB) |

[PROPOSED] ORDER DENYING MOTION FOR RECUSAL

This Court having considered Plaintiff Terry L. Smith's motion for recusal and the Defendant's opposition to that motion;

NOW, THEREFORE, It is hereby ORDERED that the motion is denied for the reasons argued by Defendant CSK Auto, Inc.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

Dated this ____ day of _____, 2006.

_____
The Honorable Ralph R Beistline
U.S. District Court Judge

Certificate of Service:

I certify that on Aug. 8th, 2006, a true and correct copy of the foregoing document was served via:

(  ) First Class Mail
(  ) Facsimile and Mail
(  ) Hand Delivery

on the following:

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: __s/Janet Eastman_____
       Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

ORDER DENYING MOTION FOR RECUSAL- 2

ANC 95048v1 53870-5