IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br><br>           Plaintiff,<br><br>vs.<br><br>CSK AUTO INC., d.b.a. SHUCKS AUTO SUPPLY,<br><br>           Defendant. | Case No. 4:06-cv-0020-RRB<br><br>**<u>ORDER REGARDING MOTION FOR RECUSAL</u>** |

      Before the Court, at Docket 9, is a Motion For Recusal filed by Plaintiff, pursuant to 28 U.S.C. § 455 (a) and 28 U.S.C. § 144. Plaintiff alleges that because this Court had previously ruled against Plaintiff in a similar case involving the parties, this Court should recuse itself from the present matter. Plaintiff also suggests that an appearance of bias exists because the Defendant was somehow involved in selecting the undersigned as the assigned Judge herein. Plaintiff's motion is without merit, both legally and factually.

      Case assignments are handled solely by court administration. The undersigned generally handles all cases filed

in Fairbanks. That is why this matter was assigned to the undersigned. Even if this were not the case, in situations where similar cases are filed, it would be common to assign both cases to the same judge to avoid duplication and reserve judicial resources. The fact that the undersigned has been assigned two similar cases involving similar parties is not justification for recusal. And the fact that Defendant notified the Court of the pre-existing case is also not a basis for recusal. The Court has no personal knowledge regarding this case or any of the parties hereto and is unaware of any reason that would justify recusal. Certainly there is no reasonable basis upon which the undersigned's impartiality might be questioned and no basis for recusal pursuant to 28 U.S.C. § 455.

   Plaintiff also suggests that the undersigned is biased or prejudiced against him and has filed an Affidavit at Docket 10 seeking recusal under 28 U.S.C. § 144 as well. The Court hereby refers consideration of this question to the Chief Judge for determination. The undersigned will take no further action in this case until this issue is resolved.

   ENTERED this 23rd day of August, 2006.

                              /s/ RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE