Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT

TERRY L. SMITH,
                    Plaintiff

VS.

CSK AUTO INC,
AND ENETIES        Defendant

R&R INDUSTRIES.INC SUPPLYER
  AND ENETIES
                    Co. Defendants

Filed in the Trial Courts
STATE OF ALASKA, FOURTH DISTRICT

APR 0 2 2004

Clerk of the Trial Courts
By_____Deputy

CASE NO- *4FA-04-670* CIVIL

### AMMENDED COMPLAINT FOR DAMAGES

COMES NOW THE PLAINTIFF TERRY L. SMITH PRO SE DEMANDS A JURY TRIAL FOR HIS

COMPLAINT AGAINST THE ABOVE NAMED DEFENDANTS STATES AND ALLEGES AS FOLLOWS:

**I.**

THE PLAINTIFF IS A RESIDENT OF THE FOURTH JUDICIAL DISTRIC, STATE OF ALASKA

**II.**

THE DEFENDANTS CSK AUTO SUPPLY IS A FORIEN CORPORATION WHICH OWNES AND OPERATES

RETAIL STORES, WHICH ARE LOCATED THROUGH OUT ALASKA AND THE US.

**III.**

R&R INDUSTRIES IS A MAJOR INDUSTRIAL SUPPLYER TO CSK AUTO SUPPLY CORP AND ENETIES

WHO FAILED TO PROVIDE QUALITY PROUDUCTS AND QUALITY MATERIAL FOR PLAINTIFFS

SAFETY.

1

Exhibit A

**IV.**

ON AUGUST 28 2000 PLAINTIFF WAS EMPLOYED BY DEFENDANT CORPORATION AS A FULL TIME

DELIVER DRIVER LOCATED AT 605 OLD STEESE HWY WHICH THEIR WAS A SCHUCKS AUTO

SUPPLY NOW LOCATED AT 58 COLLEGE ROAD.

**V.**

PLAINTIFF WAS SEVERIELY INJURED BY A PRODUCT SUPPLYED EMPLOYEER AND PURCHASED

FROM R&R INDUSTRIES CAUSING GRIEVOUS BODILY INJURY CRUSHING PLAINTIFF'S DISC AT L3-

L4 L4-L5 L5-S1

**VI**

BY REASON OF SUCH WRONGFULL NEGLIGENCE AND BAD FAITH, FRAUD, MALACE,

INTERFERANCE, OPPRESSION AND THE COVENANT OF GOOD FAITH AND FAIR DEALING

DISCRIMINATION.BREACH OF IMPLIED WARRANTY, BATTERY, FRAUDULENT

MISREPRESENTATION OF CONSEALMENT, VIOLATION AND FRAUD OF STATE CONSUMER

PROTECTION STATUTES, BREACH OF WARRANTY, UNJUST ENRICHMENT, STRICT LIABILITY

VIOLATION OF PUBLIC POLICY THE PLAINTIFF HAS BEEN DAMAGED AS FOLLOWS: THE

PLAINTIFF TERRY L. SMITH HAS LOST WAGES AND OTHER COMPENSATION AND

BENEFITS FROM 3-29-01 TO PRESENT AN AMOUNT TO BE PROVEN AT TRIAL

**COUNT II**

FOR HIS SECOND CAUSE OF ACTION, PLAINTIFF REALLEGE AND INCORPORATES BY
REFERENCE THE ALLEGATIONS CONTAINED IN COUNTS I OF HIS COMPLAINT.

**I.**

THAT AT ALL TIMES HEREINAFTER MENTIONED DEFENDANTS CSK AUTO SUPPLY INC A

PUBLIC COMPANY AND R&R INDUSTRIES A MAJOR SUPPLYER TO CSK AUTO CORP. SUPPLYED

SAID EQUIPMENT TO CSK AUTO CORP AND ENETIES.

**II.**

THAT IN THE COURSE OF EMPLOYMENT EMPLOYER GAVE PLAINTIFF A KNOWEN DEFECTIVE

SAFETY BELT SUPPLYED BY R&R INDUSTRIES THAT COLLAPSED ON EMPLOYEE THIS IS

[FRAUDULENT MISREPRESENTATION OF CONSEALMENT BREACH OF WARRANTY

NEGLIGENCE, BAD FAITH]

2

### III.

PLAINTIFFS HAND BOOK AT PAGE 24 STATES THAT: CSK AUTO PROVIDES WORKERS COMPENSATION INSURANCE COVERAGE TO ALL ASSOCIATES FOR PROTECTION AGAINST INJURIES THAT OCCURE WHILE AT WORK. THIS COVERS MEDICAL AND REHABILITION EXPENSES AS WELL AS A PERCENTAGE OF LOST WAGES.THIS IS INTERFIERANCE BY DEFENDANT

### IV.

DURING THE COURSE OF PLAINTIFFS INJURY DEFENDANT INTERFERED WITH PLAINTIFFS RIGHTS PROMUGLATED BY DEFENDANT CORPORATION.THEIR BY INTERFERING WITH PLAINTIFFS MEDICAL ATTENTION WHICH IS BAD FAITH.

### V.

DEFENDANT CORPORATION USED MALACE TOWARDS PLAINTIFF IN THEIR ACTIONS AGAINST PLAINTIFF TURNING ON AND OFF HIS RIGHTFULL BENEFITS AS PROMULAGED BY DEFENDANT CORPORATION. AS PER PAGE 24 OF PLAINTIFF HAND BOOK.

### VI.

DURING THE COURSE OF PLAINTIFFS INJURY DEFENDANT USED OPPRESSION AGAINST PLAINTIFF DURING HIS INJURY CAUSING UNJUST HARD SHIP

### VII.

IN THE COURSE OF PLAINTIFFS MEDICAL ATTITION DEFENDANT USED FRAUD AGAINST PLAINTIFF

### COUNT III.

### I.

PLAINTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN COUNTS I AND COUNT II OF HIS COMPLAINT.

### II.

THAT IN VIOLATION OF PLAINTIFFS RIGHTS AS AN EMPLOYEE OF DEFENDANT CORPORATION WILLFULLY VIOLATED AND INTENTIONALLY VIOLATED DEFENDANT CORPORATIONS POLICY AND PROCEDURE PROMULAGED BY DEFENDANT CORPORATION AND WITHOUT REASONABLE JUSTIFICATION OR EXCUSE DISCRIMINATED AGAINST PLAINTIFF.

### III.

BY REASON OF COEHERSION FRAUD DEFENDANT FRAUDED PLAINTIFF OUT OF BENEFITS

PROMULAGED BY DEFENDANT CORPORATION HAND BOOK POLICY AND IN THE COURSE OF SAID

POLICY DEFENDANTS CONTRAIRY TO PUBLIC POLICY INTERFERED WITH CONTRACTUAL

RELATIONS OF PLAINTIFF. HAVEING BREACHED THE COVENANT OF GOOD FAITH AND FAIR

DEALING.

### COUNT IV.

PLANTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN
COUNTS I. AND COUNT II. AND COUNT III.

### I.
### AS 18.60.075 SAFE EMPLOYMENT
STATES: (a) AN EMPLOYER SHALL DO EVERYTHING NECESSARY TO PROTECT THE LIFE, HEALTH,
AND SAFETY OF EMPLOYEES.
### II.
ON 3-29-01 DEFENDANT CSK AUTO CORP SENT PLAINTIFF OUT ON A DELIVERY WITHOUT

PROTECTIVE SAFETY EQUIPMENT. THEIR BY CAUSING GRIEAVIOUS INJURY TO EMPLOYEES

LOWER SPINE CRUSHING HIS DISC AT L3-THRU S1

### III.
EMPLOYER THROUGH R&R INDUSTRIES FAILED TO PROTECT EMPLOYEE AND WARN EMPLOYEE

OF HAZARD OF WEARING EMPLOYER SUPPLYED BACK SUPPORT BELTS THAT WERE EMPLOYER

MANDATETED TO WEAR PER COMPANY POLICY. PLAINTIFF INJURY IS CONSISTANT WITH FAILED

PRODUCT.

### COUNT V.

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLIGATIONS CONTAINED IN
COUNTS I COUNTS II COUNTS III COUNTS IV

### I.

### SPECIAL MATTER
BECAUSE OF THIS ISSUE PLAINTIFF PLEADS A SPECIAL MATTER WHICH THERE IS MORE THAN
ONE PERSON INVOLVED IN THIS THAT WERE INJURED AND NEED TO COME FORWARD

### II.

### STRICT LIABILITY
OF THE FOLLOWING DEFENDANTS WHO MANUFACTURED OR ASSEMBLED THE PRODUCT IN
QUESTION. R&R INDUSTRIES AND SUBSITYS UNKNOWEN DESIGNED AND MANUFACTURED
PRODUCT AND SOLD UNSAFE UNREGULATED PRODUCT TO CSK AUTO SUPPLY CORP.

4

## NEGLIGENCE

OF THE FOLLOWING DEFENDANTS CSK AUTO CORP, R&R INDUSTRIES AND SUBSITYS OWNED A DUTY TO PLAINTIFF TO WARN OF HAZARDS OF UNSAFE UNREGULATED PRODUCT.

IV.

## BREACH OF WARRANTY

BY THE FOLLOWING DEFENDANTS CSK AUTO CORP, R&R INDUSTRIES INC BREACHED AN IMPLIED WARRANTY AND EXPRESSED WARRANTY AND OWNED DUTY TO PLAINTIFF

V.

THE PLAINTIFF HAND BOOK IS A CONTRACT OF EMPLOYMENT WHICH OBGLIGATES

DEFENDANTS AND CODEFENDANTS AS A MATTER OF LAW TO ACT IN GOOD FAITH AND

FAIR DEALING THEIR FORE INTENTIONALY AND NEGLIGENTLY INFLICTED PAIN AND

SUFFERING UPON PLAINTIFF. CAUSING DISTRESS UPON HIS INJURIES. WHERE FORE, PLAINTIFF

PRAYS FOR JUDGMENT AGAINST THE DEFENDANT CSK AUTO SUPPLY AND ENETIES R&R

INDUSTRIES AND ENETIES INDIVIDUAL DEFENDANTS EQUALY AND SEVERALLY AS FOLLOWS:

1. PLAINTIFF LOST WAGES,COMPENSATION AND OTHER BENEFITS PAST AND FUTURE TO BE PROVEN AT TRIAL

2. FOR PUNITIVE AND COMPENSATIORY DAMAGES AS DEEMED JUST BECAUSE OF THE NEGLIGENT, INTENTIONAL MALICIOUS AND OUT RAGEOUS CONDUCT BY AND THROUGH DEFENDANTS AND CODEFENDANTS CONTRARY TO PUBLIC POLICY

3. FOR PREJUGMENT INTREST COST AND ATTORNEY FEES

4. PLAINTIFF SEEKS SPECIAL DAMAGES OF $550,000,000 MILLION DOLLARS

5. FOR SUCH FURTHER RELEIF AS THE COURTS DEEMS JUST AND EQUITABLE.

6. EMOTIONAL DISTRESS ON HIS BODY

7. PLAINTIFF WILL AMEND COMPLAINT AS DEMED NECESSARY

DATED THIS 2ND DAY OF APRIL at FAIRBANKS ALASKA.

TERRY L SMITH PRO SE
P.O. BOX 60882
FAIRBANKS, ALASKA 99706

C.C. REGISTERED AGENT: NATIONAL REGISTERED AGENTS, INC.
801 W. 10TH ST STE 300
JUNEAU AK 99801