Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
    Plaintiff,
  v.
CSK AUTO, INC.,
    Defendant.

Case No. 4:06 - cv - 00020 (RRB)

AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO STRIKE

STATE OF ALASKA     )
                          ) ss.
THIRD JUDICIAL DISTRICT  )

    Eric J. Jenkins, being first duly sworn, on oath deposes and states:

    1.    I am an attorney with the law firm of Davis Wright Tremaine LLP, counsel for Defendant CSK Auto, Inc. ("CSK") in the above-captioned matter. I am competent to

1. make this affidavit and do so based on personal knowledge or from review of the records kept by Davis Wright Tremaine LLP in the ordinary course of its business.

2. Attached hereto as Exhibit A is a true and correct copy of a Partial Compromise and Release Agreement entered into by Terry L. Smith in his workers' compensation proceeding against CSK that was sent to me by Robert L. Griffin, counsel for CSK in that matter.

_____
Eric J. Jenkins

SUBSCRIBED AND SWORN TO before me this 29th day of August, 2006.



_____
Notary Public for the State of Alaska
My Commission Expires: 8/4/10

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO STRIKE – 2
ANC 107787v1 53870-5