Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 SEP -5 AM 8: 46

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE    Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

### PLAINTIFF'S MOTION FOR RECONSIDERATION TO REMAND

Comes now, the plaintiff Terry L. Smith herein, hereby moves this court for reconsideration of remanding case back to State Superior Court as Plaintiff has clarified his issues as he was discriminated against under the workers compensation act sec. 23.30.247 Discrimination Prohibited (a) An employer may not discriminate in hiring, promotion, or retention policies or practices against an employee who has in good faith filed a claim for or received benefits under this chapter. An employer who violates this section is liable to the employee for damages to be assessed by the court in a private civil action. Plaintiff Claim falls under the Workers Compensation Act 23.30.247 as claimed in his amended complaint. This motion is followed by the following memorandum.

Terry L. Smith Pro Se    Dated This 5 Day Of Sept, 2006