Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

**LODGED**

**SEP 5 2006**

**FAIRBANKS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
       Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

## ORDER GRANTING REMAND

This Court having reviewed PLAINTIFFS Request MOTION for reconsideration to REMAND; and this Court having Considered the request, IT IS HEREBY ORDERED that the Request TO REMAND IS GRANTED.

Dated this_____day of_____,2006

_____
U.S. District Court Judge R.R.B.

Order Granting Remand