Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 SEP -5 AM 8: 46

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
           Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

### PLAINTIFF'S MEMORANDUM ON RECONSIDERATION TO REMAND

Comes now, the plaintiff Terry L. Smith herein, hereby files his memorandum on reconsideration to remand. Plaintiff ask this court to reconsider the denial to remand this case back to State Superior Court. Under § 1445. (c) A civil action in any State court arising under the workmen's compensation laws of such State may not be removed to any district court of the United States The fact that Sec. 23.30.247 Discrimination Prohibited of the Alaska workers Compensation act. Prohibits Discrimination in preference of rehiring injured workers, as this is what is happening to Plaintiff Csk Auto has Discriminated against Plaintiff in their rehiring practice, and giving the fact to this issue Csk Auto Inc has used the Alaska workers Compensation System to terminate an injured Employee Claims made under AS 23.30.247 are required to brought in a private civil action. The board is without jurisdiction to decide such claims. See **Dougan v. Aurora** Electric, Inc. (6/28/2002) sp-5591. Plaintiff has a FMLA Claim intertwined with a

workers Compensation Discrimination Claim as per plaintiffs Amended Complaint which is a non removable per § 1445. (c) under the rules against Claim – Splitting the clear language of § 1441 and § 1445, and decisions of the United States Supreme Court, and other Circuits, make it clear that the United States Congress' clearly-expressed intention to allow a plaintiff to file a case like this one in state court – and to keep it there - must be honored by this Court. See: American Fire Casualty v. Finn, 342 U.S. 6 (1951), that the effect of § 1441(c) is that where an otherwise-removable claim is part of the same cause of action as a nonremovable claim, § 1441(c) bars removal even of the otherwise-removable claim, and requires remand. Plaintiff in his Amended Complaint clearly Points to discrimination in violation of the Alaska Workers Compensation Act which prohibits any type of discrimination and Csk Auto has a Long history of Discrimination in their employment practices and Plaintiff has recognized this practice of wrongfully terminating employees while under medical injury and loosing their jobs inviolation of public policy. And is not done in good faith or fair dealing as to wrongfully terminating while under medical care, goes beyond the bounds of indecency and done in bad faith and unfair employment practices. And given the facts to this remand issue is Plaintiff is a non-unionized Employee and FMLA action can be brought in State Court as Plaintiffs Wrongful termination is in violation of the FMLA act while Plaintiff was under Alaska Workers Compensation Act [AS 23.30.247] discrimination and must be remanded back to state Court. pursuant to § 1441(c)

Respectfully Submitted

_[signature]_
Terry L. Smith Pro Se        Dated This 5 Day Of Sept ,2006