## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

SMITH     v.     CSK AUTO INC.

DATE:     September 5, 2006     CASE NO.     4:06-CV-0020-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS**
                 **REGARDING RECONSIDERATION**

The Court is in receipt of Plaintiff's Motion for Reconsideration to Remand (Docket 26). Pursuant to D. Ak. LR 59.1(d), Defendant has until the close of business on **September 18, 2006,** in which to file a response to Plaintiff's motion, after which the Court will take the matter under advisement.

ORDER REGARDING RECONSIDERATION