UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


SMITH  v.  CSK AUTO INC.

DATE:   September 15, 2006    CASE NO.   4:06-CV-0020-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**ORDER DENYING MOTION TO RECONSIDER**

---

      For reasons set forth in Defendant's Opposition to Motion for Reconsideration to Remand Case (Docket 29), Plaintiff's Motion for Reconsideration (Docket 26) is hereby **DENIED**.