Terry L. Smith
PO BOX 60882
FAIRBANKS,AK 99706
(907)488-8824

**LODGED**

**SEP 1 9 2006**

**FAIRBANKS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
                Plaintiff

Vs.

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE          Defendants

## (PROPOSED)ORDER DENYING MOTION TO STRIKE AMENDED COMPLAINT

This Court having reviewed PLAINTIFFS Request DENYING MOTION TO STRIKE

AMENDED COMPLAINT ; and

this Court having Considered the request, **AND GOOD CAUSE EXIST  IT IS HEREBY**

**ORDERED** that the Request  DENYING Motion TO STRIKE IS GRANTED.

**Dated** this_____day of_____,2006

_____
U.S. District Court Judge R.R.B.

Order