Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 SEP 20 PM 1:41

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE   Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

## MOTION TO EXCEPT LATE FILING OF OPPOSITION TO STRIKE AMENDED COMPLAINT

Comes now, the plaintiff Terry L. Smith herein, hereby moves this court by motion to Except the one day late for filing his response to defendants motion to strike amended Complaint..Plaintiff miscalculated time as labor day messed his timing up and put his opposition one day late. The following motion is supported by affidavit of Plaintiff.

Respectfully, Submitted

_[signature]_
Terry L. Smith Pro Se

Dated This 19 Day Of Sept, 2006

Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE    Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

### AFFIDAVIT OF PLAINTIFF ON MOTION TO EXCEPT ONE DAY LATE FILING OF HIS OPPOSITION.

STATE OF ALASKA         )
                        ) ss
U.S. DISTRICT COURT FOR )
THE DISTRICT OF ALASKA  )

I Terry L. Smith first duly sworn, upon my oath and states: This affidavit is made on

factual and Good faith:

1. Plaintiff miscalculated his time to file his opposition as Labor Day messed his timing up to file his opposition.

2. Plaintiff has not prejudice the defendants as to being one day late to file his opposition.

3. Plaintiff has diligently tried to get his responses out on time and labor day being a Monday miscalculated is time for response

4. Plaintiff prays that the court except his one day late in filing his response.

1

Further your Affiant sayeth Naught.

Dated for this 19 Day Of Sept ,2006 At Fairbanks, Alaska

By: _____

Subscribed and Sworn to before me this 19 Day Of Sept ,2006

By: _____
Notary Public in and for Alaska
Connie J. Woodward
4th Judicial District

My Commission Expires March 27, 2010

AFFIDAVIT

2

## CERTIFICATE OF SERVICE
U.S. District Court Case No (4)-06-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 19 Day of Sept ,2006 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE