UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH   v.   CSK AUTO INC.

DATE:   September 29, 2006   CASE NO.   4:06-CV-0020-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION TO STRIKE OR TO DISMISS**

Before the Court is Plaintiff's Motion to Accept Late Filing of Opposition (Docket 33), which is **GRANTED**, and Defendant's Motion to Strike Amended Complaint or in the Alternative to Dismiss Amended Complaint (Docket 24), which is **GRANTED IN PART**.

Although the Court has permitted Plaintiff to file his Amended Complaint (Docket 18), the Court finds that, for the reasons set forth by Defendant, most of the allegations set forth in the Amended Complaint fail to state claims upon which relief can be granted. This Court will not re-litigate matters that have already been resolved, nor will it permit Plaintiff to continue to attempt to do so. The only claims pled by Plaintiff that are not barred are Count XIII and Count XVI. The remainder of the Counts are hereby **DISMISSED** with prejudice.

M.O. RE MOTION TO STRIKE/DISMISS