Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERRY L. SMITH                          )
                    Plaintiff,          )
                                        )
        v.                              )
                                        )
CSK AUTO, INC.,                         )
                                        )   Case No. 4:06 - cv -00020 (RRB)
                    Defendant.          )
                                        )
_____ )

ANSWER TO AMENDED COMPLAINT

        Defendant CSK Auto, Inc. ("CSK") answers the Amended Complaint of Plaintiff

Terry L. Smith ("Smith") as follows:

        1.      Answering paragraph 1, paragraph 1 alleges no facts requiring a response.

Insofar as paragraph 1 alleges any facts requiring a response, all such facts are denied.

        2.      Answering paragraph 2, CSK denies that it "use[d] the Alaska Workers

Compensation System to terminate" Smith.  The remainder of paragraph 2 states legal

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

conclusions that do not require a response, or constitutes a prayer for relief that does not require a response.  Insofar as paragraph 2 alleges any additional facts requiring a response, all such facts are denied.

3.    Answering paragraph 3, CSK admits only that this Court has jurisdiction over the parties and the subject matter, and that venue is proper.  CSK denies that Smith has referenced the correct statutory basis for jurisdiction or venue.  This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because Smith's claim under the Family and Medical Leave Act arises under Federal law.  This Court has jurisdiction over any related State law claims Smith has brought pursuant to 28 U.S.C. § 1367 because such claims are so related to the claims over which this Court has original jurisdiction as to form part of the same case or controversy under Article III of the United States Constitution.  Venue is proper under 28 U.S.C. § 1391(b).

4.    Answering paragraph 4, the Count XI in which paragraph 4 is contained has been dismissed with prejudice.  Insofar as the facts alleged in paragraph 4 are also alleged in support of any claims not dismissed, CSK admits only that Smith sustained a workplace injury while employed by CSK.  CSK denies the remaining facts alleged in paragraph 4.

5.    Answering paragraph 5, the Count XII in which paragraph 5 is contained has been dismissed with prejudice.  Insofar as the facts alleged in paragraph 5 are also

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

alleged in support of any claims not dismissed, CSK denies all facts alleged in paragraph 5.

6.      Answering paragraph 6, CSK denies that it acted with a "mixed motive" with respect to any actions that it took regarding Smith while he was under the Alaska Workers Compensation Act.  The remainder of paragraph 6 states legal conclusions that do not require a response.  Insofar as paragraph 6 alleges any additional facts requiring a response, all such facts are denied.

7.      Answering paragraph 7, CSK denies all facts alleged in paragraph 7.

8.      Answering paragraph 8, no response to paragraph 8 is required because the Count XV in which paragraph 8 is contained has been dismissed with prejudice.

9.      Answering paragraph 9, no response to paragraph 9 is required because the Count XVI in which paragraph 9 is contained has been dismissed with prejudice.

10.     Answering paragraph 10, no response to paragraph 10 is required because the Count XVII in which paragraph 10 is contained has been dismissed with prejudice.

## AFFIRMATIVE AND OTHER DEFENSES

11.     Smith's Amended Complaint fails to state a claim upon which relief can be granted.

12.     All of Smith's remaining claims are barred by the applicable statute of limitations.

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

13.     Smith cannot state a claim for wrongful termination because he contends that he has been totally disabled since the date of his injury.

14.     Smith's claims are barred by res judicata, collateral estoppel, and or law of the case doctrine.

15.     Smith is estopped from asserting a claim for wrongful termination.

16.     Smith cannot bring any claims under the Family and Medical Leave Act because, among other things, the statutory requirements for coverage are not met.

WHEREFORE, CSK prays for the following relief:

A.     That Smith's Amended Complaint be dismissed with prejudice;

B.     That CSK be awarded its reasonable attorney's fees and costs incurred in this action; and

C.     For such other and further relief as this Court deems just and equitable.

Dated this 11th day of October, 2006.


                                      DAVIS WRIGHT TREMAINE LLP
                                      Attorneys for Defendant CSK Auto, Inc.


                                      By:___s/ Eric J. Jenkins_____
                                           Eric J. Jenkins, ABA# 0011078
                                           James H. Juliussen, ABA# 9211082
                                           701 W. 8th Ave., Suite 800
                                           Anchorage, AK 99501
                                           Phone: (907) 257-5300
                                           Fax: (907) 257-5399
                                           ericjenkins@dwt.com
                                           jimjuliussen@dwt.com

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

1

2      Certificate of Service:

3      I certify that on October 11th, 2006, a true and
       correct copy of the foregoing Answer to Amended
       Complaint was served on the following via:

4       ( X ) First Class Mail
        (    ) Facsimile and Mail
5       (    ) Hand Delivery

6      Terry L. Smith
       P.O. Box 60882
       Fairbanks, Alaska 99706

7      By: _____s/ Janet Eastman_____
                  Janet Eastman

8

9

10

11

12

13

14

15

16

17

18

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

19

20

21

22

23

24

25

ANSWER TO AMENDED COMPLAINT                        5
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 110013v1 53870-5