Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 OCT 30 PM 4: 42

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

TERRY L. SMITH,
        Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

Case No. _____

### NOTICE OF PETITION FOR REVIEW

Comes now, the plaintiff Terry L. Smith herein, hereby moves this court by Petition to Review the order by Judge Biestline in case No. 4:06-CV-0020 dated 9-29-06 this petition is in pursuant to F.R.A.P. Rule 3

Respectfully, Submitted

Terry L. Smith Pro Se

Dated This 30TH Day Of OCT ,2006

## CERTIFICATE OF SERVICE

Case Name Terry L. Smith          V.    Csk Auto Corp, Inc D.B.A. Schucks
                                        Auto Supply


Case No._____


I Certify that a Copy of the **PETITION FOR REVIEW** forgoing Document was served on the 30 Day of OCT ,2006 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

>   [x] FIRST CLASS MAIL
>   [] FACSIMILE AND MAIL
>   [] HAND DELIVERY


ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468


*(signature)*
Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882




CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>TERRY L. SMITH</u>   v.   <u>CSK AUTO INC.</u>

DATE:   <u>September 29, 2006</u>   CASE NO.   <u>4:06-CV-0020-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION TO STRIKE OR TO DISMISS**

---

Before the Court is Plaintiff's Motion to Accept Late Filing of Opposition (Docket 33), which is **GRANTED**, and Defendant's Motion to Strike Amended Complaint or in the Alternative to Dismiss Amended Complaint (Docket 24), which is **GRANTED IN PART**.

Although the Court has permitted Plaintiff to file his Amended Complaint (Docket 18), the Court finds that, for the reasons set forth by Defendant, most of the allegations set forth in the Amended Complaint fail to state claims upon which relief can be granted. This Court will not re-litigate matters that have already been resolved, nor will it permit Plaintiff to continue to attempt to do so. The only claims pled by Plaintiff that are not barred are Count XIII and Count XVI. The remainder of the Counts are hereby **DISMISSED** with prejudice.

M.O. RE MOTION TO STRIKE/DISMISS