RECEIVED

FOR _____

NOV 1 7 2006

DAVIS WRIGHT TREMAINE

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

TERRY L. SMITH                    )
                                  )
          Plaintiff,              )      Case No. 4:06-cv-00020 (RRB)
                                  )
     v.                           )
                                  )
CSK AUTO, INC.,                   )
                                  )
          Defendant.              )      SCHEDULING AND PLANNING
                                  )      CONFERENCE REPORT
_____)

1.    **Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held on October 24, 2006 and was attended by:

     Eric Jenkins          Attorney for Defendant, CSK Auto, Inc.

     Terry L. Smith        Pro Se

The parties recommend the following:

2.    **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

     _____ have been exchanged by the parties

     __X__ will be exchanged by the parties by November 30, 2006.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax (907) 257-5399

Proposed changes to disclosure requirements:  None.

Preliminary witness lists

____ have been exchanged by the parties

__X__ will be exchanged by the parties by December 18, 2006.

3.    **Contested Issues of Fact and Law.**  The parties were unable to agree on a joint List of Issues of Fact and Law and have each submitted a separate list attached hereto as Exhibits A and B.  Nothing in the parties' respective Lists of Issues of Fact and Law shall be deemed an admission by either party of any fact or proposition of law, and neither party is conceding the relevancy of particular factual or legal issues contained in the other party's List of Issues of Fact and Law.

4.    **Discovery Plan.**  The parties jointly propose to the court the following discovery plan.

A.    Discovery will be needed on the following issues:  See Issues of Law and Fact identified in Section 3 above.

B.    All discovery commenced in time to be completed by July 1, 2007 ("discovery close date").

C.    Limitations on Discovery.

1.    Interrogatories.

__X__  No change from F.R.Civ.P. 33(a)

____  Maximum of ____ by each party to any other party.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

Responses due as per F.R. Civ.P. 33(b).

2.     Requests for Admissions.

  X   No change from F.R.Civ.P. 36(a)

\_\_\_\_ Maximum of \_\_\_\_ requests.

Responses due in \_\_\_\_ days.

3.     Depositions.

  X   No change from F.R.Civ.P. 36(a), (d).

\_\_\_\_ Maximum of \_\_\_\_ depositions by each party.

Depositions not to exceed \_\_\_7\_\_ hours unless agreed to by all parties.

D.    Reports from retained experts.

  X   Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

\_\_\_\_ Plaintiff shall designate its retained experts and the general area of their testimony (e.g.: industry practices, damages, etc.) not later than _____. Reports from plaintiff's retained experts shall be due not later than _____.

Defendants shall designate their retained experts and the general area of their testimony not later than _____. Reports from defendants' retained experts shall be due not later than _____.

SCHEDULING & PLANNING CONFERENCE REPORT     3
*Smith v. CSK Auto, Inc. 4:06-cv-00020 (RRB)*
ANC 110170v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

E.   Supplementation of disclosures and discovery responses are to be made:

  __X__  Periodically at 60-day intervals from the entry of scheduling and

  planning order.

  ____  As new information is acquired, but not later than 60 days before the

  close of discovery.

F.   A final witness list, disclosing all lay and expert witnesses whom a party

may wish to call at trial, will be due:

  __X__  45 days prior to the close of discovery.

  ____  Not later than 60 days prior to the close of discovery.

5.   **Pretrial Motions.**

  __X__  No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

  ____  Motions to amend pleadings or add parties to be filed not later than *(insert*

  *date)*.

  ____  Motions under the discovery rules must be filed not later than *(insert date)*.

  ____  Motions in limine and dispositive motions must be filed not later than 60

  days after close of discovery.

6.   **Other Provisions:**

  A.   __X__  The parties do not request a conference with the court before the

  entry of the scheduling order.

SCHEDULING & PLANNING CONFERENCE REPORT          4
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 110170v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

_____ The parties request a scheduling conference with the court on the

following issue(s):

*(Insert issues on which a conference is requested)*

B.    Alternative Dispute Resolution. [D.Ak. LR 16.2]

_____ This matter is not considered a candidate for court-annexed

alternative dispute resolution.

_____ If the parties wish to file a request for alternative dispute resolution,

they will do so not later than 30 days before trial.

_____ Mediation    _____ Early Neutral Evaluation

C.    The parties _____ do  _X_ not consent to trial before a magistrate judge.

D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

_X_ All parties have complied  _____ Compliance not required by any

party

7.    **Trial.**

A.    The matter will be ready for trial:

_X_ 45 days after the discovery close date.

_____ not later than 120 days after close of discovery (i.e., 60 days after the

deadline for dispositive motions*).*

B.    This matter is expected to take  _8_ days to try.

C.    Jury Demanded    _X_ Yes    _____ No

SCHEDULING & PLANNING CONFERENCE REPORT          5
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 110170v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Right to jury trial disputed?_____ Yes    _____ No

Dated this _17th_ day of November, 2006.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By:    s/ Eric J. Jenkins
      Eric J. Jenkins, ABA# 0011078
      James H. Juliussen, ABA# 9211082
      701 W. 8th Ave., Suite 800
      Anchorage, AK 99501
      Phone: (907) 257-5300
      Fax: (907) 257-5399
      ericjenkins@dwt.com
      jimjuliussen@dwt.com

Dated this _15th_ day of November, 2006.

PLAINTIFF
Terry S. Smith, Pro Se

By: _(signature)_
      Terry S. Smith

Certificate of Service:

I certify that on November 17 2006, a true and
correct copy of the foregoing Scheduling & Planning
Report was served on the following via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____ s/ Janet Eastman _____
      Janet Eastman

SCHEDULING & PLANNING CONFERENCE REPORT    6
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 110170v1 53870-5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399