Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706
(907) 488 8824

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>    Plaintiff<br><br>Vs.<br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE  Defendants | (4)-06-CV-00020-RRB |

### PLAINTIFF'S STATEMENT OF ISSUES OF LAW AND FACT

Comes now Plaintiff Pro Se Terry L. Smith Files his Statement of issues of law and facts in this case as their has been a misjustice as to his wrongful termination as Csk Auto Inc.d.b.a. Schucks Auto Supply has used the Workers Compensation Act to terminate Plaintiff in violation of the Family Medical Leave Act. As this is a Question of Fact which must be brought before a jury.

1. Whether it was wrongful to terminate employee while under the workers compensation act in violation of the Family Medical Leave Act failure to notify Plaintiff of rights.

2. Whether their was mixed motive interference/influence by the Insurance adjuster and Insurance Carrier to Recommend Csk Auto that they not rehire Plaintiff

3. Whether their was mixed motive as Employer took recommendation from Insurance Adjuster and Insurance Carrier not to rehire Plaintiff.

4. Whether was mixed motive by Employer to interfere with Employees benefits inviolation of public policy of good faith and fair dealing. Under FMLA

1

Exhibit A

5. Whether Employer violated Public Policy of good faith and fair dealing in terminating Plaintiff while under the workers compensation Act. In violation of the FMLA ACT.

6. Whether Employers retaliation was a mix motive factor by third party interference/influence to terminate Plaintiff.

Plaintiff has put forth-genuine Statement of issues of law and facts and material facts are jury questions and jury questions must be tried on its merits See: **Hartsfield v. Carolina Casualty Ins Co.,** 411 P2d 396 (Alaska 1966). **Kinzel v. Discovery Drilling, Inc.**, 93 P.3d 427, 432 (Alaska2004). **Era Aviation, Inc. v. Lindfors,** 17 P.3d 40, 44 (Alaska 2000) *White v. Ultraman Inc.,* 62 Cal. App. 4th 939, 73 Cal. Rptr 2d. 262 (Cal. Ct. App. 1998). **Delgadillo v. Levi Strauss & Co.** (*Unofficial cite*: Co. Ct. El Paso, TX, No. 94-3648). **Dotson v. Pfizer, Inc.** (U.S. Eastern District No. 5:04-CV-722-BR(3). In RE **Richardson v.Monitronics International** **Liu v. Amway Corporation,** 347 F.3d 1125 (9 th Cir. 2003), **Dean v. Metropolitan Seattle,** 104 Wn. 2d 627, 708 P.2d 393 (1985),


Respectfully Submitted


_____-S-_____
Terry L.Smith Pro SE

Dated This 26 Day of OCTOBER 2006

2