## CSK'S STATEMENT OF DISPUTED ISSUES OF LAW AND FACT

1. Whether Smith was covered by the Family and Medical Leave Act ("FMLA").

2. Whether CSK has the requisite number of employees in the Fairbanks, Alaska area for the FMLA to apply.

3. Whether Smith worked the requisite number of hours for the FMLA to apply.

4. Whether Smith worked the requisite time period for the FMLA to apply.

5. Whether, if the FMLA applies, CSK violated the FMLA.

6. Whether, if Smith could prove a violation of the FMLA, he has suffered any damages.

7. Whether Smith is capable of performing the essential functions of the job of delivery driver.

8. Whether Smith is capable of performing the essential functions of any job that CSK has available at the location where Smith worked.

9. Whether Smith has ever sought reemployment with CSK following his injuries.

10. Whether Smith is estopped from bringing a wrongful termination claim.

11. Whether Smith has made reasonable efforts to mitigate his alleged damages.

12. Whether Smith's claims are barred in whole or in part by the statute of limitations.

13. Whether CSK violated the covenant of good faith and fair dealing.

14. CSK reserves the right to set forth additional issues of law and fact once Smith reveals the factual basis for his claims.

ANC 110759v1 53870-5                                                                                                  Exhibit B