Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH )<br>              Plaintiff, )<br>    v. )<br>CSK AUTO, INC., )<br>              Defendant. )<br> ) | Case No. 4:06-cv-00020 (RRB) |

MOTION FOR LEAVE TO FILE AMENDED ANSWER

Defendant CSK Auto, Inc. ("CSK"), through its attorneys Davis Wright Tremaine LLP, moves for leave to file the Amended Answer to Amended Complaint attached hereto as Exhibit A. The Amended Answer to Amended Complaint adds the defense of failure to take reasonable steps to mitigate damages with respect to the claims asserted by Terry L. Smith ("Smith").

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Federal Rule of Civil Procedure 15(a) authorizes the amendment of pleadings by leave of court and provides that such leave "shall be freely given when justice so requires." The only exceptions to this rule arise where there is "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendment previously allowed, undue prejudice to the opposing party by virtue of the allowance of the amendment, futility of amendment, etc." *Foman v. Davis*, 371 U.S. 178, 182 (1962). *See also Lockman v. Evangelical Alliance Mission*, 930 F.2d 764, 772 (9th Cir. 1991).

The motion is timely under the scheduling order issued by this Court, and discovery is at an early stage. This motion comes after the applicability of the defense of failure to mitigate damages became apparent through the delivery of Plaintiff's initial disclosures (Excerpts of which are attached hereto as Exhibit B). Smith's damages calculation seeks lost wages for his allegedly wrongful termination from 2001 through 2017. Exh. B hereto at pp. 3-5. While CSK believes that this claim is utterly frivolous, Smith is under an obligation to mitigate his alleged damages, and certainly could not claim that diligent efforts would not yield any alternative employment over a period of 17 years. See City of Fairbanks v. Rice, 20 P.3d 1097, 1111 (Alaska 2000) (employee has duty to take steps to minimize loss by making reasonable efforts to find other employment); Gallo v. Eaton Corp., 122 F.Supp.2d 293, 311 (D.Conn. 2000) (same).

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

The defense of failure to mitigate damages is therefore one that is appropriately added by amendment.

In addition, CSK is acting in good faith, has not failed to cure deficiencies in its pleadings, and because discovery is at an early stage, Smith will suffer no prejudice if the amendment is granted.

For the foregoing reasons, CSK respectfully requests that its Motion for Leave to File Amended Answer be granted.

Dated this 22nd day of December, 2006.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.


By:   s/ Eric J. Jenkins
      Eric J. Jenkins, ABA# 0011078
      James H. Juliussen, ABA# 9211082
      701 W. 8th Ave., Suite 800
      Anchorage, AK  99501
      Phone: (907) 257-5300
      Fax: (907) 257-5399
      ericjenkins@dwt.com
      jimjuliussen@dwt.com

Certificate of Service:

I certify that on December 22nd, 2006, a true and correct copy of the foregoing Motion for Leave to File Amended Answer was served on the following via:

( X ) First Class Mail
(    ) Facsimile and Mail
(    ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____s/ Janet Eastman_____
          Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

MOTION FOR LEAVE TO FILE AMENDED ANSWER     4
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 113576v1 0053870-000005