Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE    Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-00020-RRB |

## CORRECTED INITIAL DISCLOSURES

Plaintiff Terry L. Smith Pro Se submits the following initial disclosures in accordance with Fed R. Civ P. 26(a)(1):

1.<u>Persons Likely to Have Discoverable Information That Plaintiff Terry L. Smith May use to support his wrongful termination in violation of public policy while under the Workers Compensation Act in violation of the FMLA ACT.</u>

A. Records Custodian –Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

B. Human Resourse Manager-Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

C. Corporate Human Resourse Department- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

1

Exhibit B
1 of 5

1. **DAMAGES**:

   This does not Include Punitive Damages associated with this Wrongful termination for Csk Auto Inc Wrongeful act in violation of Public Policy.

Dated This 19 Day Of Dec ,2006

*[signature]*
Terry L. Smith Pro Se

## CERTIFICATE OF SERVICE
Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 19 Day Of Dec _____,2006 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

*[signature]*
Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

5

Exhibit B
2 of 5

Background Data for Calculations:
(Terry Smith)

| | |
|---|---|
| Birth date: | 5/2/1955 |
| Date of Hire: | 8/23/2000 |
| Termination: | Mid June 2001 |
| Initial Annualized Wage Income | $15,243.50[1] |
| Worklife Expectancy: | 16.58 years[2] |
| Treasury Yield (discount rate) | 5%[3] |
| Benefits as % of total compensation | 30%[4] |
| Estimated Trend in Compensation: | 2.7%[5] |
| Parts Sales Entry Level Wage 2005 | $10.65[6] |
| Parts Sales Experienced Wage 2005 | $16.63[7] |
| Imputed Annual Increase for Experience | 9.4%[8] |
| Sales Manager Median Wage 2005 | $26.18[9] |
| CPI Adjustment 2001-2006 | 1.135[10] |

---

[1] This is slightly less than that based upon the actual wage at $7.50 for 40 hours/wk and 52 weeks per year. It is based upon the actual paystubs for year 2000, consisting of a total of 19 weeks.

[2] Estimating Worklife Expectancy: An Econometric Approach Daniel L. Millimet Michael Nieswiadomy Hang Ryu Daniel Slottje *Journal of Econometrics*, 2003, Vol. 113, pp. 83-113 Table 2. As Mr. Smith has some college, the published estimates for high school graduate and college graduate (15.4 and 17.7) were averaged.

[3] http://www.bloomberg.com/markets/rates/index.html Ten and 30 year bonds of 4.98 and 5.02 were averaged.

[4] Source: U.S. Department of Labor, Bureau of labor Statistics "Employer Costs for Employee Compensation December 2005. http://www.bls.gov/news.release/pdf/ecec.pdf Actual benefits reviewed: CSK 401 plan; CSK Confirmation Statement; CSK Flex Care Guide; CSK Group Insurance Plan; EyeMed Vision Care Brochure; Tel-Drug Pharmacy Program. These were comparable to national data.

[5] U.S. Department of Labor, Bureau of labor Statistics "Employment Cost Index: March 2006". http://www.bls.gov/news.release/pdf/eci.pdf (page 4)

[6] Alaska Department of Labor and Workforce Development, Research and Analysis Division: May 2005 Alaska Wage Rates - Fairbanks North Star Borough.

[7] Ibid.

[8] Assumes five years from entry-level wage to "experienced" level wage.

[9] Alaska Department of Labor and Workforce Development, Research and Analysis Division: May 2005 Alaska Wage Rates - Fairbanks North Star Borough.



Spread Sheet Calculations - Five Years of Raises Only

This set of calculations presumes five years of raises at 9.4% for experience, as per Alaska Department of Labor data cited earlier. It also incorporates 2.7% annual wage growth apart from the experience differential

The net present value in 2001 dollars totals to $439,823. In 2006 Dollars the amount is $499,302.

|  | Year | Total Compensation | Discount Rate | Present Value |
|---|---|---|---|---|
| (Half Year) | 2001 | 10,888.21 | 1.00 | 10,888.21 |
|  | 2002 | 24,466.65 | 1.05 | 23,301.57 |
|  | 2003 | 27,489.21 | 1.10 | 24,933.52 |
|  | 2004 | 30,885.17 | 1.16 | 26,679.77 |
|  | 2005 | 34,700.66 | 1.22 | 28,548.32 |
|  | 2006 | 38,987.51 | 1.28 | 30,547.73 |
|  | 2007 | 40,040.17 | 1.34 | 29,878.59 |
|  | 2008 | 41,121.26 | 1.41 | 29,224.11 |
|  | 2009 | 42,231.53 | 1.48 | 28,583.96 |
|  | 2010 | 43,371.78 | 1.55 | 27,957.84 |
|  | 2011 | 44,542.82 | 1.63 | 27,345.43 |
|  | 2012 | 45,745.48 | 1.71 | 26,746.43 |
|  | 2013 | 46,980.60 | 1.80 | 26,160.56 |
|  | 2014 | 48,249.08 | 1.89 | 25,587.52 |
|  | 2015 | 49,551.80 | 1.98 | 25,027.03 |
|  | 2016 | 50,889.70 | 2.08 | 24,478.82 |
|  | 2017 | 52,263.73 | 2.18 | 23,942.61 |

Total NPV 2001 dollars     439,832.01

Index 2006     1.14
In 2006 Dollars:     499,302.26

---

[10] U.S. Department of Labor, Bureau of labor Statistics "CPI All Urban Consumers"

Exhibit B
4 of 5

## Spread Sheet Calculations - With Promotion to Sales Manager

This set of calculations assumes that after a total of ten years, Mr. Smith is promoted to sales manager. Utilizing the 2005 Alaska Department of Labor data cited earlier, and assuming the same 2.7% increases through 2010 results in a Sales Manager wage estimate of $29.12 at that time.

The net present value in 2001 dollars is $604,180. Adjusting for inflation to 2006 dollars the amount becomes $685,872.

|      | Total Compensation | Discount Rate | Present Value |
|------|--------------------|---------------|---------------|
| 2001 | 10,888.21          | 1.00          | 10,888.21     |
| 2002 | 24,466.65          | 1.05          | 23,301.57     |
| 2003 | 27,489.21          | 1.10          | 24,933.52     |
| 2004 | 30,885.17          | 1.16          | 26,679.77     |
| 2005 | 34,700.66          | 1.22          | 28,548.32     |
| 2006 | 38,987.51          | 1.28          | 30,547.73     |
| 2007 | 40,040.17          | 1.34          | 29,878.59     |
| 2008 | 41,121.26          | 1.41          | 29,224.11     |
| 2009 | 42,231.53          | 1.48          | 28,583.96     |
| 2010 | 77,766.00          | 1.55          | 50,128.66     |
| 2011 | 79,865.68          | 1.63          | 49,030.60     |
| 2012 | 82,022.06          | 1.71          | 47,956.60     |
| 2013 | 84,236.65          | 1.80          | 46,906.12     |
| 2014 | 86,511.04          | 1.89          | 45,878.65     |
| 2015 | 88,846.84          | 1.98          | 44,873.69     |
| 2016 | 91,245.70          | 2.08          | 43,890.74     |
| 2017 | 93,709.34          | 2.18          | 42,929.33     |

|                        |            |
|------------------------|------------|
| Total NPV 2001 dollars | 604,180.17 |
| Index 2006             | 1.14       |
| In 2006 Dollars:       | 685,872.14 |