Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CSK AUTO, INC., )<br>)<br>Defendant. )<br>) | Case No. 4:06-cv-00020 (RRB) |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED ANSWER

This Court, having considered defendant CSK Auto, Inc.'s ("CSK") Motion for Leave to File Amended Answer and any opposition thereto:

NOW, THEREFORE, it is hereby ORDERED that the motion is GRANTED. The Amended Answer to Amended Complaint attached to CSK's Motion for Leave to File Amended Answer is deemed filed and served as of the date of this Order.

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Dated this _____ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
U.S. District Court Judge

Certificate of Service:

I certify that on Dec. 22nd, 2006, a true and
correct copy of the foregoing document
was served on the following via:

( X ) First Class Mail
(    ) Facsimile and Mail
(    ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____s/Janet Eastman_____
          Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO FILE AMENDED ANSWER- 2
*Smith v. CSK Auto, Inc.,* 4:06-cv-00020 RRB

ANC 113579v1 0053870-000005