FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2007 JAN -4 PM 4: 03

Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE    Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

### PLAINTIFFS OPPOSITION TO AMENDED ANSWER

Comes now, the Plaintiff Terry L. Smith herein, hereby files his Opposition to defendants to file an amended answer as Plaintiff has not failed to mitigate his damages. Plaintiff need only show that he tried to mitigate his damages A claimant is only required to make reasonable efforts to mitigate damages, and is not held to the highest standards of diligence." *See Rasimas*, 714 F.2d at 624 *Id.* at 624 by trying to rehabilitate him self-inlight of medical damage cause by the failure of employer interfering with the workers compensation act in violation of the FMLA act. During an FMLA leave, the employer also must maintain the employee's coverage under any group health plan at the level and under the same conditions as coverage would have been provided absent the leave. 29 U.S.C. § 2614(c). Csk Auto Inc Failed to Keep Plaintiffs benefits going while under the

1

Act.which is a violation of the act in its self. Furthermore Csk Auto Inc Failed to inform Plaintiff of his rights to the ACT and failed to designate a time for plaintiff to take leave Which is a failure to inform Plaintiff of his rights under the Act. Which is a violation of such act *Defective FMLA Notice:* An Employer's failure to give proper FMLA notice to an employee resulted in liability when the Employer refused to return the employee to his previous position. In *Duty v. Norton-Alcoa Proppants*, a federal Court of Appeals found in favor of an employee who was terminated for not returning to work within the 12 week leave period provided by the Family Medical Rights Act ("FMLA"). Given the damages supplied by Plaintiff is only a guide line as to his damages and lost benefits as Plaintiff has asked defendants for such cost in his request for production of such documents. So the liability to Plaintiff is such that Defendants cannot Deny it as they failed to inform Plaintiff of his rights while plaintiff was under the workers compensation act. In violation of the FML act. And refused to reinstate Plaintiff while under the workers compensation act to rehabilitate him self by company sponsored schooling. Defendants amended answer will change the out come as Plaintiff will amend and reamed as information become available as to the wrongful acts taken upon Plaintiff by defendants in violation of public policy as their act to terminate an injured protected employee while under the care of a medical Dr. goes beyond the bounds indecency of such a inconsiderate Act is intolerable by public policy standards and the failure to inform Plaintiff of his rights under the act makes Defendants action toward Plaintiff untolerable and unbecoming and insensitive to plaintiffs injuries for such violation of the act.

Respectfully Submitted,

Terry L. Smith Pro Se          Dated this 1st Day Of Jan ,2007

2

## CERTIFICATE OF SERVICE
Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the ⁴ᵗʰ Day Of JAN _____,2007 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468


_____
Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE

3