Terry L. Smith
PO BOX 60882
FAIRBANKS,AK 99706
(907)488-8824

LODGED
JAN - 4 2007
FAIRBANKS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
　　　　Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE　　　Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

### (PROPOSED) ORDER DENYING AMENDED ANSWER

This Court having reviewed PLAINTIFFS OPPOSITION TO AMEND ANSWER BY DEFENDANTS ; and this Court having Considered the request,

**IT IS HEREBY ORDERED** that the Request FOR Motion for LEAVE TO FILE AMENDED ANSWER is DENIED

**Dated** this_____day of_____,2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Court Judge R.R.B.

Order