Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2007 JAN -4 PM 4: 04

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
   Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

STATE OF ALASKA  )
          ) ss
FOURTH JUDICIAL DISTRICT )

### PLAINTIFFS AFFIDAVIT IN SUPPORT OPPOSITION TO AMENDED ANSWER

I TERRY L. SMITH first duly sworn, upon my oath and states: The following

1. Plaintiff did try to mitigate his damages by trying to rehabilitate him self thru the Division of vocational rehabilitation.

2. Plaintiffs damages are in connection to lost future benefits as Csk Auto Inc. Did not reinstate Plaintiff to another position within the confines of Csk/M&O Auto Inc.

3. Defendants violated Public policy for terminating an injured employee under the protection of the workers compensation act in violation of the FML Act.

4. Defendants amended defense is frivolous as Plaintiff need only show that he tried to rehabilitate him self.

5. Defendants failed to inform Plaintiff of his rights under FML act.

6. Defendant failed to reinstate Plaintiff

7. Defendants failed to give proper FMLA notice to Plaintiff AS REQUIRED BY LAW.

8. PLAINTIFF WILL AMEND HIS COMPLAINT TO CONFORM TO THE EVIDENCE AS REQUIRED BY LAW.

Further your Affiant sayeth Naught.

Dated for this 4th Day Of Jan, 2007 At Fairbanks, Alaska

By: _____

Subscribed and Sworn to before me this 4th Day Of Jan, 2007

By: _____
Notary Public in and for Alaska

My Commission Expires 11/08



### CERTIFICATE OF SERVICE
Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the ___4TH___ Day Of __JAN__ _____,2007 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468


_(signature)_
Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE

3