Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH<br><br>        Plaintiff,<br><br>    v.<br><br>CSK AUTO, INC.,<br><br>        Defendant. | Case No. 4:06 - cv -00020 (RRB) |

REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO AMEND ANSWER

Plaintiff Terry Smith ("Smith") fails to identify any legitimate basis for denying CSK Auto, Inc.'s ("CSK") motion to amend its answer to add the defense of failure to mitigate damages. Fed. R. Civ. P. 15(a) states that leave to amend shall be freely allowed. CSK's motion is timely, and was precipitated by the service of Smith's initial disclosures claiming over 10 years of lost wages for alleged wrongful termination of his employment. The bulk of Smith's motion is devoted to arguing that he did not fail to

mitigate his damages, or discussing other aspects of the merits of his claim. While CSK does not agree that Smith attempted to mitigate his alleged damages, CSK need not prove the merits of the defense to be entitled to amend under Fed R. Civ. P. 15(a). As long as CSK's defense is not clearly futile, CSK's amendment should be granted. See 6 Wright & Miller, Federal Practice & Procedure § 1487 (2nd Ed. 1990). CSK is certainly entitled to argue, when faced with a claim for over 10 years of lost wages, that Smith could have found alternative employment had he made diligent efforts.

For the foregoing reasons, CSK's motion to amend its answer should be granted.

Dated this 12th day of January, 2007.

        DAVIS WRIGHT TREMAINE LLP
        Attorneys for Defendant CSK Auto, Inc.


By:    s/ Eric J. Jenkins
        Eric J. Jenkins, ABA# 0011078
        James H. Juliussen, ABA# 9211082
        701 W. 8th Ave., Suite 800
        Anchorage, AK 99501
        Phone: (907) 257-5300
        Fax: (907) 257-5399
        ericjenkins@dwt.com
        jimjuliussen@dwt.com

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

REPLY TO OPP TO MOTION TO AMEND ANSWER    2
*Smith v. CSK Auto, Inc. 4:06-cv-00020 (RRB)*
ANC 114551v1 0053870-000005

Certificate of Service:

I certify that on January 12, 2007, a true and correct copy of the foregoing Reply to Plaintiff's Opposition to Motion to Amend Answer was served on the following via:

( X ) First Class Mail
(    ) Facsimile and Mail
(    ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____s/ Janet Eastman_____
           Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

REPLY TO OPP TO MOTION TO AMEND ANSWER            3
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 114551v1 0053870-000005