UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


SMITH   v.   CSK AUTO INC.,

DATE:   January 16, 2007      CASE NO.   4:06-CV-0020-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING MOTION TO AMEND ANSWER**

---

Defendant's Motion for Leave to File Amended Answer at Docket 42 is hereby **GRANTED**. Defendant may now file and serve its Amended Answer.