Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

**FILED**

JAN 3 1 2007

UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA
FOR THE DISTRICT OF ALASKA By_____Deputy

| | |
|---|---|
| TERRY L. SMITH,<br>          Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE    Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff Terry L. Smith, moves this court for leave to amend complaint as a added defense Defendants failed to inform Plaintiff of his rights while under the workers compensation act- to his rights under the F.M.L.A. act. Which has caused prejudice to the Plaintiff. Under Federal Rule 15 Amendment should be freely given when justice so requires the leave sought should, as the rules require, be "freely given." **Foman v. Davis**, 371 U.S. 178, 182 (1962)(citation omitted). We expressly adopted this interpretation of Rule 15. See, e.g., **Siemion v. Rumfelt**, 825 P.2d 896, 898 (Alaska 1992). This motion Comes after the applicable regulation under the F.M.L.A. The penalty for failure to give the proper notification is set forth in a separate regulation, 29 C.F.R. section 825.700(a) Defendant Csk Auto Inc. Did not give Plaintiff proper notice of his rights to F.M.L. Under the Act, as Plaintiff was incapacitated as to his rights under the act. While

1

Under the Alaska Workers compensation act for his grievous injury Defendant Csk auto Inc. failed to inform Plaintiff of his rights to the ACT and failed to designate a time for plaintiff to take leave Which is a failure to inform Plaintiff of his rights under the Act. Which is a violation of such act **Defective FMLA** Notice: An Employer's failure to give proper FMLA notice to an employee resulted in liability when the Employer refused to return the employee to his previous position. In **Duty v. Norton-Alcoa Proppants**, a federal Court of Appeals found in favor of an employee who was terminated for not returning to work within the 12 week. Defendant Csk Auto Inc. is under an obligation to inform Plaintiff of his rights under the F.M.L. act See: 29 C.F.R. section 825.700(a). Plaintiff reserves his rights under 29 C.F.R. section 825.700(a). to amend his complaint to add Defective F.M.L.A. Notice as part of his complaint which relates back to Plaintiff amended complaint. Plaintiff is acting in good faith as he did not know of the section of 29 C.F.R. section 825.700 of the Act. And this is a deficiencies in plaintiffs pleading which must be added to his complaint, as discovery is still in the early stages, Csk Auto will not suffer prejudice if the motion is granted to amend Plaintiffs complaint under the Act. Plaintiff respectfully ask for the foregoing reasons that his motion to amend to add Defective F.M.L notice to his complaint.

Respectfully Submitted,

Terry L. Smith Pro Se

Dated This 31 Day Of JAN ,2007

2

**CERTIFICATE OF SERVICE**
Case 4:06-cv-00020-RRB
I Certify that a Copy of the forgoing Document was served on the 31 Day Of Jan
_____ ,2007 A True and Correct copy of the foregoing DOCUMENT WAS
SERVED VIA:


[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY


ON THE FOLLOWING:
Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468


Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882