Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706
(907) 488 8824

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE       Defendants | (4)-06-CV-00020-RRB<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF AND DEMAND FOR JURY TRIAL,; SUMMONS** |

### AMENDED COMPLAINT

**1.** Comes now Plaintiff Terry L. Smith Pro Se pursuant to Civil Rule 15 files his amended Complaint and states his amended complaint against the above named Defendants states and alleges as follows.

### I.

### INTRODUCTORY ALLEGATIONS

**2.** This Amended Complaint, arising under Alaska's' Workers Compensation statute, **AS.23.30.247 DISCRIMINATION** in violation of Public Policy for using the Alaska Workers Compensation System to terminate employee. Plaintiff seeks damages as well as Declaratory And Injunctive relief. [1] **Workers Compensation – F.M.L.A. violation** [2] **F.M.L.A.** defective notice under the Alaska workers compensation act.

1

## II.

## JURISDICTION AND VENUE

3.This court has jurisdiction over Defendant under the doctrine of minimum contact as Defendant has purposely availed itself of the privilege of doing business in this state. Plaintiff is a resident of the Fourth Judicial District, State Of Alaska, This Court has jurisdiction pursuant to AS: 22.10.020/AS: 09.05.015 venue is proper in this Court. The Jurisdiction of this court is invoked pursuant to AS: 22.10.022.Venue is properly laid in the Fourth Judicial District of the Superior Court for the state of Alaska pursuant to AS: 22.10.030 and Alaska R. Civ.P. 3 ( c ). And AS: 23.10.500 under the Alaska Family leave act.

## COUNT XI AMENDED COMPLAINT

PLAINTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN THE PARAGRAPH OF HIS AMENDED COMPLAINT

### 4. Workers Compensation - Discrimination and Retaliation

The plaintiff sustained a work-related injury, within the meaning of the laws of the State of Alaska under Alaska Statutes. Retaliated against Plaintiff by denying benefits.

## COUNT XII AMENDED COMPLAINT

PLAINTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN THE PARAGRAPH ABOVE OF HIS AMENDED COMPLAINT

### 5. Intentional Interference

The facts set forth above state a claim of unprivileged intentional interference by defendants with the plaintiff's employment with defendant Csk Auto Inc. and his potential re-employment by defendants Csk Auto Inc.

## COUNT XIII AMENDED COMPLAINT

PLAINTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN THE PARAGRAPH ABOVE OF HIS AMENDED COMPLAINT

**6.** Plaintiff REALLEGE Retaliation under the Family and Medical Leave Act. As their was a "mixed motive" to defendants actions against Plaintiff while under the Alaska Workers Compensation Act. In violation of Public Policy. To act in good faith and dealing.

## COUNT XIV AMENDED COMPLAINT

PLAINTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN THE PARAGRAPH ABOVE OF HIS AMENDED COMPLAINT

**7. Breach of implied Contract of The Covenant of good faith and fair dealing in violation of public policy**
The facts set forth above state a claim against Csk Auto Inc. - for Breach of implied Contract of The Covenant of good faith and fair dealing in violation of public policy .Violated Plaintiffs right to be treated with good faith and to be treated fairly. And not to be discriminated against

## COUNT XV AMENDED COMPLAINT

PLAINTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN THE PARAGRAPH ABOVE OF HIS AMENDED COMPLAINT

**8. Workers Compensation - Discrimination Denial of Preference in Hiring**

The plaintiff lost his job with Csk Auto Inc. as a result of an injury compensable by Csk Auto Inc. under the Laws. of the State of Alaska under Alaska Statutes. Discriminates as to preference in injury hiring. Having a injured arm or wrist ect.

## COUNT XVI AMENDED COMPLAINT

PLAINTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN THE PARAGRAPH ABOVE OF HIS AMENDED COMPLAINT

**9. Workers Compensation – Retaliatory Discharge-Mixed motive**
Defendant Csk Auto used falsified information from third party to make their decision in Not retaining Plaintiff as to his injuries.

## COUNT XVII AMENDED COMPLAINT

PLAINTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN THE PARAGRAPH ABOVE OF HIS AMENDED COMPLAINT

**10. Negligent or Intentional Infliction of Emotional Distress**
Defendant Csk Auto used third party to stop treatment causing intentional infliction of Emotional distress to ones body.

## COUNT XVIII AMENDED COMPLAINT

PLAINTIFF REALLEGE AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN THE PARAGRAPH ABOVE OF HIS AMENDED COMPLAINT

**11.** Defective F.M.L.A. notice under 29 C.F.R. Section 825.700(a) Defendants violated Plaintiffs rights while Plaintiff is incapacitated under the Alaska workers Compensation Act. Failed to inform Plaintiff of his rights under the Act.

Plaintiff has set forth facts in his Amended Complaint and States as follows Wherefore Plaintiff prays for judgement against defendants individually equally and severally

as follows.

1. Plaintiffs lost benefits past and future to be proven at trial

2. For Punitive and compensatory damages as deemed just for their negligent and intentional malicious and outrageous conduct by and through defendants and contrary to public policy.

3. For Prejudgment interest cost and attorney fees.

4. Plaintiff seeks special damages

5. Emotion distress on plaintiffs body

6. For such further relief as the courts deems just and equitable.

7. Plaintiff will amend complaint as deemed necessary.

DATED THIS 31 DAY OF JAN ,2007 AT FAIRBANKS ALASKA

*[signature]*

TERRY L. SMITH PRO SE
P.O. BOX 60882
FAIRBANKS, ALASKA 99706


Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468