Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

**LODGED**

JAN 3 1 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**FAIRBANKS**

TERRY L. SMITH,
　　　　Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE　　Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

### (PROPOSED)ORDER GRANTING LEAVE TO AMENDED COMPLAINT

This Court having reviewed PLAINTIFFS MOTION TO AMEND COMPLAINT TO ADD DEFECTIVE F.M.L.A. NOTICE and Defendants were granted motion for leave to file amended answer; and this Court having Considered the request,

**IT IS HEREBY ORDERED** that the Request FOR Motion for LEAVE TO FILE AMENDED complaint is Granted.

**Dated** this_____day of_____,2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. District Court Judge R.R.B.

Order