Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

**FILED**

JAN 3 1 2007

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
        Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

STATE OF ALASKA    )
                        ) ss
FOURTH JUDICIAL DISTRICT )

### PLAINTIFFS AFFIDAVIT IN SUPPORT OF LEAVE TO AMENDED COMPLAINT TO ADD DEFECTIVE NOTICE UNDER 29 C.F.R. SEC.825.700

I TERRY L. SMITH first duly sworn, upon my oath and states: The following

1. Defendants failed to give proper FMLA notice to Plaintiff AS REQUIRED BY LAW.

2. Defendants violated Public policy for terminating an injured employee under the protection of the workers compensation act in violation of the FML Act.

3. Defendants failed to inform Plaintiff of his rights under FML act.

4. Plaintiff was incapacitated and Csk Auto Inc. violated his rights under the F.M.L.A and took advantage of plaintiffs injuries while under the Alaska workers compensation act and failed to give proper notice.

5. This motion for leave will not prejudice defendants

1

6. Defendants have prejudice Plaintiff as to his rights under the F.M.L.A and this must be corrected

7. Defendants knew about the F.M.L. act and failed to inform Plaintiff of his rights to such benefits while Plaintiff was incapacitated under the Alaska workers compensation act.

8. PLAINTIFF WILL AMEND HIS COMPLAINT TO CONFORM TO THE EVIDENCE AS REQUIRED BY LAW.

Further your Affiant sayeth Naught.

Dated for this 31 Day Of JAN ,2007 At Fairbanks, Alaska

By: _____

Subscribed and Sworn to before me this 31 Day Of January,2007

By: Tiffany Buttler
Notary Public in and for Alaska

My Commission Expires 6/10/10

