Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERRY L. SMITH                          )
                    Plaintiff,          )
                                        )
        v.                              )
                                        )
CSK AUTO, INC.,                         )
                    Defendant.          )    Case No. 4:06 - cv - 00020 (RRB)
                                        )
_____)

OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE
TO AMEND COMPLAINT

    Plaintiff Terry Smith's ("Smith") Motion for Leave to Amend Complaint should

be denied.  Not only is the motion untimely, but the regulation that forms the basis for

Smith's new claim, 29 C.F.R. § 825.700(a), has been declared to be invalid by the U.S.

Supreme Court.  Insofar as Smith also seeks to reassert claims already dismissed by this

Court, Smith's motion is barred by this Court's September 29, 2006 Minute Order from

Chambers Re Motion to Strike or to Dismiss.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Smith seeks to amend his complaint to assert as his Eighteenth claim:

> Defective F.M.L.A notice under 29 C.F.R. 825.700(a)
> Defendants violated Plaintiffs rights while Plaintiff is
> incapacitated under the Alaska workers Compensation Act.
> Failed to inform Plaintiff of his rights under the Act [sic].

Proposed Amended Complaint at para.11.  Under this Court's November 22, 2006

Scheduling and Planning Order, the deadline for motions to amend the pleadings was

December 22, 2006.  Smith's motion is therefore untimely.

Not only is Smith's motion untimely, but his new "Count XVIII" fails to state a

valid claim for relief.  Count XVIII seeks relief under 29 CFR § 825.700(a) for an alleged

failure to inform Smith of his rights under the Family and Medical Leave Act ("FMLA").

See Motion for Leave to Amend Complaint at pp. 1-2; Proposed Amended Complaint at

para. 11.  That regulation states that, under various circumstances, leave will not count

against an eligible employee's FMLA leave entitlement unless such leave is designated as

FMLA leave.  The U.S. Supreme Court, however, has declared 29 C.F.R. § 825.700(a) to

be invalid:

> These considerations persuade us that § 825.700(a) effects an
> impermissible alteration of the statutory framework and
> cannot be within the Secretary's power to issue regulations
> 'necessary to carry out' the Act under § 2654.

Ragsdale v. Wolverine World Wide, 535 U.S. 81, 96 (2002).  Since the only new claim

Smith seeks to assert by amendment is based upon a regulation that was struck down by

the U.S. Supreme Court, Smith's motion to amend should be denied as futile.  Smith has

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

OPPOSITION TO MOTION FOR LEAVE TO AMEND
COMPLAINT
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 116004v1 0053870-000005

2

also again failed to plead any facts showing that he was an eligible employee under the

FMLA.

In addition to bringing a claim under 29 C.F.R. § 825.700(a), Smith also reasserts

all of the prior counts contained in his current complaint, including all of those counts

dismissed by this Court's September 29, 2006 Minute Order.  Insofar as Smith is seeking

to reassert these claims by amendment, his proposed amendment should also be denied as

barred by law of the case doctrine and contrary to Fed. R. Civ. P. 11.

For the foregoing reasons, Smith's motion to amend his complaint should be

denied.

Dated this 14th day of February, 2007.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.


By:    s/ Eric J. Jenkins
        Eric J. Jenkins, ABA# 0011078
        James H. Juliussen, ABA# 9211082
        701 W. 8th Ave., Suite 800
        Anchorage, AK  99501
        Phone: (907) 257-5300
        Fax: (907) 257-5399
        ericjenkins@dwt.com
        jimjuliussen@dwt.com

OPPOSITION TO MOTION FOR LEAVE TO AMEND
COMPLAINT
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 116004v1 0053870-000005

3

1

<u>Certificate of Service</u>:

2

I certify that on February 14, 2007, a true and
correct copy of the foregoing  Opposition to

3

Plaintiff's Motion to Amend  Complaint was
served on the following via:

4

( X ) First Class Mail

5

(     ) Facsimile and Mail
(     ) Hand Delivery

6

Terry L. Smith
P.O. Box 60882

7

Fairbanks, Alaska 99706

By:  _____s/ Janet Eastman_____

8

Janet Eastman

9

10

11

12

13

14

15

16

17

18

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

19

20

21

22

23

24

25

OPPOSITION TO MOTION FOR LEAVE TO AMEND
COMPLAINT                                                           4
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*

ANC 116004v1 0053870-000005