Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH )<br>              Plaintiff, )<br>     v. )<br>CSK AUTO, INC., )<br>              Defendant. )<br>_____ ) | Case No. 4:06-cv-00020 (RRB) |

## AMENDED ANSWER TO AMENDED COMPLAINT

Defendant CSK Auto, Inc. ("CSK") answers the Amended Complaint of Plaintiff Terry L. Smith ("Smith") as follows:

1.  Answering paragraph 1, paragraph 1 alleges no facts requiring a response. Insofar as paragraph 1 alleges any facts requiring a response, all such facts are denied.

2.  Answering paragraph 2, CSK denies that it "use[d] the Alaska Workers Compensation System to terminate" Smith. The remainder of paragraph 2 states legal

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

conclusions that do not require a response, or constitutes a prayer for relief that does not require a response.  Insofar as paragraph 2 alleges any additional facts requiring a response, all such facts are denied.

3.      Answering paragraph 3, CSK admits only that this Court has jurisdiction over the parties and the subject matter, and that venue is proper.  CSK denies that Smith has referenced the correct statutory basis for jurisdiction or venue.  This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because Smith's claim under the Family and Medical Leave Act arises under Federal law.  This Court has jurisdiction over any related State law claims Smith has brought pursuant to 28 U.S.C. § 1367 because such claims are so related to the claims over which this Court has original jurisdiction as to form part of the same case or controversy under Article III of the United States Constitution.  Venue is proper under 28 U.S.C. § 1391(b).

4.      Answering paragraph 4, the Count XI in which paragraph 4 is contained has been dismissed with prejudice.  Insofar as the facts alleged in paragraph 4 are also alleged in support of any claims not dismissed, CSK admits only that Smith sustained a workplace injury while employed by CSK.  CSK denies the remaining facts alleged in paragraph 4.

5.      Answering paragraph 5, the Count XII in which paragraph 5 is contained has been dismissed with prejudice.  Insofar as the facts alleged in paragraph 5 are also

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

AMENDED ANSWER TO AMENDED COMPLAINT     2
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 113577v1 0053870-000005

alleged in support of any claims not dismissed, CSK denies all facts alleged in paragraph 5.

6. Answering paragraph 6, CSK denies that it acted with a "mixed motive" with respect to any actions that it took regarding Smith while he was under the Alaska Workers Compensation Act. The remainder of paragraph 6 states legal conclusions that do not require a response. Insofar as paragraph 6 alleges any additional facts requiring a response, all such facts are denied.

7. Answering paragraph 7, CSK denies all facts alleged in paragraph 7.

8. Answering paragraph 8, no response to paragraph 8 is required because the Count XV in which paragraph 8 is contained has been dismissed with prejudice.

9. Answering paragraph 9, no response to paragraph 9 is required because the Count XVI in which paragraph 9 is contained has been dismissed with prejudice.

10. Answering paragraph 10, no response to paragraph 10 is required because the Count XVII in which paragraph 10 is contained has been dismissed with prejudice.

## AFFIRMATIVE AND OTHER DEFENSES

11. Smith's Amended Complaint fails to state a claim upon which relief can be granted.

12. All of Smith's remaining claims are barred by the applicable statute of limitations.

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

AMENDED ANSWER TO AMENDED COMPLAINT   3
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 113577v1 0053870-000005

13. Smith cannot state a claim for wrongful termination because he contends that he has been totally disabled since the date of his injury.

14. Smith's claims are barred by res judicata, collateral estoppel, and/or law of the case doctrine.

15. Smith is estopped from asserting a claim for wrongful termination.

16. Smith cannot bring any claims under the Family and Medical Leave Act because, among other things, the statutory requirements for coverage are not met.

17. Smith has failed to take reasonable steps to mitigate his alleged damages.

WHEREFORE, CSK prays for the following relief:

A. That Smith's Amended Complaint be dismissed with prejudice;

B. That CSK be awarded its reasonable attorney's fees and costs incurred in this action; and

C. For such other and further relief as this Court deems just and equitable.

Dated this 15th day of February, 2007.

> DAVIS WRIGHT TREMAINE LLP
> Attorneys for Defendant CSK Auto, Inc.
>
> By:   s/ Eric J. Jenkins
>        Eric J. Jenkins, ABA# 0011078
>        James H. Juliussen, ABA# 9211082
>        701 W. 8th Ave., Suite 800
>        Anchorage, AK  99501
>        Phone: (907) 257-5300
>        Fax: (907) 257-5399
>        ericjenkins@dwt.com
>        jimjuliussen@dwt.com

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

Certificate of Service:

I certify that on February 15th, 2007, a true and correct copy of the foregoing Amended Answer to Amended Complaint was served on the following via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____s/ Janet Eastman_____
           Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

AMENDED ANSWER TO AMENDED COMPLAINT          5
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 113577v1 0053870-000005