Terry L. Smith
PO BOX 60882
FAIRBANKS,AK 99706
(907)488-8824



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
                    Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE            Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

## PLAINTIFFS REPLY TO OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff Terry L. Smith files his reply to defendant's opposition to Plaintiffs motion for

leave to amend his complaint. Under ." **29 C.F.R. §825.208(a).** Plaintiff has a right to be

notice of his rights under FML Act. Where 12 weeks are available And under the Alaska

FML Act. AS Sec. 23.10.500 Plaintiff has 18 weeks available.The decision in **Ragsdale**

**v. Wolverine Worldwide Inc.**, *U.S.*, No. 00-6029 is only a guide as the Sixth Circuit has

enforced the regulation. **Plant v. Morton Int'l Inc.**, 212 F.3d 929. As amicus curiae in

*Ragsdale*, the Solicitor General contends that the DOL regulations are a reasonable

exercise of the agency's rule-making authority establishing predictability and ease of

administration. The fact that Csk Auto inc. Terminated and used the Workers

compensation system to terminate a injured employee is a violation of public policy and

1

unethical. People need a system of ethics to help them develop values and make good decisions. This is also true for employers making business decisions related to employees. A system of ethics helps employers make human resource decisions about how to act in a coherent and consistent manner. This contributes to the well being of our society. Defendants violated their own policy of ethics and violated public policy their by failed to inform Plaintiff of his rights under the FML Act and the Alaska FML Act. Is contrary to the policy's regulated by the Department of Labor regulations state: "In all circumstances, it is the employer's responsibility to designate leave, paid or unpaid, as FMLA-qualifying, and to give notice of the designation to the employee." **29 C.F.R. §825.208(a).** The regulations further provide that if the employer does not give the requisite notice, the leave cannot be counted toward the FMLA allotment. **§825.700(a).** This regulation is being up held in other courts, the Solicitor General contends that the DOL regulations are a reasonable exercise of the agency's rule-making authority establishing predictability and ease of administration. Plaintiff asserts his rights to be treated fairly and Defendants violated the fairness by using the workers compensation system to terminate Plaintiff in violation of AS: Sec. 23.10.500 under Labor and Workers Compensation statutes. Congress articulated a public policy to provide "unpaid job protected leave and the continuation of any existing health insurance coverage during an employee's serious illness. The fundamental rationale for such a policy is that it is unfair for an employee to be terminated when he or she is struck with a serious illness and not capable of working." **S. Rep. No. 3, 103d Cong., 1ˢᵗ Sess. 1993, 1993 USC CAN 2, p. 13.** Employees who suffer a serious health condition should not have to forfeit their job and their health insurance. Defendants took Plaintiffs rights away from him and leaving

2

him in a void as to his medical treatment for a injury from a failed safety equipment that did not hold up and failed on Plaintiff. And then used the Workers compensation system to terminate Plaintiff in violation of public policy. Plaintiff was not given proper notice as per required by **29 C.F.R. §825.208(a)**. which is a valid claim and is being up-held and despite the decision by the  U.S. supreme Court The Ragsdale decision is only a guide line and is not absolute as stated by the Solicitor General contends that the DOL regulations are a reasonable. Defendants have not proven upon that they did not violate public policy as they are skirting around the issue and will not provide Plaintiff with any information. For the fore going reasons and as stated by the solicitor General and the Sixth Circuit The regulation is being up held and Plaintiff should be allowed to amend. Under Federal Rule 15 Amendment should be freely given when justice so requires the leave sought should, as the rules require, be "freely given." **Foman v. Davis**, 371 U.S. 178, 182 (1962)(citation omitted). We expressly adopted this interpretation of Rule 15. See, e.g., **Siemion v. Rumfelt**, 825 P.2d 896, 898 (Alaska 1992).

Respectfully Submitted.

Terry L. Smith Pro Se

Dated This 22 Day Of Feb ,2007

3