Terry L. Smith
PO BOX 60882
FAIRBANKS,AK 99706
(907)488-8824



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
          Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE      Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

## (PROPOSED)ORDER GRANTING LEAVE TO AMENDED COMPLAINT

This Court having reviewed PLAINTIFFS MOTION TO AMEND COMPLAINT TO

ADD DEFECTIVE F.M.L.A. NOTICE and Defendants were granted motion for leave to

file amended answer; and this Court having Considered the request,

**IT IS HEREBY ORDERED** that the Request FOR Motion for LEAVE TO FILE

AMENDED complaint is Granted.

**Dated** this_____day of_____,2007

_____
U.S. District Court Judge R.R.B.

Order

## CERTIFICATE OF SERVICE

Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 22 Day Of Feb
_____,2007 A True and Correct copy of the foregoing DOCUMENT WAS
SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE