Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

RECEIVED

FEB 2 3 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE    Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

### PLAINTIFF'S RENEWED MOTION FOR REMAND

Comes now, the plaintiff Terry L. Smith herein, hereby renews his motion to remand this case back to the Superior Court of the Fourth Judicial District at Fairbanks, as his Claim is a state Action and not a Federal Action. This motion is in pursuant to AS: Sec. 23.10.500 under the Labor and Workers Compensation Statutes. This motion is followed by a memorandum in support of remand back to superior Court and pursuant to §1447(c) of Title 28 of the United States Code requires remand.

Respectfully Submitted

Terry L Smith Pro Se

Dated This 22 Day Of Feb, 2007

1

Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>　　　　Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE　　Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

### ORDER GRANTING REMAND

This Court having reviewed PLAINTIFFS Request RENEWED MOTION TO REMAND; and this Court having Considered the request, **IT IS HEREBY ORDERED** that the Request TO REMAND IS GRANTED.

Dated this _____ day of _____, 2007

_____
U.S. District Court Judge R.R.B.

Order Granting Remand