Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

TERRY L. SMITH,
    Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE     Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

## NOTICE OF JUDICIAL NOTICE

Plaintiff Terry L. Smith, moves this court to take Judicial Notice under E.R. 201 of the fact that under the F.M.L. Act. 29.C.F.R.§ 825.208(a) has not been repealed nor has it been removed from the F.M.L Act. And is a valid and has been declared by the solicitor general as valid as the solicitor general was a amicus curiae in the Ragasdale case and stated the D.O.L. regulation are reasonable, and have not changed since the Ragasdale decision. Even the Sixth Circuit has enforced the regulation in **Plant V. Morton Int'l Inc.** 212 F.3d 929 Please take notice of such facts.

Respectfully Submitted,

Terry L. Smith Pro Se.

Dated This 2nd Day Of March, 2007

RECEIVED MAR 2 2007 CLERK, U.S. DISTRICT COURT FAIRBANKS, ALASKA

## CERTIFICATE OF SERVICE
Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 2 Day Of MARCH _____,2007 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[ ] FACSIMILE AND MAIL
[ ] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468


*(signature)*
Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE