Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH )<br>　　　　　Plaintiff, )<br>　　v. )<br>CSK AUTO, INC., )<br>　　　　　Defendant. )<br>                                         ) | Case No. 4:06 - cv - 00020 (RRB) |

OPPOSITION TO RENEWED MOTION FOR REMAND

Smith's "renewed" motion to remand this case to state court is utterly baseless and should be denied. On July 21, 2006, Smith moved to remand this case to state court on the grounds that removal of this case was barred by 28 U.S.C. § 1445(c) because he was asserting a workers' compensation claim. This Court rejected that argument in its Order

Denying Motion for Remand dated August 29, 2006 (Docket 23).  Reconsideration of that order was denied on September 15, 2006 (Docket 30)[1].

Smith's Renewed Motion for Remand again argues that removal is barred by 28 U.S.C. § 1445(c) because he is asserting a workers' compensation claim.  Now, however, Smith contends that this is a workers' compensation case because his claim is really under AS 23.10.500.  Plaintiff's Renewed Memorandum on Motion for Remand at p.1.  AS 23.10.500 has not existed in the Alaska Statutes since 2002.  In 2002, AS 23.10.500-23.10.550 was renumbered as AS 39.20.500-39.20.550.  See Revisor's Notes on Alaska Statutes attached hereto as Exhibit A.

AS 23.10.500 (now AS 39.20.500) was not then, is not now, and never has been, a workers' compensation statute.  The Alaska Workers' Compensation Act consists of AS 23.30.001-400.  See AS 23.30.400 ("[t]his chapter may be cited as the Alaska Workers' Compensation Act").  AS 23.10.500, when it existed, was not even in the chapter of the Alaska statutes that contains the Alaska Workers Compensation Act.  AS 23.10.500 (now AS 39.20.500) only applies to public employees, and governs their leave rights.  See AS 39.20.550(2) (defining employer as "the state and a political subdivision of the state").  Indeed, Article 5 of Chapter 39.20, which contains AS 39.20.500-550, is quite prominently titled "Pregnancy, Childbirth, and Family Leave for Public Employees."  It is part of Title 39, which is likewise titled "Public Officers and Employees."  What's

---

[1] CSK incorporates by reference its Opposition to Motion to Remand (Docket 15).

OPPOSITION TO RENEWED MOTION FOR REMAND       2
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 117162v1 0053870-000005

more, when Smith tried to bring a claim under Chapter 39.20 on a prior occasion, the Alaska Supreme Court told him that it only applies to state employees.  See <u>Smith v. CSK Auto, Inc.</u>, 132 P.3d 818, 823 (Alaska 2006).  Simply put, neither Smith's assertion that AS 23.10.500 is a worker's compensation statute, nor his contention that he has a claim under that statute, has any basis in law or fact.  Both contentions are patently frivolous.[2]

For the foregoing reasons, CSK requests that Smith's Renewed Motion for Remand be denied.

Dated this 7th day of March, 2007.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.


By:   s/ Eric J. Jenkins
      Eric J. Jenkins, ABA# 0011078
      James H. Juliussen, ABA# 9211082
      701 W. 8th Ave., Suite 800
      Anchorage, AK  99501
      Phone: (907) 257-5300
      Fax: (907) 257-5399
      ericjenkins@dwt.com
      jimjuliussen@dwt.com

---

[2] Smith's motion is also frivolous because his complaint does not even contain a purported claim under AS 23.10.500 (now AS 39.20.500).

OPPOSITION TO RENEWED MOTION FOR REMAND         3
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 117162v1 0053870-000005

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Certificate of Service:

I certify that on March 7, 2007, a true and correct copy of the foregoing Opposition to Renewed Motion to Remand was served on the following via:

( X ) First Class Mail
(    ) Facsimile and Mail
(    ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____s/ Janet Eastman_____
        Janet Eastman

OPPOSITION TO RENEWED MOTION FOR REMAND     4
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 117162v1 0053870-000005