1  Eric J. Jenkins
2  James H. Juliussen
   DAVIS WRIGHT TREMAINE LLP
3  701 West 8th Avenue, Suite 800
   Anchorage, AK 99501
4  (907) 257-5300

5
   Counsel for CSK Auto, Inc.
6

7                    IN THE UNITED STATES DISTRICT COURT
8
                        FOR THE DISTRICT OF ALASKA
9

10
   TERRY L. SMITH                        )
11                                        )
                    Plaintiff,            )
12                                        )
          v.                              )
13                                        )
   CSK AUTO, INC.,                        )
14                                        )   Case No. 4:06 - cv - 00020 (RRB)
                    Defendant.            )
15                                        )
                                          )
16

17
                  MOTION TO HAVE REQUESTS FOR ADMISSION
18                        DEEMED ADMITTED

19
          Defendant CSK Auto, Inc. moves pursuant to Fed. R. Civ. P. 36 for entry of an
20
   order establishing that Requests for Admission that it served on Plaintiff Terry Smith
21
   ("Smith") are deemed admitted based on Smith's failure to respond to such requests
22
   within the time prescribed by Rule 36(a).
23

24

25

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

BACKGROUND

On December 5, 2006, CSK served its First Discovery Requests on Smith.  Those

discovery requests contained interrogatories, requests for production, and seven requests

for admission that state:

REQUEST FOR ADMISSION NO. 1:  Admit that you have
performed no work of any kind for CSK since 2001.

REQUEST FOR ADMISSION NO.  2:  Admit that you have
not held any job for any employer since 2001.

REQUEST FOR ADMISSION NO.  3:  Admit that you have
not applied for any jobs since 2001.

REQUEST FOR ADMISSION NO.  4:  Admit that you did not
seek employment with CSK at any time between August 2001
and the date that this case was removed to federal court by CSK
(July 14, 2006).

REQUEST FOR ADMISSION NO.  5:  Admit that, during the
period of January 1, 2002 through the date that this case was
removed to federal court by CSK (July 14, 2006), you never
sought and were refused reemployment with CSK.

REQUEST FOR ADMISSION NO.  6:     Admit that you never
sought and were refused reemployment with CSK.

REQUEST FOR ADMISSION NO.  7:     Admit that you can
identify no actions or failures to act on the part of CSK that
violate the covenant of good faith and fair dealing.

See Affidavit of Counsel at para.2 and Exh. A thereto.  On or about January 12, 2007,

counsel for CSK sent a letter to Smith asking when Smith would be serving responses to the

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

discovery.  Affidavit of Counsel ("Counsel Affid.") filed herewith at para. 3.  Smith

responded in a letter dated January 19, 2007, claiming that he never received the discovery

requests.  Id. at para. 3.

On January 25, 2007, CSK again served its First Discovery Requests on Smith, this

time by certified mail.  Affidavit of Service at para. 3.  Smith signed the return receipt for

CSK's discovery requests on January 30, 2007.  Id. at para. 4 and Exh. A thereto.  As of the

date of this motion, CSK still has not received any discovery responses from Smith.

Counsel Affid. at para. 4.

## ARGUMENT

Fed. R. Civ. P. 36(a) provides that requests for admissions are deemed admitted

unless "within 30 days after service of the request . . . the party to whom the request is

directed serves upon the party requesting the admission a written answer or objection

addressed to the matter, signed by the party or by the party's attorney."  CSK's discovery

requests were served (for the second time) on Smith by mail on January 25, 2007.  Smith

signed for receipt of the discovery requests on January 30, 2007.  Affidavit of Service at

paras. 3 and Exh. A thereto.  Consequently, Smith's responses to CSK's discovery

requests were due on March 1, 2007.  Since Smith has failed to serve responses, each of

CSK's requests for admission are deemed admitted.  Fed. R. Civ. P. 36(a).

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

MOTION TO HAVE REQUESTS FOR ADMISSION DEEMED ADMITTED  -3
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 117424v1 0053870-000005

In accordance with Fed. R. Civ. P. 36(b), CSK requests the Court issue the

attached proposed Order Establishing Admitted Facts stating that the following facts are

conclusively established for purposes of this litigation:

(1)     Smith has performed no work of any kind for CSK since 2001;

(2)     Smith has not held any job for any employer since 2001;

(3)     Smith has not applied for any jobs since 2001;

(4)     Smith did not seek employment with CSK at any time between August

2001 and the date that this case was removed to federal court by CSK (July 14, 2006);

(5)     During the period of January 1, 2002 through the date that his case was

removed to federal court by CSK (July 14, 2006), Smith never sought and was refused

reemployment with CSK;

(6)     Smith never sought and was refused reemployment with CSK; and

(7)     Smith can identify no actions or failures to act on the part of CSK that

violate the covenant of good faith and fair dealing.

/

/

/

/

/

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

MOTION TO HAVE REQUESTS FOR ADMISSION DEEMED ADMITTED  -4
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 117424v1 0053870-000005

<u>CONCLUSION</u>

For the foregoing reasons, CSK respectfully requests that its Motion to Have

Requests for Admission Deemed Admitted be granted.

Dated this 12th day of March, 2007.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.


By:     s/ Eric J. Jenkins
        Eric J. Jenkins, ABA# 0011078
        James H. Juliussen, ABA# 9211082
        701 W. 8th Ave., Suite 800
        Anchorage, AK  99501
        Phone: (907) 257-5300
        Fax: (907) 257-5399
        ericjenkins@dwt.com
        jimjuliussen@dwt.com

<u>Certificate of Service:</u>

I certify that on March 12th, 2007, a true and
correct copy of the foregoing  Motion to Have Requests
for Admission Deemed Admitted served on the following via:

 ( X ) First Class Mail
 (    ) Facsimile and Mail
 (    ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____ s/ Janet Eastman _____
          Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

MOTION TO HAVE REQUESTS FOR ADMISSION DEEMED ADMITTED  -5
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*

ANC 117424v1 0053870-000005