Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>        Plaintiff,<br><br>   v.<br><br>CSK AUTO, INC.,<br>        Defendant. | Case No. 4:06 - cv - 00020 (RRB) |

### [PROPOSED] ORDER ESTABLISHING ADMITTED FACTS

This Court having considered CSK Auto, Inc.'s ("CSK") Motion to Have Requests for Admission Deemed Admitted, any opposition filed by Terry L. Smith, and the record and pleadings herein;

It is therefore ordered that CSK's motion is GRANTED.

In accordance with Fed. R. Civ. P. 36(b), the following facts are conclusively established for purposes of this litigation:

(1) Smith has performed no work of any kind for CSK since 2001;

(2) Smith has not held any job for any employer since 2001;

(3) Smith has not applied for any jobs since 2001;

(4) Smith did not seek employment with CSK at any time between August 2001 and the date that this case was removed to federal court by CSK (July 14, 2006);

(5) During the period of January 1, 2002 through the date that his case was removed to federal court by CSK (July 14, 2006), Smith never sought and was refused reemployment with CSK;

(6) Smith never sought and was refused reemployment with CSK; and

(7) Smith can identify no actions or failures to act on the part of CSK that violate the covenant of good faith and fair dealing.

Dated this ____ day of _____, 2007.

_____
The Honorable Ralph Beistline
U.S. District Court Judge

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

[PROPOSED] ORDER ESTABLISHING ADMITTED FACTS   2
*Smith v. CSK Auto, Inc. 4:06-cv-00020 (RRB)*
ANC 117437v1 0053870-000005

Certificate of Service:

I certify that on March 12, 2007, a true and correct copy of the foregoing Opposition to Renewed Motion to Remand was served on the following via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____s/ Janet Eastman_____
         Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

[PROPOSED] ORDER ESTABLISHING ADMITTED FACTS     3
*Smith v. CSK Auto, Inc. 4:06-cv-00020 (RRB)*

ANC 117437v1 0053870-000005