Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH<br><br>        Plaintiff,<br><br>   v.<br><br>CSK AUTO, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. 4:06 - cv - 00020 (RRB) |

<u>AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO HAVE
REQUESTS FOR ADMISSION DEEMED ADMITTED</u>

STATE OF ALASKA        )
                            ) ss.
THIRD JUDICIAL DISTRICT    )

ERIC J. JENKINS, being first duly sworn, on oath deposes and states:

1.    I am an attorney in the law firm of Davis Wright Tremaine LLP, counsel for Defendant CSK Auto, Inc. ("CSK") in the above-captioned case. I am competent to make this affidavit and do so based on personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of CSK Auto, Inc's First Discovery Requests to Plaintiff Terry L. Smith. As per the certificate of service on the discovery requests, they were served on Smith by mail on December 5, 2006.

3. After Smith failed to serve responses, I sent a letter to Smith on or about January 12, 2007, asking when CSK could expect responses to the discovery requests. Smith responded in a January 19, 2007 letter by stating that he had not received CSK's discovery requests.

4. As per the accompanying Affidavit of Service, CSK resent its discovery requests to Smith by certified mail on January 25, 2007. As of the date of this affidavit, Smith has not served responses to CSK's discovery requests.

_____
Eric J. Jenkins

SUBSCRIBED AND SWORN TO BEFORE ME this 12th day of March, 2007.



_____
Notary Public for the State of Alaska
My Commission Expires: 8/4/10

AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO
HAVE REQUESTS FOR ADMISSION ADMITTED         2
*Smith v. CSK Auto, Inc. 4:06-cv-00020 (RRB)*
ANC 117440v1 0053870-000005