Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>CSK AUTO, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:06 - cv - 00020 (RRB)<br>)<br>)<br>) |

<u>AFFIDAVIT OF SERVICE IN SUPPORT OF MOTION TO HAVE REQUESTS
FOR ADMISSION DEEMED ADMITTED</u>

STATE OF ALASKA        )
                               ) ss.
THIRD JUDICIAL DISTRICT   )

      JANET EASTMAN, being first duly sworn, on oath deposes and states:

      1.    I am a legal assistant in the law firm of Davis Wright Tremaine LLP. I am competent to make this affidavit and do so based on personal knowledge.

2.   On December 5, 2006, I mailed a copy of CSK Auto, Inc's First Discovery Requests to Plaintiff Terry L. Smith to Terry L. Smith by first class mail.

3.   On January 25, 2007, I again mailed a copy of CSK Auto, Inc's First Discovery Requests to Plaintiff Terry L. Smith to Terry L. Smith by certified mail, return receipt requested. Attached hereto as Exhibit A is a true and correct copy of the return receipt signed by Terry L. Smith acknowledging receipt of that mailing.

Janet Eastman

SUBSCRIBED AND SWORN TO BEFORE ME this 12 day of March, 2007.



Notary Public for the State of Alaska
My Commission Expires: 6/4/08

AFFIDAVIT OF SERVICE                         2
Smith v. CSK Auto, Inc. 4:06-cv-00020 (RRB)
ANC 117441v1 0053870-000005