| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ <br> 7160 3901 9848 6072 1774 | A. Received by (Please Print Clearly) *Terry Smith* — B. Date of Delivery 1-30-07 <br> C. Signature  X *Terry Smith*  ☐ Agent ☐ Addressee <br> D. Is delivery address different from item 1? ☐ Yes ☐ No |
| 3. Service Type  CERTIFIED MAIL | **Reference Information** |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |
| Terry L. Smith addressed to: <br><br> Terry L. Smith <br> PO Box 60882 <br> Fairbanks, AK 99706 | 53870-5 <br><br> Eric Jenkins |

PS Form 3811, July 2001          Domestic Return Receipt

Exhibit A