Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

RECEIVED
MAR 23 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
    Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

### (PROPOSED) ORDER DENYING DEFENDANTS MOTION TO HAVE REQUEST FOR ADMISSION DEEMED ADMITTED

This Court having reviewed PLAINTIFFS Opposition to Motion To Have request for admission deemed admitted along with Affidavit and that there is a Question of law in regards to Plaintiff amending his complaint; and this Court having Considered the request,

**IT IS HEREBY ORDERED** that the Defendants motion is denied.

**Dated** this_____day of_____,2007

_____
U.S. District Court Judge R.R.B.

Order

# CERTIFICATE OF SERVICE
Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 23 Day Of MAR _____,2007 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE