Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>-Vs.-<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE    Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

STATE OF ALASKA      )
                     ) ss
FOURTH JUDICIAL DISTRICT )

### PLAINTIFFS AFFIDAVIT IN SUPPORT OF OPPOSITION TO HAVE REQUEST FOR ADMISSION DEEMED ADMITTED

I TERRY L. SMITH first duly sworn, upon my oath and states: The following

1. Plaintiff has not refused to answer the request for admission

2. Plaintiff has put forth a amended pleading under Fed Civ R. 15 to conform to the illegal acts of defendants under FML Act.(29 U.S.C. 2601 et seq.).

3. Defendants motion is moot as there is a question of law that has to be answered under Fed Civ R. 15.

4. Plaintiff is not law educated and is at a disadvantage.

5. Plaintiff is being forced into admissions by defendants through their attorneys.

6. Plaintiff is at a stand still as defendants have plead privilege to plaintiff's request for production and have given evasive answers to Plaintiff interrogatories and request for admissions. [Exh A]

1

7. Plaintiff is waiting for the court to make its decision as Defendants have violated illegal acts under FML Act.(29 U.S.C. 2601 et seq.). against Plaintiff.

8. This case is intertwined with workers compensation.

Further your Affiant sayeth Naught.

Dated for this 23 Day Of MARCH ,2007 At Fairbanks, Alaska

By: _____

Subscribed and Sworn to before me this 23 Day Of March ,2007

By: _____
Notary Public in and for Alaska

My Commission Expires 3/27/2010

[Notary Seal: Connie J. Woodward, NOTARY PUBLIC, STATE OF ALASKA]