Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
MAR 27 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE      Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

## MOTION TO WITHDRAW RENEWED MOTION TO REMAND

Plaintiff Terry L. Smith, moves this court by motion and is filing this motion in pursuant to the interest of time and justice hereby withdraws his renewed motion to remand this case back to state court.

Respectfully Submitted,

*[signature]*
Terry L. Smith Pro Se

Dated This 27 Day Of MAR, 2007