Terry L. Smith
PO BOX 60882
FAIRBANKS,AK 99706
(907)488-8824

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA
MAR 2 7 2007
RECEIVED

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
        Plaintiff

Vs.

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE     Defendants

## (PROPOSED)ORDER GRANTING WITHDRAW OF RENEWED MOTION TO REMAND

This Court having reviewed PLAINTIFFS Motion to withdraw his renewed motion to

remand and in the best interest of time and justice.

**IT IS HEREBY ORDERED** that the Plaintiff motion is Granted.

**Dated** this_____day of_____,2007

_____
U.S. District Court Judge R.R.B.

Order

## CERTIFICATE OF SERVICE

Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 27 Day Of MAR
_____ ,2007 A True and Correct copy of the foregoing DOCUMENT WAS
SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE