Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

RECEIVED MAR 27 2007 CLERK, U.S. DISTRICT COURT FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE    Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

(PROPOSED) ORDER GRANTING WITHDRAW OF RENEWED MOTION TO REMAND

This Court having reviewed PLAINTIFFS Motion to withdraw his renewed motion to remand and in the best interest of time and justice.

IT IS HEREBY ORDERED that the Plaintiff motion is Granted.

Dated this 29 day of March, 2007

_____
U.S. District Court Judge R.R.B.

Order