```
             UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA


         TERRY L. SMITH    v.    CSK AUTO INC.

DATE:    March 30, 2007        CASE NO.   4:06-CV-0020-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RE NOTICE OF JUDICIAL NOTICE
```

Plaintiff's Notice of Judicial Notice at Docket 54 is hereby **DENIED** for the reasons articulated by Defendant in its Opposition at Docket 59.

M.O. DENYING DOCKET 54