1   Eric J. Jenkins
2   James H. Juliussen
    DAVIS WRIGHT TREMAINE LLP
3   701 West 8th Avenue, Suite 800
    Anchorage, AK 99501
4   (907) 257-5300

5

6   Counsel for CSK Auto, Inc.

7

                IN THE UNITED STATES DISTRICT COURT
8

                  FOR THE DISTRICT OF ALASKA
9

10

11   TERRY L. SMITH            )
                     )
12             Plaintiff,   )
                     )
13       v.              )
                     )
14   CSK AUTO, INC.,        )
                     )  Case No. 4:06 - cv - 00020 (RRB)
15            Defendant.  )
                     )
16   _____)

17          REPLY TO OPPOSITION TO MOTION TO HAVE REQUESTS
                  FOR ADMISSION DEEMED ADMITTED
18

19        Plaintiff Terry Smith ("Smith") offers no legitimate basis for denying CSK Auto,

20   Inc's ("CSK") motion to have its requests for admission deemed admitted.  Fed. R. Civ. P.

21   36 states that any matter for which an admission is requested is deemed admitted unless a

22   written answer or objection is served within 30 days.  Since Smith has not complied with

23   Fed. R. Civ. P. 36, CSK's motion should be granted, and the requests for admission

24   should be deemed admitted.

25

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

1    On the date of this Reply, Smith finally served responses to CSK's requests for

2    admission.  Smith's responses are attached as Exhibit 2 to the affidavit of counsel filed

3

4    herewith.  As Exhibit 2 illustrates, Smith simply responded by objecting that every

5    request for admission was vague and ambiguous.  CSK's requests for admission were:

6        REQUEST FOR ADMISSION NO. 1:  Admit that you have
         performed no work of any kind for CSK since 2001.
7

8        REQUEST FOR ADMISSION NO.  2:  Admit that you have
         not held any job for any employer since 2001.
9

10       REQUEST FOR ADMISSION NO.  3:  Admit that you have
         not applied for any jobs since 2001.
11

12       REQUEST FOR ADMISSION NO.  4:  Admit that you did not
         seek employment with CSK at any time between August 2001
13       and the date that this case was removed to federal court by CSK
         (July 14, 2006).
14

15       REQUEST FOR ADMISSION NO.  5:  Admit that, during the
         period of January 1, 2002 through the date that this case was
16       removed to federal court by CSK (July 14, 2006), you never
         sought and were refused reemployment with CSK.
17

18       REQUEST FOR ADMISSION NO.  6:    Admit that you never
         sought and were refused reemployment with CSK.
19

20       REQUEST FOR ADMISSION NO.  7:    Admit that you can
         identify no actions or failures to act on the part of CSK that
21       violate the covenant of good faith and fair dealing.

22

23   Smith's answers are not presented in good faith, and the requests for admission should be

24   deemed admitted.  Indeed, Smith served no responses to CSK's interrogatories, which

25

would be necessary to permit CSK to understand the factual basis of the claims asserted by Smith in this matter.

Although irrelevant to the relief sought in its motion, CSK will briefly address the other issues raised by Smith. Smith first appears to claim that he cannot respond to CSK's requests for admission because he has moved to amend his complaint to add a new claim. There is no relationship whatsoever between amendment of Smith's complaint and Smith's obligation to timely serve responses to requests for admission. The matters for which admission was sought are things that Smith should know, and his answers certainly would not change were he permitted to amend his complaint.

Smith next contends that, since CSK's responses to Smith's discovery did not meet with Smith's satisfaction, Smith doesn't have to respond to CSK's discovery. As the discovery responses attached to Smith's affidavit demonstrate, CSK responded to Smith's discovery requests (which included requests for admission) in a timely manner as best it was able to discern what he was asking. Many of Smith's discovery requests were extremely vague, or were objectionable for other reasons stated in CSK's responses. Because CSK could not determine what documents Smith was actually seeking in his final two requests for production (which were also objected to as being vague and irrelevant to this action), CSK included a general objection to disclosure of privileged materials so as to avoid any later argument that privilege was waived if Smith intended those production requests to encompass any privileged materials. Moreover, on February

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

7, 2007, counsel for CSK mailed a letter to Smith offering to discuss Smith's discovery requests.  <u>See</u> Affidavit of Counsel ("Counsel Affid.") filed herewith at para. 2 and Exh. 1 thereto.  Smith never responded to that letter.  <u>Id</u>.

CONCLUSION

Smith offers no legitimate basis for denying CSK's Motion to Have Requests for Admission Deemed Admitted.  Under Fed. R. Civ. P. 36, the requests for admission included in CSK's discovery requests are deemed admitted.

For the foregoing reasons, CSK respectfully requests that its motion be granted.

Dated this 2nd day of April, 2007.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By:     s/ Eric J. Jenkins
        Eric J. Jenkins, ABA# 0011078
        James H. Juliussen, ABA# 9211082
        701 W. 8th Ave., Suite 800
        Anchorage, AK  99501
        Phone: (907) 257-5300
        Fax: (907) 257-5399
        ericjenkins@dwt.com
        jimjuliussen@dwt.com

Certificate of Service:

I certify that on April 2nd, 2007, a true and correct copy of the foregoing  Reply to Opposition to Have Requests for Admission Deeded Admitted was served on the following via:

( X ) First Class Mail
(    ) Facsimile and Mail
(    ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____ s/ Janet Eastman

REPLY TO OPPOSITION TO MOTION TO HAVE REQUESTS
FOR ADMISSIONED ADMITTED                     -4
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 118612v2 0053870-000005

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399