Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH, <br>       Plaintiff, <br> v. <br> CSK AUTO, INC., <br>       Defendant. | Case No. 4:06 - cv - 00020 (RRB) |

<u>SECOND AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO HAVE REQUESTS FOR ADMISSION DEEMED ADMITTED</u>

STATE OF ALASKA      )
                                  ) ss.
THIRD JUDICIAL DISTRICT  )

    ERIC J. JENKINS, being first duly sworn, on oath deposes and states:

    1.    I am an attorney in the law firm of Davis Wright Tremaine LLP, counsel for CSK Auto, Inc. ("CSK") in the above-captioned matter. I am competent to make this affidavit and do so based on personal knowledge.

2. On February 7, 2007, I mailed a letter to Smith offering to discuss Smith's discovery requests, many of which were difficult to understand and/or were objectionable for other reasons. A true and correct copy of my February 7, 2007 letter is attached hereto as Exhibit 1. Smith never responded to my February 7, 2007 letter.

3. On the date of this affidavit, Smith served responses to CSK's requests for admission and requests for production. A true and correct copy of Smith's discovery responses is attached hereto as Exhibit 2. Smith served no responses to CSK's interrogatories.

_____
Eric J. Jenkins

SUBSCRIBED AND SWORN TO BEFORE ME this 2nd day of April, 2007.



_____
Notary Public for the State of Alaska
My Commission Expires: 8/4/10

SECOND AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO
HAVE REQUESTS FOR ADMISSION DEEMED ADMITTED -2
*Smith v. CSK Auto, Inc.* 4:06-cv-00020 (RRB)
ANC 118672v1 0053870-000005