

# Davis Wright Tremaine LLP

___

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D C

| | | |
|---|---|---|
| ERIC J. JENKINS<br>DIRECT (907) 257-5340<br>ericjenkins@dwt.com | SUITE 800<br>701 WEST EIGHTH AVENUE<br>ANCHORAGE, AK  99501-3468 | TEL (907) 257-5300<br>FAX (907) 257-5399<br>www.dwt.com |

February 7, 2007

Terry L. Smith
P.O. Box 60882
Fairbanks, AK  99706

Re:   Terry L. Smith v. CSK Auto, Inc.

Dear Mr. Smith:

    I received your letter of January 31, 2007 regarding discovery in the above-referenced litigation. In your letter, you request "the rest" of your discovery. CSK has responded to each of your discovery requests in this matter, including those that were served upon officers of CSK rather than Davis Wright Tremaine LLP as CSK's counsel of record. In many cases, your discovery requests simply bear no discernable relation to the claims at issue in these proceedings or were objectionable for other reasons stated in our responses. To the extent that you disagree with CSK's objections to your discovery requests, it would be helpful if you could identify each request for which you believe CSK's answer was insufficient. Where CSK has offered an objection to your request, please explain why you believe the objection was improper. Doing the foregoing will enable us to meaningfully discuss your discovery requests. Please give me a call if you have any questions.

Very truly yours,

DAVIS WRIGHT TREMAINE LLP

Eric J. Jenkins

EJJ/jle

ANC 115826v1 0053870-000005

Exhibit 1