Terry L. Smith
PO BOX 60882
FAIRBANKS,AK 99706
(907)488-8824

RECEIVED MAR 3 0 2007 CLERK, U.S. DISTRICT COURT FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE       Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

### RESPONSE TO ANSWER TO REQUEST FOR ADMISSION

Plaintiff Terry L. Smith Responds to defendants Csk Auto Inc. Request for Admissions

ANSWER # 1. Plaintiff objects to Defendants Request as it is to vague and ambiguous statement as he was prevented to return to his work which is a violation of the FML Act. And contrary to public policy.

ANSWER #2. Plaintiff objects to Defendants Request as it is to vague and ambiguous statement as Plaintiff is protected under the workers compensation Act and FML Act. As their was a promissory estoppel to be treated fairly, which Csk Auto Inc. violated public policy and violated their hand book policy's with out disregard

ANSWER #3 Plaintiff objects to Defendants Request as it is to vague and ambiguous statement SEE Answer No. 2 and No. 1

ANSWER #4. Plaintiff objects to Defendants Request as it is to vague and ambiguous statement SEE Answer No. 1 and No. 2 and No. 3 Plaintiff is a protected class and Csk Auto Inc. violated their Promissory estoppel and violated public policy

ANSWER #5. Plaintiff objects to Defendants Request as it is to vague and ambiguous statement SEE Answer No. 1 and No. 2. And No. 3 and No. 4

1

ANSWER #6 Plaintiff objects to Defendants Request as it is to vague and ambiguous statement SEE Answer No. 1 and No. 2. And No. 3 No. 4 and No. 5

ANSWER #7 Plaintiff objects to Defendants Request as it is to vague and ambiguous statement SEE Answer No. 1 and No. 2. And No. 3 No. 4 and No. 5 and No. 6 as Defendants violated the covenant of good faith and fair dealing for failure to retain Plaintiff in violation of the FML. Act. And Plaintiff is a protected class under the workers compensation Act. And the FML Act and Csk Auto Inc. used the workers compensation system in violation of the Family Medical Leave Act. Contrary to public policy to terminate Plaintiff. As their was a promissory estoppel to be treated fairly and Csk Auto Inc. violated such promissory estoppel.

Further your Affiant sayeth Naught.

Dated for this ___ Day Of _____, 2007 At Fairbanks, Alaska

By: _____

Subscribed and Sworn to before me this 30th Day Of March, 2007

By: _____
Notary Public in and for Alaska

My Commission Expires 3/27/2010

# CERTIFICATE OF SERVICE

Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 30 Day Of MAR _____ ,2007 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE