Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>　　　　Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE　　Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

RECEIVED MAR 3 0 2007 CLERK, U.S. DISTRICT COURT FAIRBANKS, ALASKA

## RESPONSE TO ANSWER TO REQUEST FOR PRODUCTION

REQUEST FOR PRODUCTION NO.1

ANSWER: This is privilege material, as it is not in the hands of Plaintiff,

REQUEST FOR PRODUCTION NO.2

ANSWER: The document requested is too vague and overly broad, unduly burdensome and is not reasonably calculated to lead to the discovery of admissible evidence.

REQUEST FOR PRODUCTION NO.3

ANSWER: The document requested is in the hands of Csk Auto Inc. and a request for production has been made and Plaintiff is still waiting for such documents.

REQUEST FOR PRODUCTION NO.4

ANSWER: The document requested is in the hands of Csk Auto Inc. and a request for production has been made and Plaintiff is still waiting for such documents.

Further your Affiant sayeth Naught.

Dated for this 30 Day Of March, 2007 At Fairbanks, Alaska

By: _____

Subscribed and Sworn to before me this 30th Day Of March, 2007

By: _____
Notary Public in and for Alaska

My Commission Expires 3/27/2010

REQUEST FOR PRODUCTION

## CERTIFICATE OF SERVICE
Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 30 Day Of Mar _____,2007 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468


Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882


CERTIFICATE OF SERVICE