Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CSK AUTO, INC., ) <br> Defendant. ) <br> ) <br> ) | Case No. 4:06-cv-00020 (RRB) |

### STIPULATION TO EXTEND DEADLINES FOR EXPERT WITNESS DISCLOSURES AND CLOSE OF DISCOVERY

Plaintiff Terry L. Smith ("Smith") and Defendant CSK Auto, Inc. ("CSK") stipulate and agree to extend the deadlines for expert witness disclosures and the close of discovery by two months. Both sides in this matter have served written discovery and initial disclosures. CSK originally served its written discovery on December 5, 2006, but had to reserve that discovery on January 25, 2007, after Smith did not receive the first mailing. CSK has not yet received discovery responses from Smith, and requires responses to written

discovery before taking Smith's deposition. CSK also intends to designate an expert witness for issues related to damages, particularly mitigation of damages. In order for CSK's expert to complete his report, CSK will need to see Smiths' written discovery responses, and may also need to obtain more information from Smith through a deposition to enable the expert to complete his report. The deadline for disclosure of expert witnesses is presently April 2, 2007, and the close of discovery is scheduled for July 2, 2007. To permit adequate time to address the foregoing matters, the parties stipulate to extend the deadline for expert witness disclosures to June 2, 2007, and the close of discovery to September 2, 2007.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

April 3, 2007
Date

By: s/ Eric J. Jenkins
Eric J. Jenkins, ABA# 0011078
James H. Juliussen, ABA# 9211082
701 W. 8th Ave., Suite 800
Anchorage, AK 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
ericjenkins@dwt.com
jimjuliussen@dwt.com

TERRY L. SMITH

4-2-07
Date

By: [signature]
Terry L. Smith, pro se

STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURES
AND CLOSE OF DISCOVERY                                    2
Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)
ANC 118709v1 0053870-000005

Certificate of Service:

I certify that on April 3rd, 2007, a true and correct copy of the foregoing Stipulation re Expert Witness and Discovery Deadlines was served on the following via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: ___s/ Janet Eastman___
      Janet Eastman

STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURES
AND CLOSE OF DISCOVERY                                                3
Smith v. CSK Auto, Inc. 4:06-cv-00020 (RRB)

ANC 118709v1 0053870-000005