Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH ) | |
| Plaintiff, ) | |
| v. ) | |
| CSK AUTO, INC., ) | Case No. 4:06-cv-00020 (RRB) |
| Defendant. ) | |

ADVICE OF COUNSEL REGARDING STIPULATION TO EXTEND DEADLINES FOR EXPERT WITNESS DISCLOSURES AND CLOSE OF DISCOVERY

The accompany Stipulation to Extend Deadlines for Expert Witness Disclosures and Close of Discovery notes that Plaintiff Terry L. Smith ("Smith") has not served responses to CSK's discovery. After the stipulation was drafted, Smith served partial responses to discovery, which were received by CSK late in the day on April 2, 2007, and which Smith filed with the Court. Rather than redraft a stipulation that Smith already signed., CSK simply notes that the partial responses were served by Smith.

DATED this 3rd day of April, 2007.

                              DAVIS WRIGHT TREMAINE LLP
                              Attorneys for Defendant CSK Auto, Inc.

By:   s/ Eric J. Jenkins
      Eric J. Jenkins, ABA# 0011078
      James H. Juliussen, ABA# 9211082
      701 W. 8th Ave., Suite 800
      Anchorage, AK 99501
      Phone: (907) 257-5300
      Fax: (907) 257-5399
      ericjenkins@dwt.com
      jimjuliussen@dwt.com

Certificate of Service:

I certify that on April 3rd, 2007, a true and correct copy of the foregoing Advice of Counsel was served on the following via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____ s/ Janet Eastman
        Janet Eastman

ADVICE OF COUNSEL RE STIPULATION TO EXTEND EXPERT
WITNESS DISCLOSURES AND CLOSE OF DISCOVERY     2
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*

ANC 118812v1 0053870-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399