**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


 SMITH    v.   CSK AUTO

DATE:    April 9, 2007    CASE NO.    4:06-CV-0020-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING MOTION AT DOCKET 56**

════════════════════════════════════════════════════════════


        Defendant's Motion to Have Requests for Admission Deemed

Admitted, filed at Docket 56, is hereby **GRANTED** for the reasons

articulated by Defendant in its reply.