Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
    Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

### MOTION TO AMEND PLAINTIFFS REQUEST FOR ADMISSION

Plaintiff Terry L. Smith move this court by motion under Civ R. 36 and request that the court grant Plaintiffs motion to [Amend] Request for admission deemed admitted. See: . **Essex Builders Group, Inc. v Amerisure Ins. Co.( 2005,MD Fla) 230 FRD 682, 18 FLW Fed D 931.** Plaintiffs motion to amend Request for admission will not prejudice Defendants See: **Revlon Consumer Prods. Corp. v L'Oreal S.A. (1997, DC Del) 170 FRD 391**

Respectfully Submitted

_/s/ Terry L. Smith_
Terry L. Smith Pro Se    Dated This 12 Day Of April, 2007