Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

RECEIVED
APR 12 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE       Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

### (PROPOSED) ORDER GRANTING MOTION TO AMEND REQUEST FOR ADMISSION DEEMED ADMITTED

This Court having reviewed PLAINTIFFS Motion To Amend request for Admission deemed admitted along with Affidavit and that ; this Court having Considered the request,

**IT IS HEREBY ORDERED** that the Plaintiffs motion is Granted.

**Dated** this_____day of_____,2007

_____
U.S. District Court Judge R.R.B.

Order