Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
          Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

STATE OF ALASKA    )
                           ) ss
FOURTH JUDICIAL DISTRICT )

RECEIVED APR 12 2007 CLERK, U.S. DISTRICT COURT FAIRBANKS, ALASKA

**PLAINTIFFS AFFIDAVIT IN SUPPORT OF MOTION TO AMEND PLAINTIFF REQUEST FOR ADMISSION DEEMED ADMITTED.**

I TERRY L. SMITH first duly sworn, upon my oath and states: The following

1. Plaintiff on December 19th 2006 sent letter to D.W.T. on corrected disclosures

2. Plaintiffs on January 19th 2007 sent letter to D.W.T. stating I am receipt of letter from D.W.T. dated January 12, 2007 as I could not respond to what I did not have.

3. Plaintiff on January 31 2007 sent letter to D.W.T. requesting his entire discovery that was not given to him.

4. Plaintiff did not intentionally not answer request for admissions

5. Plaintiffs Case is now prejudice if he is not allowed to amend request for admission deemed admitted under R. 36 (b)

6. Defendants failed to give requested discovery in disclosures

7. Defendants will not be prejudice if Plaintiff is allowed to amend

1

8. Plaintiff is being forced to admit to defendants request for admission deemed admitted

Further your Affiant sayeth Naught.

Dated for this 12 Day Of April ,2007 At Fairbanks, Alaska

By: *[signature]*

Subscribed and Sworn to before me this 12 Day Of April ,2007

By: *[signature]*
Notary Public in and for Alaska

My Commission Expires 02/2011



2