# TERRY L. SMITH

P.O. BOX 60882
FAIRBANKS, ALASKA 99706
907 488-8824

December 19, 2006

Davis Wright Tremaine
701 W. 8th Avenue, Suite 800
Anchorage Alaska, 99501
(907) 257-5300
fax (907) 257-5399

Re: Disclosures

Dear Mr. Jenkins:

    Enclosed you will find my corrected disclosures and witness list. Im sorry for the mixup as I did not know the format as to how to put the disclosures together. I hope that this clears things up.

Sincerely,


Terry L. Smith