# TERRY L. SMITH

P.O. BOX 60882
FAIRBANKS, ALASKA 99706
907 488-8824

January 31, 2007

Davis Wright Tremaine
701 W. 8th Avenue, Suite 800
Anchorage Alaska, 99501
(907) 257-5300
fax (907) 257-5399

Re: Disclosures

Dear Mr. Jenkins:

   I am compelled to ask you for the rest of my discovery request as this has hampered my discovery in this case. Please produce the rest of it as none of it is protected under Client privilege and Csk Auto Inc and you are hiding discovery relevant to my issue please comply.

Sincerely,

Terry L. Smith