# TERRY L. SMITH

P.O. BOX 60882
FAIRBANKS, ALASKA 99706
907 488-8824

JANUARY 19, 2007

Davis Wright Tremaine
701 W. 8th Avenue, Suite 800
Anchorage Alaska, 99501
(907) 257-5300
fax (907) 257-5399

Re: Discovery

Dear Eric Jenkins:

   I am in receipt of you letter dated Jan 12 2007, at this time I have only received from you 1. Uncompleted discovery from you. 2. Your motion to amend answer 3. and your reply to my opposition. Their for I can not respond to anything I don't have.

Sincerely,


Terry L. Smith