Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>CSK AUTO, INC., )<br>)<br>Defendant. )<br>) | Case No. 4:06-cv-00020 (RRB) |

RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR DISCOVERY

Defendant CSK Auto, Inc. ("CSK") responds to Plaintiff Terry L. Smith's ("Smith")

Second Request for Discovery as follows:

GENERAL OBJECTIONS

1.    **Privilege.** CSK objects to plaintiffs' discovery requests to the extent they

seek information subject to any claim of privilege including, without limitation, the

attorney-client privilege, a settlement privilege, the work product doctrine, or any other

statutory, common law or regulatory protection or proscription against disclosure. Any

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399



EXH
A

discovery request that encompasses privileged information is also overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.

2.    **Obligations Beyond Civil Rules.**  CSK objects to plaintiff's discovery requests and "Answering Guidelines" to the extent they attempt to impose obligations upon CSK that are beyond the scope of and not contemplated by the Civil Rules.  In particular, and without waiving the generality of the foregoing, CSK objects to any request for production that seeks the production of information that is not contained in an existing document or other format that can be made available for inspection and copying, but would require creation of a new document to respond to the discovery request.

3.    **Requests Pertaining to Dismissed Claims**.  CSK objects to any requests for discovery that seek information pertaining to Smith's Workers Compensation proceeding, or which seek information that bears no reasonable relationship to claims that remain in this matter.  Such requests are overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.

4.    **No Waiver.**  By responding to plaintiff's particular discovery requests, CSK does not waive the foregoing General Objections.  Similarly, by stating a specific objection in response to a particular discovery request, CSK does not waive the foregoing General Objections.

REQUEST FOR ADMISSION NO. 1:  Admit that you Csk Auto Inc. never intend to retain Plaintiff injured Employee.  And Why Not?  And from whom you took such advice from?

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

RESPONSE: CSK objects to Request for Admission No. 1 on the grounds that it is vague and ambiguous, and improperly attempts to combine interrogatories with requests for admission. Without waiving any objections, Request for Admission No. 1 is DENIED.

REQUEST FOR ADMISSION NO. 2:   Admit that you Csk Auto Inc, took the advice from third party insurance adjuster not to retain Plaintiff injured Employee. Please name the adjuster involved.

RESPONSE: CSK objects to Request for Admission No. 2 on the grounds that it is vague and ambiguous, and improperly attempts to combine interrogatories with requests for admission. Without waiving any objections, Request for Admission No. 2 is DENIED.

REQUEST FOR ADMISSION NO. 3:   Admit that you Csk Auto Inc. that you could have retrained Plaintiff injured Employee and why YOU DID NOT.

RESPONSE: CSK objects to Request for Admission No. 3 on the grounds that it: (1) is vague and ambiguous; (2) improperly attempts to combine interrogatories with requests for admission; and (3) is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving any objections, Request for Admission No. 3 is DENIED.

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

REQUEST FOR ADMISSION NO. 4:    Admit that you Csk Auto Inc. never offered to Retrain / retain Plaintiff injured employee and why not? And by whos recommendation?

RESPONSE: CSK objects to Request for Admission No. 4 on the grounds that it: (1) is vague and ambiguous; (2) appears to relate to reemployment benefits that were settled in Smith's workers compensation proceeding; (3) improperly attempts to combine interrogatories with a request for admission; (4) is not reasonably calculated to lead to the discovery of admissible evidence; and (5) presents a compound question. Without waiving any objections, and insofar as CSK understands the intent of Request for Admission No. 4, Request for Admission No. 4 is DENIED.

REQUEST FOR ADMISSION NO. 5:    Admit that you Csk Auto Inc, under the associates policy manual does not state that termination will result for being injured while being under the workers compensation act and the F.M.L.A..

RESPONSE: CSK objects to Request for Admission No. 5 on the grounds that it is vague and ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving any objections, CSK admits only that its employee handbook does not make the statement referenced in Request for Admission No. 5.

REQUEST FOR ADMISSION NO. 6:    Admit that you Csk Auto Inc. [Your Hand book] The associate hand book is Genuine as to its context.

RESPONSE:  CSK objects to Request for Admission No. 6 on the grounds that it is vague and ambiguous.  In particular, CSK does not know what Smith means by "Genuine as to its context."  Without waiving any objections, CSK admits only that the handbook it has produced in discovery, Bates nos. CSK 0089 – 0136, is a true and correct copy of the handbook that was in effect during the terms of Smith's employment with CSK.

REQUEST FOR ADMISSION NO. 7:    Admit that you Csk Auto Inc. Could have but did not make reasonable accommodations for injured Plaintiff employee as required by federal and state law.  If so what were the accommodations.  Please explain?

RESPONSE:  CSK objects to Request for Admission No. 7 on the grounds that it is (1) vague and ambiguous; (2) presents a compound question; (3) incorrectly interprets the requirements of federal and state law; (4) is not reasonably calculated to lead to the discovery of admissible evidence; and (5) improperly combines interrogatory questions with a request for admission.  Without waiving any objections, Request for Admission No. 7 is DENIED.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

REQUEST FOR ADMISSION NO. 8:    Admit that you Csk Auto Inc. Failed to inform Plaintiff employee of his rights to F.M.L.A. Benefits while Plaintiff employee is under the workers compensation act.

RESPONSE: CSK objects to Request for Admission No. 8 on the grounds that it is vague and ambiguous, not reasonably calculated to lead to the discovery of admissible evidence, and incorrectly assumes that Smith met the statutory requirements for receipt of benefits under the FMLA. Without waiving any objections, Request for Admission No. 8 is DENIED.

REQUEST FOR ADMISSION NO. 9:    Admit that you Csk Auto Inc. did not use good faith or fair dealing in terminating an Injured Employee In violation of public policy while under the workers compensation act in violation of the fmla act.  And why Not?

RESPONSE: CSK objects to Request for Admission No. 9 on the grounds that it: (1) is vague and ambiguous; (2) presents a compound question; and (3) improperly assumes that CSK violated various legal obligations. Without waiving any objections, Request for Admission No. 9 is DENIED.

INTERROGATORY NO. 1:  Please state the reason why [you] Csk Auto Inc. did not retrain injured Plaintiff employee as per policy manual. Not to Discriminate. Please state all factual bases for your decision. AND WHOM MADE THAT DECISION?

1    RESPONSE: CSK objects to Interrogatory No. 1 on the grounds that it is:  (1)

2   vague and ambiguous; (2) overly broad; (3) not reasonably calculated to lead to the

3   discovery of admissible evidence; and (4) mischaracterizes CSK's policies.  Interrogatory

4   No. 1 also appears to relate to reemployment benefits that are the subject of Smith's workers'

5   compensation proceedings and are therefore not an appropriate subject for discovery in

6   these proceedings.  Without waiving any objections, CSK was under no obligation to retrain

7   Smith, and any reemployment benefits claimed by Smith were resolved in his workers'

8   compensation proceeding.  The compromise and release agreement entered into between

9   Smith and CSK was a mutual decision of both parties.  Smith's representations regarding his

10   physical condition would also preclude him from performing the essential functions of any

11   job available at CSK in the region where Smith resides.

12

13

14

15

16   INTERROGATORY NO. 2:   Please state the reason why [you] Csk Auto Inc. did

17   not move injured employee to a different department.  Please state all factual bases for this.

18   And whom made that decision.

19   RESPONSE: Same objections as to Interrogatory No. 1.  See response to

20   Interrogatory No. 1.

21

22

23   INTERROGATORY NO. 3:   Please state the reason why [you] Csk Auto Inc. why

24   you failed in your policys under EQUAL EMPLOYMENT OPPORTUNITY?

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

RESPONSE: CSK objects to Interrogatory No. 3 on the grounds that it is vague and ambiguous and incorrectly assumes that CSK failed to fulfill some duty or obligation to Smith. Without waiving any objections, CSK has not failed to fulfill any duty or obligation owed to Smith.

INTERROGATORY NO. 4: Please state the reason why [you] Csk Auto Inc. should not be held liable for Plaintiffs injuries since it was your safety equipment that failed causing grievous injury to plaintiff.

RESPONSE: CSK objects to Interrogatory No. 4 on the grounds that it is vague and ambiguous, not reasonably calculated to lead to the discovery of admissible evidence, and is relevant, if at all, only to claims that have already been dismissed multiple times by the court.

INTERROGATORY NO. 5: Please Identify what jobs are available to injured employees with back injuries and why [you] Csk Auto Inc, failed Equal Employment Opportunities to disabled employees.

RESPONSE: CSK objects to Interrogatory No. 5 on the grounds that it is vague and ambiguous; improperly assumes that CSK failed in some duty or responsibility owed to Smith; and constitutes two distinct interrogatories. Without waiving any objections, the types of jobs that would be available to an employee with a back injury would depend upon

the type and severity of the injury. CSK did not fail to fulfill any duty or responsibility owed to Smith.

REQUEST FOR PRODUCTION NO. 1:  Produce  all corporate policy manuals any and all Policy manuals, 1. Corporate manuals, 2. Benefits manuals, 3. Human resource manuals, 4. Operation Policy Manuals, 5. Operations Manuals Complete Procedures Manuals, 6. Complete Policy Manuals, 7. Complete Benefits Manuals, 8. Complete Benefits Plan Documents, 9. Complete Equal Employment Opportunity Policy Manuals, 10. Complete Discrimination Policy Manuals, 11. Complete Health Care Benefits Policy Manuals, 12. Complete Documents this also to include any and all electronic transmission emails all notes any and all communication between any entity and any third party contacts to include any and all insurance company's, and or adjusters.

RESPONSE:  CSK objects to Request for Production No. 1 on the grounds that it is vague and ambiguous, overly broad and unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.  Without waiving any objections, CSK has produced its employee handbook and equal employment opportunity policy.  Produced herewith are documents describing employment benefits elected by Smith.  See Bates Nos. CSK 0137-0145 herewith.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

REQUEST FOR PRODUCTION NO. 2:  Produce all names of employees who have

back injuries that are retained by Csk Auto Inc. and what positions they held.

RESPONSE:  CSK objects to Request for Production No. 2 on the grounds that it is

vague and ambiguous; fails to describe the documents sought with reasonable particularity;

and is not reasonably calculated to lead to the discovery of admissible evidence.  CSK

further objects to Request for Production No. 2 on the grounds that complying with the

request for production would violate the privacy rights of CSK's present and former

employees.

REQUEST FOR PRODUCTION NO. 3:  Please produce the names of employees in

your mailing list stored on company hard drive computers: as these are witness and will be

called:

RESPONSE:  Same objections as to Request for Production No. 2.  See response to

Request for Production No. 2.

REQUEST FOR PRODUCTION NO. 4:  Please produce all documents faxes email

and any correspondents notes any communications between you Csk Auto Inc. and the

Insurance Adjuster and carrier in Plaintiffs workers compensation issue.

RESPONSE:  CSK objects to Request for Production No. 4 on the grounds that it is

vague and ambiguous, overly broad and unduly burdensome, not reasonably calculated to

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

1  lead to the discovery of admissible evidence, and seeks documents related to Plaintiff's

2  workers compensation proceeding that are not appropriate for discovery in this matter.

4

5  <u>REQUEST FOR PRODUCTION NO. 5</u>:  Please produce all documents of

6  Employee Plaintiffs Complaints to Human resource department concerning his injuries.

7  <u>RESPONSE</u>:  CSK objects to Request for Production No. 5 on the grounds that it is

8
   vague and ambiguous, overly broad and unduly burdensome, and not reasonably calculated
9
10 to lead to the discovery of admissible evidence.

11

12

13
   DATED this _29th_ day of January, 2007.
14

15                                    DAVIS WRIGHT TREMAINE LLP
                                      Attorneys for Defendant CSK Auto, Inc.
16

17
                                      By:_____
18                                       Eric J. Jenkins, ABA# 0011078
19                                       James H. Juliussen, ABA# 9211082
                                         701 W. 8th Ave., Suite 800
20                                       Anchorage, AK  99501
                                         Phone: (907) 257-5300
21                                       Fax: (907) 257-5399
                                         ericjenkins@dwt.com
22                                       jimjuliussen@dwt.com

23

24

25

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

VERIFICATION

STATE OF ARIZONA       )
                       ) ss.
COUNTY OF *MARICOPA*   )

_Angelica Fish_____, being first duly sworn, on oath deposes and says that (s/he) is the _Sr. Legal Assistant_ of CSK Auto, Inc., the defendant herein; that (s/he) is authorized to, and hereby does, make this verification for and on behalf of said corporation; and that (s/he) has read the within and foregoing Responses to Plaintiff's First Requests for Discovery, knows the contents thereof, and believes the same to be true.

_____

SUBSCRIBED AND SWORN TO before me this _29th_ day of _January_, 2007.

_____
Notary Public in and for Arizona
My commission expires: _2/7/07_

KAREN ETCHECHURY
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
FEBRUARY 7, 2007

Certificate of Service:

I certify that on _Jan 31th_, 2007, a true and correct copy of the foregoing document was served on the following via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
    Janet Eastman

CSK'S RESPONSE TO PLAINTIFF'S DISCOVERY REQUESTS      12
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 114774v1 0053870-000005

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERRY L. SMITH                         )
                                       )
                Plaintiff,             )
                                       )
        v.                             )
                                       )
CSK AUTO, INC.,                        )
                                       )  Case No. 4:06-cv-00020 (RRB)
                Defendant.             )
                                       )
_____)

## INITIAL DISCLOSURES

CSK Auto, Inc. ("CSK") submits the following initial disclosures in accordance with

Fed. R. Civ. P. 26(a)(1):

A.      Persons Likely to Have Discoverable Information That CSK May Use to
        Support Its Defenses.

        1.      Records Custodian – CSK
                (attorney/client privilege applies)
                c/o Davis Wright Tremaine LLP
                701 W. 8th Avenue, Suite 800
                Anchorage, Alaska 99501
                (907) 257-5300

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax (907) 257-5399

Subjects:    Authentication of documents related to Smith's employment with CSK.

2.    Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

Subjects:    All aspects of case

3.    All physicians who have treated Smith during the last 10 years. Identity and contact information unknown.

Subjects:    Smith's medical condition and any and all reports or documents prepared regarding same.

CSK will supplement these disclosures with the names of additional witnesses when Smith reveals the factual basis for his claims and it becomes clear what testimony, if any, will be required at trial to support CSK's defenses.

B.    <u>Documents, Data Compilations and Tangible Objects.</u>

1.    Smith's time card punch detail (Bates Nos. CSK 0001-9).

2.    Smith's Employee Earnings Record (Bates Nos. CSK 0010-13).

3.    Smith's Response to Defendant's First Discovery Requests in the case entitled <u>Keith Howell v. CSK Auto Inc.</u>, Case No. 3AN-00-12331 CI (Bates Nos. 0014-18).

4.    Deposition of Terry Smith in <u>Keith Howell v. CSK Auto Inc.</u>, Case No. 3AN-00-12331 CI (Bates Nos. 0019-43).

5.    Smith's Financial Statement Affidavit filed with the Alaska Supreme Court on Jan 18, 2005 (Bates Nos. 0044-47).

6.    Smith's Affidavit on Motion dated January 6, 2005 (Bates Nos. 0048-49).

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

C.      <u>Damages</u>

Costs and attorney's fees incurred by CSK in this matter in amounts to be determined.

D.      <u>Insurance Agreements</u>.

Not applicable.

DATED this 30th day of November, 2006.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
       Eric J. Jenkins, ABA# 0011078
       James H. Juliussen, ABA# 9211082
       701 W. 8th Ave., Suite 800
       Anchorage, AK  99501
       Phone: (907) 257-5300
       Fax: (907) 257-5399
       ericjenkins@dwt.com
       jimjuliussen@dwt.com

Certificate of Service:

I certify that on November 30, 2006, a true and
correct copy of the foregoing Answer to Amended
Complaint was served on the following via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
       Janet Eastman

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERRY L. SMITH                        )
                                      )
            Plaintiff,                )
                                      )
      v.                              )
                                      )
CSK AUTO, INC.,                       )
                                      )   Case No. 4:06-cv-00020 (RRB)
            Defendant.                )
                                      )
_____)

RESPONSE TO PLAINTIFF'S REQUEST FOR DISCOVERY

Defendant CSK Auto, Inc. ("CSK") responds to Plaintiff Terry L. Smith's ("Smith")

Request for Discovery as follows:

GENERAL OBJECTIONS

1.      **Privilege.**  CSK objects to plaintiffs' requests for production to the extent

they seek information subject to any claim of privilege including, without limitation, the

attorney-client privilege, a settlement privilege, the work product doctrine, or any other

statutory, common law or regulatory protection or proscription against disclosure.  Any

discovery request that encompasses privileged information is also overly broad, unduly

burdensome, and not reasonably calculated to lead to the discovery of admissible

evidence.

2.    **Obligations Beyond Civil Rules.** CSK objects to plaintiff's requests for

production to the extent they attempt to impose obligations upon CSK that are beyond the

scope of and not contemplated by the Civil Rules. In particular, and without waiving the

generality of the foregoing, CSK objects to any request that it produce information that is

not contained in an existing document or other format that can be made available for

inspection and copying, but would require creation of a new document to respond to the

discovery request.

3.    **Requests Pertaining to Dismissed Claims**. CSK objects to any requests

for discovery that seek information pertaining to Smith's Workers Compensation

proceeding, or which seek information that bears no reasonable relationship to claims that

remain in this matter. Such requests are overly broad, unduly burdensome, and not

reasonably calculated to lead to the discovery of admissible evidence.

4.    **No Waiver.** By responding to plaintiff's particular requests for production,

CSK does not waive the foregoing General Objections. Similarly, by stating a specific

objection in response to a particular request for production, CSK does not waive the

foregoing General Objections.


<u>REQUEST FOR PRODUCTION NO. 1</u>: Produce the names and addresses and

telephone numbers of employees of CSK Auto Inc. in the Fairbanks North Star Borough.

<u>RESPONSE</u>: CSK objects to Request for Production No. 1 on the grounds that the

production request is overly broad, unduly burdensome, and not reasonably calculated to

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

1  lead to the discovery of admissible evidence.  Producing the information sought would

2  violate the privacy rights of CSK's employees, and bears no reasonable relationship to the

3  claims at issue in these proceedings.  Few, if any, of the persons employed by CSK in the

4  Fairbanks North Star Borough worked with Smith, or even worked for CSK during the

5  period of Smith's employment.  Further, a request to produce names, addresses, and

6  telephone numbers is outside the scope of a production request under Civil Rule 34 as that

7  rule only requires disclosure of existing documents or electronically stored information and

8  does not require a party to create a document containing the requested information to

9  respond to a production request.

10

11

12

13

14  REQUEST FOR PRODUCTION NO. 2:  Please produce a copy of CSK Auto Inc.

15  corporate policy manuals  [sic]:

16  RESPONSE:  CSK objects to Request for Production No. 2 on the grounds that it is

17  vague and ambiguous and fails to describe the documents sought with reasonable

18  particularity.  The discovery request fails to identify what corporate policy manuals Smith

19  seeks to review, and any request to produce all manuals setting forth any corporate policy of

20  CSK is overly broad, unduly burdensome, and not reasonably calculated to lead to the

21  discovery of admissible evidence.  Such a request also may seek documents that are

22  proprietary and will not be disclosed, if at all, without a protective order.

23

24

25

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

REQUEST FOR PRODUCTION NO. 3:  Please produce the names and addresses and telephone numbers of full time employees of CSK Auto Inc. in the Fairbanks North Star Borough.

RESPONSE:  Duplicative of Request for Production No. 1.  Same objections as to Request for Production No. 1.

REQUEST FOR PRODUCTION NO. 4:  Please produce the names and addresses and telephone numbers of part time employees of CSK Auto, Inc. in the Fairbanks North Star Borough.

RESPONSE:  Duplicative of Request for Production No. 1.  Same objections as to Request for Production No. 1.

REQUEST FOR PRODUCTION NO. 5:  Please produce a copy of all communications unredacted by Csk Auto Inc. to their workers compensation Insurance carrier and adjuster Wilton Adjustment Services.

RESPONSE:  CSK objects to Request for Production No. 5 on the grounds that it is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.  The production request bears no reasonable relationship to any claims in these proceedings.  Any discovery addressed to communications between CSK and the referenced parties must be sought in Smith's Workers Compensation proceeding.  Further, if

1   Request for Production No. 5 is intended to include communications between attorneys

2   representing the referenced parties, such disclosure is also barred by attorney-client

3

4   privilege, the joint defense doctrine, and the attorney work product doctrine.

5

6       REQUEST FOR PRODUCTION NO. 6.  Please Produce a copy of Plaintiff's lost

7   benefit package from CSK Auto, Inc.

8

9       RESPONSE:  CSK objects to Request for Production No. 6 on the grounds that it is

10  vague and ambiguous, and fails to describe with reasonable particularity the documents that

11  Smith seeks to review.  Further, it is unclear what benefit package Smith is referring to as he

12  has maintained that he cannot return to work in his former position, and has maintained in

13

14  this litigation that for most if not all of the period following his employment that he was

15  unable to perform any work.

16

17      REQUEST FOR PRODUCTION NO. 7:       Please produce all contracts from

18  insurance carrier and wilton adjustment services.

19

20      RESPONSE:  CSK objects to Request for Production No. 7 on the grounds that it is

21  vague and ambiguous, overly broad and unduly burdensome, and not reasonably calculated

22  to lead to the discovery of admissible evidence.  The documents sought bear no reasonable

23  relationship to the claims at issue in this matter and must be sought by Smith in his Workers

24  Compensation proceeding.

25

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

REQUEST FOR PRODUCTION NO. 8:        Please produce the name and address and phone number of such person or persons who recommended to Csk Auto inc. not to retain Plaintiff.

RESPONSE:        CSK objects to Request for Production No. 8 on the grounds that it is vague and ambiguous.  Further, a request to produce names, addresses, and telephone numbers is outside the scope of a production request under Civil Rule 34 as that rule only requires disclosure of existing documents or electronically stored information and does not require a party to create a document containing the requested information to respond to a production request.  Without waiving any objections, CSK has no responsive documents.

REQUEST FOR PRODUCTION NO. 9:        Please produce a copy of Plaintiff Lost Wages and benefit package calculated to age of retirement.  From CSK Auto inc.

RESPONSE:  CSK objects to Request for Production No. 9 on the grounds that it is vague and ambiguous, and fails to describe with reasonable particularity the documents that Smith seeks to review.  Further, it is unclear what benefit package Smith is referring to as he has maintained in this litigation that he cannot return to work in his former position, and has maintained for most if not all of the period following his employment that he was unable to perform any work.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

REQUEST FOR PRODUCTION NO. 10:    Please produce a copy of all Job Descriptions from CSK Auto, inc.

RESPONSE: CSK objects to Request for Production No. 10 on the grounds that it is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving any objections, the basic job descriptions for the positions in a CSK retail auto parts store are produced herewith. (Bates Nos. CSK 0050 – 0085.)

REQUEST FOR PRODUCTION NO. 11: Please produce a copy of CSK Auto Inc. handbook..

RESPONSE: CSK objects to Request for Production No. 11 on the grounds that it is vague and ambiguous, overly broad, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving any objections, CSK produces herewith a copy of the CSK employee handbook from the period of Smith's employment. (Bates Nos. CSK 0089 – 00136.)

REQUEST FOR PRODUCTION NO. 12. Please produce the name and address and telephone numbers of all employees of Csk Auto Inc. who have been injured on the job. And what type of injury: back, leg, etc.

1    RESPONSE:  CSK objects to Request for Production No. 12 on the grounds that it is

2  overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of

3
4  admissible evidence.  The information sought bears no reasonable relationship to the claims

5  at issue in this litigation.  The information sought is confidential and its production to Smith

6  would violate the privacy rights of CSK employees.

7

8
9    REQUEST FOR PRODUCTION NO. 13.  Please produce a copy of CSK Auto, Inc.

10  Discrimination Policy's manual.

11    RESPONSE:  CSK objects to Request for Production No. 13 on the grounds that it is

12  not reasonably calculated to lead to the discovery of admissible evidence.  Without waiving

13
14  any objections, CSK equal employment opportunity policy is produced herewith.  (Bates

15  Nos. CSK 0086 – 0088.)

16    DATED this _____ day of January, 2007.

17

18                                        DAVIS WRIGHT TREMAINE LLP
                                         Attorneys for Defendant CSK Auto, Inc.
19

20    By: _____

21       Eric J. Jenkins, ABA# 0011078
         James H. Juliussen, ABA# 9211082
22       701 W. 8th Ave., Suite 800
         Anchorage, AK  99501
23       Phone: (907) 257-5300
         Fax: (907) 257-5399
24       ericjenkins@dwt.com
         jimjuliussen@dwt.com
25

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

1

## VERIFICATION

2

STATE OF ARIZONA ⟩

3
⟩ ss.

4
COUNTY OF MARICOPA ⟩

5
_____Angelica Fish_____, being first duly sworn, on oath deposes and

says that she is the Sr. Legal Assistant of CSK Auto, Inc., the defendant herein; that

6
she is authorized to, and hereby does, make this verification for and on behalf of said

7
corporation; and that she has read the within and foregoing Responses to Plaintiff's First

Requests for Discovery, knows the contents thereof, and believes the same to be true.

8

9
_Angelica Fish_

10

11
SUBSCRIBED AND SWORN TO before me this 27th day of

12
_December_, 2006.

13

14
_Brenda K. Adams_

Notary Public in and for Arizona

15
My commission expires: Jan. 3, 2007

16

17
OFFICIAL SEAL
BRENDA K. ADAMS
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Expires Jan. 3, 2007

18

19
Certificate of Service:

I certify that on Jan 3, 2006, a true and

20
correct copy of the foregoing document
was served on the following via:

21
(X) First Class Mail
( ) Facsimile and Mail

22
( ) Hand Delivery

Terry L. Smith

23
P.O. Box 60882
Fairbanks, Alaska 99706

24
By: _Janet Eastman_
Janet Eastman

25

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399