Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

**RECEIVED**
**APR 1 3 2007**
**CLERK, U.S. DISTRICT COURT**
**FAIRBANKS, ALASKA**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| TERRY L. SMITH, <br> Plaintiff <br><br> Vs. <br><br> CSK AUTO INC, <br> d.b.a. SCHUCKS AUTO SUPPLY <br> AND DOE    Defendants | (4)-06-CV-000020-RRB |

### NOTICE OF PETITION FOR REVIEW OF INTERLOCUTORY DECISION AND ORDER

Plaintiff Pro Se Terry L. Smith Give notice of Petition for review of interlocutory

Decision and order Denying Plaintiff OPPOSITION TO MOTION TO HAVE

REQUEST FOR ADMISSION DEEMED ADMITTED docket 56 Plaintiff ask this court

for review of such sanction as Plaintiff has answered such Discovery request.

Respectfully Submitted,

*[signature]*
Terry L. Smith Pro Se

Dated This 13 Day OF April, 2007