UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>SMITH</u>   v.   <u>CSK AUTO</u>

DATE:   <u>April 9, 2007</u>   CASE NO.   <u>4:06-CV-0020-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING MOTION AT DOCKET 56**

---

Defendant's Motion to Have Requests for Admission Deemed Admitted, filed at Docket 56, is hereby **GRANTED** for the reasons articulated by Defendant in its reply.