Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE NINTH CIRCUIT

TERRY L. SMITH,
          Plaintiff

Vs.

(4)-06-CV-000020-RRB

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

### MOTION TO WAVE FILING FEE

Plaintiff Pro Se Terry L. Smith files this Motion to wave the filing fee in a interlocutory decision and order from docket 56. Plaintiff ask this court to wave filing fee in this issue.

Respectfully submitted,

*[signature]*
Terry L. Smith Pro Se

Dated This 13 Day Of April, 2007

## CERTIFICATE OF SERVICE

Case Name Terry L. Smith      V.     Csk Auto Corp, Inc D.B.A. Schucks Auto Supply and Doe

Case No.06-CV-000020-RRB

I Certify that a Copy of the forgoing Document was served on the 13 Day of April, 2007 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[x] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE