Terry L. Smith
Name
P.O. Box 60882
Mailing Address, Zip
Fairbanks, AK  99706
907 488-8824
Telephone

**RECEIVED**

APR 1 3 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TERRY L. SMITH                    ,
                              Plaintiff,

vs.

CSK AUTO INC                    ,
                              Defendant(s).

**APPLICATION TO WAIVE
THE FILING FEE
(Non-Prisoner)**

CASE NO. ___4:06cv00020RRB___
(To be supplied by the Court)

I, Terry L. Smith              , state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the fees for this proceeding or give security because of my poverty. The type of case I am filing is Petition of Review, Interlocutory Appeal and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this application to waive the filing fee in this case, a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    ☐ Yes    ☑ No  **(If "Yes" USE PRISONER FORM)**

2.    Marital status: ☑ Single    ☐ Married    ☐ Divorced    ☐ Separated

      a.    If separated or divorced, do you ☐ **pay** child support or alimony, or ☐ **receive** any child support, alimony or other form of maintenance? If not, check ☑ No

            If yes to either question, state monthly amount paid:_____    **OR** state monthly amount received:_____

      b.    Dependants: ☐ Spouse    ☐ Children #_____    ☐ Others #_____

      List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their **monthly** support (and **for minor children, use initials only**).

      Name:_____    Age:_____

      Name:_____    Age:_____

      Name:_____    Age:_____

      Name:_____    Age:_____

3.   Are you presently employed?   □ Yes   ☑ No

   a.   **If the answer is "Yes,"** provide the following information:

     Gross: $_____ Net: $_____ salary/wages per □ month □ week (chose one)

     Employer's name, address & telephone: N/A

     Nature of employment:_____

     How long employed by present employer:_____

   b.   **If you are not presently employed,** provide the following information:

     Date of last employment: 6  22 / 01 (month/day/year)

     Former employer's name, address & telephone: CSK AUTO INC

     645 E. Missouri AVE Suite 400 PHOENIX AZ

     Gross: $_____ Net: $_____ salary/wages per □ month □ week (chose one)

     Nature of employment:_____

4.   Is your spouse employed?   □ Yes   □ No

   **If the answer is "Yes,"** provide the following information:

   Gross: $_____ Net: $_____ salary/wages per □ month □ week (chose one)

   Employer's name, address & telephone: N/A

   Nature of employment:_____

   How long employed by present employer:_____

5.   Are you receiving public assistance or unemployment benefits?   □ Yes   ☑ No

   a.   I have been on □ public assistance and/or have received □ unemployment benefits

     since:_____/_____/_____ (month/day/year).

   b.   I am receiving $_____ □ monthly / □ weekly for myself and my household

     of _____ (number).

6.  In the past twelve months have you received any money from any of the following sources?

|   |   |   |   |
|---|---|---|---|
| a. | Business, profession or other self-employment | □ Yes | ☒ No |
| b. | Rent payments, interest or dividends (not PFD) | □ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | □ Yes | ☒ No |
| d. | Disability or worker's compensation payments | □ Yes | ☒ No |
| e. | Gifts or inheritances | □ Yes | ☒ No |
| f. | Any other sources | □ Yes | ☒ No |

If the answer to any of the above is "Yes," describe each source and state the amount and when received, **and** what you expect you will continue to receive.

_____

_____

7.  List all members of your household, including yourself, who received the Alaska Permanent Fund Dividend within the last twelve months, and the amount(s):

Terry L. Smith

_____

8.  Do you have **any** cash?    □ Yes    ☒ No

State the total amount and location(s): _____

9.  Do you have any checking account(s)?    □ Yes    ☒ No

a.  Name(s) and address(es) of bank(s): _____

Dont Bank  N/A

_____

b.  Present balance(s) in account(s): _____

10. Do you have any savings/IRA/money market/CDs' separate from checking accounts?
    □ Yes    ☒ No

a.  Name(s) and address(es) of bank(s): N/A

_____

_____

b.  Present balance(s) in account(s): _____

11. Do you own an automobile or other motor vehicle?  ☒ Yes    □ No

a.  Make: CHeV    Year: 1997    Model: LUMiNA

b.   What is its current value?  $ _800.00_____

c.   Is it financed?   ☐ Yes   ☑ No

d.   If so, what is the amount owed?  $ _____

12.   Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property?   ☐ Yes   ☑ No

If "Yes," describe the property and state its value: _____

_____

_____

13.   Do you have any other assets or personal property other than clothing?   ☑ Yes   ☐ No

If "Yes," list the asset(s) and state the value of each asset listed: _____

TV, 50.00  Stereo DVD Player 25.00  Hide Abed 25.00

Folding Chair 10.00  Coffee Table 15.00  Lamp 10.00

Note: The Above items were given to me _____

14.   Have you placed any property, assets or money in the name or custody of anyone else in the last two years?   ☐ Yes   ☑ No

If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item, and the reason for the transfer: _____

_____

_____

_____


### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Executed on: _4 - 13 · 07_____          _____
                DATE                           SIGNATURE OF APPLICANT