```
                                                          Page 1
 1         IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
 2              THIRD JUDICIAL DISTRICT AT ANCHORAGE
 3
 4   KEITH HOWELL, for himself and on   )
     behalf of other similarly situated )
 5   persons,                           )
                                        )
 6             Plaintiff,               )
                                        )
 7        vs.                           )
                                        )
 8   CSK AUTO, INC. d/b/a SCHUCK'S AUTO )
     SUPPLY,                            )
 9                                      )
               Defendant.               )
10   _____)
     Case No. 3AN-00-12331 Civil
11
12
13
             TELEPHONIC DEPOSITION OF TERRY SMITH
14
                    Pages 1 - 98, inclusive
15
           Thursday, September 23, 2004, 3:02 p.m.
16
                       Anchorage, Alaska
17
18
19
20
21
22          Taken on behalf of the Defendant
                            at
23                  Davis Wright Tremaine
              701 West 8th Avenue, Suite 800
24                   Anchorage, Alaska
25
```

SUMMIT COURT REPORTING 907/264-6776

Page 2

```
 1                    A-P-P-E-A-R-A-N-C-E-S
 2
     For Plaintiffs:
 3
     JERMAIN, DUNNAGAN & OWENS
 4   BY:  Matthew K. Teaford, Esq.
     3000 A Street, Suite 300
 5   Anchorage, AK 99503
     (Appearing Telephonically)
 6
     For Defendant:
 7
     DAVIS WRIGHT TREMAINE
 8   BY:  Eric Jenkins, Esq.
     701 West 8th Avenue, Suite 800
 9   Anchorage, AK 99501
10
     Reported By:
11
     Katherine L. Novak, RPR
12   Registered Professional Reporter
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SUMMIT COURT REPORTING  907/264-6776

```
 1                    I-N-D-E-X

 2   EXAMINATION                                    PAGE

 3      Mr. Jenkins                                   4

 4

 5

 6

 7

 8

 9

10                    E-X-H-I-B-I-T-S

11
                      (None Marked.)
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 6

1   A. Correct.
2   Q. And you understand that the transcript of
3   this testimony may be available if this case goes to
4   trial?
5   A. Correct.
6   Q. Mr. Smith, you were formerly employed by
7   CSK Auto, right?
8   A. Yes, that's correct.
9   Q. And if you hear a pause after you give an
10  answer, it's just because I'm writing down notes on
11  what you're saying.
12  A. Oh, okay.
13  Q. I show the first day of your employment as
14  being about August 23rd of 2000; does that sound
15  about right?
16  A. Yeah, that's correct, yeah.
17  Q. And then the last day I have down that you
18  performed any work for CSK was July 3rd of 2001;
19  does that sound about right?
20  A. July 3rd of '01? I -- well, I think that
21  could be either -- you know what, at that point, I
22  don't know.
23  Q. So you don't have any reason to believe,
24  though, that that's not an accurate last day of
25  employment for you?

```
 1   by them.
 2        Q.   You're still employed by them right now?
 3        A.   Evidently not.
 4        Q.   Did you ever receive a termination letter
 5   from CSK?
 6        A.   That, you guys, I can't remember, you know.
 7   You wouldn't necessarily have to receive a
 8   termination letter from CSK to be terminated.
 9        Q.   No, but if you did, that would establish
10   when you left your employment.
11        A.   Well, no, not really.
12        Q.   Did you ever resign your employment with
13   CSK?
14        A.   No.
15        Q.   Have you held any employment of any kind
16   since August of 2001?
17        A.   No.
18        Q.   And why not?
19        A.   Because I have a grievous injury.
20        Q.   So you're unable to work?
21        A.   Yes, that's correct.
22        Q.   So, in any event, whether you are still
23   employed by CSK or not isn't really relevant,
24   because you're not able to work anyway; is that
25   right?
```