Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH | ) |
|         Plaintiff, | ) |
| v. | ) |
| CSK AUTO, INC., | ) Case No. 4:06-cv-00020 (RRB) |
|         Defendant. | ) |

### AFFIDAVIT OF JOANN HINSON

STATE OF ARIZONA            )
                            ) ss.
COUNTY OF MARICOPA          )

JOANN HINSON, being first duly sworn, on oath deposes and states:

1.    I am employed by CSK Auto Inc. ("CSK"), as its Director of Benefits and Payroll. I am competent to make this affidavit and do so based on personal knowledge and from review of the records maintained by CSK in the ordinary course of its business.

2. Smith began his employment with CSK on August 23, 2000, and suffered his workplace injury on March 29, 2001. The last day that Smith performed any services for CSK was July 3, 2001. Attached hereto as Exhibit A is a true and correct copy of Smith's punch detail record showing the dates that he worked for CSK, and the times he punched in and out on each workday. Attached hereto as Exhibit B is a true and correct job summary status report which shows Smith to have been on leave starting July 9, 2001.

3. Even though Smith did not perform any work for CSK after July 3, 2001, CSK maintained Smith's employee benefits until July 1, 2002. On April 18, 2002, CSK sent Smith a letter informing him that, since he was on an unpaid leave of absence, he would need to send CSK monthly checks for his benefit plan contributions. A true and correct copy of CSK's April 18, 2002 letter to Smith is attached hereto as Exhibit C.

4. Smith failed to make the required benefit plan contributions. On June 6, 2002, CSK sent Smith a letter by certified mail stating that, since no payments had been received, his benefits would be cancelled effective June 30, 2002. A true and correct copy of CSK's June 6, 2002 letter to Smith is attached hereto as Exhibit D. A true and correct copy of the certified mail return receipt for the June 6, 2002 letter is attached hereto as Exhibit E. Smith failed to make any payments in response to the June 6, 2002 letter and his benefits were cancelled on July 1, 2002 as indicated by the handwritten notation on Exhibit D. CSK maintained Smith's benefits at its own expense until they were cancelled on July 1, 2002.

HINSON AFFIDAVIT
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 118916v2 0053870-000005

2

5. CSK did not terminate Smith's employment in July 2002. Rather, Smith was listed as being employed by CSK and on leave for several years after his workplace injury. Smith was still employed and on leave on September 1, 2004, which I am informed is the date that the certificate of service on Smith's complaint in the above-captioned matter indicates that it was mailed to CSK's registered agent in Alaska.

_____
JoAnn Hinson

SUBSCRIBED AND SWORN TO BEFORE ME this _11_ day of April, 2007.



_____
Notary Public for the State of Arizona
My Commission Expires: August 20, 2010

HINSON AFFIDAVIT
*Smith v. CSK Auto, Inc.* 4:06-cv-00020 (RRB)
ANC 118916v2 0053870-000005

3