Powell - Pupil Detail List 3

CSK 0001

| SSN | EmplID | Name | Title | AStr | FInTmCom | FOutTmCom | AInTmCom | AOutTmCom | TypeDes |
|---|---|---|---|---|---|---|---|---|---|
| 477708662 | | Smith, Terry L | | | | | | | |
| 477708662 | | SMITH ,TERRYL | TRAINING | 1661 | 8/23/2000 10:00 | 8/23/2000 15:00 | 8/23/2000 10:00 | 8/23/2000 15:00 | Added |
| 477708662 | | SMITH ,TERRYL | TRAINING | 1661 | 8/23/2000 16:00 | 8/23/2000 19:00 | 8/23/2000 16:00 | 8/23/2000 19:00 | Added |
| 477708662 | | SMITH ,TERRYL | TRAINING | 1661 | 8/24/2000 10:00 | 8/24/2000 15:15 | 8/24/2000 9:54 | 8/24/2000 15:21 | Edited |
| 477708662 | | SMITH ,TERRYL | TRAINING | 1661 | 8/24/2000 16:15 | 8/24/2000 19:00 | 8/24/2000 16:16 | 8/24/2000 19:02 | Edited |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 8/25/2000 10:00 | 8/25/2000 14:00 | 8/25/2000 10:02 | 8/25/2000 14:00 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 8/25/2000 15:00 | 8/25/2000 19:00 | 8/25/2000 14:58 | 8/25/2000 19:05 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 8/26/2000 9:00 | 8/26/2000 15:00 | 8/26/2000 8:54 | 8/26/2000 15:02 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 8/28/2000 10:00 | 8/28/2000 14:30 | 8/28/2000 10:00 | 8/28/2000 14:23 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 8/28/2000 15:15 | 8/28/2000 19:15 | 8/28/2000 15:11 | 8/28/2000 19:09 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 8/29/2000 10:00 | 8/29/2000 14:00 | 8/29/2000 9:56 | 8/29/2000 14:03 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 8/29/2000 15:00 | 8/29/2000 19:00 | 8/29/2000 14:57 | 8/29/2000 19:03 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 8/30/2000 10:00 | 8/30/2000 14:00 | 8/30/2000 9:58 | 8/30/2000 14:05 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 8/30/2000 15:00 | 8/30/2000 19:00 | 8/30/2000 15:04 | 8/30/2000 19:03 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 8/31/2000 10:00 | 8/31/2000 14:45 | 8/31/2000 9:56 | 8/31/2000 14:43 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 8/31/2000 15:45 | 8/31/2000 19:00 | 8/31/2000 15:47 | 8/31/2000 19:02 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/1/2000 10:00 | 9/1/2000 14:00 | 9/1/2000 9:59 | 9/1/2000 14:04 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/1/2000 15:15 | 9/1/2000 19:00 | 9/1/2000 15:08 | 9/1/2000 19:03 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/4/2000 9:00 | 9/4/2000 15:00 | 9/4/2000 8:58 | 9/4/2000 15:06 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/5/2000 10:00 | 9/5/2000 14:15 | 9/5/2000 9:55 | 9/5/2000 14:19 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/5/2000 15:15 | 9/5/2000 19:15 | 9/5/2000 15:11 | 9/5/2000 19:11 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/6/2000 10:00 | 9/6/2000 14:00 | 9/6/2000 9:56 | 9/6/2000 14:04 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/6/2000 15:00 | 9/6/2000 19:15 | 9/6/2000 14:58 | 9/6/2000 19:12 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/7/2000 10:00 | 9/7/2000 14:45 | 9/7/2000 9:53 | 9/7/2000 14:46 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/7/2000 15:30 | 9/7/2000 19:00 | 9/7/2000 15:37 | 9/7/2000 19:03 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/8/2000 10:00 | 9/8/2000 14:00 | 9/8/2000 9:57 | 9/8/2000 14:08 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/8/2000 15:00 | 9/8/2000 19:00 | 9/8/2000 14:59 | 9/8/2000 19:07 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/11/2000 10:00 | 9/11/2000 14:30 | 9/11/2000 9:55 | 9/11/2000 14:29 | Edited |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/11/2000 15:15 | 9/11/2000 19:00 | 9/11/2000 15:18 | 9/11/2000 19:03 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/12/2000 10:00 | 9/12/2000 14:00 | 9/12/2000 9:59 | 9/12/2000 14:03 | Edited |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/12/2000 16:00 | 9/12/2000 19:00 | 9/12/2000 14:56 | 9/12/2000 19:05 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/13/2000 10:00 | 9/13/2000 14:15 | 9/13/2000 9:58 | 9/13/2000 14:20 | Added |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/13/2000 15:15 | 9/13/2000 19:00 | 9/13/2000 15:15 | 9/13/2000 19:00 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/14/2000 10:00 | 9/14/2000 14:30 | 9/14/2000 10:00 | 9/14/2000 14:33 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/14/2000 15:30 | 9/14/2000 19:00 | 9/14/2000 15:30 | 9/14/2000 19:07 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/15/2000 10:00 | 9/15/2000 14:00 | 9/15/2000 10:02 | 9/15/2000 14:06 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/15/2000 15:00 | 9/15/2000 19:30 | 9/15/2000 14:59 | 9/15/2000 19:27 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/18/2000 10:00 | 9/18/2000 14:45 | 9/18/2000 9:58 | 9/18/2000 14:47 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/18/2000 15:45 | 9/18/2000 19:30 | 9/18/2000 15:46 | 9/18/2000 19:24 | Regular |

3/9/2004

014185

JOINT EXHIBIT
2035D
ADMITTED ☐
3AN-00-12331 Civil

EXHIBIT A         Page 1 of 9

Howell - Punch Detail List 3

| SSN | EmplID | Name | Title | AStr | FInTmCom | FOutTmCom | AInTmCom | AOutTmCom | TypeDes |
|---|---|---|---|---|---|---|---|---|---|
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/19/2000 10:00 | 9/19/2000 14:30 | 9/19/2000 9:59 | 9/19/2000 14:23 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/19/2000 15:15 | 9/19/2000 19:00 | 9/19/2000 15:18 | 9/19/2000 19:05 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/20/2000 10:00 | 9/20/2000 14:15 | 9/20/2000 9:58 | 9/20/2000 14:14 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/20/2000 15:00 | 9/20/2000 19:00 | 9/20/2000 15:06 | 9/20/2000 19:06 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/21/2000 10:00 | 9/21/2000 14:30 | 9/21/2000 9:56 | 9/21/2000 14:23 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/21/2000 15:15 | 9/21/2000 19:00 | 9/21/2000 15:15 | 9/21/2000 19:03 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/22/2000 10:00 | 9/22/2000 14:15 | 9/22/2000 8:57 | 9/22/2000 14:20 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/22/2000 15:15 | 9/22/2000 19:00 | 9/22/2000 15:18 | 9/22/2000 19:04 | Added |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/25/2000 10:00 | 9/25/2000 14:30 | 9/25/2000 10:00 | 9/25/2000 14:30 | Added |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/25/2000 15:30 | 9/25/2000 19:00 | 9/25/2000 15:30 | 9/25/2000 19:00 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/26/2000 9:45 | 9/26/2000 19:00 | 9/26/2000 9:50 | 9/26/2000 19:02 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/27/2000 10:00 | 9/27/2000 14:30 | 9/27/2000 9:55 | 9/27/2000 14:34 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/27/2000 15:30 | 9/27/2000 19:00 | 9/27/2000 15:30 | 9/27/2000 19:05 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/28/2000 10:00 | 9/28/2000 14:00 | 9/28/2000 9:57 | 9/28/2000 13:58 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/28/2000 15:00 | 9/28/2000 19:00 | 9/28/2000 14:57 | 9/28/2000 19:04 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/29/2000 10:00 | 9/29/2000 14:45 | 9/29/2000 9:56 | 9/29/2000 14:46 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 9/29/2000 15:45 | 9/29/2000 19:00 | 9/29/2000 15:46 | 9/29/2000 19:03 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/2/2000 12:00 | 10/2/2000 17:45 | 10/2/2000 11:59 | 10/2/2000 17:40 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/2/2000 18:00 | 10/2/2000 19:00 | 10/2/2000 18:03 | 10/2/2000 19:05 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/3/2000 10:15 | 10/3/2000 14:45 | 10/3/2000 10:13 | 10/3/2000 14:41 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/3/2000 15:30 | 10/3/2000 19:00 | 10/3/2000 15:34 | 10/3/2000 19:03 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/4/2000 10:00 | 10/4/2000 14:00 | 10/4/2000 9:53 | 10/4/2000 14:01 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/4/2000 15:00 | 10/4/2000 19:15 | 10/4/2000 14:53 | 10/4/2000 19:17 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/5/2000 9:45 | 10/5/2000 14:15 | 10/5/2000 9:51 | 10/5/2000 14:16 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/5/2000 15:30 | 10/5/2000 19:00 | 10/5/2000 15:26 | 10/5/2000 19:07 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/6/2000 10:00 | 10/6/2000 15:00 | 10/6/2000 9:57 | 10/6/2000 15:02 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/6/2000 16:00 | 10/6/2000 19:15 | 10/6/2000 15:54 | 10/6/2000 19:08 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/9/2000 9:45 | 10/9/2000 14:00 | 10/9/2000 9:52 | 10/9/2000 13:56 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/10/2000 9:45 | 10/10/2000 15:30 | 10/10/2000 9:50 | 10/10/2000 15:37 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/10/2000 16:15 | 10/10/2000 19:15 | 10/10/2000 16:08 | 10/10/2000 19:13 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/11/2000 10:00 | 10/11/2000 13:45 | 10/11/2000 10:05 | 10/11/2000 13:52 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/11/2000 14:45 | 10/11/2000 19:30 | 10/11/2000 14:48 | 10/11/2000 19:33 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/12/2000 10:00 | 10/12/2000 14:15 | 10/12/2000 9:56 | 10/12/2000 14:18 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/12/2000 15:15 | 10/12/2000 19:00 | 10/12/2000 15:13 | 10/12/2000 19:05 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/13/2000 9:45 | 10/13/2000 13:30 | 10/13/2000 9:46 | 10/13/2000 13:24 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/13/2000 14:45 | 10/13/2000 16:30 | 10/13/2000 14:44 | 10/13/2000 16:26 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/16/2000 10:00 | 10/16/2000 14:15 | 10/16/2000 9:58 | 10/16/2000 14:22 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 10/16/2000 15:15 | 10/16/2000 19:00 | 10/16/2000 15:21 | 10/16/2000 19:04 | Regular |

CSK 0002

Howell - Punch Detail List 3

| SSN | EmplID | Name | Title | AStr | FInTmCom | FOutTmCom | AInTmCom | AOutTmCom | TypeDes |
|---|---|---|---|---|---|---|---|---|---|
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/17/2000 10:00 | 10/17/2000 14:30 | 10/17/2000 10:02 | 10/17/2000 14:29 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/17/2000 15:15 | 10/17/2000 19:00 | 10/17/2000 15:21 | 10/17/2000 19:04 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/18/2000 10:00 | 10/18/2000 19:15 | 10/18/2000 9:58 | 10/18/2000 19:12 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/19/2000 10:00 | 10/19/2000 14:15 | 10/19/2000 9:57 | 10/19/2000 14:17 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/19/2000 15:15 | 10/19/2000 19:00 | 10/19/2000 15:12 | 10/19/2000 19:06 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/20/2000 10:00 | 10/20/2000 14:30 | 10/20/2000 10:01 | 10/20/2000 14:31 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/20/2000 15:30 | 10/20/2000 19:15 | 10/20/2000 15:29 | 10/20/2000 19:15 | Edited |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/23/2000 10:00 | 10/23/2000 14:00 | 10/23/2000 9:58 | 10/23/2000 14:07 | Edited |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/23/2000 15:00 | 10/23/2000 19:45 | 10/23/2000 15:07 | 10/23/2000 19:42 | Added |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/24/2000 9:45 | 10/24/2000 13:45 | 10/24/2000 9:50 | 10/24/2000 19:40 | Edited |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/24/2000 14:45 | 10/24/2000 19:45 | 10/24/2000 14:45 | 10/24/2000 19:45 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/25/2000 10:00 | 10/25/2000 14:00 | 10/25/2000 9:53 | 10/25/2000 14:03 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/25/2000 15:00 | 10/25/2000 19:30 | 10/25/2000 15:03 | 10/25/2000 19:33 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/26/2000 10:00 | 10/26/2000 14:15 | 10/26/2000 10:00 | 10/26/2000 14:08 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/26/2000 15:00 | 10/26/2000 19:45 | 10/26/2000 15:00 | 10/26/2000 19:42 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/27/2000 10:00 | 10/27/2000 14:30 | 10/27/2000 9:57 | 10/27/2000 14:27 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/27/2000 15:45 | 10/27/2000 19:00 | 10/27/2000 15:43 | 10/27/2000 19:02 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/30/2000 9:45 | 10/30/2000 14:15 | 10/30/2000 9:47 | 10/30/2000 14:10 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/30/2000 15:00 | 10/30/2000 19:00 | 10/30/2000 15:05 | 10/30/2000 19:05 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/31/2000 9:45 | 10/31/2000 14:30 | 10/31/2000 9:52 | 10/31/2000 14:34 | Edited |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 10/31/2000 15:30 | 10/31/2000 19:00 | 10/31/2000 15:30 | 10/31/2000 19:03 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/1/2000 10:00 | 11/1/2000 14:15 | 11/1/2000 10:04 | 11/1/2000 14:21 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/1/2000 15:15 | 11/1/2000 19:00 | 11/1/2000 15:21 | 11/1/2000 19:05 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/2/2000 10:00 | 11/2/2000 14:15 | 11/2/2000 10:05 | 11/2/2000 14:17 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/2/2000 15:15 | 11/2/2000 19:00 | 11/2/2000 15:17 | 11/2/2000 19:06 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/3/2000 10:00 | 11/3/2000 14:00 | 11/3/2000 9:57 | 11/3/2000 14:05 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/3/2000 15:00 | 11/3/2000 19:00 | 11/3/2000 14:59 | 11/3/2000 19:05 | Edited |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/6/2000 10:00 | 11/6/2000 14:00 | 11/6/2000 9:55 | 11/6/2000 14:01 | Edited |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/6/2000 15:00 | 11/6/2000 19:15 | 11/6/2000 14:56 | 11/6/2000 19:11 | Edited |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/7/2000 10:00 | 11/7/2000 14:15 | 11/7/2000 9:57 | 11/7/2000 14:22 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/7/2000 15:15 | 11/7/2000 19:15 | 11/7/2000 15:17 | 11/7/2000 19:13 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/8/2000 10:00 | 11/8/2000 14:00 | 11/8/2000 9:54 | 11/8/2000 18:58 | Edited |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/8/2000 15:00 | 11/8/2000 19:00 | 11/8/2000 15:00 | 11/8/2000 19:00 | Added |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/9/2000 10:00 | 11/9/2000 14:45 | 11/9/2000 9:53 | 11/9/2000 14:46 | Edited |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/9/2000 15:45 | 11/9/2000 19:00 | 11/9/2000 15:45 | 11/9/2000 19:05 | Edited |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/10/2000 10:00 | 11/10/2000 14:00 | 11/10/2000 9:56 | 11/10/2000 14:07 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/10/2000 15:00 | 11/10/2000 19:15 | 11/10/2000 14:56 | 11/10/2000 19:09 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/13/2000 10:00 | 11/13/2000 14:00 | 11/13/2000 9:53 | 11/13/2000 14:07 | Regular |

CSK 0003

014187

Howell - Punch Detail List 3

| SSN | EmplID | Name | Title | AStr | FInTmCom | FOutTmCom | AInTmCom | AOutTmCom | TypeDes |
|---|---|---|---|---|---|---|---|---|---|
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/13/2000 15:15 | 11/13/2000 19:15 | 11/13/2000 15:17 | 11/13/2000 19:15 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/14/2000 11:00 | 11/14/2000 19:30 | 11/14/2000 11:03 | 11/14/2000 19:31 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/15/2000 10:00 | 11/15/2000 14:15 | 11/15/2000 10:07 | 11/15/2000 14:08 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/15/2000 15:00 | 11/15/2000 19:00 | 11/15/2000 14:57 | 11/15/2000 19:00 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/16/2000 10:00 | 11/16/2000 14:00 | 11/16/2000 10:00 | 11/16/2000 14:07 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/16/2000 15:30 | 11/16/2000 19:00 | 11/16/2000 15:24 | 11/16/2000 19:00 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/17/2000 10:00 | 11/17/2000 14:30 | 11/17/2000 9:55 | 11/17/2000 14:24 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/17/2000 15:15 | 11/17/2000 19:45 | 11/17/2000 15:09 | 11/17/2000 19:38 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/20/2000 10:00 | 11/20/2000 14:15 | 11/20/2000 10:05 | 11/20/2000 14:14 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/20/2000 15:00 | 11/20/2000 19:00 | 11/20/2000 15:07 | 11/20/2000 19:06 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/21/2000 10:15 | 11/21/2000 14:15 | 11/21/2000 10:17 | 11/21/2000 14:16 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/21/2000 15:30 | 11/21/2000 19:15 | 11/21/2000 15:24 | 11/21/2000 19:08 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/24/2000 10:00 | 11/24/2000 14:15 | 11/24/2000 9:57 | 11/24/2000 14:08 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/24/2000 15:00 | 11/24/2000 19:00 | 11/24/2000 14:59 | 11/24/2000 19:05 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/28/2000 9:15 | 11/28/2000 14:15 | 11/28/2000 9:22 | 11/28/2000 14:15 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/28/2000 15:15 | 11/28/2000 19:00 | 11/28/2000 15:16 | 11/28/2000 19:02 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/29/2000 10:00 | 11/29/2000 14:00 | 11/29/2000 10:03 | 11/29/2000 14:07 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/29/2000 15:00 | 11/29/2000 19:15 | 11/29/2000 15:05 | 11/29/2000 19:12 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/30/2000 10:00 | 11/30/2000 14:00 | 11/30/2000 9:55 | 11/30/2000 13:57 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 11/30/2000 15:00 | 11/30/2000 19:15 | 11/30/2000 14:53 | 11/30/2000 19:10 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/1/2000 9:45 | 12/1/2000 14:15 | 12/1/2000 9:48 | 12/1/2000 14:21 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/1/2000 15:30 | 12/1/2000 19:15 | 12/1/2000 15:33 | 12/1/2000 19:13 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/4/2000 10:00 | 12/4/2000 13:30 | 12/4/2000 9:54 | 12/4/2000 13:33 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/4/2000 14:30 | 12/4/2000 19:00 | 12/4/2000 14:29 | 12/4/2000 19:04 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/5/2000 10:00 | 12/5/2000 14:00 | 12/5/2000 10:06 | 12/5/2000 14:02 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/5/2000 15:00 | 12/5/2000 19:15 | 12/5/2000 14:58 | 12/5/2000 19:14 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/6/2000 10:00 | 12/6/2000 13:45 | 12/6/2000 10:04 | 12/6/2000 13:41 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/6/2000 14:30 | 12/6/2000 19:15 | 12/6/2000 14:31 | 12/6/2000 19:15 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/7/2000 10:00 | 12/7/2000 14:30 | 12/7/2000 9:57 | 12/7/2000 14:28 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/7/2000 15:00 | 12/7/2000 19:00 | 12/7/2000 15:06 | 12/7/2000 19:02 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/8/2000 10:45 | 12/8/2000 14:30 | 12/8/2000 10:44 | 12/8/2000 14:36 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/8/2000 15:00 | 12/8/2000 19:00 | 12/8/2000 15:04 | 12/8/2000 19:06 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/11/2000 8:00 | 12/11/2000 13:00 | 12/11/2000 7:55 | 12/11/2000 12:57 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/11/2000 14:30 | 12/11/2000 17:15 | 12/11/2000 14:24 | 12/11/2000 17:16 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/12/2000 10:00 | 12/12/2000 14:00 | 12/12/2000 9:59 | 12/12/2000 13:41 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/12/2000 15:45 | 12/12/2000 19:00 | 12/12/2000 15:43 | 12/12/2000 19:03 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/13/2000 10:00 | 12/13/2000 13:30 | 12/13/2000 10:01 | 12/13/2000 13:33 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 12/13/2000 14:30 | 12/13/2000 19:00 | 12/13/2000 14:29 | 12/13/2000 19:03 | Regular |

CSK 0004

3/9/2004

014188

Page 4 of 9

Howell - Punch Detail List 3

| SSN | EmplID | Name | | Title | AStr | FInTmCom | FOutTmCom | AInTmCom | AOutTmCom | TypeDes |
|---|---|---|---|---|---|---|---|---|---|---|
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/14/2000 8:45 | 12/14/2000 14:00 | 12/14/2000 8:51 | 12/14/2000 13:57 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/14/2000 15:00 | 12/14/2000 19:00 | 12/14/2000 14:53 | 12/14/2000 19:03 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/15/2000 7:45 | 12/15/2000 13:15 | 12/15/2000 7:51 | 12/15/2000 13:10 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/15/2000 16:30 | 12/15/2000 19:00 | 12/15/2000 16:34 | 12/15/2000 19:04 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/18/2000 8:00 | 12/18/2000 13:30 | 12/18/2000 7:56 | 12/18/2000 13:31 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/18/2000 14:30 | 12/18/2000 17:00 | 12/18/2000 14:36 | 12/18/2000 17:02 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/19/2000 10:00 | 12/19/2000 14:45 | 12/19/2000 9:54 | 12/19/2000 14:42 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/19/2000 15:45 | 12/19/2000 19:15 | 12/19/2000 15:41 | 12/19/2000 19:08 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/20/2000 10:00 | 12/20/2000 14:15 | 12/20/2000 10:04 | 12/20/2000 14:19 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/20/2000 15:15 | 12/20/2000 19:00 | 12/20/2000 15:19 | 12/20/2000 19:07 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/21/2000 10:00 | 12/21/2000 13:00 | 12/21/2000 10:01 | 12/21/2000 13:04 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/21/2000 13:30 | 12/21/2000 17:30 | 12/21/2000 13:31 | 12/21/2000 17:37 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/22/2000 10:15 | 12/22/2000 14:00 | 12/22/2000 10:19 | 12/22/2000 14:03 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/22/2000 15:00 | 12/22/2000 19:15 | 12/22/2000 14:59 | 12/22/2000 19:19 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/26/2000 10:00 | 12/26/2000 13:30 | 12/26/2000 9:53 | 12/26/2000 13:34 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/26/2000 14:00 | 12/26/2000 18:30 | 12/26/2000 14:01 | 12/26/2000 18:32 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/27/2000 9:00 | 12/27/2000 13:45 | 12/27/2000 8:56 | 12/27/2000 13:39 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/27/2000 14:30 | 12/27/2000 18:15 | 12/27/2000 14:37 | 12/27/2000 18:08 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/28/2000 9:00 | 12/28/2000 10:15 | 12/28/2000 9:04 | 12/28/2000 10:15 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/28/2000 10:15 | 12/28/2000 14:00 | 12/28/2000 10:15 | 12/28/2000 14:04 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 12/28/2000 14:30 | 12/28/2000 17:30 | 12/28/2000 14:30 | 12/28/2000 17:37 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/2/2001 8:45 | 1/2/2001 13:30 | 1/2/2001 8:48 | 1/2/2001 13:34 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/2/2001 14:30 | 1/2/2001 18:15 | 1/2/2001 14:26 | 1/2/2001 18:15 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/3/2001 9:00 | 1/3/2001 14:00 | 1/3/2001 8:58 | 1/3/2001 14:03 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/3/2001 15:00 | 1/3/2001 18:15 | 1/3/2001 14:59 | 1/3/2001 18:13 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/4/2001 9:00 | 1/4/2001 13:45 | 1/4/2001 9:01 | 1/4/2001 13:47 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/4/2001 14:30 | 1/4/2001 17:30 | 1/4/2001 14:24 | 1/4/2001 17:29 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/5/2001 9:45 | 1/5/2001 14:15 | 1/5/2001 9:51 | 1/5/2001 14:10 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/5/2001 15:00 | 1/5/2001 19:00 | 1/5/2001 15:01 | 1/5/2001 19:02 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/8/2001 9:00 | 1/8/2001 13:30 | 1/8/2001 8:54 | 1/8/2001 13:33 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/8/2001 14:30 | 1/8/2001 18:00 | 1/8/2001 14:26 | 1/8/2001 18:06 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/9/2001 9:00 | 1/9/2001 13:30 | 1/9/2001 8:59 | 1/9/2001 13:29 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/9/2001 14:30 | 1/9/2001 18:15 | 1/9/2001 14:31 | 1/9/2001 18:11 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/10/2001 9:00 | 1/10/2001 13:30 | 1/10/2001 9:07 | 1/10/2001 13:27 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/10/2001 14:30 | 1/10/2001 18:00 | 1/10/2001 14:27 | 1/10/2001 18:02 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/11/2001 9:00 | 1/11/2001 14:30 | 1/11/2001 9:00 | 1/11/2001 14:32 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/11/2001 15:00 | 1/11/2001 17:45 | 1/11/2001 15:00 | 1/11/2001 17:46 | Regular |
| 477708662 | | SMITH | TERRYL | DRIVER | 1661 | 1/12/2001 10:00 | 1/12/2001 14:00 | 1/12/2001 10:00 | 1/12/2001 14:03 | Regular |

CSK 0005

014189

3/9/2004

Howell - Punch Detail List 3

| SSN | EmplID | Name | Title | AStr | FInTmCom | FOutTmCom | AInTmCom | AOutTmCom | TypeDes |
|---|---|---|---|---|---|---|---|---|---|
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/12/2001 15:00 | 1/12/2001 19:00 | 1/12/2001 14:58 | 1/12/2001 19:05 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/15/2001 9:00 | 1/15/2001 15:45 | 1/15/2001 8:57 | 1/15/2001 15:38 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/15/2001 16:30 | 1/15/2001 18:00 | 1/15/2001 16:27 | 1/15/2001 18:04 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/16/2001 8:45 | 1/16/2001 14:00 | 1/16/2001 8:52 | 1/16/2001 14:05 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/16/2001 15:00 | 1/16/2001 18:00 | 1/16/2001 15:02 | 1/16/2001 18:02 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/17/2001 9:00 | 1/17/2001 14:00 | 1/17/2001 9:00 | 1/17/2001 13:58 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/17/2001 15:00 | 1/17/2001 18:15 | 1/17/2001 15:02 | 1/17/2001 18:21 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/18/2001 9:00 | 1/18/2001 13:30 | 1/18/2001 8:58 | 1/18/2001 13:30 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/18/2001 14:30 | 1/18/2001 17:30 | 1/18/2001 14:33 | 1/18/2001 17:30 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/19/2001 10:00 | 1/19/2001 13:45 | 1/19/2001 9:58 | 1/19/2001 13:43 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/19/2001 14:30 | 1/19/2001 19:00 | 1/19/2001 14:36 | 1/19/2001 19:01 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/22/2001 9:00 | 1/22/2001 14:15 | 1/22/2001 8:54 | 1/22/2001 14:12 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/22/2001 15:15 | 1/22/2001 18:15 | 1/22/2001 15:11 | 1/22/2001 18:10 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/23/2001 9:15 | 1/23/2001 14:30 | 1/23/2001 9:09 | 1/23/2001 14:32 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/23/2001 15:30 | 1/23/2001 18:00 | 1/23/2001 15:30 | 1/23/2001 18:06 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/24/2001 10:00 | 1/24/2001 13:45 | 1/24/2001 9:59 | 1/24/2001 13:39 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/24/2001 14:30 | 1/24/2001 19:00 | 1/24/2001 14:34 | 1/24/2001 19:02 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/25/2001 9:00 | 1/25/2001 13:30 | 1/25/2001 8:58 | 1/25/2001 13:29 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/25/2001 14:30 | 1/25/2001 17:30 | 1/25/2001 14:28 | 1/25/2001 17:30 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/29/2001 9:00 | 1/29/2001 13:30 | 1/29/2001 8:58 | 1/29/2001 13:37 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/29/2001 14:30 | 1/29/2001 14:30 | 1/29/2001 14:37 | 1/29/2001 14:36 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/29/2001 14:30 | 1/29/2001 18:30 | 1/29/2001 14:49 | 1/29/2001 18:30 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/30/2001 10:00 | 1/30/2001 13:30 | 1/30/2001 9:57 | 1/30/2001 13:33 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/30/2001 14:30 | 1/30/2001 19:00 | 1/30/2001 14:32 | 1/30/2001 19:04 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/31/2001 10:00 | 1/31/2001 13:45 | 1/31/2001 9:56 | 1/31/2001 13:47 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 1/31/2001 14:45 | 1/31/2001 19:00 | 1/31/2001 14:49 | 1/31/2001 19:01 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 2/2/2001 9:45 | 2/2/2001 15:30 | 2/2/2001 9:52 | 2/2/2001 15:36 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 2/2/2001 16:30 | 2/2/2001 19:00 | 2/2/2001 16:36 | 2/2/2001 19:03 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 2/5/2001 10:00 | 2/5/2001 13:30 | 2/5/2001 10:01 | 2/5/2001 13:34 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 2/5/2001 14:30 | 2/5/2001 19:00 | 2/5/2001 14:35 | 2/5/2001 19:03 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 2/6/2001 10:00 | 2/6/2001 13:30 | 2/6/2001 10:03 | 2/6/2001 13:36 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 2/6/2001 13:30 | 2/6/2001 19:00 | 2/6/2001 13:37 | 2/6/2001 13:37 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 2/6/2001 14:30 | 2/6/2001 19:00 | 2/6/2001 14:32 | 2/6/2001 19:07 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 2/7/2001 10:00 | 2/7/2001 14:00 | 2/7/2001 10:06 | 2/7/2001 13:59 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 2/7/2001 15:00 | 2/7/2001 19:00 | 2/7/2001 15:01 | 2/7/2001 19:00 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 2/9/2001 10:00 | 2/9/2001 15:00 | 2/9/2001 9:59 | 2/9/2001 15:00 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 2/9/2001 16:00 | 2/9/2001 19:00 | 2/9/2001 16:00 | 2/9/2001 19:02 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 2/12/2001 10:00 | 2/12/2001 14:15 | 2/12/2001 10:01 | 2/12/2001 14:10 | Regular |

CSK 0006

3/9/2004

014190

Howell - Punch Detail List 3

| SSN | EmplID | lName | Title | AStr | FInTmCom | FOutTmCom | AInTmCom | AOutTmCom | TypeDes |
|---|---|---|---|---|---|---|---|---|---|
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/12/2001 15:15 | 2/12/2001 19:00 | 2/12/2001 15:12 | 2/12/2001 19:06 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/13/2001 10:00 | 2/13/2001 14:00 | 2/13/2001 9:58 | 2/13/2001 14:02 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/13/2001 15:00 | 2/13/2001 19:00 | 2/13/2001 15:00 | 2/13/2001 19:01 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/14/2001 10:00 | 2/14/2001 13:30 | 2/14/2001 10:06 | 2/14/2001 13:31 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/14/2001 14:30 | 2/14/2001 19:00 | 2/14/2001 14:31 | 2/14/2001 19:03 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/15/2001 8:00 | 2/15/2001 13:00 | 2/15/2001 8:04 | 2/15/2001 13:03 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/15/2001 14:00 | 2/15/2001 17:00 | 2/15/2001 14:02 | 2/15/2001 17:07 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/19/2001 10:15 | 2/19/2001 14:00 | 2/19/2001 10:08 | 2/19/2001 14:03 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/19/2001 15:00 | 2/19/2001 19:00 | 2/19/2001 15:02 | 2/19/2001 19:01 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/20/2001 10:00 | 2/20/2001 16:30 | 2/20/2001 9:57 | 2/20/2001 16:31 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/20/2001 17:30 | 2/20/2001 19:00 | 2/20/2001 17:34 | 2/20/2001 19:05 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/21/2001 10:00 | 2/21/2001 13:30 | 2/21/2001 9:59 | 2/21/2001 13:34 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/21/2001 14:30 | 2/21/2001 19:00 | 2/21/2001 14:33 | 2/21/2001 19:06 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/26/2001 10:00 | 2/26/2001 13:30 | 2/26/2001 9:59 | 2/26/2001 13:32 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/26/2001 14:30 | 2/26/2001 19:00 | 2/26/2001 14:30 | 2/26/2001 19:02 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/27/2001 10:00 | 2/27/2001 14:15 | 2/27/2001 9:55 | 2/27/2001 14:09 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/27/2001 15:00 | 2/27/2001 19:00 | 2/27/2001 15:05 | 2/27/2001 19:02 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 2/28/2001 14:30 | 2/28/2001 13:45 | 2/28/2001 10:04 | 2/28/2001 13:43 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/2/2001 10:00 | 2/28/2001 18:00 | 2/28/2001 14:35 | 2/28/2001 19:02 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/2/2001 15:00 | 3/2/2001 14:00 | 3/2/2001 9:54 | 3/2/2001 14:02 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/5/2001 10:00 | 3/2/2001 19:15 | 3/2/2001 15:02 | 3/2/2001 19:10 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/5/2001 15:45 | 3/5/2001 14:45 | 3/5/2001 10:01 | 3/5/2001 14:43 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/6/2001 10:00 | 3/5/2001 19:00 | 3/5/2001 15:48 | 3/5/2001 19:03 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/6/2001 15:00 | 3/6/2001 14:00 | 3/6/2001 9:56 | 3/6/2001 14:06 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/7/2001 10:00 | 3/6/2001 19:00 | 3/6/2001 15:03 | 3/6/2001 19:02 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/7/2001 15:00 | 3/7/2001 14:00 | 3/7/2001 10:01 | 3/7/2001 14:03 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/8/2001 8:00 | 3/7/2001 19:15 | 3/7/2001 15:02 | 3/7/2001 19:12 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/8/2001 13:45 | 3/8/2001 12:45 | 3/8/2001 7:57 | 3/8/2001 12:41 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/9/2001 10:00 | 3/8/2001 17:00 | 3/8/2001 13:43 | 3/8/2001 17:02 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/9/2001 16:00 | 3/9/2001 15:15 | 3/9/2001 9:57 | 3/9/2001 15:12 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/12/2001 10:00 | 3/9/2001 19:15 | 3/9/2001 16:07 | 3/9/2001 19:20 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/12/2001 16:45 | 3/12/2001 15:45 | 3/12/2001 9:57 | 3/12/2001 15:46 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/13/2001 10:00 | 3/12/2001 19:30 | 3/12/2001 16:41 | 3/12/2001 19:23 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/13/2001 14:30 | 3/13/2001 13:30 | 3/13/2001 9:59 | 3/13/2001 13:33 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/14/2001 10:30 | 3/13/2001 19:00 | 3/13/2001 14:32 | 3/13/2001 19:05 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/14/2001 14:30 | 3/14/2001 13:30 | 3/14/2001 10:29 | 3/14/2001 13:35 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/15/2001 8:00 | 3/14/2001 19:00 | 3/14/2001 14:32 | 3/14/2001 19:03 | Regular |
| 477708662 | | SMITH TERRYL | DRIVER | 1661 | 3/15/2001 13:45 | | 3/15/2001 8:06 | 3/15/2001 13:43 | Regular |

CSK 0007

014191

Howell - Punch Detail List 3

| SSN | EmplID | Name | Title | AStr | FInTmCom | FOutTmCom | AInTmCom | AOutTmCom | TypeDes |
|---|---|---|---|---|---|---|---|---|---|
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/15/2001 14:45 | 3/15/2001 17:00 | 3/15/2001 14:39 | 3/15/2001 17:03 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/16/2001 10:15 | 3/16/2001 13:45 | 3/16/2001 10:15 | 3/16/2001 13:42 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/16/2001 14:45 | 3/16/2001 19:00 | 3/16/2001 14:45 | 3/16/2001 19:03 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/19/2001 10:15 | 3/19/2001 14:00 | 3/19/2001 10:20 | 3/19/2001 14:03 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/19/2001 15:00 | 3/19/2001 19:15 | 3/19/2001 15:00 | 3/19/2001 19:20 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/20/2001 10:30 | 3/20/2001 14:45 | 3/20/2001 10:35 | 3/20/2001 14:45 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/20/2001 15:45 | 3/20/2001 19:15 | 3/20/2001 15:47 | 3/20/2001 19:22 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/21/2001 10:00 | 3/21/2001 14:15 | 3/21/2001 10:05 | 3/21/2001 14:09 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/21/2001 15:00 | 3/21/2001 19:00 | 3/21/2001 15:03 | 3/21/2001 19:04 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/22/2001 8:00 | 3/22/2001 12:30 | 3/22/2001 7:55 | 3/22/2001 12:37 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/22/2001 13:45 | 3/22/2001 17:00 | 3/22/2001 13:47 | 3/22/2001 17:03 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/23/2001 9:45 | 3/23/2001 14:00 | 3/23/2001 9:52 | 3/23/2001 14:05 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/23/2001 15:00 | 3/23/2001 19:00 | 3/23/2001 15:03 | 3/23/2001 19:04 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/26/2001 10:00 | 3/26/2001 14:00 | 3/26/2001 9:54 | 3/26/2001 14:02 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/26/2001 15:00 | 3/26/2001 19:00 | 3/26/2001 14:57 | 3/26/2001 19:02 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/27/2001 10:00 | 3/27/2001 14:15 | 3/27/2001 9:58 | 3/27/2001 14:15 | Edited |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/27/2001 15:15 | 3/27/2001 19:15 | 3/27/2001 15:14 | 3/27/2001 19:08 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/28/2001 10:00 | 3/28/2001 14:00 | 3/28/2001 9:58 | 3/28/2001 14:02 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/28/2001 15:00 | 3/28/2001 19:00 | 3/28/2001 15:02 | 3/28/2001 19:03 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/29/2001 8:00 | 3/29/2001 14:15 | 3/29/2001 8:04 | 3/29/2001 14:10 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 3/29/2001 15:15 | 3/29/2001 17:00 | 3/29/2001 15:13 | 3/29/2001 20:22 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 5/14/2001 9:00 | 5/14/2001 13:00 | 5/14/2001 8:57 | 5/14/2001 13:05 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 5/15/2001 8:45 | 5/15/2001 13:15 | 5/15/2001 8:52 | 5/15/2001 13:09 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 5/16/2001 9:00 | 5/16/2001 13:00 | 5/16/2001 8:49 | 5/16/2001 13:03 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 5/17/2001 9:00 | 5/17/2001 13:15 | 5/17/2001 8:59 | 5/17/2001 13:09 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 5/18/2001 9:00 | 5/18/2001 13:30 | 5/18/2001 8:59 | 5/18/2001 13:30 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 5/21/2001 9:00 | 5/21/2001 13:00 | 5/21/2001 8:55 | 5/21/2001 13:05 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 5/22/2001 9:00 | 5/22/2001 13:00 | 5/22/2001 8:55 | 5/22/2001 13:07 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 5/23/2001 9:00 | 5/23/2001 13:15 | 5/23/2001 8:57 | 5/23/2001 13:14 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 5/24/2001 9:00 | 5/24/2001 13:15 | 5/24/2001 8:54 | 5/24/2001 13:20 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 5/25/2001 8:45 | 5/25/2001 13:00 | 5/25/2001 8:52 | 5/25/2001 13:07 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 5/29/2001 9:00 | 5/29/2001 13:00 | 5/29/2001 8:55 | 5/29/2001 13:01 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 5/30/2001 9:00 | 5/30/2001 13:00 | 5/30/2001 8:57 | 5/30/2001 12:59 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 5/31/2001 9:00 | 5/31/2001 13:00 | 5/31/2001 8:55 | 5/31/2001 13:03 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 6/1/2001 9:00 | 6/1/2001 13:00 | 6/1/2001 9:03 | 6/1/2001 13:01 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 6/4/2001 9:00 | 6/4/2001 13:00 | 6/4/2001 8:58 | 6/4/2001 13:01 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 6/5/2001 9:00 | 6/5/2001 13:00 | 6/5/2001 8:56 | 6/5/2001 13:03 | Regular |
| 477708662 | | SMITH, TERRYL | DRIVER | 1661 | 6/6/2001 9:00 | 6/6/2001 13:15 | 6/6/2001 8:59 | 6/6/2001 13:18 | Regular |

CSK 0008

014192

Howell - Punch Detail List 3

| SSN | EmplID | Name | Title | AStr | FInTmCom | FOutTmCom | AInTmCom | AOutTmCom | TypeDes |
|---|---|---|---|---|---|---|---|---|---|
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 6/7/2001 9:00 | 6/7/2001 13:30 | 6/7/2001 8:59 | 6/7/2001 13:25 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 6/8/2001 8:45 | 6/8/2001 13:00 | 6/8/2001 8:49 | 6/8/2001 13:05 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 6/11/2001 9:00 | 6/11/2001 13:15 | 6/11/2001 8:54 | 6/11/2001 13:14 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 6/12/2001 9:45 | 6/12/2001 13:15 | 6/12/2001 9:43 | 6/12/2001 13:09 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 6/13/2001 9:00 | 6/13/2001 13:00 | 6/13/2001 8:53 | 6/13/2001 13:10 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 6/14/2001 9:00 | 6/14/2001 13:00 | 6/14/2001 8:56 | 6/14/2001 13:00 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 6/15/2001 9:00 | 6/15/2001 13:00 | 6/15/2001 9:00 | 6/15/2001 13:04 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 6/18/2001 9:00 | 6/18/2001 13:30 | 6/18/2001 8:59 | 6/18/2001 13:30 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 6/19/2001 9:00 | 6/19/2001 13:00 | 6/19/2001 9:02 | 6/19/2001 13:01 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 6/20/2001 9:00 | 6/20/2001 13:00 | 6/20/2001 8:56 | 6/20/2001 13:01 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 6/29/2001 9:00 | 6/29/2001 13:00 | 6/29/2001 8:53 | 6/29/2001 13:01 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 7/2/2001 8:00 | 7/2/2001 12:15 | 7/2/2001 7:55 | 7/2/2001 12:16 | Regular |
| 477708662 | | SMITH ,TERRYL | DRIVER | 1661 | 7/3/2001 7:45 | 7/3/2001 12:00 | 7/3/2001 7:49 | 7/3/2001 11:59 | Regular |

JK 0009
6000
014193
3/9/2004