Job Summary

Page 1 of 1

New Window | Help

### Job Summary

Smith, Terry L          Employee          EmplID: 030323          Empl Rcd#: 0

#### Job Information



| Eff Date | Sequence | Jobcode | Empl Type | Empl Status | Full/Part Time | Reg/Temp | Standard Hours | Wor |
|---|---|---|---|---|---|---|---|---|
| 08/06/2001 | 0 | Del Drv | Hourly | Leave W/Py | Full-Time | Regular | 40.00 | Wee |
| 07/09/2001 | 0 | Del Drv | Hourly | Leave W/Py | Full-Time | Regular | 40.00 | Wee |
| 06/28/2001 | 0 | Del Drv | Hourly | Active | Full-Time | Regular | 40.00 | Wee |
| 06/21/2001 | 0 | Del Drv | Hourly | Leave W/Py | Full-Time | Regular | 40.00 | Wee |
| 05/14/2001 | 0 | Del Drv | Hourly | Active | Full-Time | Regular | 40.00 | Wee |
| 04/20/2001 | 0 | Del Drv | Hourly | Leave W/Py | Full-Time | Regular | 40.00 | Wee |
| 08/23/2000 | 0 | Del Drv | Hourly | Active | Full-Time | Regular | 40.00 | Wee |

[Return to Search] [Next in List] [Previous in List] [Notify]

EXHIBIT B                              014927

http://2kpsprd1.northern.com/psc/ps/EMPLOYEE/HRMS/c/ADMINISTER_WORKFORCE_(G...    10/30/2003