# CSK AUTO, INC.

04/18/2002

TERRY SMITH
P O BOX 60882
FAIRBANKS, AK 99706

RE:   CONTINUING INSURANCE COVERAGE

Associates on a leave of absence must continue to pay their insurance contributions when they are no longer receiving a paycheck from the Company. Your current elections and the monthly amount due each month are:

| | | | | |
|---|---|---|---|---|
| Medical | $ 49.83 | Dependent Life | $ | 0.00 |
| Dental | $ 34.67 | Accidental Death | $ | 0.00 |
| Vision | $ 10.77 | Long-term Disability | $ | 0.00 |
| Life Ins. | $ 0.00 | | | |

MONTHLY TOTAL     $   95.27

Beginning 05/01/2002 and continuing each month you are absent, you must send a check or money order to the Benefits Department in order to continue your insurance coverage. Monthly billings will not be provided. Payment must be received within 30 days from 05/01/2002 and each month thereafter or coverage may be terminated.

Please make checks payable to CSK Auto, Inc.

Mail to:   CSK Auto, Inc.
           Benefits Department
           P.O. Box 6030
           Phoenix, AZ 85005

---

DISCONTINUE INSURANCE COVERAGE

If you want to cancel any of your benefit plans, check one or more of the following options. Coverage may be reinstated if you notify us within 30 days of your return to work.

| | | | |
|---|---|---|---|
| Medical | _____ | Dependent Life | _____ |
| Dental | _____ | Accidental Death | _____ |
| Vision | _____ | Long-term Disability | _____ |
| Life Ins. | _____ | | |

"I want to discontinue these benefit options during my leave of absence. I understand that my coverage will remain cancelled until the next open enrollment period unless I contact the Benefits Department within 30 days of my return to work."

Signature: _____   Date: _____

EXHIBIT C

CSK 0143