

*30323*

June 6, 2002

Terry Smith
P.O. Box 60882
Fairbanks, AK 99706

**Certified Mail**
7002 0510 0003 0829 4339

*Termed Cov.*
*7.01.02*

Re:   **Health Insurance Delinquent Notice**

Dear Mr. Smith:

Our records indicate you have been on an unpaid leave of absence. Associates enrolled in the CSK Auto, Inc., Health Insurance Program who are not receiving a CSK paycheck must make direct payment to maintain their health insurance coverage.

To date, payment has not been received nor arrangements made. Therefore, CSK Auto will be unable to maintain your benefits and coverage will terminate effective June 30, 2002.

Once you return to work, contact Benefits Administration in writing within 30 days in order to reinstate your coverage. If you do not request for your coverage to be reinstated within this period, coverage will remain inactive until the next Open Enrollment period or a qualified status change occurs.

If you have any questions, please contact Benefits Administration at 602/631-7337.

Sincerely,

CSK Auto, Inc.

Monica Mavis
Benefits Coordinator

EXHIBIT D

CSK 0141

645 East Missouri Avenue   Suite 400   Phoenix, AZ   85012-1373   (602) 265-9200