Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH )<br>     Plaintiff, )<br> )<br>   v. )<br> )<br>CSK AUTO, INC., )<br>     Defendant. )<br> ) | Case No. 4:06-cv-00020 (RRB) |

### AFFIDAVIT OF JOSEPH NASSAR

STATE OF ARIZONA    )
                    ) ss.
COUNTY OF MARICOPA  )

JOSEPH NASSAR, being first duly sworn, on oath deposes and states:

1.   I am employed by CSK Auto Inc. ("CSK"), as a Claims Manager. In that capacity, I have been the person at CSK principally responsible for monitoring Terry L. Smith's workers' compensation proceeding. I am competent to make this affidavit and do so based on personal knowledge.

2.  In October 2002, Smith executed a Partial Compromise and Release that resolved Smith's entitlement to various benefits under the Alaska Workers Compensation Act. On or about December 31, 2004, Smith filed a Petition to Vacate C&R with the Alaska Department of Labor, Division of Workers Compensation. In that Petition, Smith claimed that his March 29, 2001, workplace injury had kept Smith out of the job market since that date. A true and correct copy of Smith's Petition to Vacate C&R is attached hereto as Exhibit A.

3.  On or about November 3, 2005, Smith filed a Petition for Permanent Total Disability with the Alaska Workers Compensation Board. A true and correct copy of that document is attached hereto as Exhibit B. In that Petition, Smith again asserted that his March 29, 2001 injury had resulted in permanent total disability.

4.  Following his March 29, 2001 injury, Smith performed some intermittent work for CSK but ultimately contended that his injuries prevented him from working.

5.  CSK did not terminate Smith's employment when Smith was unable to return to work following his injury. Rather, Smith was placed on leave by CSK for several years following his injury. Smith was still on leave on September 1, 2004, which I am informed is the date that the certificate of service on Smith's complaint in the above-captioned matter indicates that it was mailed to CSK's registered agent in Alaska.

_____
JOSEPH NASSAR

AFFIDAVIT OF JOSEPH NASSAR
*Smith v. CSK Auto, Inc.* 4:06-cv-00020 (RRB)
ANC 118912v2 0053870-000005

2

SUBSCRIBED AND SWORN TO BEFORE ME this ___11th___ day of April, 2007.



Notary Public for the State of Arizona
My Commission Expires: August 20, 2010