ALASKA DEPARTMENT OF LABOR
DIVISION OF WORKERS COMPENSATION
,P.O. BOX 25512, JUNEAU, ALASKA 99802

IN THE MATTER OF THE CLAIM FOR
COMPENSATION AND /OR BENEFITS
UNDER THE ALASKA WORKERS
COMPENSATION ACT

TERRY SMITH,
  Employee,

Vs.

CSK AUTO INC,
  Employer,

And

ROYAL AND SUNALLIANCE/WILTON
ADJUSTMENT SERVICES,
  Insurer/Adjuster.

Date of Injury     :  03/29/2001
AWCB case No.  :  200106934

## PETITION TO VACATE C&R

COMES NOW EMPLOYEE TERRY L SMITH PRO SE Asks the Alaska workers Compensation board for a full investigation into the fraud used by Attorney Robert Griffin for employer and Royal and Sunalliance/Wilton Adjustment Services. Employee brings this petition to vacate C&R based on relevant facts used in the fraud duress to get Employee to sign a C&R that was with fraud. The fact to this issue of fraud is based upon Evidence in the C&R that Attorney Robert Griffin thru employer and Royal and Sunalliance/Wilton Adjustment Services Susan Kosinski Senior Adjuster with held Information concerning the cause of injury to employee and with held relevant facts as to

EXHIBIT A
Page 1 of ___

what caused employees injury their by hindering the discovery process by not producing the discovery requested. Which leads Employee to given facts of this issue of fraud perpetrated by and thru Attorney Robert Griffin thru the employer and Royal and Sunalliance/Wilton Adjustment Services Susan Kosinski Senior Adjuster lied on a C&R and used duress upon Employee to sign a fraudulent contract in order for employee to receive surgery on his lower back. The issue to this fraud is that Senior adjuster Susan Kosinski with the help of Attorney Robert Griffin thru employer Csk Auto Corp did not reveal the true facts as to Employees injury and with held the severeness of his injury from Employee only to withhold from paying out any medical benefits and or avoiding to pay any lifetime permanent total disability from a injury which employer knew would happen and failed to warn Employee of impending dangers this hiding the cause of injury is nothing but pure fraud with intent to deceive employee out of rightful benefits under the workers compensation act.

Fraud as basis for relief
**Fraud may be in the form of intentional deception**

The Alaska workers Compensation board has the power to reopen and investigate the fraud used by Attorney Robert Griffin thru the employer and Royal and Sunalliance Wilton Adjustment Services and Susan Kosinski Senior Adjuster. This power to reopen and investigate fraud Citing: <u>Blanas v. The Brower</u> Co. 938 P2d 1056 (Alaska 1997) it is abundantly clear that the Division has the inherent power, 'comparable to that possessed by the courts . . ., to reopen judgments for fraud, mistake, inadvertence or other equitable ground. Employee Claims Fraud and establishes that there was a genuine fact dispute about whether the C&R was the product of fraud or misrepresentations; as to the way the C&R was attained by duress and pressure from Attorney Robert Griffin thru employer and Royal and Sunalliance Wilton Adjustment Services and Susan Kosinski Senior

EXHIBIT A
Page 2 of

Adjuster. The fact that Employee [Terry L. Smith] did not know the extent of his injuries at the time the c&r was fraudulently induced upon him which to this day Employees injuries have kept him from the job market since 3-29-01 and the fact that Attorney Robert Griffin thru employer and insurer Royal and Sunalliance Wilton Adjustment Services and Susan Kosinski Senior Adjuster. Knew about what caused Employees grievous injury and failed to bring forth such information when requested by Employee thru the Discovery process hindered this process by hiding relevant information as to Employees grievous injury which kept Employee from the job market.

## Misrepresentations As Basis For Relief

Employer Csk Auto Corp. thru Robert Griffin and insurer Royal and Sunalliance Wilton Adjustment Services and Susan Kosinski Senior Adjuster misrepresented the facts and cause of injury in a C&R which was to state the cause of injury but it did not, and that fact was hidden by Employer Csk Auto Corp. thru Robert Griffin and insurer Royal and Sunalliance Wilton Adjustment Services and Susan Kosinski Senior Adjuster evaded the fact that a product failed and caused a grievous injury to Employees lower back. This information was hidden from Employee is a misrepresentation of fact as Employee was pressured into signing c&r thinking that all medical bills would be paid, but none were not paid which is fraud by deception. Employer Csk Auto Corp. thru Robert Griffin and insurer Royal and Sunalliance Wilton Adjustment Services and Susan Kosinski Senior Adjuster knew of such medical bills and failed on their part of a C&R to take care of all medical bills, which is what the Employer is suppose to do and this is makes C&R void and null because of non performance of Employer and insurer Royal and Sunalliance Wilton Adjustment Services and Susan Kosinski Senior Adjuster. Fraud by deception and Misrepresentation of fact to avoid paying benefits is nothing but a criminal act on the

EXHIBIT A
Page 3 of ___

Part of Employer and Attorney Robert Griffin and insurer and Royal and Sunalliance Wilton Adjustment Services and Susan Kosinski Senior Adjuster. Further, the Alaska Workers' Compensation Act contains no time limits applicable to a petition to vacate a C&R procured by fraud and misrepresentation Quoting <u>Blanas v. The Brower</u> Co.938 P2d 1056 (Alaska 1997) here, and we have been reluctant to impose time limits when the legislature has not chosen to do so. <u>Huston v. Coho Elec.</u>, 923 P.2d 818, 820 (1996); <u>Tipton v. ARCO Alaska, Inc.</u>, 922 P.2d 910, 913 (1996). Employee has been Frauded By deception and this deception was procured by the following facts as stated above and Employee seeks all Benefits and back awards of all medical benefits, all but not limited to Vocational Rehabilitation/Reemployment benefits including .041(k) Stipend benefits and Permanent Total Disability Benefits and cost of living adjustments and interest.

Respectfully Submitted

_[signature]_
Terry L. Smith Pro Se        Dated This 31 Day Of Dec, 2004

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31 of Dec, 2004 copies of the fore going were mailed first class postage prepaid, to the following:

AWCB-Department of Labor
Division Of Workers Compensation
P.O. Box 25512
Juneau Alaska, 99802

Law offices of Robert L. Griffin
1600 A Street Suite 101
Anchorage, Alaska 99501

Wilton Adjustment Service
PO BOX 92670
ANCHORAGE, Alaska 99509

Csk Auto Corp.
645 E. Missouri Ave
Suite 400
Phoenix, AZ 85501

_[signature]_
TERRY L SMITH PRO SE
P.O. box 60882
FAIRBANKS, AK 99706

EXHIBIT A
Page 4 of ___

ALASKA DEPARTMENT OF LABOR
Alaska Workers' Compensation Board
P.O. Box 25512
Juneau, Alaska 99802-5512

# Petition
(Do Not Use As A Claim for Benefits)

AWCB Case Number: 200506934

To the Person Receiving this Petition: You have 20 days after the date this petition was mailed or hand delivered to you to respond in writing or ask for a hearing before the Alaska Workers' Compensation Board (AWCB). Your response to this petition must be mailed or hand delivered to the AWCB, and it must show that a copy was given to the person who submitted this petition (See #41 below). If you have an attorney and you have questions, contact your attorney. If you do not have an attorney and you have questions, contact the AWCB.

1. Employee's Name (Last, First, Middle Initial): SMITH TERRY L
2. Insurer Claim No.:
3. Date of Injury: 3-29-01
4. Address: P.O. BOX 60552
   City: FBK  State: AK  Zip Code: 99706  Telephone: 488-5524
5. Social Security Number: 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
6. Date of Birth: 5-2-55
7. Employer: CSK AUTO CORP.
8. Insurer: WILTON ADJ SERVICES
9. Address: 645 E MISSOURI AVE SUITE 400
   City: PHOENIX  State: AZ  Zip Code: 85012  Telephone:
10. Address: P.O. BOX 92670
    City: ANCH  State: AK  Zip Code: 99509  Telephone:

**REASON FOR PETITION—CHECK APPROPRIATE BOXES AND COMPLETE QUESTIONS IN DETAIL.**

☐ JOIN ADDITIONAL EMPLOYER(S) AND/OR INSURER(S) (IF ALL ITEMS ARE NOT COMPLETED, THE PETITION WILL BE RETURNED):

11. Name of Employer to be Joined:
12. Insurer:
13. Address:
    City  State  Zip Code  Telephone
14. Address:
    City  State  Zip Code  Telephone
15. Dates Injured Employee Worked for Employer to be Joined:
16. Dates of Coverage (Use when joining only insurer) FROM  TO
17. Date of Alleged Injury:
18. Nature of Alleged Injury:

19. Name of Employer to be Joined:
20. Insurer:
21. Address:
    City  State  Zip Code  Telephone
22. Address:
    City  State  Zip Code  Telephone
23. Dates Injured Employee Worked for Employer to be Joined:
24. Dates of Coverage (Use when joining only insurer) FROM  TO
25. Date of Alleged Injury:
26. Nature of Alleged Injury:

If more than two employers and/or insurers to be joined, attach additional page and provide above information for each employer and/or insurer.

Form 07-6111 (Rev. 10/95)  **CONTINUED ON BACK**  11

EXHIBIT A
Page 5 of ___

| 27. Employee's Name (Last, First, Middle Initial) | 28. Date of Injury | 29. AWCB Case No. |
|---|---|---|
| 30. Employer | 31. Insurer | |

☐ **PETITION TO TERMINATE BENEFITS (CHECK TYPE TO BE TERMINATED):**

32. ☐ Temporary Total Disability  ☐ Temporary Partial Disability  ☐ Permanent Partial Impairment  ☐ Permanent Total Disability  ☐ Medical Benefits
☐ Other

33. Reason for Termination:

34. ☐ We seek termination of temporary compensation and allege the disability is permanent. A Compensation Report (Form 07-6104, 07-6104A or 07-6104B) showing all compensation paid to date is attached.   35. Date Disability Became Permanent

☐ Examination by Board-selected physician under AS 23.30.095(k). (State details—Employee's attending physician's name and Insurer's physician's name, nature of dispute, and dates of reports which reflect doctors' disputes.)

☒ **OTHER (STATE IN DETAIL BELOW; ATTACH ADDITIONAL PAGE IF NECESSARY):**

VOID AND OR VACATE C&R
See Petition

36. ☐ COMPLETE MEDICAL SUMMARY (Form 07-6103) AND ATTACH IF REQUIRED UNDER 8 AAC 45.052.

37. PROOF OF SERVICE: I certify that on the date in #43 below I mailed or hand-delivered a true and correct copy of this petition (front and back) to the following (your petition will be returned if you do not show service to all parties and employers/insurers sought to be joined):

a. ☐ The employee in #1 at the address in #4
c. ☒ The insurer in #6 at the address in #10.
e. ☐ The insurer in #12 at the address in #14.
g. ☐ The insurer in #20 at the address in #22.
b. ☐ The employer in #7 at the address in #9.
d. ☐ The employer in #11 at the address in #13.
f. ☐ The employer in #19 at the address in #21.
h. ☒ Other (State name and address):

NAME Robbert Griffin    ADDRESS 1600 A ST Anch, AK 99502

NAME ____    ADDRESS ____

**FORM WILL BE RETURNED UNLESS SIGNED BELOW**

38. Attorney's Name and Firm Name (If Represented)   39. Telephone
40. Attorney's Address    City    State    Zip Code
41. Name of Individual Submitting this Form (Print or Type): Terry L. Smith
42. Signature: [signed]
44. Address: P.O. Box 60882    City: Fbk    State: AK    43. Date    Zip Code: 99706

Form 07-6111 (Rev. 10/95)(BACK)    MAIL TO ALASKA WORKERS' COMPENSATION BOARD

11

EXHIBIT A
Page 6 of ___