ALASKA WORKERS COMPENSATION BOARD

675 SEVENTH AVENUE, STATION H2, FAIRBANKS, ALASKA 99701

IN THE MATTER OF THE CLAIM FOR
COMPENSATION AND /OR BENEFITS
UNDER THE ALASKA WORKERS
COMPENSATION ACT


TERRY SMITH,
        Employee,

Vs.


CSK AUTO INC,
        Employer,

And

ROYAL AND SUNALLIANCE/WILTON
ADJUSTMENT SERVICES,

        Insurer/Adjuster.

Date of Injury    :    03/29/2001
AWCB case No.     :    200106934


## PETITION FOR PERMANENT TOTAL DISABILITY AND OR PTD UNDER SEC. AS 23.30.180,

COMES NOW TERRY L. SMITH PRO SE, on behalf of himself the above named Employee, and hereby enters: His Petition for Permanent Total Disability under Sec. AS 23.30.180 of the workers compensation act. which governs PTD benefits, does not require that PTD benefits be excluded from the presumption. Rather, the statute specifies that, except for certain predetermined disabilities which automatically constitute permanent total disability, permanent total disability "is determined in accordance with the facts." AS 23.30.180(a). This language does not exempt PTD benefits from the

EXHIBIT B
Page 1 of ___

presumption of compensability. Employee dose not have to prove the presumption of compensability as Employer admitted liability for a failing So-called Back support belt that was being used as safety-equipment and failed and their for caused a total and permanent disability injury to employees lower lumbar on 3-29-01. Employee meets all the burden of being permanent and totally disabled as their was a misdiagnosis of employee during a IME as Dr. Radecki failed to tell Employee that their was a cyst on his spine from a failing[Intradiscal Electrothermal Therapy]I.D.E.T. and failed to communicate this to Dr. Susan Anderson of the Advance Pain Centers of Alaska. As of November 3, 2005 employee has been unemployed since 3-29-01 and needs medical treatment to remove this cyst from this failing I.D.E.T. surgery that Dr. Radecki failed to diagnosis as he was not experienced in this specialized surgery but hid the failing surgery from employee as this was not due care. Dr. Radecki has injured Employee by his total reckless disregard for employees health and safety and failed to use due care. Employee seeks all medical treatment,travel expense ect includes hospitalization associated with the removal of this cyst and cost of living adjustment associated with his claim and a 25% peneality on all late moneys due employee dating back to 7-25-03 Employee also seeks adjustment of claim as employees health and medical benefits were not calculated in the gross earning of his injury of 3-29-01 and all 041(k) benefits due all future medical associated with the removal of this cyst. And maintenance their of.

Respectfully Submitted,

Terry L.Smith Pro Se

Dated This 3 Day Of NOV ,2005

"[A]ll persons are equal and entitled to equal rights, opportunities, and protection under the law." Alaska Const. art. I, ' 1]. ["No person shall be deprived of life, liberty, or property, without due process of law." Alaska Const. art. I,]

EXHIBIT B
Page 2 of ___

## CERTIFICATE OF SERVICE
### AWCB CASE No. 200106934

The undersigned hereby certifies that on the 5 of \̲̅e̲̅s̲̅\̲̅ , 2005 copies of the foregoing documents were served VIA:

       [x] FIRST CLASS MAIL
       [ ] FACSIMILE AND MAIL
       [ ] HAND DELIVERY

ON THE FOLLOWING:

AWCB-FAIRBANKS
675 Seventh Ave Station H2
Fairbanks, AK 99701-4593
(907) 451-2889

Law office of Robert L. Griffin
1600 A Street Suite 101
Anchorage, Ak 99501
(907) 274-5546
fax (907) 272-7493

Wilton Adjustment Services
P.O. Box 92670
Anchorage, Alaska 99509
(907) 276-3311
fax (907) 276-7877

Csk Auto Inc.
645 E. Missouri Ave
Suite 400
Phoenix, AZ 85012-1373
(602) 265-9200
fax (602) 234-1713

*/s/ Terry L. Smith*
Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Ak 99706

CERTIFICATE OF SERVICE
AWCB CASE No. 200106934

EXHIBIT B
Page 3 of ___

01/10/2007 12:02 FAX 9072727483        GRIFFIN&SMITH                    ☒002/006

**ALASKA DEPARTMENT OF LABOR**
Alaska Workers' Compensation Board
P.O. Box 25512
Juneau, Alaska 99802-5512

# Petition
(Do Not Use As A Claim for Benefits)

**AWCB Case Number:** 200106934

To the Person Receiving this Petition: You have 20 days after the date this petition was mailed or hand delivered to you to respond in writing or ask for a hearing before the Alaska Workers' Compensation Board (AWCB). Your response to this petition must be mailed or hand delivered to the AWCB, and it must show that a copy was given to the person who submitted this petition (See #41 below). If you have an attorney and you have questions, contact your attorney. If you do not have an attorney and you have questions, contact the AWCB.

| # | Field | Value |
|---|---|---|
| 1 | Employee's Name (Last, First, Middle Initial) | Smith, Terry L |
| 2 | Insurer Claim No. | |
| 3 | Date of Injury | 3-29-01 |
| 4 | Address | P.O. Box 60582 |
| 5 | Social Security Number | 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 |
| | City / State / Zip Code / Telephone | Fbks, AK 99706  488-9841 |
| 6 | Date of Birth | 5-2-55 |
| 7 | Employer | CSK Auto Corp |
| 8 | Insurer | Wilson Adjustment Services |
| 9 | Address | 645 E Missouri Ave Suite 400 |
| 10 | Address | P.O. Box 92670 |
| | City / State / Zip Code | Phoenix, AZ 85012 |
| | City / State / Zip Code | Anch, AK 99509 |

**REASON FOR PETITION—CHECK APPROPRIATE BOXES AND COMPLETE QUESTIONS IN DETAIL.**

☐ JOIN ADDITIONAL EMPLOYER(S) AND/OR INSURER(S) (IF ALL ITEMS ARE NOT COMPLETED, THE PETITION WILL BE RETURNED):

11. Name of Employer to be Joined
12. Insurer
13. Address
14. Address
15. Dates Injured Employee Worked for Employer to be Joined
16. Dates of Coverage (Use when joining only insurer) FROM / TO
17. Date of Alleged Injury
18. Nature of Alleged Injury

19. Name of Employer to be Joined
20. Insurer
21. Address
22. Address
23. Dates Injured Employee Worked for Employer to be Joined
24. Dates of Coverage (Use when joining only insurer) FROM / TO
25. Date of Alleged Injury
26. Nature of Alleged Injury

**CALENDARED**
Due Date: 11/17/05
RLG ✓    CCN ___
CJS ___    SS ___
Desk ___   Off ___

If more than two employers and/or insurers to be joined, attach additional page and provide above information for each employer and/or insurer.

Form 07-6111 (Rev. 10/95)        CONTINUED ON BACK        11

EXHIBIT B
Page 4 of ___

01/10/2007 12:03 FAX  9072727493          GRIFFIN&SMITH                         ☒003/006

EXHIBIT _B_
Page _5_ of __

| 27. Employee's Name (Last, First, Middle Initial) | 28. Date of Injury | 29. AWCB Case No. |
|---|---|---|
| 30. Employer | 31. Insurer | |

☐ **PETITION TO TERMINATE BENEFITS (CHECK TYPE TO BE TERMINATED):**

32. ☐ Temporary Total Disability   ☐ Temporary Partial Disability   ☐ Permanent Partial Impairment   ☐ Permanent Total Disability   ☐ Medical Benefits
    ☐ Other

33. Reason for Termination:

34. ☐ We seek termination of temporary compensation and allege the disability is permanent. A Compensation Report (Form 07-6104, 07-6104A or 07-6104B) showing all compensation paid to date is attached.

35. Date Disability Became Permanent

☐ Examination by Board-selected physician under AS 23.30.095(k). (State details—Employee's attending physician's name and insurer's physician's name, nature of dispute, and dates of reports which reflect doctors' disputes.)

☒ **OTHER (STATE IN DETAIL BELOW; ATTACH ADDITIONAL PAGE IF NECESSARY):**

Petition for Permanent Total Disability
AS 23.50.180

36. ☐ COMPLETE MEDICAL SUMMARY (Form 07-6103) AND ATTACH IF REQUIRED UNDER 8 AAC 45.052.

37. PROOF OF SERVICE: I certify that on the date in #43 below I mailed or hand-delivered a true and correct copy of this petition (front and back) to the following (your petition will be returned if you do not show service to all parties and employers/insurers sought to be joined):

a. ☐ The employee in #1 at the address in #4.          b. ☒ The employer in #7 at the address in #9.
☒ The insurer in #6 at the address in #10.             d. ☐ The employer in #11 at the address in #13.
a. ☐ The insurer in #12 at the address in #14.         f. ☐ The employer in #19 at the address in #21.
g. ☐ The insurer in #20 at the address in #22.         h. ☒ Other (State name and address):

NAME _Robert Griffin_                       ADDRESS _100 A St anch, AK 99509_

NAME _____                            ADDRESS _____

## FORM WILL BE RETURNED UNLESS SIGNED BELOW

| 38. Attorney's Name and Firm Name (If Represented) | | 39. Telephone | |
|---|---|---|---|
| 40. Attorney's Address | City | State | Zip Code |
| 41. Name of Individual Submitting this Form (Print or Type) Perry L Smith | 42. Signature [signed] | | 43. Date 11-3-05 |
| 44. Address P.O. Box 60855 | City Fbk | State AK | Zip Code 99706 |

Form 07-6111 (Rev 10/04)(back)         MAIL TO ALASKA WORKERS' COMPENSATION BOARD