Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br><br>        Plaintiff,<br><br>  v.<br><br>CSK AUTO, INC.,<br><br>        Defendant. | Case No. 4:06 - cv - 00020 (RRB) |

### AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

STATE OF ALASKA      )
                                ) ss.
THIRD JUDICIAL DISTRICT  )

Eric J. Jenkins, being first duly sworn, on oath deposes and states:

1.    I am an attorney with the law firm of Davis Wright Tremaine LLP, counsel for Defendant CSK Auto in the above-captioned matter. I am competent to make this affidavit and do so based on personal knowledge.

2.      Attached hereto as Exhibit A is a true and correct copy of an affidavit that Terry Smith ("Smith") filed in the Superior Court for the State of Alaska in conjunction with his request that the court waive the posting of a cost bond on appeal.

3.      Attached hereto as Exhibit B is a true and correct copy of an affidavit that Smith filed in the Supreme Court for the State of Alaska in conjunction with his motion to appeal at public expense and for waiver of the filing fee.

4.      Attached hereto as Exhibit C is a true and correct copy of a Financial Statement Affidavit that Smith filed in the Supreme Court for the State of Alaska.

5.      Attached hereto as Exhibit D are excerpts from Smith's initial disclosures in this matter.

6.      Attached as Exhibit A to CSK's Motion for Summary Judgment is a true and correct copy of excerpts from the deposition of Terry Smith taken in the case titled <u>Keith Howell v. CSK Auto, Inc. d/b/a Schucks Auto Supply</u>, Case No. 3AN-00-12331 CI in the Superior Court for the State of Alaska at Anchorage.

_____
Eric J. Jenkins

SUBSCRIBED AND SWORN TO before me this 27th day of April, 2007.

_____
Notary Public for the State of Alaska
My Commission Expires: 8/4/10

AFFIDAVIT OF COUNSEL            -2
*Smith v. CSK Auto, Inc.*, Case No. 4:06-cv-00020-RRB
ANC 118953v1 0053870-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399