Terry L Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

RECEIVED
FOR _____

JAN 1 4 2005

DAVIS WRIGHT TREMAINE
BY _____

| | |
|---|---|
| TERRY L. SMITH, Plaintiff | |
| VS. | Case No. 4FA-04-2053 Civil |
| CSK AUTO INC, d.b.a. SCHUCKS AUTO SUPPLY Doe Defendants | |

### AFFIDAVIT ON MOTION

Plaintiff Pro Se Terry L. Smith States as follows:

1. Plaintiff was injured on 3-29-01 and has not worked since injured.

2. Plaintiff has cyst on spine

3. Plaintiff has not worked since injury and cannot work because of his Grievous injury to his spine.

4. Plaintiff only income is what he gets from thing he gets from friends and neighbors and from family when they're around.

5. Paying Cost Bond would Put a Greater hardship on Plaintiff

6. For the for going reasons Plaintiff prays for waiver of cost bond in this appeal

Further your Affiant Sayeth Naught.

1

EXHIBIT A
Page 1 of 2

EXC 071

Dated This \_\_11\_\_ Day Of \_\_JAN\_\_, 2005

By: _____
    Terry Lee Smith pro se

Subscribed and Sworn to before me this \_11th\_ Day of \_JAN\_, 2005.

By: _____
    Notary Public in and for Alaska

My Commission Expires: 9-9-06



AFFIDAVID ON MOTION