# IN THE SUPREME COURT
# OF THE STATE OF ALASKA
## FINANCIAL STATEMENT AFFIDAVIT

For use with a motion to waive filing fee or cost bond, when the basis for the motion is inability to pay, a motion to appeal at public expense, or an application for an exemption from filing fee under AS 9.19.010.

(for court system use)
S-11791

1. Appellant's (or Petitioner's) Name: TERRY L. SMITH
2. Appellant's Telephone: 907 488-8824
3. Case No. 4FA-04-2053CI
4. Appellant's Residence Address: 2746 PARK WAY N.P.
5. Appellant's Mailing Address: P.O. BOX 60882 FAIRBANKS ALASKA 99706
6. a. ☐Married ☒Single ☐Divorced ☐Separated ☐Widowed   b. How long? _____
7. a. Are your working now? ☐Yes ☒No   b. If not, date last worked: 3-29-01

### 8. LIST ALL EMPLOYERS FOR THE LAST 12 MONTHS

a. 1) Present or Former Employer: N/A
   2) Address & Telephone: _____
   3) Job Title: _____   4) Salary: $_____ per _____
   5) FROM _____ TO _____ (Month and Year)   5) No. Hours Per Week _____

b. 1) Present or Past Employer: N/A
   2) Address & Telephone: _____
   3) Job Title: _____   4) Salary: $_____ per _____
   5) FROM _____ TO _____ (Month and Year)   5) No. Hours Per Week _____

9. a. Do you belong to a Labor Union? ☒No ☐Yes  b. Union: _____
10. Social Security Number: _____ (Not mandatory; SSN may be used to identify assets.)
11. a. Spouse's Name: NOT MARRIED
    b. Spouse's Present or Past Employer: _____
    c. FROM _____ TO _____   d. Salary: $_____

12. DEPENDENTS:   1) Name   2) Age   3) Relationship
    a. _____
    b. _____
    c. _____
    d. _____
    e. _____
    f. _____
    g. _____
    h. _____

SC Financial Statement Affidavit-1 (Rev. 1/98)

EXHIBIT C
Page 1 of 4

### 13. MONTHLY EXPENSES

| 1) Expense | 2) Your share of payment | 3) Balance owed | 4) Amount past due |
|---|---|---|---|
| a. Housing: Rent/Mortgage | $ 455.00 | $ | $ 500.00 |
| b. Utilities: Gas/Electric/Water/Garbage | $ 102 | $ | $ 10,000 |
| c. Telephone | $ 87.00 | $ | $ |
| d. Food | $ 150.00 | $ | $ |
| e. Transportation (gas/bus) | $ | $ | $ |
| f. Car payment | $ NO CAR | $ | $ |
| g. Insurance | $ | $ | $ |
| h. Child Support/Alimony | $ | $ | $ |
| i. Loans/Credit Card (List): i. ii. iii. iv. v. | $ $ $ $ $ | $ $ $ $ $ | $ $ $ $ $ |
| j. Medical (not covered by insurance) | $ 10,000 | $ | $ |
| k. Child Care | $ | $ | $ |
| l. IRS Back Taxes | $ | $ | $ |
| m. Debts (List): i. HOSPITAL ii. iii. iv. | $ 3500 $ $ $ | $ $ $ $ | $ 3500 $ $ $ |
| n. TOTALS | $ 14,294 | $ | $ 14,000 |

### 14. INCOME INFORMATION

| | |
|---|---|
| a. Number of Permanent Fund Dividend checks received by your family within the past year | 1 |
| b. Your total net income (after taxes, but before other deductions) in the past 12 months | $ 0 |
| c. Your spouse's total net income during the past 12 months | $ 0 |
| d. Any money you expect to receive in the next 6 months (e.g. settlements, annuities) | $ 0 |
| e. Are you a seasonal employee? ☒No ☐Yes (Specify) | |

SC Financial Statement Affidavit-2 (Rev. 1/98)

EXHIBIT C
Page 2 of 4

## 14. INCOME INFORMATION (CON'T)

**f. Your total NET monthly income from:**
1) Wages: $ ⌀
2) Public Assistance: $ ⌀
3) Unemployment: $ ⌀
4) Other: $ ⌀
Explain: I GT STUFF From DUMP

**g. Your Spouse's total NET monthly income from:**
1) Wages: $ _____
2) Public Assistance: $ _____
3) Unemployment: $ _____
4) Other: $ _____
Explain: _____

## 15. FAMILY ASSETS (things you own or are buying)

| 1) Family Assets | 2) Value | 3) Amount still owed | 4) For court use only |
|---|---|---|---|
| a. Cash | $ ⌀ | | |
| b. Bank Account - checking | $ ⌀ | | |
| c. Bank Accounts - savings | $ ⌀ | | |
| d. Securities | $ | | |
| e. Pension Plans/Annuities | $ | | |
| f. Life Insurance (cash value/dividends) | $ | | |
| g. Land, Homes, Trailers | $ | $ | |
| h. Home Furnishings | $ 200 | $ | |
| i. TV, Stereo, VCR, Computer | $ 100 | $ | |
| j. Motor Vehicles  NO VEHICLE | $ NA | $ | |
| k. Snow Machines, Boats, ATVs, Motorcyles, Airplanes | $ | $ | |
| l. Jewelry, Precious Metals/Stones | $ | $ | |
| m. Furs | $ | $ | |
| n. Collections (coins, ivory, etc.) | $ | $ | |
| o. Tools & Guns | $ | $ | |
| p. Sports Equipment | $ | $ | |
| q. Fishing Gear | $ | $ | |
| r. Limited Entry Permit(s) | $ | $ | |
| s. Businesses | $ | $ | |
| t. Other (Specify): i. _____ ii. _____ | $ _____ $ _____ | $ _____ $ _____ | |
| u. TOTALS | $ | $ | |

v. Specify any of above you need to earn your living and explain why: CANT WORK

SC Financial Statement Affidavit-3 (Rev. 1/98)

EXHIBIT C
Page 3 of 4

## 16. OATH

I declare, under oath, that my Financial Statement is true.
**DO NOT SIGN THIS AFFIDAVIT UNTIL YOUR SIGNATURE CAN BE WITNESSED.**

a. 1-6-05
   Date

b. [signature]
   Signature of Appellant/Parent (of appellant under 18)

Subscribed and sworn to or affirmed before me on 1-6-05, 19____ in Fairbanks(?), Alaska.

c. E. Reyna
   Notary Public / Deputy Clerk of Court
   My commission expires: w/employment

[SEAL — TRIAL COURTS, STATE OF ALASKA, FOURTH JUDICIAL DISTRICT]

---

### FOR COURT USE ONLY - DO NOT COMPLETE
### 17. FINANCIAL SUMMARY

a. Total family income for the past 12 months    $_____
b. Total assets (equity)                          $_____
   Cash                                           $_____
c. Total debts                                    $_____
d. Total family income each month                                $_____
e. Total family expenses each month                              $_____
   Amount behind                                  $_____
f. Total discretionary income each month                         $_____

h. I recommend that this request be ☐ Denied.  ☐ Approved.
i. Reasons: _____
_____
_____

j. _____        k. _____
     Date                         Signature of Deputy Clerk

SC Financial Statement Affidavit-4 (Rev. 1/98)

EXHIBIT C
Page 4 of 4