Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>　　　　Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE　　　Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-00020-RRB |

## CORRECTED INITIAL DISCLOSURES

Plaintiff Terry L. Smith Pro Se submits the following initial disclosures in accordance

with Fed R. Civ P. 26(a)(1):

1. Persons Likely to Have Discoverable Information That Plaintiff Terry L. Smith May use to support his wrongful termination in violation of public policy while under the Workers Compensation Act in violation of the FMLA ACT.

A. Records Custodian –Located at
　Csk Auto Inc
　645 East Missouri Avenue, Suite 400
　Phoenix, Az 85012

B. Human Resourse Manager-Located at
　Csk Auto Inc
　645 East Missouri Avenue, Suite 400
　Phoenix, Az 85012

C. Corporate Human Resourse Department- Located at
　Csk Auto Inc
　645 East Missouri Avenue, Suite 400
　Phoenix, Az 85012

1

EXHIBIT D
Page 1 of 3

1. **DAMAGES:**

   This does not Include Punitive Damages associated with this Wrongeful termination for Csk Auto Inc Wrongeful act in violation of Public Policy.

Dated This 19 Day Of Dec ,2006

*[signature]*
Terry L. Smith Pro Se

## CERTIFICATE OF SERVICE
Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 19 Day Of Dec _____,2006 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[ ] FACSIMILE AND MAIL
[ ] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

*[signature]*
Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

5

EXHIBIT D
Page 2 of 3

Background Data for Calculations:
(Terry Smith)

| | |
|---|---|
| Birth date: | 5/2/1955 |
| Date of Hire: | 8/23/2000 |
| Termination: | Mid June 2001 |
| Initial Annualized Wage Income | $15,243.50[1] |
| Worklife Expectancy: | 16.58 years[2] |
| Treasury Yield (discount rate) | 5%[3] |
| Benefits as % of total compensation | 30%[4] |
| Estimated Trend in Compensation: | 2.7%[5] |
| Parts Sales Entry Level Wage 2005 | $10.65[6] |
| Parts Sales Experienced Wage 2005 | $16.63[7] |
| Imputed Annual Increase for Experience | 9.4%[8] |
| Sales Manager Median Wage 2005 | $26.18[9] |
| CPI Adjustment 2001-2006 | 1.135[10] |

---

[1] This is slightly less than that based upon the actual wage at $7.50 for 40 hours/wk and 52 weeks per year. It is based upon the actual paystubs for year 2000, consisting of a total of 19 weeks.
[2] Estimating Worklife Expectancy: An Econometric Approach Daniel L. Millimet Michael Nieswiadomy Hang Ryu Daniel Slottje *Journal of Econometrics*, 2003, Vol. 113, pp. 83-113 Table 2. As Mr. Smith has some college, the published estimates for high school graduate and college graduate (15.4 and 17.7) were averaged.
[3] http://www.bloomberg.com/markets/rates/index.html Ten and 30 year bonds of 4.98 and 5.02 were averaged:
[4] Source: U.S. Department of Labor, Bureau of labor Statistics "Employer Costs for Employee Compensation December 2005. http://www.bls.gov/news.release/pdf/ecec.pdf Actual benefits reviewed: CSK 401 plan; CSK Confirmation Statement; CSK Flex Care Guide; CSK Group Insurance Plan; EyeMed Vision Care Brochure; Tel-Drug Pharmacy Program. These were comparable to national data.
[5] U.S. Department of Labor, Bureau of labor Statistics "Employment Cost Index: March 2006". http://www.bls.gov/news.release/pdf/eci.pdf (page 4)
[6] Alaska Department of Labor and Workforce Development, Research and Analysis Division: May 2005 Alaska Wage Rates - Fairbanks North Star Borough.
[7] Ibid.
[8] Assumes five years from entry-level wage to "experienced" level wage.
[9] Alaska Department of Labor and Workforce Development, Research and Analysis Division: May 2005 Alaska Wage Rates - Fairbanks North Star Borough.