Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CSK AUTO, INC., | ) |
| | ) Case No. 4:06-cv-00020 (RRB) |
| Defendant. | ) |
| | ) |
| | ) |

OPPOSITION TO MOTION TO AMEND PLAINTIFF'S REQUEST FOR ADMISSION DEEMED ADMITTED

Terry L. Smith's ("Smith") Motion to Amend Plaintiff's Request for Admission Deemed Admitted appears to constitute a request that this Court withdraw its Order at Docket 73, and permit Smith to serve new responses to CSK's Requests for Admission. The motion is baseless and should be denied

Smith's motion does not indicate what admissions he seeks to withdraw, or provide any evidence that any of the facts deemed admitted are in fact false. As this

Court is aware, Smith filed substantially belated responses to CSK's requests for admission at Docket 69 that consisted of little more than an assertion that every request for admission was too vague and ambiguous for Smith to respond. Smith claims he could not make sense of questions such as:

> REQUEST FOR ADMISSION NO. 1: Admit that you have performed no work of any kind for CSK since 2001.
>
> REQUEST FOR ADMISSION NO. 2: Admit that you have not held any job for any employer since 2001.
>
> REQUEST FOR ADMISSION NO. 3: Admit that you have not applied for any jobs since 2001.
>
> REQUEST FOR ADMISSION NO. 4: Admit that you did not seek employment with CSK at any time between August 2001 and the date that this case was removed to federal court by CSK (July 14, 2006).
>
> REQUEST FOR ADMISSION NO. 5: Admit that, during the period of January 1, 2002 through the date that this case was removed to federal court by CSK (July 14, 2006), you never sought and were refused reemployment with CSK.
>
> REQUEST FOR ADMISSION NO. 6: Admit that you never sought and were refused reemployment with CSK.

See Docket 56. Smith's responses were clearly made in bad faith and he should not now be permitted, three months after those discovery requests were served, to withdraw his admissions. This is particularly true given the fact that <u>Smith still has served no responses to CSK's interrogatories</u>. Moreover, CSK has also prepared and filed a

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

OPPOSITION TO MOTION TO AMEND PLAINTIFF'S REQUEST
FOR ADMISSION DEEMED ADMITTED        2
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 120016v1 0053870-000005

summary judgment motion that relies upon Smith's admissions in support of at least one alternative basis for summary judgment.

Smith makes vague allegations that CSK did not adequately respond to Smith's discovery. This issue was already addressed in conjunction with CSK's motion to have Smith's requests for admission deemed admitted (See Docket 67). As stated therein, CSK responded as best it was able to Smith's requests. Many of Smith's requests sought information with no discernible relation to this matter, or were otherwise improper. Counsel for CSK offered to discuss with Smith any concerns he had regarding CSK's responses, and Smith never took advantage of that offer. See Docket 68 at p.3.

For the foregoing reasons, Smith's motion should be denied.

DATED this 27th day of April, 2007.

>                    DAVIS WRIGHT TREMAINE LLP
>                    Attorneys for Defendant CSK Auto, Inc.
>
>                    By: s/ Eric J. Jenkins
>                        Eric J. Jenkins, ABA# 0011078
>                        James H. Juliussen, ABA# 9211082
>                        701 W. 8th Ave., Suite 800
>                        Anchorage, AK 99501
>                        Phone: (907) 257-5300
>                        Fax: (907) 257-5399
>                        ericjenkins@dwt.com
>                        jimjuliussen@dwt.com

<u>Certificate of Service:</u>

I certify that on April 27, 2007, a true and
correct copy of the foregoing Opposition to Motion to Amend Plaintiff's
Request for Admissions Deemed Admitted was served on the following via:

( X ) First Class Mail
(    ) Facsimile and Mail
(    ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____s/ Janet Eastman_____
           Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

OPPOSITION TO MOTION TO AMEND PLAINTIFF'S REQUEST
FOR ADMISSION DEEMED ADMITTED                                4
*Smith v. CSK Auto, Inc. 4:06-cv-00020 (RRB)*

ANC 120016v1 0053870-000005