Terry L. Smith
PO BOX 60882
FAIRBANKS,AK 99706
(907)488-8824

RECEIVED
MAY 0 1 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
      Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE     Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-00020-RRB

## SUPPLEMENTAL DISCLOSURES

Comes now, the plaintiff Terry L. Smith herein, hereby pursuant to Discovery Rule 26 (a)

Files a a supplemental Disclousure of documents that are direct from Csk Auto Inc.

which also are in the hands of Defendants, who failed to Disclose such information to

Plaintiff as Document is relevant.

1. A copy of All documents, data compilations and tangible things are in the possession, custody and control is in the hands of defendants Csk Auto Inc.

2. Title view file notes from Csk Auto Corp policy No. TO463208 [Exh P.]

3. Persons who have information:

    A. Joe Nasser
    B. Julie strickland
    C. Anolee holcomb
    D. Brian seigal
    E. Susan kosinski

Note supplemental Disclosure has been provided as Defendants are hiding information that Plaintiff has requested under initial Disclosure and the for going document is relevant to Plaintiffs case.

Dated This 4 Day Of MAY ,2007

Terry L. Smith Pro SE

## CERTIFICATE OF SERVICE
Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 4 Day Of MAY _____,2007 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

2

CLAWS - 290031286300                                                              Page 1 of 4

 **ROYAL &** **SUNALLIANCE**    Claim Functions    Form Letters    Notes    Referrals    Diary    Other

Find Claim

## View File Notes

### You may change selection criteria and click submit

| Claim: 290031286300 | Insured: CSK AUTO CORPORATION | Policy: TO463208 |
|---|---|---|
| Special Handling Instructions | | |
| 00 - WCLTO - TERRY SMITH ▾ <br> Multiple suffixes separated by a comma: | ☑ all  ☐ contact  ☐ coverage <br> ☐ disability  ☐ investigation <br> ☐ litigation  ☐ medical info <br> ☐ negotiation  ☐ other  ☐ reinsurance <br> ☐ reports  ☐ reserves  ☐ subrogation <br> ☐ supervisory | ● LIFO <br> ○ FIFO <br><br> ● Include Text <br> ○ List Only |

Author(s) last name separated by a comma: [          ]

Show notes entered during this time frame. From: [          ]          To: [          ]

**Submit**                                                              Go To Bottom of Page

---

☐ Suffix: **00** Subject: Claim Type:**WCLTO** Date : **09/27/2004** Author: **COHEN**

Worker's Compensation Special Claims Handling Instructions

.

Account Name: CSK AUTO CORPORATION

.

UIS Account Number: 000487766

.

Company Code Policy Number Effective Date Expiration Date Description
R2
R2
R2
S
R
R
R
R
R
R
R
R
R
R
R AP001948
TE464050
TO463208
TE464050
TC459260
TC463209

CLAWS - 290031286300

TE463210
TO463208
TC459260
TE459261
TO459256
TC459260
TC459302
TE459261
TO459256 12/01/2001
12/01/2002
12/01/2001
12/01/2002
12/01/2000
12/01/2000
12/01/2000
12/01/2000
12/01/1999
12/01/1999
12/01/1999
12/01/1999
12/01/1999
12/01/1998
12/01/1998 12/01/2002
12/01/2003
12/01/2002
12/01/2003
12/01/2001
12/01/2001
12/01/2001
12/01/2001
12/01/2000
12/01/2000
12/01/2000
12/01/2000
12/01/2000
12/01/1999
12/01/1999 OR,WI,HI,; SERVICE ONLY WASH; AOS; SERVICE ONLY; WI,OR,HI; OR,WI,HI;
EXCESS EL-WA; AOS; OR,HI,WI,NV; EXCESS EL-WA; AOS; OREGON & HI; SPARE#; EXCESS
EL-WA; AOS


Contact Information Updated On:

Reserve Information Updated On:

Coding Information Updated On:

Settlement Instructions Updated On:

Systems Information Updated On:

Denial/Contraverted WC Claim Info Updated On:

Payment/Salary Continuation Updated On:

Additional Comments/Information Updated On:


Underwriting Controlling Center: RMG West

RMG Account Executive Underwriter: Phone: (not found)

RMG Underwriting Assistant: PAT SMITH Phone: (303) 930-6131

RMG Client Services Consultant: JOSEPH LINKOUS Phone: (773) 281-8328

Risk Consulting Account Manager: Mike Wacker Phone: (303) 930-6142

Client Contact Information
Client Contact Name: Fran Horner CA only
602-631-7332
fhorner@cskauto.com
645 East Missouri Avenue
Phoenix, AZ 85012 Client Contact Name: Joe Nassar
602-631-7332
jnassar@cskauto.com
all states except CA
Broker Contact Information
Broker Contact: Julie Strickland
602-787-6150
strickland_ju@willis.com

Broker Contact:


General Account Information
Coding Information
Systems Information
Reserve Information
Settlement Instructions
Denial / Contraverted Workers Compensation Claim Information
Payment/Salary Continuation Information
Additional Comments and Information


Send Notification To Claims Office:
Send Notification by RSA/USA Directory:


Comments / Response:




Author: Gloria Hall/DENV/ROYAL-SSD Created: 04/10/2002 01:01:36 PM
Last Modified:
09/10/2004 04:14:45 PM


☐ Suffix: 00 Subject: STATUS Claim Type:WCLTO Date : 09/25/2004 Author: 08178

WE CONTINUE TO MONITOR FOR SIME NOTICE

CLAWS - 290031286300                                                    Page 4 of 49

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **08/24/2004** Author: **SCHILLER**

REVIEWED FOR TSF OF 8/24/04, NOTES/DIARY UPDATED 8/23/04

☐ Suffix: 00 Subject: SIME Claim Type:**WCLTO** Date : **08/23/2004** Author: **40536**

WE CONTINUE TO MONITOR THIS FILE FOR SIME RULING ON PSYCH EVAL.
NO SIME NOTICE RECEIVED TO DATE.

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **07/15/2004** Author: **BORDONARO**

07-15-04 TSF REVIEW - DIARY ACTIVITY NOTED

☐ Suffix: 00 Subject: **STATUS** Claim Type:**WCLTO** Date : **07/14/2004** Author: **40536**

STILL NO SIME NOTICE RECEIVED. WE WILL CONTINUE TO MONITOR THIS CLAIM FOR
ACTIVITY AND SIME NOTICE

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **06/30/2004** Author: **SEIGAL**

The case is seen for diary review. Anolee has left the company, I am in the
process of redistributing her case load. Will forward diary for future review
to new supervisor.

☐ Suffix: 00 Subject: **dup pymt?** Claim Type:**WCLTO** Date : **06/17/2004** Author: **HOLCOMB**

From: ANOLEE HOLCOMB/DENV/ROYAL-SSD
06/17/2004 11:54 AM
To: Jnassar@cskauto.com
cc: Estelle-Tokash@wiltonalaska.com

Subject: Fw: Terry Smith

Joe:

I don't see two payments issued 12/18/03 - I don't even see one? I have

05/18/04 HLTHPRT 2754303 61 4.00
05/05/04 MEDATA (JRNL) 61 4.90
04/29/04 ADVANCED PAIN THERAPE 10/24/02 10/24/02 25 296.22
12/03/03 LGLBILLR (JRNL) 79 3.20

11/24/03 THE INDEPENDENT MEDIC 09/17/03 09/17/03 41 247.60

11/14/03 EAGLE CAB & YELLOW CA 07/25/03 07/25/03 20 104.20

11/12/03 CARRS QUALITY CENTER 08/13/03 08/13/03 21 88.58
11/12/03 CARRS QUALITY CENTER 08/22/03 08/22/03 21 68.68
11/11/03 CARRS QUALITY CENTER 07/18/03 07/18/03 21 65.04
11/11/03 (STOP) 10 10,000.00-

10/17/03 TERRY SMITH 10/17/03 10/17/03 10 10,000.00

Anolee
Forwarded by ANOLEE HOLCOMB/DENV/ROYAL-SSD on 06/17/2004 11:44 AM -----
From: ANOLEE HOLCOMB/DENV/ROYAL-SSD
06/10/2004 10:52 AM
To: Estelle-Tokash@wiltonalaska.com
cc

Subject: Fw: Terry Smith

Estelle:


Anolee
Forwarded by ANOLEE HOLCOMB/DENV/ROYAL-SSD on 06/10/2004 10:44 AM -----
From: "Nassar, Joe"
06/10/2004 10:25 AM
To:
cc

Subject: Terry Smith


"
Joseph H. Nassar
Sr. Claims Specialist
Risk Management Dept.
CSK Auto, Inc.
Tel 602-631-7395
Fax 602-294-7395


☐ Suffix: 00 Subject: **STATUS** Claim Type:**WCLTO** Date : 06/10/2004 Author: 40536

THIS CLAIM HAS BEEN RE-DIARIED WE CONTINUE TO MONITOR FOR PSYCH EVAL/SIME


☐ Suffix: 00 Subject: **STATUS** Claim Type:**WCLTO** Date : 05/28/2004 Author: 40536

WE CONTINUE TO AWAIT RULING ON PSYCH EVAL AND SIME. THERE HAS BEEN NO NEW
ACTIVITY ON THIS CLIAM.


☐ Suffix: 00 Subject: Claim Type:**WCLTO** Date : 05/19/2004 Author: HOLCOMB


From; ANOLEE HOLCOMB/DENV/ROYAL-SSD
04/22/2004 12:31 PM
To: Brian Seigal/Englewood/GNIC@ROYAL-HQ

Subject: Re: Fw: 2900312863 SMITH V CSK

My mistake - won't happen again, I had several notes in file under heading of
"supervisor" from EC on these files - so I sent these to her. Now that I look,
they were just confirming payments or diaries that were worked. It will not
happen AGAIN - From now on, until you tell me otherwise, I will report
everything to you - like I always did before until these two things

Anolee

From: Brian Seigal/Englewood/GNIC
04/22/2004 12:08 PM
To: ANOLEE HOLCOMB/DENV/ROYAL-SSD@ROYAL-HQ

Subject: Fw: 2900312863 SMITH V CSK

When you get a chance please stop in. I want to make sure that we have
workflow coordinated. If you are available at 2:00 let's meet.
Brian


Brian Seigal, AIC
Royal & SunAlliance
(T) 303-723-6029
(F) 303-930-6115

Forwarded by Brian Seigal/Englewood/GNIC on 04/22/2004 12:01 PM -----
From: E C PIERCE/GLEN/ROYAL-SSD
04/22/2004 11:10 AM
To: Brian Seigal/Englewood/GNIC@ROYAL-HQ
cc: ANOLEE HOLCOMB/DENV/ROYAL-SSD@ROYAL-HQ

Subject: Fw: 2900312863 SMITH V CSK

Brian:

Not aware of any changes, thus believe these are for your handling.

Thanks,

E.C.
Forwarded by E C PIERCE/GLEN/ROYAL-SSD on 04/22/2004 11:03 AM -----
From: ANOLEE HOLCOMB/DENV/ROYAL-SSD
04/22/2004 09:01 AM
To: E C PIERCE/GLEN/ROYAL-SSD@ROYAL-HQ
cc

Subject: 2900312863 SMITH V CSK

EC:

I guess you are the supervisor on this file now.

CLAWS - 290031286300

Forwarded by ANOLEE HOLCOMB/DENV/ROYAL-SSD on 04/22/2004 08:44 AM -----
From: "Estelle Tokash"
03/29/2004 07:04 PM
To:

Subject: 2900312863 SMITH V CSK

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **04/26/2004** Author: **HOLCOMB**

DIRATS AND RESERVE INCREASE REQUEST WILL SERVE AS CLAWS REPORT - REDIARY

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **04/22/2004** Author: **HOLCOMB**

☐ Suffix: 00 Subject: **RESERVES** Claim Type:**WCLTO** Date : 04/22/2004 Author: **HOLCOMB**

From: ANOLEE HOLCOMB/DENV/ROYAL-SSD
04/22/2004 09:01 AM
To: E C PIERCE/GLEN/ROYAL-SSD@ROYAL-HQ
cc

Subject: Fw: 2900312863 SMITH V CSK

☐ Suffix: 00 Subject: **DIRATS** Claim Type:**WCLTO** Date : 04/22/2004 Author: HOLCOMB

From: "Estelle Tokash"

03/29/2004 07:04 PM

According to Christi, this one should be pretty active again soon.

DIRATS
Claim # 290031286300
Smith v CSK Auto
DESCRIPTION: 45 yr old male employed by our insured as a delivery driver
reports that on 3/29/01 he sustained an injury to his low back when he was
lifting cases of anti-freeze.
EE sought treatment with Dr. Lefgren who diagnosed acute muscle strain she
prescribed time loss, muscle relaxers and anti-inflamatories. 2 weeks later Dr.
Lefgren referred EE to Dr. Duddy for an Ortho eval. Dr Duddy ordered and MRI,
which revealed 1. Fragmented anterior osteophyte superior endplate of L5 & a
mild circumferential annular bulge of L5, which partially flattens the anterior
aspect of the calsac without nerve root displacement; degenerative disc
disease. No disc hernia ion or protrusions evident. Dr. Duddy did not find EE
to be a surgical candidate and referred EE to Dr. Klimow for evaluation and
treatment of Lumbar Strain. Dr. Klimow diagnosed lumbosacral back pain with
negative neurologic exam. She prescribed clebrex, neurontin, flexeril, modified
duty at work and recommended EMG studies. 5/8/01 Dr. Klimow preformed
bilateral steroid injections. Bilateral lower extremity EMG study showed normal
limits. 6/26/01 Dr. Klimow EE undergoes a 2nd epidural steroid injection and
Dr. Klimow recommends the work hardening program at BEAR in Anchorage. 8/6/01
Dr Klimow suspects an annular tear and considers a discogram, maybe an IDET.
8/14/01 Dr. Klimow refers IW to Dr. Rose for a psychological evaluation
suspects that there might be an underlying mental disorder. Dr Klimow finds IW
medically stable and rates him at 5% whole person and opines that IW will not
be able to return to the job of injury.
8/27/01 WAS adjuster requested that EE be evaluated for vocational
rehabilitation pursuant to Dr. Klimow's recommendations
12/26/01 EE saw Dr. Pierson for an evaluation; this was a change of physician.
Dr. Pierson recommended an epidural cortisone injection and prescribed vioxx
rather than vicodin for pain.
1/10/02 EE underwent another epidural injection and on
2/6/02 Dr. Pierson noted that he had no additional treatment to offer and
referred the claimant to Advanced Pain Center Dr Stinson.
3/4/02 Dr Susan Anderson at Advanced Pain Center of Alaska diagnosed Discogenic
low back pain @ L5-S1 and hypermobility @ L5-S1. Dr Anderson prescribed meds,
an Advanced Pain Center Psych eval, BiLateral L5 transforaminal epidural
steroid injection, provocative discography, possible candidate for annuloplasty
or IDET. Not medically stable.
Additional diagnostics were done by Dr. Anderson and Advanced pain Center of
AK, the IDET procedure was performed 10/30/02
WAS filed several controversions: release not received timely, release rec'd
but protective order not filed, treatment with Dr. Klimow after IW changed
physicians to Dr. Pierson.

ISSUES: The claimant was found not eligible for Vocational Rehabilitation
because Dr. Klimow stated that EE could return to some of the jobs that he held
in the past 10 years. EE filed a claim for VR benefits and hired William
Erwin, Esq. To represent him, later EE fired Mr. Erwin and retained the
services of Barbara Williams, with the Injured Workers' Alliance.
A Partial Compromise and Release that settled Vocational Rehabilitation
benefits as well as permanent partial disability benefits in the amount of
$10,000.00 was approved by the Alaska Workers' Comp Board.
The C&R check had to be delivered to IW by a Process Server because IW would
not take possession of the check.
IW reported improvement of his condition as a result of the IDET procedure.
Treating phys found EE to be Medically stable with a PPI, however, Advanced
Pain Centers do not do ratings. In May 2003 the Was adjuster scheduled an IME

with Dr. Radecki for a PPI rating and to address reasonable and necessary
treatment 2 years post injury. EE notified the adjuster that he was not going
to be able to keep the IME appt because he was moving to Iowa with his whole
family.
6/4/03 EE requested travel to see Dr.Anderson, he advised that the facet block
did not hold and Dr. Anderson had to BURN OUT the nerves that had grown between
EE' s joints as a result of the facet block. Later notes indicate that the
claimant's family moved without him. WAS rescheduled IME to 7/25/03. Dr Radecki
was asked to address:
1. Diagnosis, 2.prognosis, 3.Medical Stability, 4. PPI & offset for previous
PPI, 5. Recommended treatment, 6. Reasonability of 10 proposed treatments, 7.
Relationship of continued pain to the 2001 work injury, 8. Psychological impact
on physical condition, 9. Symptom magnification.
IME findings: mild degenerative disc disease, lumbar spine, including minimal
disc bulge not felt to be symptomatic based on MRI. Chronic low back pain
despite multiple invasive procedures and IDET procedure. Long history of
complaints neck pain, low back pain, headaches, chronic fatigue and psychiatric
diagnostic possibility including pseudoneurotic schizophrenia, schizotypal
personality disorder and adjustment disorder with depression. Evidence on
physical examination of much nonphysiologic pain behavior and multiple non
physiologic responses to physical maneuvers of voiced pain with maneuvers that
should not cause pain, typical of psychogenic pain disorder, severe in nature.

Prognosis: poor for improvement of hic chronic pain
Medically stable: yes
PPI: no
Recommended Treatment: some psychological counseling for depression and
stresses - pre-existing.
Proposed Treatments: not medically reasonable or necessary
Symptom Magnification: yes.
A psychiatric IME was scheduled with Dr. Glass for 9/15/03
SIME request was filed 9/10/03
The claimant revoked his medical release notified WAS that he would not attend
IME with Dr. Glass and filed an emergency protective order. EE says that this
IME is irrelevant as he has not filed a stress claim. The Board agreed that
this IME was necessary but could not schedule and emergency pre-hearing to
address the need for the IME. In the meantime the claimant has appealed the
controversion and filed a claim for: continuing TTD benefits, Med costs,
Medical air travel to his dr. in Anchorage, penalties, interest, frivolous
controversion and adjustment(perhaps he means an adjustment of his rate?) In
addition the claimant has made numerous other filings, which will drive up the
cost of this claim. Griffin's office prepared and filed SIME form. Bob
contacted Barbara Williams and they conferenced with the AWCB they filed a
stipulation stating that we do not have to respond to any of the claimants'
discovery requests made after 8/1/03. Ms Williams noted that EE's mental
capa-cities were decreasing and noted her intention to have a guardian
appointed by the state. IW still had not cashed Partial C&R check. 10/8/03
pre-hearing could not go forward due to EE's mental condition. Williams did get
EE to set up a trust in which to deposit the C&R check.

☐ Suffix: 00 Subject: **DIRATS** Claim Type:**WCLTO** Date : **04/22/2004** Author: **HOLCOMB**

NEXT REPORT DATE: 60 days unless activity dictates otherwise.

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **04/19/2004** Author: **PIERCE**

File reviewed for diary movement. Adjuster documented transaction properly on
4/17/04.

☐ Suffix: 00 Subject:

☐ Suffix: 00 Subject: **DIRATS** Claim Type:**WCLTO** Date : **03/30/2004** Author: **40536**

DIRATS DONE IN WORD AND E-MAILED TO A. HOLCOMB.

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **03/23/2004** Author: **HOLCOMB**

From: ANOLEE HOLCOMB/DENV/ROYAL-SSD
03/23/2004 09:45 AM
To: Estelle-Tokash@wiltonalaska.com

Subject: 290031286300 - Terry Smith

Estelle:

Please bring me up to date on this file. No enteries since January. Has
guardian been appointed? Are we going to Have SIME - what is status?

Anolee

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **01/19/2004** Author: **HOLCOMB**

CLAIMANT HAS NOT BEEN ASSIGNED A GUARDIAN AS YET. REDIARY

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **01/19/2004** Author: **BORDONARO**

TSF REVIEW 01-16-04 - DIARY

☐ Suffix: 00 Subject: **DIARY** Claim Type:**WCLTO** Date : **01/16/2004** Author: **40505**

THE CLAIMANT'S REPRESENTATIVE HAS BEEN ABLE TO GET A CUSTODIAN FOR THE CLMT.
THERE HAS BEEN NO ACTIVITY SINCE THEN. I AM REDIARING FILE FOR 60 DAYS.

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **12/08/2003** Author: **BROOKS**

Verified check for $10,000 to replace check #55039074. Audit #55039303

☐ Suffix: 00 Subject: **CONCERO** Claim Type:**WCLTO** Date : **12/04/2003** Author: **07178**

MATTER ID IS NOT # 26850
MATTER ID IS 11184

☐ Suffix: 00 Subject: **CONCERO** Claim Type:**WCLTO** Date : **12/04/2003** Author: **07178**

MATTER ID # 26850

☐ Suffix: 00 Subject: **CONCERO** Claim Type:**WCLTO** Date : **12/04/2003** Author: **07178**

MATTER ID # 11184

☐ Suffix: 00 Subject: **LITIGATION** Claim Type:**WCLTO** Date : **11/17/2003** Author: **40505**

REVIEW FILE ON DIARY. CLAIM IS NOT ACTIVE AT THIS TIME. CLMT'S REPRESENTATIVE
IS WORKING ON GETTING A CUSTODIAN TO REPRESENT THE EMPLOYEE'S INTEREST DUE TO
HIS MENTAL CONDITION. PLAN: REDIARY FOR 60 DAYS. UPDATES WILL BE POSTED IF
ANYTHING SIGNIFICANT DEVELOPS.

☐ Suffix: 00 Subject: **CHECK** Claim Type:**WCLTO** Date : **11/14/2003** Author: **40505**

REQUESTED CHECK FOR $10,000 TO REPLACE CHECK #55039074 AND SENT TO OUR ATTY TO
BE SENT TO CLMT'S REPRESENTATIVE.

☐ Suffix: 00 Subject: **CHECK ISSUE** Claim Type:**WCLTO** Date : **11/11/2003** Author: **40505**

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **11/06/2003** Author: **BROOKS**

Verified payment of $10,000.

☐ Suffix: 00 Subject: **DIARY** Claim Type:**WCLTO** Date : **10/17/2003** Author: **40505**

REVIEW FILE ON DIARY. CLAIM IS ON A HOLDING PATTERN UNTIL THE CLMT'S REPRESENTATIVE CAN WORK WITH THE EMPLOYEE. SHE IS TRYING TO GET A CUSTODIAL GUARDIAN FOR HER. NOTHING WE NEED TO BE DOING AT THIS POINT.PLAN: REDIARY FOR 30 DAYS.

☐ Suffix: 00 Subject: **CHECK ISSUE** Claim Type:**WCLTO** Date : **10/17/2003** Author: 40505

}10-10-03, REQUESTED STOP PAYMENT ON CHECK 55033999 $10,000, CLMT NEVER CASHED IT. PLAN: REISSUE CHECK TODAY AND SENT TO CLAIMANT'S REPRESENTATIVE TO BE PLACED IN A TRUST ACCOUNT.

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **10/17/2003** Author: **HOLCOMB**

INTERIN - NO RELPORT NEEDED·

☐ Suffix: 00 Subject: **LITIGATION** Claim Type:**WCLTO** Date : **10/10/2003** Author: **40505**

☐ Suffix: 00 Subject: **LITIGATION** Claim Type:**WCLTO** Date : 10/08/2003 Author: 40505

☐ Suffix: 00 Subject: **LITIGATION** Claim Type:**WCLTO** Date : 09/19/2003 Author: 40505

Term,ination of benefits was filed with assertion of overpayment since he was paid after 2/20/03. 5/14/03 the claimant called and said his whole family was relocating to Iowa and so he would not be able to attend IME. We then received phone call from Dr. Anderson that he was scheduled for additional facet injections L4-5, L5-S1 on6/17 and 6/24. He was rescheduled with Dr. Radecki for IME 7/25/03. Dr. Radecki's report: Impression: mild DDD lumbar spine, including minimal disc bulge which is felt not to be symptomactic based on MRI 2. chronic low back pain compleiants with pain levels varying between 5 - 10 despite multiple invasive procedures and IDET procedure. 3. Long history of years of complaints at least periodic in nature, of neck pain, lower bnack pain, headaches, chronic fatique and psychiatric diagnostic possibility including pseudoneurotic schizophrenia, schizotypal personality disorder and adjustment disorder with depression. 4. Evidence on physical exam of non-physiologic pain behavior and multiple non-physiologic responses to physical maneuvers of voice pain with maneuvers that should not cause pain, typical of psychogenic pain disorder, severe in nature. His prognosis is poor. Dr. Radecki agreed with Dr. Anderson that Mr. Smith is medically stable as of 2/20/03 with no PPI. Dr. Radecki opines that there is no relationship between the lifting incident of 3/29/01 and Mr. Smith;s continued subjective pain complaints.

Based on this report, we controverted all forms of TTD benefits subsequent to 2-19-03, PPI benefits and all forms of medical treatment effective July 31, 2003. The controversion was sent to the claimant on 07-31-03. Since that time, we have learned claimant has been at the Workers's Compensation Board in Fairbanks, we suspect getting the necessary paperwork to appeal the Controversion.

The plan is to go ahead and request a SIME (Board ordered IME) as we only have

60 days in which to request one after the we receive our IME report. An SIME

is needed as there is a dispute between our IME doctor and claimant's IME

doctor.

Dr. Radecki (specialty physical medicine) has indicated the claimant's problem

is physiological in nature which pre-existed our injury,therefore, we are

going to arrange for a psychiatric IME with Dr.David Glass in Portland,OR. Claimant then filed an Emergency Protective Order and Objection to Mental IME. He claims the exam isa irrelevant as he has not made a stress claim and that he has trouble traveling and needs additional assistance, that the request is overburdensome on the employee and asks the Alaska Worker's Compensation Board to determine if he needs a psychiatric eval. He further stated that he feels that this is an attempt by the insurer to further insult and harass him and regards this to be undignified and degrading acts of bad faith. A prehearing officer was contact at the Fairbanks AWCD and requested emergency pre hearing to determine if the claimant should attend the IME. We indicated we would pay for an additional person to travel with the claimant to attend the IME. The Alaska Board agreed that we needed the IME, however, they could not set an emergency prehearing til then end of the month so IME appointment had to be cancelled. the claimant has not officially appealed the Controversion and has filed a workers' compensation claim dated 8/29/03 seeking continuing benefits, medical costs, airfare to see the doctor in Anchorage, penalties, interest, pensation Board

to determine if he needs a psychiatric eval. He further stated that he feels that this is an attempt by the insurer to further insult and harass him and regards this to be undignified and degrading acts of bad faith. A prehearing officer was contact at the Fairbanks AWCD and requested emergency pre hearing to determine if the claimant should attend the IME. We indicated we would pay

for an additional person to travel with the claimant to attend the IME. The
Alaska Board agreed that we needed the IME, however, they could not set an
emergency prehearing til time end of the month so IME appointment had to be
cancelled. the claimant has not officially appealed the Controversion and has
filed a workers' compensation claim dated 8/29/03 seeking continuing benefits,
medical costs, airfare to see the doctor in Anchorage, penalties, interest,
adjustment, and an unfair or frivolous con-troversion.

☐ Suffix: 00 Subject: **REPORTS** Claim Type:**WCLTO** Date : **09/18/2003** Author: **HOLCOMB**

Also they will complete the SIME
form to ask for Board ordered SIME. The employee has also filed numerous other
filings such as Petition to Quash IME from Dr. Radecki report, Notice of
Intent to rely on old outdated medical files, an old AWCB case, medical
summaryu, Petition to Bar Employer's Controversion and Cross Petition for
Frivolous Controversion, Affidavit of Fact of Terry Smith and he has filed
numerous Discovery Requests. Unfortunately the claimant is generativing a lot
of legal work as the attorney will have to respond to all of his filings. He
has also revoked all of his releases.

☐ Suffix: 00 Subject: **REPORTS** Claim Type:**WCLTO** Date : **09/18/2003** Author: **HOLCOMB**

Future Plans:

☐ Suffix: 00 Subject: **CONTACT** Claim Type:**WCLTO** Date : **09/11/2003** Author: **40505**

☐ Suffix: 00 Subject: Claim Type:**WCLTO** Date : **09/10/2003** Author: **40505**

WE DID OBTAIN A REFERRAL FROM OUR IME DOCTOR, DR. RADECKI, FOR THE CLMT TO BE
EVALUATED BY DR. DAVID GLASS, PSYCHIATRIST. THE IME WITH DR. GLASS WAS SCHEDU
LED FOR 09-14-2003 IN PORTLAND, OR. CLMT RESPONDED ON 09-2-03 AND STATED HE
WOULD NOT BE GOING TO THIS IME AND FILED AN EMERGENCY PROTECTIVE ORDER AND
OBJECTION TO MENTAL IME. HE CLAIMS THIS EXAM IS IRRELEVANT AS HE HAS NOT MADE
A STRESS CLAIM AND THAT HE HAS TROUBLE TRAVELING AND NEEDS ADDITIONAL ASSISTANC
E, THE REQUEST IS OVER BURDENSOME ON THE EMPLOYEE, HE WANTS THE AWCB TO DETERMI
NE IF HE NEEDS A PSYCHIATRIC EVALUATION. HE FURTHER STATED HE FEELS THAT THIS
IS AN ATTEMPT BY THE INSURER TO FURTHER INSULT AND HARASS HIM AND REGARDS THIS
TO BE A UNDIGNIFIED AND DEGRADING ACTS OF BAD FAITH. CHRISTI NIEMANN CONTACTED
A PREHEARING OFFICER AT THE FAIRBANKS AWCB AND REQUESTED A EMERGENCY PRE-HEAR
ING TO DETERMINE IF CLMT SHOULD ATTEND THIS EVALUATION. I HAVE INDICATED THAT
WILL PAY FOR ADDITIONAL PERSON TO TRAVEL WITH MR. SMITH TO ATTEND THE IME.
THE AWCB AGREED WE NEEDED THIS IME, HOWEVER, THE COULD NOT SET AN EMERGENCY
PREHEARING UNTIL THE END OF THE MONTH. THEREFORE, WE HAD TO CANCEL THE IME
SET FOR 09-15-03 IME. THE CLAIMANT HAS NOW OFFICIALLY APPEALED THE CONTROVERSI
ON AND HAS FILED A WORKERS' COMPENSATION CLAIM DATED 08-29-03 SEEKING CONTINUIN
G TTD BENEFITS, MEDICAL COSTS, AIRFARE TO SEE HIS DOCTOR IN ANCHORAGE, PENALTIE
S, INTEREST, ADJUSTMENT (NOT CLEAR WHAT THIS IS), AND A UNFAIR OR FRIVOLOUS
CONTROVERSION.

☐ Suffix: **00** Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **08/27/2003** Author: **HOLCOMB**

INCREASED EXPENSE TO COVER PAID TO DATE.

☐ Suffix: **00** Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **08/27/2003** Author: **HOLCOMB**

SUSAN IS ON VACATION. MOVING DIARY UNTIL SHE COMES BACK.

☐ Suffix: **00** Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **08/20/2003** Author: **LOWE**

☐ Suffix: **00** Subject: Claim Type:**WCLTO** Date : **08/06/2003** Author: **HOLCOMB**

From: "Susan Kosinski"
08/06/2003 12:23 PM
To: "Joe Nassar"
cc: "Anolee Holcomb"

Subject: Terry Smith 290031286300

Susan Kosinski
Adjuster

☐ Suffix: 00 Subject: SUPERVISORY Claim Type:WCLTO Date : 08/06/2003 Author: **HOLCOMB**

TALKED TO SUSAN - WE ARE GOING TO SET UP SIME NOW. BECAUSE WE CONTROVERTED AND
WE THINK HE WILL APPEAL. HE HAS BEEN AT THE BOARD MANY TIMES - HE APPEARS TO
LITIGATE SO THINK WE SHOULD GO AHEAD AND SET UP SIME AND IME NOW. THE IME WILL
BE WITH DR. GLASS ON THE PRE-EXISITNG PSYCHIATRIC ISSUES. THE CLAIMANT IS SUP
POSED TO BE IN ANCHORAGE TOMORROW -

☐ Suffix: 00 Subject: Claim Type:WCLTO Date : 08/04/2003 Author: 40505

RECEIVED LETTER FROM CLAIMANT VIA FAX TODAY REQUESTING DR. RADECKI'S CV AND A
MEDICAL PAYMENT SUMMARY. CLAIMANT ALSO ACCUSSED ME OF NOT COMPLYING AND HAD
THREATENING UNDERTONE IF I WAS HOLDING ANYTHING BACK DON'T!!!!!!

☐ Suffix: 00 Subject: Claim Type:WCLTO Date : 08/01/2003 Author: 40505

RESPONDED TO CLAIMANT'S 07-28-03 AND 07-31-03 LETTER AND SENT HIM AND DR. ANDER
SON A COPY OF OUR IME REPORT.

☐ Suffix: 00 Subject: MEDICAL INFO Claim Type:WCLTO Date : 08/01/2003 Author: 40505

IME REPORT FROM DR. RADECKI WAS RECEIVED BY OUR ATTORNEY ON 07-29-03 AND FAXED
TO ME ON 07-30-03. DR. RADECKI DID A VERY GOOD AND THOROUGH REPORT. HIS
IMPRESSIONS WERE: 1.) MILD DDD, LUMBAR SPINE, INCLUDING MINIMAL DISC BULGE WHI
CH IS NOT FELT TO BE SYMPTOMACTIC, BASED ON MRI, 2.) CHRONIC LOWER BACK PAIN
COMPLAINTS WITH PAIN LEVELS VARYING BETWEEN 5 AND 10 DESPITE MULTIPLE INVASIVE
PROCEDURES AND IDET PROCEDURE 3.) LONG HISTORY OF YEARS OF COMPLAINTS, AT LEAST
PERIODIC IN NATURE, OF NECK PAIN, LOWER BACK PAIN, HEADACHES, CHRONIC FATIQUE,
AND PSYCHIATRIC DIAGNOSTIC POSSIBILITY INCLUDING PSEUDONEUROTIC SCHIZOPHRENIA,
SCHIZOTYPAL PERSONALITY DISORDER, AND ADJUSTMENT DISORDER WITH DEPRESSION. 4.)
EVIDENCE ON PHYSICAL EXAM TODAY OF MUCH NON-PHYSIOLOGIC PAIN BEHAVIOR AND
MULTIPLE NON-PHYSIOLOGIC RESPONSES TO PHYSICAL MANEUVERS OF VOICED PAIN WITH
MANEUVERS THAT SHOULD NOT CAUSE PAIN, TYPICAL OF PSYCHOGENIC PAIN DISORDER,
SEVERE IN NATURE. HIS PROGNOSIS IS POOR. HE AGREED WITH DR. ANDERSON THAT
MR. SMITH WAS MEDICALLY STABLE ON 02-20-03 AND NO PPI. DR. RADECKI INDICATED
THAT THERE IS NO RELATIONSHIP BETWEEN THE LIFTING INCIDENT ON 03-29-01 AND MR.
SMITH'S CONTINUED SUBJECTIVE PAIN COMPLAINTS. BASED ON THIS REPORT, WE HAVE
GROUNDS TO CONTROVER ALL MEDICAL TREATMENT BASED ON THE FACT THE CONDITION IS
PSYCHOLOGICALLY BASED

CLAWS - 290031286300                                                    Page 18 of 49

☐ Suffix: 00 Subject: **LETTER** Claim Type:**WCLTO** Date : **07/24/2003** Author: **40505**

PREPARED RESPONSE TO CLMT'S 07-18-03 LETTER AND PROVIDED A COPY OF THE LETTER
FROM HIS DOCTOR INDICATING THE DATE OF MEDICAL STABILITY AND THE DATE I APPROVE
D THE IDET PROCEDURE 09-11-02.

☐ Suffix: 00 Subject: **CONTACT** Claim Type:**WCLTO** Date : **07/23/2003** Author: **40505**

07-23-03, PHONE CALL FROM CLAIMANT. STATES HE CANNOT GET A RIDE TO THE AIRPORT
IN FAIRBANKS. I CONTACTED EAGLE/YELLOW CAB IN FAIRBANKS AND MADE ARRANGEMENTS
FOR THEM TO PICK HIM UP AND SEND ME THE BILL FOR THE CAB FARE. CALLED CLMT
BACK AND ADVISED. CLMT AT SO REQUESTED STIPEND MONEY. I WILL SEND CLMT A CHECK
FOR MEALS ON 07-25-03
P

☐ Suffix: 00 Subject: **IME** Claim Type:**WCLTO** Date : **06/24/2003** Author: **40505**

I HAVE RESCHEDULED THE IME WITH DR. RADECKI AT TIME FOR 07-25-03, FRIDAY, AT
1:00 P.M. AS PREVIOUSLY AUTHORIZED,

☐ Suffix: 00 Subject: Claim Type:**WCLTO** Date : **06/23/2003** Author: HOLCOMB

From: "Susan Kosinski"
06/20/2003 03:11 PM

Subject: Re: 290031286300 - Terry Smith

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **06/19/2003** Author: **HOLCOMB**

From: ANOLEE HOLCOMB/DENV/ROYAL-SSD
06/19/2003 10:37 AM
To: susan-kosinski@wiltonalaska.com
cc

Subject: 290031286300 - Terry Smith



Anolee

☐ Suffix: 00 Subject: **CONTACT** Claim Type:**WCLTO** Date : **06/16/2003** Author: **40505**

RECEIVED PHONE CALL AND FAX FROM CLAIMANT AND ADVANCED PAIN CENTER. DR. ANDERS
ON HAS SCHEDULED THE CLAIMANT FOR MORE FACET INJECTIONS AT L4-5 AND L5-S1 ON
06-17-03 AND 06-24-03. MADE TRAVEL ARRANGEMENTS. CLMT ALSO NEEDS TO HAVE A
SOMEONE BE WITH HIM PER ADVANCED PAIN CENTERS PROTOCOL. HIS NIECE,MISTY, WILL
ATTEND THESE APPOINTMENTS WITH HIM. I HAVE MADE THE TRAVEL ARRANGEMENTS AND
LEFT MESSAGE ON CLAIMANT'S RECORDER WITH THE INFO AND ADVISED THAT WE WILL BE
RESCHEDULING AN IME AS IT APPEARS HE IS NOT MOVING RIGHT NOW.

☐ Suffix: 00 Subject: **RESERVES** Claim Type:**WCLTO** Date : **05/28/2003** Author: **40505**

☐ Suffix: 00 Subject: **RESERVES** Claim Type:**WCLTO** Date : **05/28/2003** Author: **40505**

☐ Suffix: 00 Subject: **CONTACT** Claim Type:**WCLTO** Date : **05/19/2003** Author: **40505**

PHONE CALL FROM CLAIMANT. STATES HE IS NOT GOOD AT ALL AND HAS A BIG PROBLEM,
HE HAS PAIN DOWN HIS LEFT LEG AND IS RUNNING A FEVER AND DR. ANDERSON WANTS TO
SEE HIM IN ANCHORAGE ON MAY 22 AT 3:30 P.M. CLAIMANT STILL CLAIMS TO BE MOVING
OUT OF STATE.

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **05/16/2003** Author: **LOWE**

☐ Suffix: 00 Subject: **CONTACT** Claim Type:**WCLTO** Date : **05/14/2003** Author: **40505**

05-14-03, PHONE CALL FROM CLMT. STATES HE HAS "VERY BAD NEWS" HIS WHOLE FAMILY
IS RELOCATING TO IOWA AND THEREFORE HE DOES NOT WANT TO BE ALONE IN FBKS SO HE
IS FORCED TO GO WITH THEM. HE STATES HE WILL NOT BE ABLE TO ATTEND IME ON 05-31
-03 AS HE WILL BE IN IOWA. HE STATES HIS BACK IS WEAK BUT HE NEEDS TO MOVE ON.
HE SEEMS UNSURE IF HE WILL PURSUE TREATMENT OR NOT IN IOWA, HE WANTS TO SEE
HOW IT DOES THEN DECIDE. I EXPLAINED TO CLMT THAT IF HE DECIDES TO SEEK FURTHE
R TREATMENT IN IOWA TO CONTACT ME AND I WILL RESCHEDULE THE IME WITH A DOCTOR
IN THE LOWER 48.

☐ Suffix: 00 Subject: Claim Type:**WCLTO** Date : 05/05/2003 Author: **40505**

05-05-03, LEFT MESSAGE ON CLMT'S RECORDER WITH TRAVEL INFO FOR 05-06-03 APPT AND FAX AUTHORIZATION FOR CAB TO AK CAB. ALSO, PREPARED AND SENT IME COVER LETTER TO CLMT WITH TRAVEL INFO.

☐ Suffix: 00 Subject: **COMP RPT** Claim Type:**WCLTO** Date : 04/29/2003 Author: **40505**

04-29-03, FILED TERMINATION COMPENSATION REPORT. ASSERTED AN OVERPAYMENT OF TTD BENEFITS FOR THE PERIOD OF 2-20-03/04-14-03 AS THE CLAIMANT'S TREATING PHYSICIAN DECLARED HIM MEDICALLY STABLE ON 02-20-03. WILL ATTEMPT TO RECOVER THE OVERPAYMENT FROM ANY FUTURE INDEMNITY BENEFITS (PPI).

☐ Suffix: 00 Subject: Claim Type:**WCLTO** Date : 04/28/2003 Author: **HOLCOMB**

CLAIMANT IS AT MMI - WE ARE SENDING CLAIMANT OUT FOR IME - THIS IS COMPLICATED CASE. WE ARE SENDING OUT FOR A RATING.

☐ Suffix: 00 Subject: **IME** Claim Type:**WCLTO** Date : 04/28/2003 Author: **40505**

SCHEDULED IME WITH DR. PATRICK RADECKI IN ANCHORAGE FOR 05-31-03 AT 11:00 A.M.

☐ Suffix: 00 Subject: **ACTION PLAN** Claim Type:**WCLTO** Date : 04/28/2003 Author: **40505**

1.) TERMINATE TTD BENEFITS AS OF 02-20-03 AND FILE APPROPRIATE COMPENSATION REPORT. 2.) SCHEDULE AN IME WITH DR. RADECKI.

☐ Suffix: 00 Subject: **CONTACT** Claim Type:**WCLTO** Date : 04/28/2003 Author: **40505**

☐ Suffix: 00 Subject: **LITIGATION** Claim Type:**WCLTO** Date : 04/28/2003 Author: **40505**

0

☐ Suffix: 00 Subject: **MEDICAL INFO** Claim Type:**WCLTO** Date : 04/28/2003 Author: **40505**

04-23-03, RECEIVED LETTER BACK FROM DR. ANDERSON WITH RESPONSES TO MY QUESTIONS . DR. ANDERSON STATES CLAIMANT IS MEDICALLY STABLE AS DEFINED BY THE AK DEFINI TION AND REACHED MEDICAL STABILITY ON 02-20-03. SHE ALSO STATED THE CLMT WILL NEED PT OVER THE NEXT 12 MONTHS. DR. ANDERSON DOES BELIEVE CLMT WILL HAVE A PPI PURSUANT TO THE AMA GUIDELINES. THE ADVANCED PAIN CENTER DOES NOT DO THEIR OWN PPI RATINGS.

☐ Suffix: 00 Subject: **CONTACT** Claim Type:**WCLTO** Date : 04/25/2003 Author: **40505**



RECEIVED TRAVEL INFO AND LEFT MESSAGE ON CLMT'S RECORDER.

☐ Suffix: 00 Subject: CONTACT Claim Type:WCLTO Date : **04/23/2003** Author: **40505**

PHONE CALL FROM CLAIMANT STATES HIS BROTHER PATRICK WILL BE GOING INSTEAD OF
DUDLEY. EMAILED TRAVEL ARRANGEMENT WITH THE CHANGE.

☐ Suffix: 00 Subject: CONTACT Claim Type:WCLTO Date : **04/23/2003** Author: **40505**

04-22-03 RECEIVED FAX FROM CLAIMANT. DR. ANDERSON HAS SCHEDULED HIM FOR 2
LUMBAR FACET INJECTIONS ONE ON 04-29-03 AND 05-06-03. HE WILL NEED AIRFARE AND
A COMPANION PRE ADVANCED PAIN CENTER. 04-23-03, PHONE CALL FROM CLMT REGARDING
RECEIPT OF INFO. ADVISED I WILL MAKE TRAVEL INFO. HIS BROTHER DUDLEY WILL
COME WITH HIM TO THESE APPTS. 04-23-03, EMAIL TO TRAVEL AGENT AND REQUESTED
TICKETS FOR 04-29-03 AND 05-06-03.

☐ Suffix: 00 Subject: RESERVES Claim Type:WCLTO Date : **04/18/2003** Author: **40505**



☐ Suffix: 00 Subject: CONTACT Claim Type:WCLTO Date : **04/18/2003** Author: **40505**

PHONE CALL WITH CLAIMANT AND PROVIDED TRAVEL INFO FOR 04-21-03 APPT. FAXED
AUTHORIZATION FOR AK CAB.

☐ Suffix: 00 Subject: CONTACT Claim Type:WCLTO Date : **04/11/2003** Author: **40505**

04-09-03, CONTACT ATTEMPT WITH CLAIMANT. 04-11-03, RECEIVED RETURN PHONE CALL
FROM CLAIMANT. HE HAS AN APPOINTMENT WITH DR. ANDERSON ON 04-21-03 AT 3:15 P.M
. WILL NEED TRAVEL ARRANGEMENTS. CLAIMANT STATES HIS BACK "BREAKS DOWN AND KIL
LS HIM" HE IS NOT SURE IF THIS IS A NORMAL THING OR NOT AND PLANS TO DISCUSS
WITH THE DOCTOR. LETTER WAS SENT TO DR. ANDERSON ON 04-09-03 REGARDING MEDICAL
STABILITY AND PPI.

☐ Suffix: 00 Subject: rcrc Claim Type:WCLTO Date : **04/10/2003** Author: **NOBLE**

MAILED 2 COPIES OF EOB AND PROCEDURES TO FIELD OFFICE FOR PAYMENT.
VALERIE PHELPHS
3/4/03
$305.00

☐ Suffix: 00 Subject: ACTION PLAN Claim Type:WCLTO Date : **03/14/2003** Author: **40505**

CLAWS - 290031286300



☐ Suffix: 00 Subject: **MEDICAL INFO** Claim Type:**WCLTO** Date : **02/26/2003** Author: **99658**

RECD AND ROUTED TO MED CHECK
1. ADVANCE PAIN THERAPEUTICS DOS 2/3/03 -ASSESSMENT: CLMT IS DOING WELL 12 WEEK
S FOLLOING SURGERY, CLMT CONTINUING TO COMPLAIN OF PAIN AND TIGHTENING GLUTEAL
REGION AND HAS LOCALIZED AT L5-S1 CLMT STARTING TO TRANSITION TO ADLS SUCH AS D
USTING AND CLEANING AS WELL AS PROGRESSIVE LIFTING, RECOMMEND WEEKLY PT.
2. APPROVED NAVIGANT TRAVEL CHARGE DOS 2/20/03.

☐ Suffix: 00 Subject: **LEGAL** Claim Type:**WCLTO** Date : **02/26/2003** Author: **99658**

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **02/22/2003** Author: **LOWE**

claim reviewed.
Please f/u with TPA for current status.

☐ Suffix: 00 Subject: Claim Type:**WCLTO** Date : **02/20/2003** Author: **HOLCOMB**

ANOLEE HOLCOMB
02/20/2003 07:41 AM

To: McKenna-Wentworth@wiltonalaska.com
cc:
Subject: 290031286300 - Terry Smith
McKenna:

Status please. When was the claimant's last visit to the doctor. Is he at
MMI? If not, when is next visit and what did doctor say?
When you respond please respond to Jean_Downing@rsausa.com. file is being
transferred to her.

Anolee

☐ Suffix: 00 Subject: Claim Type:**WCLTO** Date : **01/07/2003** Author: **HOLCOMB**

VOC REHAB SETTLED FOR $10,000. CLAIMANT UNDERWENT IDET PROCEDURE. WE ARE NOW
LOOKING FOR MMI. CLAIMANT HAS IMPROVED WITH IDENT

☐ Suffix: 00 Subject: **RCRC** Claim Type:**WCLTO** Date : **12/23/2002** Author: **LARA**

MAILED AK CLAIM TO FIELD OFFICE FOR PAYMENT. PROVIDED 2 EOBS, RAS EOA AND AK
PAYMENT PROCEDURES. CORVEL CORP DOS 10/21/02-11/20/02 $71.96.

☐ Suffix: 00 Subject: **CONTACT** Claim Type:**WCLTO** Date : **12/16/2002** Author: **40505**

12-16-02, RECEIVED FAX FROM CLAIMANT. NEEDS TRAVEL TO SEE DR. IN ANCHORAGE ON
12-19-02, POST IDET RECHECK. I MADE TRAVEL ARRANGEMENTS AND CALLED CLMT BACK.
HE STATES HIS NEIGHBOR CHECKS HIS MAIL AND THE POST OFFICE WILL NOT LET THE
NEIGHBOR SIGN FOR THE CHECK. I DID ADVISE CLAIMANT THAT WE HAVE HIRED A PROCES
S SERVER TO DELIVER THE CHECK. CLAIMANT REPORTS THAT HE IS DOING BETTER AFTER
THE IDET AND HIGHLY RECOMMENDS IT TO ANYONE WHO IS CONSIDERING. HE STILL HAS

SOME BURNING PAIN IN HIS BACK BUT THE DOCTOR INDICATED THAT IS PART OF THE RECO
VERY PROCESS.

☐ Suffix: **00** Subject: Claim Type:**WCLTO** Date : **12/16/2002** Author: **HOLCOMB**

☐ Suffix: **00** Subject: Claim Type:**WCLTO** Date : **12/11/2002** Author: **40505**

☐ Suffix: **00** Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **11/22/2002** Author: **LOWE**

Claim reviewed. Partial settlement has been approved. Clmt continues under
med care and on TTD. Clmt called stating he's having complications from IDET.

☐ Suffix: **00** Subject: **CONTACT** Claim Type:**WCLTO** Date : **11/11/2002** Author: **40505**

11-11-02, RECEIVED FAX FROM CLAIMANT. HE INDICATED HE IS HAVING COMPLICATIONS
FROM THE IDET ON 10-31-02 AND NEEDS TRAVEL TO ANCHORAGE ON 11-14-02 TO SEE DR.
ANDERSON. I CALLED CLAIMANT TO FIND OUT TIME OF APPOINTMENT, 3:15. CLMT STATE
S HE HAS BEEN IN A LOT OF PAIN SINCE THE IDET AND DOES NOT KNOW IF THIS IS NORM
AL OR NOT AND NEEDS TO SEE THE DOCTOR. I DID MAKE THE TRAVEL ARRANGEMENT FOR
THE CLMT TO COME TO ANCHORAGE ON 11-14-02.

☐ Suffix: **00** Subject: Claim Type:**WCLTO** Date : **10/21/2002** Author: **HOLCOMB**

From: "Susan Kosinski"
10/20/2002 03:49 PM

Subject: 2900312863 Terry Smith

The C & R was approved by the AWCB waiving Voc Rehab, 041K and PTD benefits in
exchange for lump sum payment in the amount of $10,000. I will be issuing the
check to the claimant on 10-21-02 in the amount of $10,000.

☐ Suffix: **00** Subject: **LITIGATION** Claim Type:**WCLTO** Date : **10/17/2002** Author: **40505**

continuance to 9/12/02. The 9/12/ hearing has been continued to 10/17/02 as
the voc counselor is not available for the 9/12 hearing.

Future Plans:


☐ Suffix: 00 Subject: **REPORTS** Claim Type:**WCLTQ** Date : **09/26/2002** Author: **HOLCOMB**

Current Status:
Claimant was lifting cases of anti-freeze two at a time, which weighed 122
pounds, and experienced a sharp pain in his low back. The claimant sought
treatment with Dr. Helyn Lefgren, M.D. on 03-30-01. Her initial
recommendations were for no work, rest, and medications. She indicated if he
did not begin to improve she would recommend a orthopedic referral. The
employee did not improve and he was referred to an orthopedic surgeon in
Anchorage, Dr. Duddy. He was seen by Dr. Duddy on 04-18-01. His impression
was possible HNP. An MRI was 04-19-01. The claimant reported that he saw Dr.
Duddy again on 04-25-01. Dr. Duddy has indicated to him that he is not a
surgical candidate and has referred him to Dr. Klimow in Anchorage on 5/1/01.
The claimant returned to light duty work on 05-14-01. He was restricted to 4
hours a day, so he received TPD benefits. The claimant had an ESI on 05-08-01.
Dr. Klimow ordered a 12 week work hardening program at Rehab Medicine
Associates. It started on 07-09-01 and the claimant has completed the program.
Dr. Klimow did declare the claimant medically stable on 08-14-01. She
provided him with a 5% PPI rating based on the AMA Guidelines, Fifth
Edition. Wilton reviewed this rating and stated it was a valid rating. It
equates to $8,850.00. PPI benefits were paid biweekly at the weekly
compensation rate. Dr. Klimow indicated that the claimant would not be able to
return to his job at the time of injury, delivery driver. She indicated that
based on his performance in the work hardening program he is only capable of
light duty work. She did write a note with work restrictions of lifting 20
pounds. A letter was sent to Dr. Klimow to determine if these were his
permanent work restrictions. Before CSK could determined whether or not they
had employment within his restrictions, he was found to be ineligible for voc
rehab as his doctor has signed off on 3 of the 4 job descriptions. Claimant
changed doctors and appealed the voc rehab decision. His new doctor tried
injections and when they did not help, referred him to the pain clinic. A
Hearing was held 5/14/02 issues 1. Employees appeal of rehab decision. 2.
Suspension of benefits based on non-compliance with AS23.30.108 and 3. Our
Peteition to compel employee to sign released.
Claimant attorney agreed to have claimant sign released. We then reinstated
PPI benefits. An oral Hearing was set for 8/1/02 to address voc rehab appeal,
suspension of PPI when altered rleases were submitted and failure of employee
to file protective order. On 7/2/02 we received Notice of Withdrawal from the
Claimant's Attorney Erwin. The pain clinic recommended IDET procedure. We
questioned Dr. Klimow regarding this procedure and the doctor said that it
might help the claimant. We now have no dispute as to stationary date as the
initial doctor agrees with the IDET. PPI was changed back to TTD and payments
resumed. Claimant is now representing himself. Claimant is now being advised
by employee advocate who advised the court that she did not have time to

prepare for the voc rehab hearing on 8/1/02 and therefore the Board granted a
continuance to 9/12/02. The 9/12/ hearing has been continued to 10/17/02 as
the voc counselor is not available for the 9/12 hearing. ·
A

Future Plans:

☐ Suffix: 00 Subject: NEGOTIATION Claim Type:WCLTO Date : 09/09/2002 Author: 40505

☐ Suffix: 00 Subject: SUPERVISORY Claim Type:WCLTO Date : 09/09/2002 Author: LOWE

☐ Suffix: 00 Subject: RESERVES Claim Type:WCLTO Date : 08/30/2002 Author: HOLCOMB

ANOLEE HOLCOMB
08/30/2002 12:57 PM

To: Jnassar@cskauto.com
cc:
Subject: 290031286300 - Terry Smith
Joe:

☐ Suffix: 00 Subject: REPORTS Claim Type:WCLTO Date : 08/30/2002 Author: HOLCOMB

Current Status:
Claimant was lifting cases of anti-freeze two at a time, which weighed 122
pounds, and experienced a sharp pain in his low back. The claimant sought
treatment with Dr. Helyn Lefgren, M.D. on 03-30-01. Her initial
recommendations were for no work, rest, and medications. She indicated if he
did not begin to improve she would recommend a orthopedic referral. The
employee did not improve and he was referred to an orthopedic surgeon in

Anchorage, Dr. Duddy. He was seen by Dr. Duddy on 04-18-01. His impression
was possible HNP. An MRI was 04-19-01. The claimant reported that he saw Dr.
Duddy again on 04-25-01. Dr. Duddy has indicated to him that he is not a
surgical candidate and has referred him to Dr. Klimow in Anchorage. He had an
appointment with Dr. Kleemo on 05-01-01. The claimant returned to light duty
work on 05-14-01. He is restricted to 4 hours a day, so he received TPD
benefits. The claimant had an ESI on 05-08-01. Dr. Klimow ordered a 12 week
work hardening program at Rehab Medicine Associates. It started on 07-09-01
and the claimant has completed the program. Dr. Klimow did declare the
claimant medically stable on 08-14-01. She provided him with a 5% PPI rating
based based on the AMA Guidelines, Fifth Edition. Wilton reviewed this rating
and stated it was a valid rating. It equates to $8,850.00. PPI benefits are
currently being paid biweekly at the weekly compensation rate. Dr. Klimow
indicated that the claimant would not be able to return to his job at the time
of injury, delivery driver. She indicated that based on his performance in the
work hardening program he is only capable of light duty work. She did write a
note with work restrictions of lifting 20 pounds. A letter has been sent to
Dr. Klimow to determine if these are his permanent work restrictions. Once her
relsponse is received, CSK Auto will be advised so they can determine if they
will be able to offer the claimant a different job within his permanent work
restrictions.
Due to the fact the claimant was not released to return to his job at the time
of injury, a Vocational Eligibility Evaluation has been requested to determine
if the claimant will be found eligible for re-employment benefits.
If CSK offers employment within the employee's predicted post-injury physical

capacities at a wage equivalent to 75 percent of the workers' gross hourly wage
at the time of injury and the employment prepares the employee to be
employable in other jobs that exist in the labor market he will not be found

eligible. Csk has been advised of this fact.
Dr. Klimow has given the claimant a prescription for a 3 month independent gym

program.
Claimant elected to use his one change of physician and has changed his
treatment to Dr. Pierson. The Vocational eligibility report was submitted to
the Board who found the claimant was not eligible for benefits due to the fact
the Dr. Klimow said that claimant could do 3 or 4 of the jobs he had held in
the last 10 years. Claimant has appealed the decision, his new doctor is
trying injections and has referred him to the pain clinic. Prehearing set for
3/11/02 and date for Hearing will be set at that time.
                    Hearing 5/14/02 issues 1. Employees appeal of rehab
uccision. 2. Suspension of benefits based on non-compliance with AS23.30.108
and 3. Our Peteition to compel employee to sign released.
Claimant attorney agreed to have claimant sign released. We then reinstated
PPI benefits. An oral Hearing was set for 8/1/02 to address voc rehab appeal,
suspension of PPI when altered rleases were submitted and failure of employee
to file protective order. On 7/2/02 we received Notice of Withdrawal from the
Claimant's Attorney Erwin. Claimant is now representing himself. Claimant is
now being advised by employee advocate who advised the court that she did not
have time to prepare for the voc rehab hearing on 8/1/02 and therefore the
Board granted a continuance to 9/12/02. The 9/12/ hearing has been continued
to 10/17/02 as the voc counselor is not available for the 9/12 hearing.

Future Plans:

☐ Suffix: **00** Subject: **RESERVES** Claim Type:**WCLTO** Date : **08/29/2002** Author: **HOLCOMB**

From: Susan Kosinski
To: Joe Nassar
Sent: Wednesday, August 28, 2002 9:37 AM
Subject: 2900312863 Smith - Reserves

Joe,

Susan Kosinski
Adjuster

☐ Suffix: **00** Subject: Claim Type:**WCLTO** Date : **08/28/2002** Author: **HOLCOMB**

"Susan Kosinski"
07/30/2002 03:00 PM

To:
cc:
Subject: Re: 290031286300 - Terry Smith
Anolee:

Susan Kosinski
Adjuster

☐ Suffix: **00** Subject: **UPDATE** Claim Type:**WCLTO** Date : **08/14/2002** Author: **40505**

RECEIVED LETTER FROM CLAIMANT WITH VARIOUS COMPLAINTS, THE MAIN ISSUE IS WHY I
PAID PPI INSTEAD OF TTD. THE ISSUE IS NOW RESOLVED AS I HAVE RECLASSIFIED THE
PPI BENEFITS PAID TO TTD AND RESUMED TTD AS HIS CURRENT DOCTOR HAS SAID HE IS
NOT MEDICALLY STABLE.
        THE CLAIMANT WROTE THE LETTER DIRECTLY TO ME RATHER THAN GOING THROUG
H HIS REPRESENTATIVE WHICH WOULD HAVE BEEN THE PROPER METHOD WE WILL REQUEST A
PREHEARING TO ADDRESS THIS MANNER SO IT WILL NOT BECOME AN ISSUE AT THE VR
HEARING.

☐ Suffix: **00** Subject: Claim Type:**WCLTO** Date : **07/29/2002** Author: **HOLCOMB**

ANOLEE HOLCOMB
07/29/2002 03:11 PM

To: susan-kosinski@wiltonalaska.com
cc:
Subject: 290031286300 - Terry Smith
Susan:

......

Anolee

☐ Suffix: **00** Subject: **MEDICAL INFO** Claim Type:**WCLTO** Date : **07/23/2002** Author: **40505**

I HAVE ASSIGNED THIS CASE TO CORVEL FOR MEDICAL CASE MANANGEMENT. THE CASE WIL
L BE HANDLED JOINTLY BY EVELENA IN ANCHORAGE AND LORI IN FAIRBANKS.

☐ Suffix: **00** Subject: **LITIGATION** Claim Type:**WCLTO** Date : 07/23/2002 Author: 40505

☐ Suffix: 00 Subject: Claim Type:**WCLTO** Date : **07/23/2002** Author: **40505**

CLAWS - 290031286300                                                    Page 31 of 49

⬜ Suffix: **00** Subject: **PREHEARING** Claim Type:**WCLTO** Date : **07/23/2002** Author: **40505**

RESULTS OF 07-22-02 PREHEARING, CLMT'S REPRESENTATIVE STATED SHE DID NOT HAVE
ADEQUATE TIME TO PREPARE FOR THE VR HEARING ON 08-01-02, THEREFORE, THE AWCB
DID GRANT THE CONTINUANCE. THE HEARING HAS BEEN RESCHEDULED TO 09-12-02. THE
AWCB ALSO HAS DENIED MOST OF THE CLAIMANT'S REQUEST FOR DISCOVERY. WILLIAMS
WILL MEET WITH OUR ATTORNEY ON WEDNESDAY 07-24-02 TO GO OVER THE DISCOVERY
REQUEST AND ONLY REQUEST WHAT IS RELEVANT TO THE CASE. THE CLAIMANT'S WITNESS
LIST WHICH LISTED OVER 30 WITNESSES WILL ALSO BE REVIEWED AND REDUCED.

⬜ Suffix: **00** Subject: Claim Type:**WCLTO** Date : **07/23/2002** Author: **HOLCOMB**

⬜ Suffix: **00** Subject: **LITIGATION** Claim Type:**WCLTO** Date : **07/22/2002** Author: **40505**

⬜ Suffix: **00** Subject: Claim Type:**WCLTO** Date : **07/18/2002** Author: **40505**

☐ Suffix: **00** Subject: Claim Type:**WCLTO** Date : **07/18/2002** Author: **HOLCOMB**

☐ Suffix: **00** Subject: **CONTACT** Claim Type:**WCLTO** Date : **07/17/2002** Author: **40505**

RECEIVED TELEPHONE CALL FROM CLAIMANT. HE STATES HE HAS PT APPOINTMENTS ON THU
RS AND FRIDAY IN FAIRBANKS AND NEEDS TRANSPORTATION. I ADVISED THAT I DO NOT
HAVE A CAB ACCOUNT SET UP IN FAIRBANKS AND THAT HE COULD TAKE A CAB TO THE APPT
AND SUBMIT RECEIPTS TO ME FOR REIMBURSEMENT AND/OR HAVE A FRIEND TAKE HIM AND
SUBMIT A REQUEST FOR MILEAGE REIMBURSEMENT.

☐ Suffix: **00** Subject: **UPDATE** Claim Type:**WCLTO** Date : **07/16/2002** Author: **40505**

☐ Suffix: **00** Subject: **LITIGATION** Claim Type:**WCLTO** Date : **07/16/2002** Author: **40505**

THE PREHEARING ON 07-08-02 WAS TO ADDRESS THE DEPOSITION. THE AWCB DID ORDER
THE CLMT TO ATTEND THE DEPOSITION. P

CLAWS - 290031286300

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **07/08/2002** Author: **LOWE**

M Diary was 4/9/02. report completed for file review on 3/12/02. M report was
never completed.                              Need to reevaluate once
decision comes down from hearing today.

☐ Suffix: 00 Subject: **LITIGATION** Claim Type:**WCLTO** Date : **07/02/2002** Author: **40505**

WE RECEIVED A NOTICE OF WITHDRAWAL FROM THE CLAIMANT'S ATTORNEY, ERWIN. CLMT
IS NOW REPRESENTING HIMSELF. HE HAS FILED A MOTION FOR PROTECTIVE ORDER ON
THE DEPOSITION THAT IS SCHEDULED FOR 07-08-02. AN EMERGENCY PREHEARING IS
SCHEDULED FOR 07-03-02 TO ADDRESS THIS. I HAVE ALSO RESCHEDULED THE IME'S FOR
08-19-02 WITH DR. BINDER AND DR. TURCO AND 08-20-02 WITH DR. FULLER.

☐ Suffix: 00 Subject: **RESERVES** Claim Type:**WCLTO** Date : **06/28/2002** Author: **HOLCOMB**

☐ Suffix: 00 Subject: Claim Type:**WCLTO** Date : **06/26/2002** Author: **40505**

THE 03-11-02 PREHEARING WAS RESCHEDULED BECAUSE THE CLAIMANT ADVISED THAT HE
WAS TRYING TO GET AN ATTORNEY. RELEASES WERE FAXED TO THE CLMT THAT DAY.
SINCE THEN THE CLAIMANT HAS HIRED WILLIAM ERWIN TO REPRESENT HIM. THE MOST
RECENT PREHEARING WAS HELD ON 05-14-02. THE ISSUES WERE 1.) EE'S APPEAL OF
REHAB DECISION, 2.) SUSPENSION OF BENEFITS BASED ON NON-COMPLIANCE WITH AS23.30
.108. AND 3.) OUR PETITION TO COMPLEL EE TO SIGN RELEASES. CLMT ATTY AGREED TO
HAVE EE SIGN RELEASES. (WE HAVE SINCE RECEIVED COMPLETED UNALTERED RELEASES)
WE DID REINSTATE THE PPI BENEFITS UPON RECEIPT OF THE SIGNED RELEASES. A
ORAL HEARING HAS BEEN SET FOR 08-01-2002 TO ADDRESS THE VOC. REHAB APPEAL AND
THE SUSPENSION OF PPI BENEFITS WHEN ALTERED RELEASES WERE SUBMITTED AND FAILURE
OF EE TO FILE A PROTECTIVE ORDER PURSUANT TO AS23.30.108.

☐ Suffix: 00 Subject: Claim Type:**WCLTO** Date : **06/26/2002** Author: **HOLCOMB**

M REPORT DONE 3/12/02. I HAVE PLACED A CALL TO /SUSAN TO SEE OUTCOME OF HEARIN
G BUT I BELIEVE IT WAS POSTPONED.

CLAWS - 290031286300                                              Page 34 of 45

☐ Suffix: 00 Subject: **DEPO** Claim Type:**WCLTO** Date : **06/25/2002** Author: **40505**

THE CLAIMANT'S DEPOSITION HAS BEEN SCHEDULED FOR 07-08-02. I WILL BE UNABLE TO
ATTEND THIS AS I WILL BE ON VACATION THAT WEEK.

☐ Suffix: 00 Subject: Claim Type:**WCLTO** Date : **06/19/2002** Author: HOLCOMB

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **06/11/2002** Author: LOWE

Claim reviewed.
M diary is 4/9/02 - complete report now.
What happened at 3/11/02 hearing?

☐ Suffix: 00 Subject: Claim Type:**WCLTO** Date : **05/21/2002** Author: HOLCOMB

S1
E
S
T

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **05/17/2002** Author: LOWE

Claim reviewed. See my prior 2 notes.
You have a M diary since 4/9/02.

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **04/27/2002** Author: LOWE

Claim reviewed on M diary. Report is pending. Please complete.

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **04/05/2002** Author: LOWE

Claim reviewed.
Clmt was turned down for voc benefits. Hearing was 3/11/02. Need update.
please update the suit code.

☐ Suffix: 00 Subject: Claim Type:**WCLTO** Date : **03/23/2002** Author: HOLCOMB

ANOLEE HOLCOMB

CLAWS - 290031286300

03/23/2002 08:09 AM

To: "Susan Kosinski"
cc:
Subject: Re: 2900312863 Smith - Check Status
CLAIM ADVICE PANEL A323

ISSUE DATE: 10/26/01 ENTRY DATE: 11/12/01

ENTRY TIME: 11:36 HRS
PAY TO THE TAXPAYER ID NUMBER: 920058679

ORDER OF: REHABILITATION MEDICINE ASSOCIATES

THE SUM OF: $75.00

IN PAYMENT FOR: DATES OF SERVICE FOR TERRY SMITH

FROM 09/25/01 TO 09/25/01 422491

CO SYM: S POLICY SYM / NO: TO 463208

CLAIM NUMBER: 290031286300 PMT NUM: 55027524 AUDIT NUMBER: 55027524

ENTRY ID: 77883 AUTH ID: 77883 DRAFT STATUS: PAID

MNGD CARE CLASS: MFM AMOUNT CHARGED: $75.00

MNGD CARE INV: 422491 AMOUNT PAID: $75.00


Check shows paid. I have requested a copy of the check.

Anolee


"Susan Kosinski"
03/19/2002 02:21 PM

To: "Anolee Holcomb"
cc:
Subject: 2900312863 Smith - Check Status

Anolee:

Rehab Medicine Associates claim they never received check # 55027524, dated
10-26-01 in the amount of $75.00 for date of service 09-25-01. Could you
please check the status of this check? If it has been cashed, I will need a
copy of the front and back of the check. If it has not been cashed, please
request a stop payment and let me know when it is ok to reissue.

Thanks
Susan

CLAWS - 290031286300

□ Suffix: 00 Subject: **REPORTS** Claim Type:**WCLTO** Date : **03/11/2002** Author: **HOLCOMB**

Current Status:
Claimant was lifting cases of anti-freeze two at a time, which weighed 122 pounds, and experienced a sharp pain in his low back. The claimant sought treatment with Dr. Helyn Lefgren, M.D. on 03-30-01. Her initial recommendations were for no work, rest, and medications. She indicated if he did not begin to improve she would recommend a orthopedic referral. The employee did not improve and he was referred to an orthopedic surgeon in Anchorage, Dr. Duddy. He was seen by Dr. Duddy on 04-18-01. His impression was possible HNP. An MRI was 04-19-01. The claimant reported that he saw Dr. Duddy again on 04-25-01. Dr. Duddy has indicated to him that he is not a surgical candidate and has referred him to Dr. Klimow in Anchorage. He had an appointment with Dr. Kleemo on 05-01-01. The claimant returned to light duty work on 05-14-01. He is restricted to 4 hours a day, so he received TPD benefits. The claimant had an ESI on 05-08-01. Dr. Klimow ordered a 12 week work hardening program at Rehab Medicine Associates. It started on 07-09-01 and the claimant has completed the program. Dr. Klimow did declare the claimant medically stable on 08-14-01. She provided him with a 5% PPI rating based based on the AMA Guidelines, Fifth Edition. Wilton reviewed this rating and stated it was a valid rating. It equates to $8,850.00. PPI benefits are currently being paid biweekly at the weekly compensation rate. Dr. Klimow indicated that the claimant would not be able to return to his job at the time of injury, delivery driver. She indicated that based on his performance in the work hardening program he is only capable of light duty work. She did write a note with work restrictions of lifting 20 pounds. A letter has been sent to Dr. Klimow to determine if these are his permanent work restrictions. Once her relsponse is received, CSK Auto will be advised so they can determine if they will be able to offer the claimant a different job within his permanent work restrictions.
Due to the fact the claimant was not released to return to his job at the time

of injury, a Vocational Eligibility Evaluation has been requested to determine if the claimant will be found eligible for re-employment benefits.
If CSK offers employment within the employee's predicted post-injury physical

capacities at a wage equivalent to 75 percent of the workers' gross hourly wage
at the time of injury and the employment prepares the employee to be employable in other jobs that exist in the labor market he will not be found eligible. Csk has been advised of this fact.
Dr. Klimow has given the claimant a prescription for a 3 month independent gym

program.
Claimant elected to use his one change of physician and has changed his treatment to Dr. Pierson. The Vocational eligibility report was submitted to the Board who found the claimant was not eligible for benefits due to the fact the Dr. Klimow said that claimant could do 3 or 4 of the jobs he had held in the last 10 years. Claimant has appealed the decision, his new doctor is trying injections and has referred him to the pain clinic. Prehearing set for 3/11/02 and date for Hearing will be set at that time.

Future Plans:

□ Suffix: 00 Subject: Claim Type:**WCLTO** Date : 03/11/2002 Author: **HOLCOMB**

PREHEARING THIS AFTERNOON TO SET HEARING TO SET HEARING FOR VOC REHAB ISSUES.

CLAWS - 290031286300                                                    Page 37 of 49

HE HAS BEEN REFERRED TO PAIN CENTER. TOLD HIM WE WOULD NOT PAY FOR INVASIVE TR
EATMENT. NO INJECTIONS, ETC.

☐ Suffix: 00 Subject: **RESERVES** Claim Type:**WCLTO** Date : **02/28/2002** Author: **HOLCOMB**

ANOLEE HOLCOMB
02/28/2002 11:48 AM

To: Mschmitz@cskauto.com
cc:
Subject: 290031286300 - Terry Smith
Michelle:

Claimant, with his low back strain and buldge, has been referred to pain clinic
for pain management.

Anolee

☐ Suffix: 00 Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **02/27/2002** Author: **LOWE**

II.

☐ Suffix: **00** Subject: **REPORTS** Claim Type:**WCLTO** Date : **02/01/2002** Author: **HOLCOMB**

From: "Susan Kosinski"
02/01/2002 12:42 PM

Subject: Re: 290031286300 - Terry Smith

Let me know if you need anything else.

☐ Suffix: **00** Subject: Claim Type:**WCLTO** Date : 01/25/2002 Author: HOLCOMB

☐ Suffix: 00 Subject: **REPORTS** Claim Type:**WCLTO** Date : 01/04/2002 Author: HOLCOMB

From: "Susan Kosinski"
01/01/2002 12:53 PM

cc: "Michelle Schmitz"
Subject: 2900312863 Smith - Status Report

CURRENT STATUS: The claimant has elected to use his one change of physician
from Dr. Klimow to Dr. Roy Pierson.
He had an appointment with Dr. Pierson on 12-26-01. I have not received the
report for this appointment to date.
The Vocational Eligibility Evaluation report has been submitted to the AWCB.
The Vocational Rehabilitation Counselor has recommended that the claimant be
found not eligible for vocational rehabilitation benefits because Dr. Klimow
released the claimant to 3 of the 4 jobs he held in the last 10 years.
Once the AWCB has made their determination the claimant will have 10 days to
appeal if he disagrees with their findings.

CURRENT STATUS: The claimant has elected to use his one change of physician
from Dr. Klimow to Dr. Roy Pierson.
He had an appointment with Dr. Pierson on 12-26-01. I have not received the
report for this appointment to date.
The Vocational Eligibility Evaluation report has been submitted to the AWCB.
The Vocational Rehabilitation Counselor has recommended that the claimant be
found not eligible for vocational rehabilitation benefits because Dr. Klimow
released the claimant to 3 of the 4 jobs he held in the last 10 years.
Once the AWCB has made their determination the claimant will have 10 days to
appeal if he disagrees with their findings.

PLAN OF ACTION:

☐ Suffix: 00 Subject: Claim Type:WCLTO Date : **12/17/2001** Author: HOLCOMB

☐ Suffix: 00 Subject: SUPERVISORY Claim Type:WCLTO Date : 11/05/2001 Author: LOWE

CLAWS - 290031286300

cc: "Michelle Schmitz"
Subject: 2900312863 Smith - Status Report


CURRENT STATUS: The claimant has elected to use his one change of physician
from Dr. Klimow to Dr. Roy Pierson.
He had an appointment with Dr. Pierson on 12-26-01. I have not received the
report for this appointment to date.
The Vocational Eligibility Evaluation report has been submitted to the AWCB.
The Vocational Rehabilitation Counselor has recommended that the claimant be
found not eligible for vocational rehabilitation benefits because Dr. Klimow
released the claimant to 3 of the 4 jobs he held in the last 10 years.
Once the AWCB has made their determination the claimant will have 10 days to
appeal if he disagrees with their findings.


CURRENT STATUS: The claimant has elected to use his one change of physician
from Dr. Klimow to Dr. Roy Pierson.
He had an appointment with Dr. Pierson on 12-26-01. I have not received the
report for this appointment to date.
The Vocational Eligibility Evaluation report has been submitted to the AWCB.
The Vocational Rehabilitation Counselor has recommended that the claimant be
found not eligible for vocational rehabilitation benefits because Dr. Klimow
released the claimant to 3 of the 4 jobs he held in the last 10 years.
Once the AWCB has made their determination the claimant will have 10 days to
appeal if he disagrees with their findings.

PLAN OF ACTION:
1.) Continue PPI bi-weekly until vocational rehabilitation process is
completed.
2.) Await outcome of the evaluation by Dr. Pierson and proceed accordingly.
3.) Process medical bills.
4.) Next report 60 days or sooner if events warrant.

☐ Suffix: 00 Subject: Claim Type:WCLTO Date : 12/17/2001 Author: **HOLCOMB**

SDUSAN KOSINSKI CALLED FROM WILTON. SHE HAS BEEN TRYING TO GET AN ANSWER FROM
MICHELLE SCHMIDT REGARDING AN ALTERNATIVE JOB OFFER FROM CSK. NOW MICHELLE IS
GONE FOR A WEEK AND WE NEED THE ANSWER BEFORE SHE GETS BACK AS THE CLAIMANT IS
CHANGING DOCTORS. SUSAN THINKS IT WOULD BE BEST IF CSK DOES NOT DO AN ALTERNA
TIVE JOB OFFER AS THE CL;AIMANT MAY JUST HAVE ANOTHER INJURY. HOWEVER, THIS IS
NOT OUR DECISION.
CALLED FRAN HORNER IN MICHELLE'S ABSENCE - LEFT A MESSAGE ASKING HER TO CALL.
IF WE DO NOT GET A CALL BACK WILL HAVE VOC PERSON SUBMIT WITH OUT STATING WHETH
ER OR NOT WE ARE GOING TO OFF ER ALTHERNATIVE JOB OFFER. WE THINK THAT HE WILL
BE FOUND INELIGIBLE ANYWAY FOR RETRAINING - BUT THIS WAY WE CAN AT LEAST GET
THE THREE OUT OF THE FIVE JOBS OFFERS THAT THE DOCTOR HAS OKAYED INTO THE BOARD
BEFORE CLMT DOCTOR SHOP & FINDS A DOCTOR THAT SAYS HE CANNOT DO THE JOBS.

☐ Suffix: 00 Subject: SUPERVISORY Claim Type:WCLTO Date : 11/05/2001 Author: **LOWE**

Claim reviewed. 60 day report completed. Update your diary. It still shows
report it o/s.

☐ Suffix: 00 Subject: **REPORTS** Claim Type:WCLTO Date : **10/22/2001** Author: HOLCOMB

Current Status:
Claimant was lifting cases of anti-freeze two at a time, which weighed 122
pounds, and experienced a sharp pain in his low back. The claimant sought
treatment with Dr. Helyn Lefgren, M.D. on 03-30-01. Her initial
recommendations were for no work, rest, and medications. She indicated if he
did not begin to improve she would recommend a orthopedic referral. The
employee did not improve and he was referred to an orthopedic surgeon in
Anchorage, Dr. Duddy. He was seen by Dr. Duddy on 04-18-01. His impression
was possible HNP. An MRI was 04-19-01. The claimant reported that he saw Dr.
Duddy again on 04-25-01. Dr. Duddy has indicated to him that he is not a
surgical candidate and has referred him to Dr. Klimow in Anchorage. He had an
appointment with Dr. Kleemo on 05-01-01. The claimant returned to light duty
work on 05-14-01. He is restricted to 4 hours a day, so he received TPD
benefits. The claimant had an ESI on 05-08-01. Dr. Klimow ordered a 12 week
work hardening program at Rehab Medicine Associates. It started on 07-09-01
and the claimant has completed the program. Dr. Klimow did declare the
claimant medically stable on 08-14-01. She provided him with a 5% PPI rating
based based on the AMA Guidelines, Fifth Edition. Wilton reviewed this rating
and stated it was a valid rating. It equates to $8,850.00. PPI benefits are
currently being paid biweekly at the weekly compensation rate. Dr. Klimow
indicated that the claimant would not be able to return to his job at the time
of injury, delivery driver. She indicated that based on his performance in the
work hardening program he is only capable of light duty work. She did write a
note with work restrictions of lifting 20 pounds. A letter has been sent to
Dr. Klimow to determine if these are his permanent work restrictions. Once her
response is received, CSK Auto will be advised so they can determine if they
will be able to offer the claimant a different job within his permanent work
restrictions.
Due to the fact the claimant was not released to return to his job at the time

of injury, a Vocational Eligibility Evaluation has been requested to determine
if the claimant will be found eligible for re-employment benefits.
If CSK offers employment within the employee's predicted post-injury physical

capacities at a wage equivalent to 75 percent of the workers' gross hourly
wage
at the time of injury and the employment prepares the employee to be employable
in other jobs that exist in the labor market he will not be found
eligible. Csk has been advised of this fact.
Dr. Klimow has given the claimant a prescription for a 3 month independent gym

program. No other formal medical treatment is anticipated at this time.

Future Plans:

☐ Suffix: **00** Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **10/18/2001** Author: **LOWE**

60 day report is due. Please complete by 10/22/01.

☐ Suffix: **00** Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **10/15/2001** Author: **D'ANTONIO**

THIS IS AN RMG CLAIM.
File being transferred to Ursula's supervision from Debbie Schiller.
Supervisor code changed today.

☐ Suffix: **00** Subject: **SUPERVISORY** Claim Type:**WCLTO** Date : **09/24/2001** Author: **SCHILLER**

REVIEWED ON DIARY. WE ARE PAYING OUT PPD AND HAVING IW EVALD FOR VOC. IS HE
NOT WORKING IN ANY CAPACITY AT THIS TIME?

☐ Suffix: **00** Subject: **REPORTS** Claim Type:**WCLTO** Date : **09/15/2001** Author: **HOLCOMB**

From: "Susan Kosinski"
09/14/2001 03:30 PM

cc: "Michelle Schmitz"
Subject: 2900312863 Smith - Status Report


CURRENT STATUS:

The claimant has completed the work hardening program. Dr. Klimow did declare
him medically stable on 08-14-01. She provided him with a 5% PPI rating based
on the AMA Guidelines, Fifth Edition. I have reviewed this rating and it is a
valid rating. This equates to $8,850.00. PPI benefits are being paid biweekly
at the weekly compensation rate.

Dr. Klimow indicated that the claimant would not be able to return to his job
at the time of injury, delivery driver. She indicated that based on his
performance in the work hardening program he is only capable of light duty
work. She did write a note with work restrictions of lifting 20 pounds
occasionally and 10 pounds frequently and to avoid bending and squatting. I
have prepared a letter to Dr. Klimow to determine if these are his permanent
work restrictions. Once I have her response, I will advise CSK Auto so they
can determine if they will be able to offer the claimant a different job within
his permanent work restrictions.

Due to the fact the claimant was not released to return to his job at the time
of injury, I have requested a Vocational Eligibility Evaluation to determine if
the claimant will be found eligible for re-employment benefits.

If CSK offers employment within the employee's predicted post-injury physical
capacities at a wage equivalent to 75 percent of the workers' gross hourly wage
at the time of injury and the employment prepares the employee to be
employable in other jobs that exist in the labor market he will not be found
eligible.

Dr. Klimow has given the claimant a prescription for a 3 month independent gym program. No other formal medical treatment is anticipated at this time.

PLAN OF ACTION:

☐ Suffix: 00 Subject: **RESERVES** Claim Type:WCLTO Date : **08/28/2001** Author: **HOLCOMB**

ANOLEE HOLCOMB
08/28/2001 09:31 AM

To: Mschmitz@cskauto.com
cc:
Subject: 290031286300 - Terry Smith
Michelle:

Anolee

☐ Suffix: 00 Subject: REPORTS Claim Type:WCLTO Date : 07/13/2001 Author: HOLCOMB

From: "Susan Kosinski"
06/29/2001 05:02 PM

To: Fhorner@cskauto.com>

Subject: 2900312863 Terry Smith
Fran:

The claimant's doctor has ordered a six week work hardening program in Anchorage. This is scheduled to start on 07-09-01. This is a relatively good program at Rehab Medicine Associates. I will need a detailed job description for his job at the time of injury, Delivery Driver. Upon conclusion of the program a Physical Capacities Evaluation will be done and the doctor will decide if he will be able to return to his job at the time of injury.

Please fax the job description to me as soon as possible. My fax number is 907-276-3391.

Thanks for your help.

☐ Suffix: **00** Subject: **REPORTS** Claim Type:**WCLTO** Date : **07/05/2001** Author: **HOLCOMB**

From: "Susan Kosinski"
07/03/2001 12:13 PM

Subject: 2900312863 Smith - Status Report

CURRENT STATUS:

Dr. Klimow has ordered a 12 week work hardening program at Rehab Medicine
Associates. This is scheduled to start on 07-09-01. I have made arrangements
for the claimant to stay at the Alaska Hospitality House at $79.00 per day.
This is about the cheapest in town right now due to tourist season. Upon
conclusion of this program, Dr. Klimow will likely declare the claimant
medically stable, rate him and determine if he will be able to return to his
job at the time of injury.

PLAN OF ACTION:

☐ Suffix: **00** Subject: **REPORTS** Claim Type:**WCLTO** Date : **06/20/2001** Author: **HOLCOMB**

Current Status:
Claimant was lifting cases of anti-freeze two at a time, which weighed 122
pounds, and experienced a sharp pain in his low back. The claimant sought
treatment with Dr. Helyn Lefgren, M.D. on 03-30-01. Her initial
recommendations were for no work, rest, and medications. The claimant had a
follow up with her on 04-05-01 and she added physical therapy. She indicated
if he did not begin to improve she would recommend a orthopedic referral. The
employee did not improve and he was referred to an orthopedic surgeon in
Anchorage, Dr. Duddy. He was seen by Dr. Duddy on 04-18-01. His impression
was possible HNP. An MRI was 04-19-01. The claimant reported that he saw Dr.
Duddy again on 04-25-01. Dr. Duddy has indicated to him that he is not a
surgical candidate and has referred him to Dr. Kleemo in Anchorage. He had an
appointment with Dr. Kleemo on 05-01-01. The claimant returned to light duty
work on 05-14-01. He is restricted to 4 hours a day, so I will be paying TPD
benefits. The claimant had an ESI on 05-08-01. He is continuing with physical
therapy at 3 times per week. He is making some progress and still on light
duty.

Future Plans:

⌐ Suffix: **00** Subject: Claim Type:**WCLTO** Date : **05/18/2001** Author: **HOLCOMB**

"Susan Kosinski"
05/17/2001 01:58 PM

To:
cc:
Subject: Re: 290031286300 - Terry Smith
The first check should have read 04-02-01/04-15-01 (not 04-18-01)

I had to do a rate adjustment so I paid the balance due for
04-02-01/04-15-01 on the second check, 04-27-01. I also paid the 3 DWP and
TTD for 04-16-01/04-29-01.
There was no overlapping just a clerical error on the check.

Update on case:

The claimant returned to light duty work on 05-14-01. He is restricted fo 4
hours a day, so I will be paying TPD benefits. The claimant had an ESI on
05-08-01. He is continuing with physical therapy at 3 times per week. He
is making some progress.

Susan Kosinski
Adjuster


Original Message -----
From:
To:
Sent: Tuesday, May 15, 2001 11:59 AM
Subject: 290031286300 - Terry Smith


> Susan:
>
> We received two checks on this gentleman - one dated 4/18 and the other
> 4/27/01 that seem to have overlapping dates. Check issued 4/18 is for 2
> weeks of compensation 4/2/01-4/18/01 and the one issued 4/27/01 is for Bal
> due 4/2-4/25, 3 day waiting period and TTD for 4/16-4/29/01. It looks
like
> we have paid TTD for 4/16, 4/17 and 4/18/01 twice.
>
> Response?
>
> Anolee
>

⌐ Suffix: **00** Subject: **REPORTS** Claim Type:**WCLTO** Date : **05/05/2001** Author: **HOLCOMB**

From: "Susan Kosinski"
04/27/2001 04:59 PM

Subject: 2900312863 First Report

EMPLOYEE:    Terry Smith
EMPLOYER:    CSK Auto
DATE OF INJURY:  03-29-01
DATE RECEIVED BY WAS:  04-09-01

ACCIDENT DESCRIPTION: Claimant was lifting cases of anti-freeze two at a time,
which weighed 122 pounds, and experienced a sharp pain in his low back.
INJURY:      Possible HNP
COMPENSABLE:  Yes - within C & S
SUBROGATION:  None
CONTACTS: Employer: 04-09-01
Employer: Contact Attempt 04-09-01, 04-10-01 No R/S
Doctor: 04-10-01
TTD RATE: $200.31


CURRENT STATUS: The claimant sought treatment with Dr. Helyn Lefgren, M.D. on
03-30-01. Her initial recommendations were for no work, rest, and medications.
 The claimant had a follow up with her on 04-05-01 and she added physical
therapy. She indicated if he did not begin to improve she would recommend a
orthopedic referral. The employee did not improve and he was referred to an
orthopedic surgeon in Anchorage, Dr. Duddy. Apparently, the orthopedic doctors
in Fairbanks were booked until June and the claimant did not want to wait
that long.

He was seen by Dr. Duddy on 04-18-01. His impression was possible HNP. An MRI
was 04-19-01. I have not received the results of the MRI. The claimant
reported that he saw Dr. Duddy again on 04-25-01. Dr. Duddy has indicated to
him that he is not a surgical candidate and has referred him to Dr. Kleemo in
Anchorage. He has an appointment with Dr. Kleemo on 05-01-01.

The claimant has not been released to return to work. I will address light
duty work with Dr. Kleemo after the claimant's evaluation with her.

The claimant has denied any prior low back problems or injuries.

PLAN OF ACTION:



☐ Suffix: 00 Subject: REPORTS Claim Type:WCLTO Date : 04/28/2001 Author: HOLCOMB

From: "Horner, Fran"
04/23/2001 05:07 PM

To: "'susan-kosinski@wiltonalaska.com'"
cc: 'Holcomb Anolee'
Subject: FW: Terry Smith - 2900312863 - DOI 03-29-01

I faxed the wages for Terry to you today.

Fran Horner
Work Comp Administrator
CSK Auto, Inc.
602-631-7332


☐ Suffix: 00 Subject: REPORTS Claim Type:WCLTO Date : 04/19/2001 Author: HOLCOMB

From; "Susan Kosinski"

04/17/2001 12:18 PM

Subject: Fw: Terry Smith - 2900312863 - DOI 03-29-01

I just wanted to alert you that Fran has not provided me with the wage
documentation. I followed up this email on Monday (04-16-01) with a voice mail
message requesting the wage documentation. The TTD payment is due tomorrow or
we will owe a 25% penalty. If wage documentation is not received, I will pay
the TTD at the minimum or will go ahead and estimate a rate to try and reduce
the amount of penalty.

☐ Suffix: 00 Subject: pps Claim Type:**WCLTO** Date : **04/19/2001** Author: **SNELL**

E-mail Transmission received and processed.

Kathy Woodburn
Tmesys Support Services
(800)-229-5000 Ext:2820

> -----Original Message-----
> From: REYNELDA_SNELL@rsausa.com {SMTP:REYNELDA_SNELL@rsausa.com}
> Sent: Wednesday, April 18, 2001 9:08 AM
> To: RSA@Tmesys.com
> Subject: Tmesys Enrollment
>
>
> Tmesys Enrollment Form Template
>
> FAX # 800-365-6337 ?or- Email Address - RSA@Tmesys.com
>
> Mainframe System this Claim is created in and Claim Number:
> CLASS Claim#290031286300 -or- FileHandler Claim#_____
> (must be 12 digits in length for CLASS) (must be all numeric with no
> dashes)
> State of Jurisdiction: Alaska
>
> Your Branch/Office Code: ROYAL005
>
>
> Branch/Office Address: PO Box 6506
> Greenwood Village, CO 80155-9962
>
> File Handler/Adjuster Name: Anolee Holcomb
>
> Phone #: 303-771-1970 x6152
>
> Is a Nurse assigned to this claim?
>
> If yes, please provide their name and phone #:
>
>
> Injured Worker's Name: Terry Smith
> Address: PO Box 60882
> Fairbanks, AK 99706
>
> Phone #: 907-488-8824
>

CLAWS - 290031286300

> Injured Worker SS#: 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
>
> Date of Injury: 3-29-2001
>
> ICD 9 Code (if known):
> Diagnosis: low back strain
>
> Employer Name: CSK Auto
> Address: 605 Old Steese Highway
> Fairbanks, AK 99701
>
> Treating/Authorized Physician: North Pole Professiol Bldg
> Po Box 5919
> North Ploe, AK 99705
> *****************************************************************
> **
> SPECIAL INSTRUCTIONS:


********************************************************************
*************************** PHARMERICA PMSI **************************
********************************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they
are addressed. If you have received this email in error please notify
the system manager. This footnote also confirms that this email
message has been swept by MIMEsweeper for the presence of computer
viruses.
********************************************************************


E-mail Transmission received and processed.
Kathy Woodburn
Tmesys Support Services
(800)-229-5000 Ext:2820

Original Message-----
From: REYNELDA_SNELL@rsausa.com {SMTP:REYNELDA_SNELL@rsausa.com}
Sent: Wednesday, April 18, 2001 9:08 AM
To: RSA@Tmesys.com
Subject: Tmesys Enrollment

Tmesys Enrollment Form Template
FAX # 800-365-6337 ?or- Email Address - RSA@Tmesys.com
Mainframe System this Claim is created in and Claim Number:
CLASS Claim#290031286300 -or- FileHandler Claim#_____
(must be 12 digits in length for CLASS) (must be all numeric with no
dashes)
State of Jurisdiction: Alaska
Your Branch/Office Code: ROYAL005

Branch/Office Address: PO Box 6506
Greenwood Village, CO 80155-9962
File Handler/Adjuster Name: Anolee Holcomb
Phone #: 303-771-1970 x6152
Is a Nurse assigned to this claim?
If yes, please provide their name and phone #:

Injured Worker's Name: Terry Smith
Address: PO Box 60882
Fairbanks, AK 99706

Phone #: 907-488-8824
Injured Worker SS#: 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
Date of Injury: 3-29-2001
ICD 9 Code (if known):
Diagnosis: low back strain
Employer Name: CSK Auto
Address: 605 Old Steese Highway
Fairbanks, AK 99701
Treating/Authorized Physician: North Pole Professiol Bldg
Po Box 5919
North Ploe, AK 99705
*********************************************************************
SPECIAL INSTRUCTIONS:

.

*********************************************************************
FONT SIZE=2 COLOR="000000">Treating/Authorized Physician: North Pole Professiol Bldg
Po Box 5919
North Ploe, AK 99705
*********************************************************************
SPECIAL INSTRUCTIONS:

.

*********************************************************************
*************************** PHARMERICA PMSI **************************
*********************************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they
are addressed. If you have received this email in error please notify
the system manager. This footnote also confirms that this email
message has been swept by MIMEsweeper for the presence of computer
viruses.
*********************************************************************


☐ Suffix: 00 Subject: **REPORTS** Claim Type:WCLTO Date : 04/13/2001 Author: HOLCOMB

From: "Susan Kosinski"
04/10/2001 04:52 PM

To: "Fran Horner"
cc: "Anolee Holcomb"
Subject: Terry Smith - 2900312863 - DOI 03-29-01
Hi Fran,

I will be the adjuster in Alaska handling this time loss claim. In order for
me to calculate the TTD rate, I will need for you to provide me with a list of
his gross weekly earnings (or biweekly) including overtime and premium pay for
52 weeks prior to the date of injury. Please fax this information to me at
907-276-7877 as soon as possible. I must initiate TTD payments no later than
04-18-01 to avoid a late payment penalty.

The claimant's social security number is 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.

I have contacted the local store and spoke with Kathy Stein. Darryl is out of
town for a week. She indicated that there are no doubts regarding the validity
of this claim and confirmed the employee was in the course and scope of his
employment at the time of injury.

The current diagnosis is low back muscle strain.

CLAWS - 290031286300                                    Page 48 of 49

I am currently trying to reach the doctor to find out if the claimant can be
released to light duty work.
I will keep you posted.

Please let me know if you have any questions or concerns.

☐ Suffix: **00** Subject: **CONTACT** Claim Type:**WCLTO** Date : **04/09/2001** Author: **SNELL**

CSK Auto
605 Old Steese Highw
Fairbanks, AK 99701
907-456-5807

Terry Smith
PO Box 60882
Fairbanks, AK 99706
907-488-8824

North Pole Professional Bldg.
PO Box 55919
North Pole, AK 99705
907-488-4433

☐ Suffix: **XX** Subject: Claim Type: Date : **04/05/2001** Author: **HOLCOMB**

Royal & SunAlliance
Fax
To: Susan Kosinski From: A. J. Holcomb
Fax: Pages:
Phone: Date: 04/05/01
Re: 290031286300 ? Terry Smith CC:

Susan:

Employer has reported this as time loss claim. Please make 3 point contact.
Verify with insured, see if they have any doubts or concerns. Check with
claimant ? any priors? If this sounds like he may be off for a while or there
are any doubts or concerns, please take telephonic recorded statement. Obtain
medical release and check for priors

☐ Suffix: **XX** Subject: **COVERAGE** Claim Type: Date : **04/05/2001** Author: **HOLCOMB**

Coverage confirmed:

04/05/01 POLICY INQUIRY I HA32

ACCOUNT : CSK AUTO CORPORATION ACCT NUMBER: 000487766

BRANCH NAME: RMG WEST
PRODUCER : 8500041 WILLIS CORROON CORPORATION OF UIS NUMBER : 00008
UNDERWRITER: 91800 WILLIAM HODGES POLICY NO : R TO463208

EFFECTIVE : 12/01/00 POLICY TYPE : COMP
EXPIRATION : 12/01/01 OPT POL TYPE: AOS

CLAWS - 290031286300

☐ Suffix: **XX** Subject: **SUPERVISORY** Claim Type: Date : **04/05/2001** Author: **LOWE**

Appears to be lost time. Please assign to TPA and direct them in their
investigation. Manage the claim to conclussion.

| Submit |

Go To Top of Page

Claim Functions    Form Letters    Notes    Referrals    Diary    Other