UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  TERRY L. SMITH  </u>   v.   <u>  CSK AUTO INC.  </u>

DATE:  <u>  May 11, 2007  </u>   CASE NO.   <u>  4:06-cv-0020-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING MOTIONS AT DOCKETS 39 AND 78**

---

      Plaintiff's Application to Waive Filing Fee at Docket 39 and Motion to Waive Filing Fee at Docket 78 are hereby **GRANTED.**

M.O. GRANTING MOTIONS AT DOCKETS 39 AND 78