Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

RECEIVED
MAY 09 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE      Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

## (PROPOSED)ORDER DENYING DEFENDANTS MOTION FOR SUMMARY JUDGMENT

This Court having reviewed PLAINTIFFS Opposition to Motion to defendants motion for summary judgment along with Affidavit and that there is a genuine issue of material facts in contradictory in this matter which is a jury question. ; and this Court having Considered the request,

**IT IS HEREBY ORDERED** that the Defendants motion is denied.

**Dated** this_____day of_____,2007

_____
U.S. District Court Judge R.R.B.

Order