SCANNED

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA
RECEIVED MAY 09 2007

Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH, Plaintiff  Vs.  CSK AUTO INC, d.b.a. SCHUCKS AUTO SUPPLY AND DOE   Defendants | Superior Court No. 4FA-04-2053 CI  (4)-06-CV-000020-RRB |

### REPLY TO OPPOSITION FOR MOTION TO AMEND PLAINTIFFS REQUEST FOR ADMISSION DEEMED ADMITTED

Plaintiff Terry L. Smith files his reply to defendants opposition in support of his motion to Amend Plaintiffs Request for Admission Deemed Admitted. Defendants Motion is unwarranted as Defendants are sand-bagging information that Plaintiff has requested in discovery which makes it hard to answer. The facts to this issue is that the Defendants have failed to disclose information as per initial disclosures as they failed to tell and disclose a privilege log as required in initial disclosures. This issue of request for admission deemed admitted is baseless as Defendants are with-holding relevant information to plaintiffs case and has stalled plaintiffs ability to put his case together and given the fact to this issue plaintiff has responded before Defendants requested by stipulation to extend discovery. Based on this information and the fact that a stipulation is

1

in place Employee may amend his response to employer's first request for admissions, in accordance with FRCP 36 (b), where it is apparent that there is difference of opinion as to meaning of employee's response to one request, because employer will not be prejudiced in maintaining defense on merits .**Ryan v. Berwick, Indus, Inc** (1998 MD Pa) 30 F.Supp 2d 834. Other court have allowed the Amendment of such forced admissions Which is contrary to what discovery is used fore, the fact that there is a stipulation in Place and Plaintiff has a right to supplement his response **Essex Builders Group,Inc. v Amerisure Ins. Co.( 2005,MD Fla) 230 FRD 682,** It would seem unreasonable to let Defendants give evasive answers and punish Plaintiff for waiting for his discovery Request as not all of plaintiff discovery was given to him and interrogatories are evasive The court at [ Id ] stated it would work gross injustice, as they would allow defendant to escape potential liability solely because of plaintiff's excusable neglect, and defendant would not be prejudiced by their withdrawal, as plaintiff had served its answers shortly after they were due and substantial period of time remained to conduct discovery in case; and court would not hold plaintiff to admissions as sanction for failing to fully respond to admission requests, for the fore going reasons as stated above Plaintiff ask this court to with draw defendant motion to deemed request for admission admitted and or let Plaintiff Amend his answer as required by law.

Respectfully Submitted,

Terry L. Smith Pro Se

Dated This 9th Day Of May ,2007

2

## CERTIFICATE OF SERVICE
Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 9th Day Of May _____,2007 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE