Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

RECEIVED
MAY 0 9 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>　　　　Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE　　Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

STATE OF ALASKA　　　　)
　　　　　　　　　　　　) ss
FOURTH JUDICIAL DISTRICT )

### PLAINTIFFS AFFIDAVIT IN SUPPORT OF MOTION TO AMEND PLAINTIFF REQUEST FOR ADMISSION DEEMED ADMITTED.

I TERRY L. SMITH first duly sworn, upon my oath and states: The following

1. Plaintiff on December 19th 2006 sent letter to D.W.T. on corrected disclosures

2. Plaintiffs on January 19th 2007 sent letter to D.W.T. stating I am receipt of letter from D.W.T. dated January 12, 2007 as I could not respond to what I did not have.

3. Plaintiff on January 31 2007 sent letter to D.W.T. requesting his entire discovery that was not given to him.

4. Plaintiff did not intentionally not answer request for admissions

5. Plaintiffs Case is now prejudice if he is not allowed to amend request for admission deemed admitted under R. 36 (b)

6. Defendants failed to give requested discovery in disclosures

7. Defendants will not be prejudice if Plaintiff is allowed to amend

1

8. Plaintiff is being forced to admit to defendants request for admission deemed admitted.

9. Defendants are sand-bagging information that is relevant to Plaintiffs case and will not produce such relevant discovery.

10. It is not for Defendants to say what is relevant or irrelevant in discovery as Plaintiff has not asked for any thing that is not relevant to his case.

11. Defendants have failed to disclose relevant documents in this case and have prevented plaintiff from receiving relevant documents in the possession of defendants.

Further your Affiant sayeth Naught.

Dated for this 9th Day Of May, 2007 At Fairbanks, Alaska

By: _____

Subscribed and Sworn to before me this 9th Day Of May, 2007

Notary Public
CHARLES R. HARDY, JR.
State of Alaska
My Commission Expires 1/6/2010

By: _____
Notary Public in and for Alaska

My Commission Expires 1/6/2010

2