Terry L. Smith
PO BOX 60882
FAIRBANKS,AK 99706
(907)488-8824

RECEIVED
MAY 0 9 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,

        Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE      Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

STATE OF ALASKA      )
                       ) ss
FOURTH JUDICIAL DISTRICT )

### PLAINTIFFS AFFIDAVIT IN SUPPORT OF NOTICE OF GENUINE ISSUE OF CONTRADICTORY MATERIAL FACTS IN OPPOSITION FOR SUMMARY JUDGMENT

I TERRY L. SMITH first duly sworn, upon my oath and states: The following

1. Defendant state that Plaintiff is still on the books, as this is not true defendants used the workers compensation system to terminate plaintiff.

2. Defendants affidavits were made to show that plaintiff was not terminated, the fact to this issue is plaintiff was terminated because of his injuries.

3. Defendants never stated or notified plaintiff when to take FMLA leave

4. Defendants never stated or notified plaintiff when to come off FMLA leave

5. Defendants violated plaintiffs rights under the FMLA 29 § U.S.C. § 2601 et.

6. Defendant Exhibit A. references plaintiff as a former employee as defendants knew that plaintiff was terminated from his employment because of plaintiffs injuries

1

7.  Defendants Exhibit B is unanswerable as defendants are witholding information

8.      **RESPONSE TO ANSWER TO REQUEST FOR ADMISSION**

Plaintiff Terry L. Smith Responds to defendants Csk Auto Inc. Request for Admissions

ANSWER # 1. Plaintiff objects to Defendants Request as it is to vague and ambiguous statement as he was prevented to return to his work which is a violation of the FML Act. And contrary to public policy.

ANSWER #2. Plaintiff objects to Defendants Request as it is to vague and ambiguous statement as Plaintiff is protected under the workers compensation Act and FML Act. As their was a promissory estoppel to be treated fairly, which Csk Auto Inc. violated public policy and violated their hand book policy's with out disregard

ANSWER #3 Plaintiff objects to Defendants Request as it is to vague and ambiguous statement SEE Answer No. 2 and No. 1

ANSWER #4. Plaintiff objects to Defendants Request as it is to vague and ambiguous statement SEE Answer No. 1 and No. 2 and No. 3 Plaintiff is a protected class and Csk Auto Inc. violated their Promissory estoppel and violated public policy

ANSWER #5. Plaintiff objects to Defendants Request as it is to vague and ambiguous statement SEE Answer No. 1 and No. 2. And No. 3 and No. 4

ANSWER #6 Plaintiff objects to Defendants Request as it is to vague and ambiguous statement SEE Answer No. 1 and No. 2. And No. 3 No. 4 and No. 5

ANSWER #7 Plaintiff objects to Defendants Request as it is to vague and ambiguous statement SEE Answer No. 1 and No. 2. And No. 3 No. 4 and No. 5 and No. 6 as Defendants violated the covenant of good faith and fair dealing for failure to retain Plaintiff in violation of the FML. Act. And Plaintiff is a protected class under the workers compensation Act. And the FML Act and Csk Auto Inc.used the workers compensation system in violation of the Family Medical Leave Act. Contrary to public policy to terminate Plaintiff. As their was a promissory estoppel to be treated fairly and Csk Auto Inc. violated such promissory estoppel.

9.  Defendants affidavit of Joann Hinson clarifies that Plaintiff is a covered employee under the FMLA.

10. Defendants affidavit of Joseph Nassar is pretextual as all employees are kept on the books as defendants never offered to retain plaintiff as to his injury

11. Defendants affidavit of Joseph Nassar **Exhibit A** 1 thru 6 & **Exhibit B** 1 thru 5 is in the Alaska Supreme Court and has no bearing on this issue.

2

12. Defendants affidavit of Joseph Nassar **Exhibit A** 1 thru 6 & **Exhibit B** 1 thru 5 was taken out of Plaintiff files without his knowledge.

13. Defendants **Exhbit A. B. C.** clearly states that Plaintiff has tumor on his spine which is not relevant as defendants have kept plaintiff from returning to his job.

14. Defendants **Exhibit D** is not complete as defendants left out pages 2,3,4, which shows a material fact as to whom holds what discovery.

15. Defendants **Exhibit D page 3**] Plaintiffs Exhibit I is only a guide line as to damages and is not complete as defendants purposely left out page 2

16. WHETHER DEFENDANTS VIOLATED THE FML.ACT MIXED-MOTIVE

17. WHETHER DEFENDANTS VIOLATED PUBLIC POLICY UNDER THE FMLA

18. WHETHER DEFENDANTS ACTED IN GOOD FAITH AND FAIR DEALING

19. WHETHER THEIR WAS A MIXED-MOTIVE AS DEFENDANTS ACTIONS TOWARD PLAINTIFF WHILE UNDER THE Alaska Workers compensation act.

20. WHETHER THEIR WAS A MIXED MOTIVE AS DEFENDANTS USED FALSIFIED INFORMATION FROM THIRD PARTYS TO MAKE THEIR DECISION IN NOT RETAINING PLAINTIFF AS TO HIS INJURIES.

21. WHETHER DEFENDANTS INTERFERED WITH PLAINTIFFS RIGHTS UNDER THE FML. ACT

22. WHETHER PLAINTIFF HAD TO MITIGATE HIS DAMAGES

23. WHETHER PLAINTIFF MET THE MINUM REQUIREMENT IN MITIGATING HIS DAMAGES

24. WHETHER DEFENDANTS KNEW HOW BADLY PLAINTIFF WAS INJURED TO KEEP PLAINTIFF OFF THE JOB.

25. WHETHER DEFENDANTS USED THE WORKERS COMPENSATION SYSTEM TO TERMINATE PLAINTIFF IN SECRET

26. WHETHER KEEPING PLAINTIFF ON THE BOOKS IS CONSIDERED STILL EMPLOYED

27. WHETHER DEFENDANTS OFFERED PLAINTIFF HIS JOB BACK

28. WHETHER DEFENDANTS MOTIVE WERE PRETEXUAL

There are genuine issues of contradictory material facts in the issue and plaintiff has put fourth genuine issues which are jury question that must go before a jury.

Further your Affiant sayeth Naught.

Dated for this _____ Day Of _____ ,2007 At Fairbanks, Alaska

By: _____

Subscribed and Sworn to before me this _____ Day Of _____ ,2007

```
┌─────────────────────────────────┐
│        Notary Public            │
│   CHARLES R. HARDY, JR.         │
│      State of Alaska            │
│ My Commission Expires  1/6/2010 │
└─────────────────────────────────┘
```

By: _____
        Notary Public in and for Alaska

My Commission Expires  1/6/2010

Subjects:  all Documents and termination of employees while under the workers Compensation Act.

Plaintiff Terry L. Smith will Supplement Disclosures with names of additional witnesses when Csk Auto Produces those names as required and will be required for testimony at trial for Csk Auto Inc Wrongful Acts against employee and employees for their wrongful acts against injured employees while under the workers compensation Act.

2. Documents, Data, Compilations and Tangible Objects:

A. Plaintiffs Time Card Punch [Altered] detail received from Csk Auto Inc (Bates Nos. Csk 0001-9).  This is Jury Evidence.

B. Plaintiffs Earnings Received From Csk Auto Inc Minus Plaintiffs Benefits value (Bates Nos Csk 0010-13). This is Jury Evidence

C. Plaintiffs Response Received from Csk Auto Inc. to Defendants First Discovery request in the case Keith Howell  v. Csk Auto Inc. 3AN-00-12331 CI (Bates Nos. 0014-18) This is Jury Evidence.

D. Plaintiffs Deposition Received From Csk Auto Inc. in Case Keith Howell  v. Csk Auto Inc. 3AN-00-12331 CI (Bates Nos. 0019-43) This is Jury Evidence.

E. Plaintiffs Financial Statement Received From Csk Auto Inc. Filed With the Alaska Supreme Court in Case No. S-11791 (Bates Nos. 0044-47) This is Jury Evidence.

F. Plaintiffs Affidavit on Motion Received From Csk Auto Inc Dated January 6 2005 (Bates Nos. 0048-49). This is jury Evidence.

G. Csk Auto Inc Associate Policy Hand Book ( Plaintiff EXH A) This is Jury Evidence

H. Csk Auto Inc Work Hours Policy ( Plaintiff EXH B.) This is Jury Evidence

I.  Csk Auto Inc Human Resources Policy ( Plaintiff EXH C.) This is Jury Evidence

J. Csk Auto Inc Benefits Resources Policy ( Plaintiff EXH D.) This is Jury Evidence

K. Csk Auto Inc Pledge of Customer Service( Plaintiff EXH E.) This is Jury Evidence

L. Csk Auto Inc Safety Guidelines for all Associates ( Plaintiff EXH F.) This is Jury Evidence

M. Picture of Cases of Antifreeze double taped together (Plaintiff EXH G.) This is Jury Evidence. As this is Clear Negligence as to Csk Auto Negligence in packaging for Shipping [overloading] to save money. This is Jury Evidence.

N. Picture of Plaintiffs Safety Belt that failed (Plaintiff EXH H.) This is Jury Evidence. As this is Clear Negligence as to Csk Auto Negligence in hiding the fact that Such Equipment was not Safety Equipment.

O.  Plaintiff Damages Loss Wages Calculation (Plaintiff EXH I.) This is Jury Evidence.

4

D. Csk Auto Inc Operations Manuals- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

E. Csk Auto Inc Complete Procedures Manuals- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

F. Csk Auto Inc. Complete Policy Manuals- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

G. Csk Auto Inc. Complete Benefits Manuals- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

H. Csk Auto Inc. Complete Benefits Plan Documents- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

I. Csk Auto Inc. Complete Documents- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

J. Csk Auto Inc. Complete Equal Employment Opportunity Policy Manuals- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

K. Csk Auto Inc. Complete Discrimination Policy Manuals- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

L. Csk Auto Inc. Complete Health Care Benefits Policy Manuals- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

M. Keith Howell v. Csk Auto Inc 3AN-00-12331 CI Complete file
   Anchorage Court House
   303 K Street
   Anchorage, Ak 99501

2

Note Items A Thru L are not protected by Attorney Privilege as it part of Csk Auto open door policy as provided by their employee Associate Hand Book and must be produced for the Jury to Look at.

Subjects: Authentication of documents related to this case for Csk Autos Wrongful Acts against terminating Employee while under workers Compensation Act in violation of the F.M.L.A. ACT.

1.  **C.E.O. Maynard L. Jenkins Csk Auto Inc.**
    Csk Auto Inc
    645 East Missouri Avenue, Suite 400
    Phoenix, Az 85012
    Chairman, Chief Exec. Officer, Pres, Chief Operating Officer and Chief Exec. Officer
    Of Csk Auto Inc.

2.  **Mr. Larry Buresh** Chief Information Officer
    Sr. VP, Chief Information Officer - CSK Auto Inc. and Sr. VP - Csk Auto Inc.
    Csk Auto Inc
    645 East Missouri Avenue, Suite 400
    Phoenix, Az 85012

3.  **Mr. James Riley** Chief Financial Officer
    Sr. VP, Chief Financial Officer of CSK Auto Inc. and Sr. VP of CSK Auto Inc
    Csk Auto Inc
    645 East Missouri Avenue, Suite 400
    Phoenix, Az 85012

4.  Human Resource Manager
    Csk Auto Inc
    645 East Missouri Avenue, Suite 400
    Phoenix, Az 85012

5.  Benefits Manager
    Csk Auto Inc
    645 East Missouri Avenue, Suite 400
    Phoenix, Az 85012

6.  Any unnamed Manager subsequently not named
    Csk Auto Inc
    645 East Missouri Avenue, Suite 400
    Phoenix, Az 85012

    Subjects: All aspects of case

7.  All Csk Auto Inc Corporate Management during the last 15 years
    Identity and contact Information unknown.

3

## CERTIFICATE OF SERVICE
Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the ____ Day Of ____
_____,2007 A True and Correct copy of the foregoing DOCUMENT WAS
SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882

Certificate of Service

5