Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>　　　　Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE　　Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

## NOTICE OF GENUINE ISSUE OF MATERIAL FACT

1. WHETHER DEFENDANTS VIOLATED THE FML.ACT MIXED-MOTIVE

2. WHETHER DEFENDANTS VIOLATED PUBLIC POLICY UNDER THE FMLA

3. WHETHER DEFENDANTS ACTED IN GOOD FAITH AND FAIR DEALING

4. WHETHER THEIR WAS A MIXED-MOTIVE AS DEFENDANTS ACTIONS TOWARD PLAINTIFF WHILE UNDER THE Alaska Workers compensation act.

5. WHETHER THEIR WAS A MIXED MOTIVE AS DEFENDANTS USED FALSIFIED INFORMATION FROM THIRD PARTYS TO MAKE THEIR DECISION IN NOT RETAINING PLAINTIFF AS TO HIS INJURIES.

6. WHETHER DEFENDANTS INTERFERED WITH PLAINTIFFS RIGHTS UNDER THE FML. ACT

7. WHETHER PLAINTIFF HAD TO MITIGATE HIS DAMAGES

8. WHETHER PLAINTIFF MET THE MINUM REQUIREMENT IN MITIGATING HIS DAMAGES

1

9. WHETHER DEFENDANTS KNEW HOW BADLY PLAINTIFF WAS INJURED TO KEEP PLAINTIFF OFF THE JOB.

10. WHETHER DEFENDANTS USED THE WORKERS COMPENSATION SYSTEM TO TERMINATE PLAINTIFF IN SECRET

11. WHETHER KEEPING PLAINTIFF ON THE BOOKS IS CONSIDERED STILL EMPLOYED

12. WHETHER DEFENDANTS OFFERED PLAINTIFF HIS JOB BACK

13. WHETHER DEFENDANTS MOTIVE WERE PRETEXUAL

There are genuine issues of contradictory material facts in the issue and plaintiff has put fourth genuine issues which are jury question that must go before a jury.

Terry L. Smith Pro Se        Dated this 9TH Day Of May, 2007

## CERTIFICATE OF SERVICE
Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 9TH Day Of May ,2007 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882

2