Terry L. Smith
PO BOX 60882
FAIRBANKS,AK 99706
(907)488-8824

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA
MAY 1 1 2007
RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
          Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE      Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

## MOTION FOR DISCOVERY MASTER

Plaintiff Terry L. Smith  Motions the U.S. District Court For a Discovery Master

pursuant to LR 53.1. Defendants have not cooperated in the initial disclosure. This

motion is followed by a memorandum in support of motion.

Terry L. Smith Pro Se

Dated This ⎽⎽11⎽⎽ Day Of ⎽⎽MAY⎽⎽ ,2007