Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

RECEIVED
MAY 1 1 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
    Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE    Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

### (PROPOSED) ORDER GRANTING MOTION FOR DISCOVERY MASTER

This Court having reviewed Plaintiff Motion for a Discovery Master and that exceptional condition requires it." ; this Court having Considered the request,

**IT IS HEREBY ORDERED** that the Plaintiffs motion is Granted.

**Dated** this_____ day of_____, 2007

_____
U.S. District Court Judge R.R.B.

Order