Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

RECEIVED APR 1 2 2007 RK, U.S. DISTRICT COURT FAIRBANKS, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
    Plaintiff

Vs.

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE     Defendants

### (PROPOSED) ORDER ~~GRANTING~~ Denying MOTION TO AMEND REQUEST FOR ADMISSION DEEMED ADMITTED

This Court having reviewed PLAINTIFFS Motion To Amend request for Admission deemed admitted along with Affidavit and that ; this Court having Considered the request,

IT IS HEREBY ORDERED that the Plaintiffs motion is ~~Granted~~ Denied.

Dated this 14 day of May, 2007

/s/ RRB
U.S. District Court Judge R.R.B.

Order