Page 1

1          ALASKA WORKERS' COMPENSATION BOARD

2     675 SEVENTH AVENUE, STATION H2, FAIRBANKS, ALASKA 99701

3   IN THE MATTER OF THE CLAIM FOR

REEMPLOYMENT BENEFITS UNDER THE

4   ALASKA WORKERS COMPENSATION ACT.

5   TERRY SMITH,

6        Employee,

7   vs.

8   CSK AUTO, INC.,

9        Employer,

10  and

11  ROYAL AND SUNALLIANCE/WILTON

ADJUSTMENT SERVICE,

12

        Insurer/Adjuster.

13  _____

14  Case No. 200106934

15          Deposition Upon Oral Examination

                    of

16              TERRY L. SMITH

17     Taken on Behalf of the Employer/Insurer/Adjuster

         at Law Offices of Robert L. Griffin

18           1600 A Street, Suite 101

             Anchorage, AK  99501

19

20           Monday, July 8, 2002

                11:00 a.m.

21

        Volume I - Pages 1 - 99, inclusive

22

23

24  Reported by:

    Mary A. Vavrik, RMR

25

COPY

RECEIVED

JUL 1 9 2002

Law Offices of
Robert L. Griffin

Page 36

1  Proceedings. I would -- my question to you, sir, is don't
2  tell me the nature of the discussions, but have you
3  discussed this document with Ms. Williams?
4      A  That one there, no.
5      Q  Would you like an opportunity to discuss that
6  with Ms. Williams?
7          MS. WILLIAMS: Yeah, I would.
8          MR. GRIFFIN: Let's go off the record for
9  a moment.
10         (Off the record.)
11         (A break was taken.)
12     Q  Sir, I want to change the topic of my inquiry
13 now to your work history.
14     A  Okay.
15     Q  Are you currently employed?
16     A  No.
17     Q  When was the last time you were employed?
18     A  It was July 9th of last year.
19     Q  July 9th of 2001?
20     A  Yeah, either 8th or 9th, one of those days.
21     Q  Who was your employer?
22     A  Schuck's Auto.
23     Q  And that's the same as CSK?
24     A  CSK Auto, yes.
25     Q  When did you start working for CSK?

Page 37

1      A  Let's see. It was -- it was August. August of
2  2000.
3      Q  What was your job at CSK?
4      A  Driver.
5      Q  Describe to me the job duties of a driver.
6      A  Let me see here. Pull orders, when no runs
7  are -- are not running, stock shelves, put parts away.
8  That's about it.
9      Q  What was your rate of pay there?
10     A  7.50 an hour, I do believe.
11     Q  And how many hours a week?
12     A  40-hour week.
13     Q  Who was your supervisor?
14     A  Darryl McGhan.
15     Q  Can you spell Darryl's last name?
16     A  M-C -- M-C-G-H-A-N, McGhan.
17     Q  Was Mr. McGhan your supervisor from August 2000
18 through your last day on July 9th or 8th?
19     A  No.
20     Q  Did you have another supervisor?
21     A  Yes.
22     Q  Who was that?
23     A  Her name is Debra -- I don't know the last name.
24     Q  Was she before or after Mr. McGhan?
25     A  After.

Page 38

1      Q  And why was July the 9th your last -- or maybe
2  the 8th your last day?
3      A  I went to the BEAR Program.
4      Q  What was your employment immediately prior to
5  that?
6      A  Immediately prior to that. I wasn't employed
7  then.
8      Q  You were unemployed when you got the job at CSK?
9      A  Yes. I believe so, yes.
10     Q  How did you find out about the CSK job?
11     A  Just called.
12     Q  Why did you call that particular company?
13     A  Well, because it's -- you know, it was
14 M&O Schuck's. I don't know what the M&O stands for. It
15 sounded like a good company to work for.
16     Q  How long had you been off work before you went
17 to work at CSK?
18     A  I'm guessing maybe a year.
19     Q  One year --
20     A  (Witness nods head.)
21     Q  -- about?
22     A  About one year.
23     Q  What did you do for income during that year?
24     A  During that year -- part of that year I was on
25 unemployment.

Page 39

1      Q  What about the other part?
2      A  Unemployment ran out.
3      Q  So what did you do for -- how did you live?
4      A  Oh, my God. I had to get in touch with -- I
5  called my brothers to help me.
6      Q  Called your brothers and what?
7      A  To help me out.
8      Q  Did you have any other income besides
9  unemployment and your brothers?
10     A  No. That was about it.
11     Q  What was the job you had before that? What we
12 are doing is we are starting with your job history and
13 going backwards.
14     A  Going backwards. Okay. Let me see here. I do
15 believe it was Gene's Chrysler.
16     Q  And that's a Fairbanks business?
17     A  Yes.
18     Q  Do you know when you worked at Gene's Chrysler?
19     A  Oh, my God. That's -- yeah, I'm not too for
20 sure on the dates.
21     Q  About.
22     A  About sometime in '99.
23     Q  How long did you work at Gene's Chrysler?
24     A  I was working for him for the summer.
25     Q  I'm sorry?

12 (Pages 36 to 39)

TERRY SMITH v CSK AUTO INC

Page 40

1  A  I worked for him for the summer.
2  Q  Three or four months?
3  A  Yes, that would be --
4  Q  What was your position?
5  A  We was -- or I was counter man.
6  Q  You said are I?
7  A  I meant to clarify, a counter man.
8  Q  You were a counter man?
9  A  Counter man, yes.
10  Q  Please tell me what a counter man at Gene's
11  Chrysler does.
12  A  Oh, boy, I did what -- you know, you come up to
13  get parts, I go get parts, oil.  Basically that was about
14  it.
15  Q  The counter man is -- if I lived in Fairbanks
16  and wanted a door handle for a Chrysler, or any other
17  part, I'd go in to Gene's and you would be the guy on the
18  other side of the counter?
19  A  Yeah, yes.  You guys, I need a break because --
20     MR. GRIFFIN:  Sure.  You okay?
21     (Off the record.)
22     (A break was taken.)
23  Q  You ready to proceed, Mr. Smith?
24  A  Go ahead.
25  Q  Sir, since we are here about a workers'

Page 41

1  compensation claim, what just happened?
2  A  I was out at the airport --
3  Q  No, I mean just now.  We had to take a break
4  because you weren't feeling well.
5  A  Oh, I don't know.  I just felt like I was going
6  to pass out.
7  Q  And you are okay to proceed now?
8  A  Yeah.
9  Q  Okay.  I was asking you what a counter man's job
10  was.
11  A  Oh, yeah.  Okay.
12  Q  And it was basically to get parts for customers?
13  A  Right, exactly.
14  Q  Okay.  What were you getting paid at Gene's?
15  A  I -- I think 10.50 an hour.
16  Q  How many hours a week were you working?
17  A  40-hour week.
18  Q  Who was your supervisor?  Gene?
19  A  That's a different guy.  No.  Oh, God.  His name
20  was Ron.
21  Q  Why did that job only last a summer?
22  A  That one there?  Believe it or not, there was
23  too many chiefs and not enough Indians.
24  Q  Can you explain that?
25  A  Okay.  Well, you know, it's a family run

Page 42

1  business.  Okay.  So you are basically in between both
2  owners.
3  Q  Did you voluntarily quit that job?
4  A  That one there, no, huh-uh.
5  Q  What were the circumstances of you leaving that
6  job?
7  A  Probably because I couldn't keep up or whatever.
8  I don't know.  I just didn't question it, you know.
9  Because I had never been in the dealership before, so I
10  thought I'd try it.
11  Q  Did you get terminated?
12  A  Yeah.
13  Q  Did they tell you why they terminated you?  What
14  was the reason they gave you?
15  A  You know, I -- I don't know, you guys.
16  That's --
17  Q  Do you think you could do that job today?
18  A  Today, no.
19  Q  Why not?
20  A  It's a too heavy job.
21  Q  Be more specific, please.
22  A  A lot of heavy stuff to lift.
23  Q  Like what?
24  A  Oh, my God.  Auto parts, your -- let me clarify
25  the auto parts.  Because auto parts could be a little

Page 43

1  distributor.  We are talking about moving motors,
2  transmissions, body parts, just, et cetera, stuff.
3  Antifreeze, oil, et cetera.
4  Q  And you sell those over the counter?
5  A  Oh, yeah, yes.
6  Q  Okay.  What was your employment prior to that?
7  A  Prior to that was Sampson Hardware.
8  Q  Is that in Fairbanks?
9  A  Yes.
10  Q  You said you moved to Alaska in 1979.  The
11  entire time you have lived in Alaska, has it been in
12  Fairbanks?
13  A  Yes.
14  Q  When did you work at Sampson Hardware?
15  A  I do believe it was '95, somewhere in there.
16  '95.
17  Q  What did you do the four years -- you told us
18  you were at Gene's in 1999.
19  A  Uh-huh.
20  Q  And you are telling me your next job was at
21  Sampson Hardware in '95.  What did you do in those four
22  years?
23  A  In '95 worked at Sampson's Hardware.
24  Q  In between.  Good point.  How long did you work
25  at Sampson's if you started in '95?

13 (Pages 40 to 43)

EXHIBIT A, PAGE 3

TERRY SMITH v CSK AUTO INC

Page 44

1    A  Three years.
2    Q  Three years?
3    A  Uh-huh.
4    Q  How long were you off between Sampson's -- the
5  Sampson job and the Gene job?
6    A  Probably just one day.
7    Q  Tell me what you did at Sampson's Hardware.
8    A  Oh, counter work, unloaded trucks, carried pipe,
9  cut pipe, shipped bush orders out.  That's basically it,
10  you know, just --
11    Q  What were you paid at that job?
12    A  9.50 an hour.
13    Q  Was that a 40-hour-a-week job?
14    A  Yes.
15    Q  Who was your supervisor there?
16    A  Oh, my God, there has been so many.  They come
17  and go.  A man that he's not there anymore -- I suppose
18  the current one is right on -- which is the store manager
19  is Robert Towler.
20    Q  Robert who?  I just didn't hear you.
21    A  Yeah, Robert -- I don't know if I'm saying this
22  right, Trowler or Towler (ph).
23    Q  Why did you leave Sampson's Hardware?
24    A  For Gene's Auto.
25    Q  And that was because it paid better?

Page 45

1    A  Yes.
2    Q  Could you do the job at Sampson's Hardware
3  today?
4    A  No, sir.
5    Q  Why not?
6    A  It's too heavy.
7    Q  Okay.  What job did you have before Sampson's
8  Hardware?
9    A  Before Sampson's Hardware was American Tire.
10    Q  Is that also in Fairbanks?
11    A  Yes.
12    Q  When did you work at American Tire?
13    A  I worked from -- I worked for them just for a
14  season, the tire season and stuff like that.  So that
15  ended like from -- oh, God -- maybe March through
16  November.
17    Q  You remember what year?
18    A  Maybe early -- early -- early '95.
19    Q  What was your job description then?
20    A  Oh, I was an expediter, counter sales; but
21  mainly expediting.
22    Q  Part of your job was as a counter salesman?
23    A  Yeah.  Well -- yeah, I would say, yeah.  When
24  they needed it.
25    Q  What's a counter salesman at American Tire do?

Page 46

1    A  Sell tires.
2    Q  Could you sell tires today?
3    A  (Witness shakes head.)
4    Q  She needs a yes or --
5    A  Oh, no.
6    Q  Why not?
7    A  Too heavy.
8    Q  And what do you mean by too heavy?  What did a
9  tire salesman have to do that was too heavy?
10    A  Well, some of those tires weigh over 75 pounds.
11    Q  I'm not being critical here, but every time I've
12  bought tires, the salesman never touched them.  It was the
13  teenagers in the back room.
14    A  Right.  Well, I'm an expediter, so I got to move
15  tires around.  So it's a hard job.
16    Q  You could do the sales part, but not the
17  expediting part?
18    A  Well, it just all depends.  If they needed me up
19  front, then I'd go up front.  If they didn't, then I'd be
20  up expediting tires out or unloading semis.
21    Q  If you were just sitting at the sales counter,
22  you could do that job?
23    A  If just sitting at the sales counter?
24    Q  Well, just doing the sales counter job.
25    A  Well, that's -- no, because you still got to be

Page 47

1  able to lift 70 pounds.
2    Q  Okay.  What were you getting paid at that job?
3    A  I do believe maybe 10.50 an hour.
4    Q  I'm sorry?
5    A  10.50 an hour.
6    Q  Ten and a half?
7    A  Yeah, ten and a half.
8    Q  And how many hours a week was that?
9    A  That was 40 hours.
10    Q  Why did you leave that job?
11    A  Oh, it ended.  The season ended.
12    Q  And who was your supervisor?
13    A  Oh, my God.  God, there was -- Anjee (ph).  I
14  can't think of his last name because he's -- I think it's
15  a French name.  Something like that.
16    Q  Anjee is the man's first name or --
17    A  Yeah.  Something like that.
18    Q  What did you do before then?
19    A  That one right there, Sears.
20    Q  What did you do at Sears?
21    A  I was in lawn and garden sales, hardware sales,
22  and sporting goods sales.
23    Q  And that was also in Fairbanks?
24    A  Yes.
25    Q  When was that job, sir?

EXHIBIT A, PAGE 4

TERRY SMITH v CSK AUTO INC

Page 48

1   A  Let me see.  '92 to '94, I do believe.
2   Q  Do you remember the name of your supervisor?
3   A  Yeah, Sue -- Sue Daniels.  She's no longer
4  there.
5   Q  What were you getting paid there?
6   A  $5.50 an hour.
7   Q  Was that a 40-hour-a-week job?
8   A  No.
9   Q  How many hours a week?
10  A  On average, 20 hours.
11  Q  Okay.  Could you do that job today?
12  A  That job, no, sir.
13  Q  Why not?
14  A  It's too heavy.
15  Q  And before that, what was your employment?
16  A  Oh, my God.  Before that one there was, I think,
17  B&C Auto Supply.
18  Q  What was your position at B&C?
19  A  Oh, God.  I drove, I -- parts counter, et
20  cetera, selling parts.
21  Q  You were a counter man?
22  A  Yeah.
23  Q  How long -- what years were you at B&C?
24  A  Oh, my God.  I'm thinking right around like '89
25  to '91 or something like that.

Page 49

1   Q  Could you do that job today?
2   A  No, sir.
3   Q  Why not?
4   A  It's too heavy.
5   Q  Do you remember what you were getting paid
6  there?
7   A  That, no, I don't.
8   Q  Can you recall your supervisor?
9   A  Ron Selby.
10  Q  Do you know how Ron spells his last name?
11  A  Jesus.  S -- sell -- S-L-B-Y, I guess.  S-L-B-Y
12  [sic].
13  Q  Okay.  That takes us back ten years prior to
14  your injury.  What other jobs did you have before that?
15  A  Before --
16  Q  Before the B&C Auto job.
17  A  God, let me see.  In that span of time there,
18  worked for Pay 'N Save.
19  Q  What did you do at Pay 'N Save?
20  A  God, I did it all:  Shipping/receiving, cashier,
21  stocking.  That's all I can think of.
22  Q  Were you a cashier?
23  A  Yes.  I was there, too, yes.
24  Q  Okay.  We're here about a work injury that
25  happened at CSK Auto, is that correct?

Page 50

1   A  That's correct.
2   Q  What day was that?  What was the date of that
3  injury?
4   A  3/29/01.
5   Q  Prior to 3/29/01, how was your health?
6   A  Good.
7   Q  Prior to 3/29/01, had you ever been treated for
8  back complaints?
9   A  Nope.
10  Q  And that's what happened on 3/29/01; you hurt
11  your back, is that correct?
12  A  Yes.
13  Q  Do you have any other complaints besides your
14  back pain that you attribute to the 3/29/01 injury?
15  A  No.
16  Q  What about this -- you nearly passed out a
17  little while ago.  Is that something you attribute to the
18  March '01 injury?
19  A  I don't know.
20  Q  So basically we're here about a low back
21  complaint, and that's it?
22  A  As far as I know, yeah.
23  Q  Well, you are the only guy that does know.
24  A  Yeah.
25  Q  You don't have any other complaints that you

Page 51

1  think were caused by your employment at CSK?
2   A  No, no.
3   Q  Tell me what happened on 3/29/01.
4   A  On that date, I was coming back from a run.  And
5  at -- a guy from -- I don't know his name -- from Tok RV
6  ordered five cases of antifreeze.
7   Q  Yes, sir.  And what happened?
8   A  Me and another employee -- the way -- let me
9  clarify it.  The way the guy from Tok RV wanted them
10  shipped, because he doesn't want to pay shipping on five,
11  okay, so what the -- the other -- there isn't no shipping
12  guy, you know, that would be anybody that would do this.
13  But this was -- we was following customer's -- what the
14  customer wants.  Okay.  What they had done, they had
15  double taped two cases of antifreeze together and then
16  double taped another two boxes of antifreeze together, and
17  then you had a single.  So you had one, two, three --
18  three shipping items instead of five.  Okay?
19  Q  So how did you get hurt?
20  A  I was out at the airport when I got hurt.
21  Q  Tell me how you got hurt.
22  A  I was pulling these cases of -- double taped
23  cases of antifreeze off the truck onto the cart.
24  Q  And what happened?
25  A  I pulled off the second -- I got the first --

**EXHIBIT A, PAGE 5**