RECEIVED

MAY 2 3 2007

CLERK, U.S. ~~~~~~~~ COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Terry Smith v CSK Auto, Inc.
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline, 4:06-cv-00020-RRB
Date Complaint/Indictment/Petition Filed: 07/17/2006
Date Appealed Order/Judgment *entered*: 09-29-/2006
Date NOA *filed*: 10/30/2006
COA Status (check one):
\_granted in full (attach order)    \_denied in full (send record)
\_granted in part (send record)    \_pending

07-35404

Court Reporter(s) Name and Phone Number: Carolyn Bollman, (907)451-5791

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: NO          Date Docket Fee billed: \_
Date FP granted: 05/11/2007          Date FP denied: \_
Is FP pending? \_yes/no          Was FP Limited/Revoked?
US Government Appeal?   \_yes/no
Companion Cases? Please list: \_

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Terry Smith, Pro se | Eric Jenkins |
| POB 60882 | David Wright and Tremaine |
| Fairbanks, Alaska 99706 | 701 8th Avenue - Suite 800 |
|  | Anchorage, Alaska 99501 |
|  | (907) 257-5300 |
|  | (907) 258-5399 fax |

**DEFENDANT INFORMATION:**
Prisoner ID: N/A          Address: \_
Custody: \_
Bail: \_

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: \_          9th Circuit Docket Number: \_

Name and phone number of person completing this form: Carolyn Bollman
(907) 451-5791