RECEIVED

MAY 23 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

07-35405

**CASE INFORMATION:**
Short Case Title: Terry Smith v CSK Auto, Inc.
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline, 4:06-cv-00020-RRB
Date Complaint/Indictment/Petition Filed: 07/17/2006
Date Appealed Order/Judgment *entered*: 04/09/2007
Date NOA *filed*: 04/13/2007
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: Carolyn Bollman, (907)451-5791

Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: NO         Date Docket Fee billed: __
Date FP granted: 05/11/2007       Date FP denied: __
Is FP pending? __yes/no           Was FP Limited/Revoked?
US Government Appeal? __yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                Appellee Counsel:
Terry Smith, Pro se               Eric Jenkins
POB 60882                         David Wright and Tremaine
Fairbanks, Alaska 99706           701 8th Avenue - Suite 800
                                  Anchorage, Alaska 99501
                                  (907) 257-5300
                                  (907) 258-5399 fax

---

**DEFENDANT INFORMATION:**
Prisoner ID: N/A       Address: __
Custody: __            __
Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __     9th Circuit Docket Number: __

---

Name and phone number of person completing this form: Carolyn Bollman
(907) 451-5791