UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TERRY SMITH,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>CSK AUTO, INC.,<br><br>    Defendant - Appellee. | No. 07-35405<br>D.C. No. CV-06-00020-RRB<br><br>**TIME SCHEDULE ORDER** |

RECEIVED

MAY 23 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The parties shall meet the following time schedule:

**6/27/07**     Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**7/27/07**     The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

**\*\*\***     The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Gerald Rosen
Deputy Clerk