

Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

MAY 29 2007

**CLERK, U.S. DISTRICT COURT**
**FAIRBANKS, AK**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH, <br>         Plaintiff <br><br> Vs. <br><br> CSK AUTO INC, <br> d.b.a. SCHUCKS AUTO SUPPLY <br> AND DOE     Defendants | Superior Court No. 4FA-04-2053 CI <br><br> (4)-06-CV-000020-RRB |

STATE OF ALASKA     )
                                  ) ss
FOURTH JUDICIAL DISTRICT )

### PLAINTIFFS AFFIDAVIT IN SUPPORT OF MOTION TO SUPPLEMENTAL RESPONSE TO SUMMARY JUDGMENT AND MOTION TO STRIKE FOR FAILURE TO DISCLOSE INDIVIDUALS HAVING DISCOVERABLE INFORMATION

I TERRY L. SMITH first duly sworn, upon my oath and states: The following

1. Per Fed Civ R. 26 (a)(1) Initial disclosures Defendants failed to Produce names of persons as required under 26 (a)(1).

2. **Exhibit A** Clearly shows that there is a violation of Initial disclosures under Fed Civ R. 26 (a)(1)

3. Defendants knew of such persons with information and with held this information per Initial disclosures.

4. Defendants failed to produce persons with information and with held such names and With held the fact they are holding information per Fed Civ R. 26 (a)(1) Initial disclosures.

1

5. The withholding of persons with information per Fed Civ R. 26 (a)(1) Initial disclosures. To get a summary judgment cannot stand.

6. Plaintiffs case will be prejudice if defendants are allowed not to disclose persons with Information per Fed Civ R. 26 (a)(1) Initial disclosures.

7. Plaintiff has asked this court for a discovery master to help plaintiff gather information as defendants are not disclosing persons with information.

8. Plaintiff has raised material fact in this case Defendants violated the FML.Act 29 § U.S.C. § 2601 et. Is a jury question.

9. Defendants have maintained Plaintiffs benefits which makes Plaintiff a protected class under the FML. Act. Which Defendants cannot deny this fact.

10. Defendants are selectively choosing injured persons by injury to keep their job is a material fact which must go before a jury. And a violation of the FML.Act 29 § U.S.C. § 2601 et. Is a jury question.

11. The with holding of persons with information has caused a void in Plaintiffs right to amend his answers as person with information is being with held from Plaintiff.

12. **There is a contradictory of facts which creates a genuine issue of material fact which is a jury question.**

13. Defendants never stated or notified plaintiff when to take FMLA leave. Is a violation of the FML. Act per 29 § U.S.C. § 2601 et. Is a jury question.

14. Defendants never stated or notified plaintiff when to come off FMLA leave Is a violation of the FML. Act per 29 § U.S.C. § 2601 et. Is a jury question.

15. Defendants with holding of persons with material information has caused Plaintiff a delay in giving his final witness list in this case as new information has arised

for the for going declaration which is true fact and that there is a genuine issue of

material fact as Plaintiff is a protected class under the FML. Act per 29 § U.S.C. § 2601

et and Defendants violated plaintiffs rights under the FMLA 29 § U.S.C. § 2601 et. As

mixed-motive is a jury question Further your Affiant sayeth Naught.

Dated for this 29TH Day Of MAY ,2007 At Fairbanks, Alaska

By: [signature]

Subscribed and Sworn to before me this 29 Day Of May ,2007

By: Tiffany Butler
Notary Public in and for Alaska

My Commission Expires 6/10/10

Affidavit



3

## CERTIFICATE OF SERVICE
Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 29TH Day Of MAY
_____,2007 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

*[signature]*
Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882

4

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH<br><br>        Plaintiff,<br><br>    v.<br><br>CSK AUTO, INC.,<br><br>        Defendant. | Case No. 4:06-cv-00020 (RRB) |

### INITIAL DISCLOSURES

CSK Auto, Inc. ("CSK") submits the following initial disclosures in accordance with Fed. R. Civ. P. 26(a)(1):

A.  <u>Persons Likely to Have Discoverable Information That CSK May Use to Support Its Defenses</u>.

    1.    Records Custodian – CSK
           (attorney/client privilege applies)
           c/o Davis Wright Tremaine LLP
           701 W. 8th Avenue, Suite 800
           Anchorage, Alaska 99501
           (907) 257-5300

EXH
A

Subjects:   Authentication of documents related to Smith's employment with CSK.

2.   Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

Subjects:   All aspects of case

3.   All physicians who have treated Smith during the last 10 years.
Identity and contact information unknown.

Subjects:   Smith's medical condition and any and all reports or documents prepared regarding same.

CSK will supplement these disclosures with the names of additional witnesses when Smith reveals the factual basis for his claims and it becomes clear what testimony, if any, will be required at trial to support CSK's defenses.

B.   Documents, Data Compilations and Tangible Objects.

1.   Smith's time card punch detail (Bates Nos. CSK 0001-9).

2.   Smith's Employee Earnings Record (Bates Nos. CSK 0010-13).

3.   Smith's Response to Defendant's First Discovery Requests in the case entitled Keith Howell v. CSK Auto Inc., Case No. 3AN-00-12331 CI (Bates Nos. 0014-18).

4.   Deposition of Terry Smith in Keith Howell v. CSK Auto Inc., Case No. 3AN-00-12331 CI (Bates Nos. 0019-43).

5.   Smith's Financial Statement Affidavit filed with the Alaska Supreme Court on Jan 18, 2005 (Bates Nos. 0044-47).

6.   Smith's Affidavit on Motion dated January 6, 2005 (Bates Nos. 0048-49).

C. <u>Damages</u>

Costs and attorney's fees incurred by CSK in this matter in amounts to be determined.

D. <u>Insurance Agreements</u>.

Not applicable.

DATED this 30th day of November, 2006.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
Eric J. Jenkins, ABA# 0011078
James H. Juliussen, ABA# 9211082
701 W. 8th Ave., Suite 800
Anchorage, AK 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
ericjenkins@dwt.com
jimjuliussen@dwt.com

Certificate of Service:

I certify that on November 30, 2006, a true and correct copy of the foregoing Answer to Amended Complaint was served on the following via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

CSK'S INITIAL DISCLOSURES                              3
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 112309v1 53870-5

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,  )
        Plaintiff,  )
        v.  )
CSK AUTO, INC.,  )
        Defendant.  )   Case No. 4:06-cv-00020 (RRB)
          )

## CSK AUTO, INC'S FINAL WITNESS LIST

CSK Auto, Inc. ("CSK") supplements its initial disclosures as follows:

1.    JoAnn Hinson
    (attorney/client privilege applies)
    c/o Davis Wright Tremaine LLP
    701 W. 8th Avenue, Suite 800
    Anchorage, Alaska 99501
    (907) 257-5300

    Subjects:    Authentication of documents related to Smith's employment with CSK and his dates of employment.

2. Joe Nassar
(attorney/client privilege applies)
c/o Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Subjects: Issues related to Smith's workers' compensation claim and proceedings.

3. James Murray
(attorney/client privilege applies)
c/o Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Subjects: Positions available in a Schucks Auto Supply store; human resources and store operations matters.

4. Krista Truman
(attorney/client privilege applies)
Sr. Human Resources Specialist
c/o Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Subjects: Human resources matters.

5. Terry L. Smith
P.O. Box 60882
Fairbanks, AK 99706
(907) 488-8824

Subjects: All aspects of case.

6. All persons identified on the Plaintiffs' witness list.

7.   All persons identified by any party as having discoverable knowledge in this matter.

8.   All persons deposed by any party in this matter.

9.   All persons, including without limitation records custodians, necessary to authenticate any exhibits for trial.

10.  Any witnesses whose identity becomes known prior to trial.

11.  Rebuttal witnesses.

DATED this 18th day of May, 2007.

                            DAVIS WRIGHT TREMAINE LLP
                            Attorneys for Defendant CSK Auto, Inc.

                            By:   s/ Eric J. Jenkins
                                 Eric J. Jenkins, ABA# 0011078
                                 James H. Juliussen, ABA# 9211082
                                 701 W. 8th Ave., Suite 800
                                 Anchorage, AK 99501
                                 Phone: (907) 257-5300
                                 Fax: (907) 257-5399
                                 ericjenkins@dwt.com
                                 jimjuliussen@dwt.com

Certificate of Service:

I certify that on May 18, 2007, a true and correct copy of the foregoing Final Witness List was served on the following via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By:   s/ Janet Eastman
       Janet Eastman

CSK AUTO, INC'S FINAL WITNESS LIST       3
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 132551v1 0053870-000005