Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907) 488-8824

RECEIVED
JUN 1 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
    Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE     Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

### MOTION FOR CONTINUANCE OF DISCOVERY UNDER RULE 56(f)

Plaintiff Terry L. Smith Motions the U.S. District Court For a This Motion is pursuant Civil Rule 56(f) A party opposing a motion for summary judgment is entitled to conduct discovery germane to its opposition. See **Demmert v. Kootznoowoo, Inc., 960 P.2d 606, 612 (Alaska 1998).** As the Courts have granted Discovery in order to attain the true facts and the statement of others in order to Oppose Summary Judgement.

*[signature]*
Terry L. Smith Pro Se

Dated This ___1st___ Day Of June 2007