Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824



JUN 1 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
    Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE   Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

STATE OF ALASKA   )
                           ) ss
FOURTH JUDICIAL DISTRICT )

## PLAINTIFFS AFFIDAVIT IN SUPPORT OF MOTION FOR CONTINUANCE OF DISCOVERY UNDER RULE 56(f)

1. Plaintiff was in the middle of discovery as Defendants produced persons with information that should have been disclosed under Rule 26 (a)(1)

2. Defendants did not provide the names of person with information until they filed their summary judgment motion as this is new and relevant information.

3. Defendant state that Plaintiff is still on the books, as this is not true defendants used the workers compensation system to terminate plaintiff. Which is a material fact.

4. Defendants affidavits were made to show that plaintiff was not terminated, the fact to this issue is plaintiff was terminated because of his injuries. Which is a material fact.

5. Defendants affidavit of Joseph Nassar is pretextual as all employees are kept on the books as defendants never offered to retain plaintiff as to his injury Which is a material fact.

6. Plaintiff has tumor on his spine which is not relevant as defendants have kept plaintiff from returning to his job. Which is a material fact.

7. Discovery is not complete as defendants have now produced names of persons with information which shows a material fact as to whom holds what discovery.

8. Plaintiff has motioned the court for a Discovery master to help plaintiff with discovery. As discovery was being with held from plaintiff.

9. Defendants have with held information from Plaintiff germane to whom holds what discovery.

10. Under Fed Rule 56 (f) the court must let Plaintiff continue his discovery as Defendants have produced persons with information. [Exh. A]

There are genuine issues of contradictory material facts in the issue and plaintiff has put fourth genuine issues which are jury question that must go before a jury.

Further your Affiant sayeth Naught.

Dated for this 1st Day Of June ,2007 At Fairbanks, Alaska

By: _____

Subscribed and Sworn to before me this 1st Day Of June ,2007

By: _____
Notary Public in and for Alaska

My Commission Expires 3/27/10

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>CSK AUTO, INC.,<br><br>    Defendant. | Case No. 4:06-cv-00020 (RRB) |

### INITIAL DISCLOSURES

CSK Auto, Inc. ("CSK") submits the following initial disclosures in accordance with Fed. R. Civ. P. 26(a)(1):

A. <u>Persons Likely to Have Discoverable Information That CSK May Use to Support Its Defenses</u>.

1. Records Custodian – CSK
(attorney/client privilege applies)
c/o Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

EXH
A

Subjects:   Authentication of documents related to Smith's employment with CSK.

2.   Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

Subjects:   All aspects of case

3.   All physicians who have treated Smith during the last 10 years. Identity and contact information unknown.

Subjects:   Smith's medical condition and any and all reports or documents prepared regarding same.

CSK will supplement these disclosures with the names of additional witnesses when Smith reveals the factual basis for his claims and it becomes clear what testimony, if any, will be required at trial to support CSK's defenses.

B.   Documents, Data Compilations and Tangible Objects.

1.   Smith's time card punch detail (Bates Nos. CSK 0001-9).

2.   Smith's Employee Earnings Record (Bates Nos. CSK 0010-13).

3.   Smith's Response to Defendant's First Discovery Requests in the case entitled Keith Howell v. CSK Auto Inc., Case No. 3AN-00-12331 CI (Bates Nos. 0014-18).

4.   Deposition of Terry Smith in Keith Howell v. CSK Auto Inc., Case No. 3AN-00-12331 CI (Bates Nos. 0019-43).

5.   Smith's Financial Statement Affidavit filed with the Alaska Supreme Court on Jan 18, 2005 (Bates Nos. 0044-47).

6.   Smith's Affidavit on Motion dated January 6, 2005 (Bates Nos. 0048-49).

C. <u>Damages</u>

Costs and attorney's fees incurred by CSK in this matter in amounts to be determined.

D. <u>Insurance Agreements</u>.

Not applicable.

DATED this 30th day of November, 2006.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By: _____
Eric J. Jenkins, ABA# 0011078
James H. Juliussen, ABA# 9211082
701 W. 8th Ave., Suite 800
Anchorage, AK 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
ericjenkins@dwt.com
jimjuliussen@dwt.com

Certificate of Service:

I certify that on November 30, 2006, a true and correct copy of the foregoing Answer to Amended Complaint was served on the following via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____
Janet Eastman

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

CSK'S INITIAL DISCLOSURES   3
*Smith v. CSK Auto, Inc. 4:06-cv-00020 (RRB)*
ANC 112309v1 53870-5

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH<br><br>   Plaintiff,<br><br>v.<br><br>CSK AUTO, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:06-cv-00020 (RRB)<br>)<br>) |

### CSK AUTO, INC'S FINAL WITNESS LIST

CSK Auto, Inc. ("CSK") supplements its initial disclosures as follows:

1.   JoAnn Hinson
   (attorney/client privilege applies)
   c/o Davis Wright Tremaine LLP
   701 W. 8th Avenue, Suite 800
   Anchorage, Alaska 99501
   (907) 257-5300

   Subjects:   Authentication of documents related to Smith's employment with CSK and his dates of employment.

2. Joe Nassar
(attorney/client privilege applies)
c/o Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Subjects: Issues related to Smith's workers' compensation claim and proceedings.

3. James Murray
(attorney/client privilege applies)
c/o Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Subjects: Positions available in a Schucks Auto Supply store; human resources and store operations matters.

4. Krista Truman
(attorney/client privilege applies)
Sr. Human Resources Specialist
c/o Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Subjects: Human resources matters.

5. Terry L. Smith
P.O. Box 60882
Fairbanks, AK 99706
(907) 488-8824

Subjects: All aspects of case.

6. All persons identified on the Plaintiffs' witness list.

CSK AUTO, INC'S FINAL WITNESS LIST
*Smith v. CSK Auto, Inc.* 4:06-cv-00020 (RRB)
ANC 132551v1 0053870-000005

2

7. All persons identified by any party as having discoverable knowledge in this matter.

8. All persons deposed by any party in this matter.

9. All persons, including without limitation records custodians, necessary to authenticate any exhibits for trial.

10. Any witnesses whose identity becomes known prior to trial.

11. Rebuttal witnesses.

DATED this 18th day of May, 2007.

        DAVIS WRIGHT TREMAINE LLP
        Attorneys for Defendant CSK Auto, Inc.

By:   s/ Eric J. Jenkins
       Eric J. Jenkins, ABA# 0011078
       James H. Juliussen, ABA# 9211082
       701 W. 8th Ave., Suite 800
       Anchorage, AK 99501
       Phone: (907) 257-5300
       Fax: (907) 257-5399
       ericjenkins@dwt.com
       jimjuliussen@dwt.com

Certificate of Service:

I certify that on May 18, 2007, a true and correct copy of the foregoing Final Witness List was served on the following via:

( X ) First Class Mail
(  ) Facsimile and Mail
(  ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By:   s/ Janet Eastman
       Janet Eastman

CSK AUTO, INC'S FINAL WITNESS LIST     3
*Smith v. CSK Auto, Inc.* 4:06-cv-00020 (RRB)
ANC 132551v1 0053870-000005