UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERRY L. SMITH  v.  CSK AUTO, INC.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK

John W. Erickson, Jr.

CASE NO.  4:06-CV-00020-RRB

DATE: June 4, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS REGARDING PLAINTIFF'S PENDING MOTIONS**

Before the Court at Dockets 107 and 109 is Plaintiff Terry L. Smith with two motions filed subsequent to the dismissal of this matter. Because this matter was dismissed with prejudice on May 23, 2007 (Docket 102), and because Plaintiff has no further recourse in this Court, Plaintiff's motions at **Docket 107 and 109** are hereby **DENIED** as moot. Plaintiff's Motion for Discovery Master at **Docket 95** is also **DENIED** as moot. Plaintiff may seek further review of this matter before the Ninth Circuit Court of Appeals. See generally Fed. R. App. P. 3 & 4. Plaintiff is reminded, however, that he should do so in a timely manner. Id.