Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

RECEIVED
JUN 5 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE    Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-000020-RRB |

### ORDER GRANTING MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT IN CONSIDERATION OF FED CIV R.56 (f)

This Court having reviewed Plaintiffs motion for reconsideration under Fed Civ R. 56(f) along with Affidavit and that there is a genuine issue of material as Plaintiffs discovery is not complete as facts are in contradictory in this matter ; and this Court having Considered the request,

**IT IS HEREBY ORDERED** that Plaintiffs motion is Granted.

Dated this_____day of_____,2007

_____
U.S. District Court Judge R.R.B.

Order