Terry L. Smith
PO BOX 60882
FAIRBANKS,AK 99706
(907)488-8824

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

RECEIVED
JUN 5 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

TERRY L. SMITH,
       Plaintiff

Vs.

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE     Defendants

Superior Court No. 4FA-04-2053 CI

(4)-06-CV-000020-RRB

STATE OF ALASKA    )
                  ) ss
FOURTH JUDICIAL DISTRICT )

**PLAINTIFFS AFFIDAVIT IN SUPPORT OF MOTION FOR**
**RECONSIDERATION OF SUMMARY JUDGMENT UNDER RULE 56(f)**

1. Plaintiff was in the middle of discovery as Defendants produced persons with information that should have been disclosed under Rule 26 (a)(1)

2. Defendants did not provide the names of person with information until they filed their summary judgment motion as this is new and relevant information.

3. Defendant failed to tell Plaintiff about his 12 weeks of FMLA leave Which is a material fact.

4. Defendants failed to tell when Plaintiff should come off FMLA Which is a material fact.

5. Defendants never offered to retain plaintiff as to his injurys under the FMLA Which is a genuine material fact.

6. Defendants arbitrarily put Plaintiff on medical leave without knowledge Which is a material fact.

1

7. Discovery is not complete as defendants have now produced names of persons with information, which shows a material fact as to whom holds what discovery.

8. Plaintiff was being paid, and still on the pay roll per 29 CFR 825.110 (b) which is a genuine material fact.

9. Defendants have with held information from Plaintiff germane to whom holds what discovery.

10. Under Fed Rule 56 (f) the court must let Plaintiff continue his discovery as Defendants have produced persons with information.

There are genuine issues of contradictory material facts in the issue and plaintiff has put fourth genuine issues which are jury question that must go before a jury.

Further your Affiant sayeth Naught.

Dated for this 5 Day Of June ,2007 At Fairbanks, Alaska

By:

Subscribed and Sworn to before me this 5 Day Of June ,2007

By:
                    Notary Public in and for Alaska

My Commission Expires 3/27/10

## CERTIFICATE OF SERVICE
Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 5TH Day Of June
_____,2007 A True and Correct copy of the foregoing DOCUMENT WAS
SERVED VIA:


[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY


ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468


Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882


CERTIFICATE OF SERVICE