Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>CSK AUTO, INC.,<br><br>        Defendant. | Case No. 4:06-cv-00020 (RRB) |

[PROPOSED] ORDER GRANTING MOTION FOR
AWARD OF ATTORNEY'S FEES

This Court having considered defendant CSK Auto, Inc.'s ("CSK") Motion for Award of Attorney's Fees;

Now, therefore, it is hereby Ordered that CSK is awarded attorney's fees in the amount of $_____ for its successful defense of plaintiff Terry L. Smith's ("Smith") claim for retaliatory discharge. An award of attorney's fees is warranted for the reasons stated by CSK in its motion, and an award in excess of the schedule set forth

in Alaska R. Civ. P. 82 is warranted due to the conduct of Smith in bringing a claim that had no reasonable basis and was inconsistent with his own representations that he cannot work.

Dated this ____ day of June, 2007.

                                                  The Honorable Ralph R. Beistline
                                                  U.S. District Court Judge.

Certificate of Service:

I certify that on June 6, 2007, a true and
correct copy of the foregoing [Proposed] Order Granting
Motion for Award of Attorney Fees served on the following via:

( X ) First Class Mail
(    ) Facsimile and Mail
(    ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____s/ Janet Eastman_____
        Janet Eastman

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

[PROPOSED] ORDER GRANTING MOTION FOR AWARD OF ATTORNEY FEES  -2
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 141846v1 0053870-000005