Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,  <br>　　　　Plaintiff,  <br>　　v.  <br>CSK AUTO, INC.,  <br>　　　　Defendant. | Case No. 4:06-cv-00020 (RRB) |

### AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY'S FEES

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

ERIC J. JENKINS, being first duly sworn, on oath deposes and says:

1.   I am an attorney in the law firm of Davis Wright Tremaine LLP, counsel for CSK Auto, Inc. ("CSK") in the above-captioned case.

2.  The total amount of attorney's fees incurred by CSK in the above-captioned matter was $43,922.60. This does not include fees on invoices to CSK for amounts incurred prior to beginning preparation of the petition for removal of the case to this Court. Attached hereto as Exhibit A are true and correct copies of invoices that were sent to CSK by Davis Wright Tremaine LLP in conjunction with the above-captioned matter. Attached hereto as Exhibit B is a pro forma detailing services performed in conjunction with this matter but not yet billed to CSK. The invoices and the pro forma include the identity of the attorney performing the services, the amount of time spent, a brief description of the services rendered, and the amount billed or to be billed for those services. Information in the description of services performed that is protected by attorney-client privilege has been redacted.

3.  I would estimate that approximately one-third of the attorney's fees incurred by CSK in this matter were related to Smith's wrongful discharge claim, and the remaining two-thirds were attributable to Smith's Family and Medical Leave Act claim, or to other claims he sought to assert by way of amendments to his complaint.

4.  Davis Wright Tremaine LLP made an effort to minimize fees in the above-captioned case and all fees billed in conjunction with the firm's representation of CSK were necessarily and reasonably incurred.

_____
Eric J. Jenkins

AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR
AWARD OF ATTORNEY FEES                                              -2
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 141331v1 0053870-000005

  SUBSCRIBED AND SWORN TO BEFORE ME THIS 6th DAY OF JUNE, 2007.

[signature]
Notary Public for the State of Alaska
My Commission Expires: 8/4/10

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR
AWARD OF ATTORNEY FEES    -3
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 141331v1 0053870-000005