LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

CSK Auto Inc. d/b/a Schuck's Auto
Attn: James H. Wigle, Senior Counsel
645 East Missouri Ave., Suite 400
Phoenix, AZ 85012-1373

July 28, 2006
Invoice No. 5528454

### JULY INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Matter No.        0053870-000005

Terry L. Smith

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 06/01/06 | E. Jenkins | 0.10 | 23.50 | Review order from court setting pretrial conference |
| 06/19/06 | E. Jenkins | 0.10 | 23.50 | Review order from 9th Circuit denying petition for rehearing and email same to Mr. Wigle |
| 06/26/06 | J. Juliussen | 0.10 | 28.50 | Brief discussion with E. Jenkins regarding ▮▮▮▮▮▮ |
| 06/26/06 | E. Jenkins | 0.50 | 117.50 | Prepare for and attend (telephonically) pretrial scheduling conference; email to Mr. Wigle regarding ▮▮▮ |
| 06/29/06 | J. Juliussen | 0.20 | 57.00 | Review plaintiff's notice of clarification of right to file FMLA claim in state court; discuss response to same with E. Jenkins |
| 06/29/06 | E. Jenkins | 0.30 | 70.50 | Review new pleadings filed by Smith, and 9th Circuit and order taxing costs; discuss ▮▮▮▮▮▮ with J. Juliussen and draft email to Mr. Wigle regarding ▮▮▮ |
| 06/30/06 | E. Jenkins | 0.10 | 23.50 | Give instructions to K. Olmstead regarding ▮▮▮▮▮▮ ▮▮▮▮▮▮ |
| 06/30/06 | K. Olmstead | 1.40 | 245.00 | Research limits of review in judgment |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Exhibit A

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5528454
Page No. 2

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
|      |              |       |       | on the pleadings |
|      | Total Hours | 2.80 |       | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 21 | 3.15 |
| Filing fee - - SPECIALIZED LEGAL SERVICES - 5/2/06 | | 35.00 |
| Filing to U.S. Court of Appeals per D. Rhone | | |
| Total Current Disbursements | | $38.15 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 589.00 |
| Total Current Disbursements | 38.15 |
| Total Current Invoice | $627.15 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $857.30 |
| Less Payments Received as of 07/18/06 - SCHUCK'S - CHECK #1285209 | ($857.30) |
| Current Invoice | $627.15 |
| Total Balance Due This Matter | $627.15 |

Jim Juliussen

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE          TEL (206) 622-3150
2600 CENTURY SQUARE         FAX (206) 628-7699
SEATTLE, WA 98101-1688      www.dwt.com
                            FEDERAL ID #91-0839480

CSK Auto Inc. d/b/a Schuck's Auto                   August 28, 2006
Attn: James H. Wigle, Senior Counsel                Invoice No. 5535611
645 East Missouri Ave., Suite 400
Phoenix, AZ 85012-1373

### AUGUST INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Period Covered Through:  Jul 31, 2006

Re:    Case Name:      0053870-000005
       Client:         CSK AUTO INC / D/B/A SCHUCK'S AUTO
       Matter:         Terry L. Smith

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|------|--------|--------------------------|
| 06/23/06 | E. Jenkins | 1.10 | 258.50 | Draft proposed pretrial order and notice to court regarding inability to contact Smith telephone call from Smith; Direct facsimile service of notice to court on Smith |
| 07/05/06 | E. Jenkins | 0.10 | 23.50 | Review J. Eastman's findings regarding Smith's ████████████████ ████████████and direct follow-up |
| 07/06/06 | E. Jenkins | 1.10 | 258.50 | Review tape of pretrial conference and begin drafting motion to dismiss |
| 07/10/06 | E. Jenkins | 2.30 | 540.50 | Telephone call to Smith regarding his notice to court on FMLA claim; emails to and from Mr. Wigle regarding████ ████████████████████; begin drafting removal petition |
| 07/11/06 | J. Juliussen | 0.20 | 57.00 | Discuss ████████████████████ with E. Jenkins |
| 07/11/06 | E. Jenkins | 1.50 | 352.50 | Revise and proof answer and email same to Ms. Wigle; work on removal petition |
| 07/12/06 | E. Jenkins | 0.80 | 188.00 | Email from Mr. Wigle████████ |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5535611
Page No. 2

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| | | | | ▮▮▮; work on petition for removal |
| 07/13/06 | J. Juliussen | 0.30 | 85.50 | Discuss removal and related issues with E. Jenkins |
| 07/13/06 | E. Jenkins | 2.40 | 564.00 | Proof and direct filing of answer; complete removal petition and accompanying affidavit |
| 07/14/06 | E. Jenkins | 1.30 | 305.50 | Complete removal of case and accompanying pleadings |
| 07/17/06 | E. Jenkins | 0.20 | 47.00 | Telephone call from Mr. Smith; emails from U.S. District court confirming opening of case |
| 07/18/06 | E. Jenkins | 0.20 | 47.00 | Review letter from Smith and forward same to Mr. Wigle; several emails from federal court regarding removal |
| 07/19/06 | J. Juliussen | 0.40 | 114.00 | Review various pleadings filed by plaintiff; discuss ▮▮▮ with E. Jenkins |
| 07/19/06 | E. Jenkins | 0.30 | 70.50 | Review pleadings filed by Smith; discuss ▮▮▮ with J. Juliussen and draft email to Mr. Wigle providing ▮▮▮▮▮▮▮ |
| 07/20/06 | J. Juliussen | 0.30 | 85.50 | Review plaintiff's motion to amend and for a continuance to conduct discovery; discuss ▮▮▮ with E. Jenkins |
| 07/20/06 | E. Jenkins | 0.20 | 47.00 | Review new pleadings filed by Smith and email ▮▮▮ to Mr. Wigle |
| 07/21/06 | E. Jenkins | 0.20 | 47.00 | Review motion for remand and accompanying pleadings filed by Smith and email ▮▮▮ to Mr. Wigle |
| 07/24/06 | J. Juliussen | 0.40 | 114.00 | Review plaintiff's various filings, including motion to remand |
| 07/24/06 | E. Jenkins | 0.20 | 47.00 | Review pleadings and orders from Smith's workers compensation case for possible use with summary judgment motion |
| 07/25/06 | J. Juliussen | 0.30 | 85.50 | Review plaintiff's various filings, including motions to recuse judge; discuss ▮▮▮ with E. Jenkins |
| 07/25/06 | E. Jenkins | 0.20 | 47.00 | Review new pleadings filed by Smith to recuse judge and email ▮▮▮ to Mr. Wigle; instruct J. Eastman to check on status of minute order for removal |
| 07/26/06 | E. Jenkins | 0.10 | 23.50 | Review order from court regarding removal procedures and consult with J. Eastman regarding ▮▮▮▮▮▮▮ |
| 07/31/06 | E. Jenkins | 0.10 | 23.50 | Confirm deadlines and consult with J. Eastman regarding ▮▮▮▮▮▮▮ |

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5535611
Page No. 3

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|------|--------|-------------------------|
| | Total Hours | 14.20 | | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Copying charges | 704 | 105.60 |
| Filing fee - - CLERK - US DISTRICT COURT 07/17/06, Anch ck# 16362, Filing fee per E. Jenkins | | 350.00 |
| Outside Delivery Service - - DHL WORLDWIDE EXPRESS - Waybill #16728310756, 06/23/06 for DHL outside delivery services fees to Fairbanks Superior Court Clerk, Fairbanks, Alaska | | 19.27 |
| Outside Delivery Service - - DHL WORLDWIDE EXPRESS - Waybill #16984745654, 07/13/06 for DHL outside delivery services fees to Fourth Judicial District, Fairbanks, Alaska | | 31.93 |
| West Publishing (billed at cost) computerized legal research 07/14/06 per E. Jenkins | | 19.74 |
| Total Current Disbursements | | $526.54 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $3,432.00 |
| Total Current Disbursements | $526.54 |
| Total Current Invoice | $3,958.54 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $627.15 |
| Less Payments Received as of 08/14/06 - SCHUCK'S - CHECK #1293897 | ($627.15) |
| Current Invoice | $3,958.54 |
| Total Balance Due This Matter | $3,958.54 |

Jim Juliussen

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE          TEL (206) 622-3150
2600 CENTURY SQUARE         FAX (206) 628-7699
SEATTLE, WA 98101-1688      www.dwt.com
                            FEDERAL ID #91-0839480

CSK Auto Inc. d/b/a Schuck's Auto                September 27, 2006
Attn: James H. Wigle, Senior Counsel             Invoice No. 5542289
645 East Missouri Ave., Suite 400
Phoenix, AZ 85012-1373

SEPTEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0053870-000005

Terry L. Smith

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| 07/13/06 | D. Oesting | 0.20 | 75.00 | Review and approve draft removal petition for lawsuit |
| 08/02/06 | E. Jenkins | 4.80 | 1,128.00 | Begin drafting opposition to motion for remand and conduct related research; review superior court file obtained by J. Eastman and advise same regarding |
| 08/02/06 | K. Olmstead | 2.60 | 455.00 | Research and draft email memorandum regarding |
| 08/03/06 | J. Juliussen | 0.30 | 85.50 | Review opposition to motion to remand; brief discussion with E. Jenkins regarding |
| 08/03/06 | E. Jenkins | 3.80 | 893.00 | Complete opposition to motion to remand and email same to Mr. Wigle; |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5542289
Page No. 2

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| | | | | research regarding treatment of retaliation claims under 28 U.S.C.§1445 (c); work with J. Eastman on a compliance with minute order on removal |
| 08/04/06 | E. Jenkins | 0.70 | 164.50 | Revise opposition to Smith's motion to remand and email revised brief to Mr. Wigle; telephone call to workers compensation attorney to get copy of Smith's settlement agreement and review same |
| 08/07/06 | E. Jenkins | 2.70 | 634.50 | Revise, proof and coordinate filing of opposition to motion to remand and accompanying affidavit; draft opposition to motion for disqualification of judge |
| 08/08/06 | J. Juliussen | 0.20 | 57.00 | Review opposition to motion to recuse |
| 08/08/06 | E. Jenkins | 0.40 | 94.00 | Proof and direct filing of opposition to motion to disqualify judge; review letter from Mr. Smith regarding EEOC complaint and▮▮▮▮ |
| 08/09/06 | E. Jenkins | 0.10 | 23.50 | Email to Mr. Wigle providing ▮▮▮▮▮▮▮▮▮▮ |
| 08/14/06 | E. Jenkins | 0.30 | 70.50 | Emails to and from Mr. Wigle regarding ▮▮▮▮▮▮▮▮▮ |
| 08/17/06 | J. Juliussen | 0.40 | 114.00 | Review Mr. Smith's reply to opposition to recusal and remand and amended complaint; discuss▮▮▮with E. Jenkins |
| 08/17/06 | E. Jenkins | 0.90 | 211.50 | Review amended complaint and other pleadings filed by Smith; discuss▮▮▮ with J. Juliussen; emails to and from Mr. Wigle regarding▮▮▮ |
| 08/18/06 | E. Jenkins | 1.30 | 305.50 | Research regarding basis for striking amended complaint filed without leave of court; begin drafting motion to strike |
| 08/19/06 | E. Jenkins | 3.30 | 775.50 | Continue drafting motion to strike or dismiss amended complaint and conduct related research |
| 08/21/06 | E. Jenkins | 1.60 | 376.00 | Continue drafting motion to strike/dismiss amended complaint and conduct related research |
| 08/23/06 | E. Jenkins | 2.80 | 658.00 | Review order from court on recusal motion; continue drafting motion to strike and/or dismiss amended complaint |
| 08/25/06 | E. Jenkins | 0.10 | 23.50 | Review order from court denying motion to disqualify judge |

LAWYERS



CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5542289
Page No. 3

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| 08/28/06 | E. Jenkins | 1.70 | 399.50 | Complete motion to strike amended complaint and accompanying affidavit and email same to Mr. Wigle████████ |
| 08/29/06 | J. Juliussen | 0.30 | 85.50 | Review motion to strike or dismiss amended complaint; discuss█████ with E. Jenkins |
| 08/29/06 | E. Jenkins | 0.60 | 141.00 | Email from Mr. Wigle ████████ ██████████████████████ ██████; proof and file same; review order denying Smith's remand motion |
| | Total Hours | 30.80 | | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 721 | 108.15 |
| Telecopy Charges | 12 | 6.00 |
| Postage | | 3.90 |
| Postage | | 1.35 |
| Postage | | 10.80 |
| West Publishing (billed at cost) computerized legal research 08/02/06 per E. Jenkins | | 84.00 |
| West Publishing (billed at cost) computerized legal research 08/02/06 per K. Olmstead | | 20.47 |
| West Publishing (billed at cost) computerized legal research 08/03/06 per E. Jenkins | | 12.71 |
| West Publishing (billed at cost) computerized legal research 08/03/06 per E. Jenkins | | 303.46 |
| West Publishing (billed at cost) computerized legal research 08/07/06 per E. Jenkins | | 38.79 |
| Total Current Disbursements | | $589.63 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 7,170.00 |
| Total Current Disbursements | 589.63 |
| Total Current Invoice | $7,759.63 |

LAWYERS

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5542289
Page No. 4

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| Balance from Previous Statement | $3,958.54 |
| Less Payments Received as of 09/25/06 - | ($3,958.54) |
| SCHUCK'S - CHECK #1305803 | |
| Current Invoice | $7,759.63 |
| | |
| Total Balance Due This Matter | $7,759.63 |

Jim Juliussen

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE          TEL (206) 622-3150
2600 CENTURY SQUARE         FAX (206) 628-7699
SEATTLE, WA  98101-1688     www.dwt.com
                            FEDERAL ID #91-0839480

CSK Auto Inc. d/b/a Schuck's Auto          October 26, 2006
Attn: James H. Wigle, Senior Counsel       Invoice No. 5549938
645 East Missouri Ave., Suite 400
Phoenix, AZ  85012-1373

OCTOBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0053870-000005

Terry L. Smith

| **DATE** | **PROFESSIONAL** | **HOURS** | **TOTAL** | **DESCRIPTION OF SERVICES** |
|----------|------------------|-----------|-----------|------------------------------|
| 09/05/06 | E. Jenkins | 0.20 | 47.00 | Review Smith's motion for reconsideration and court's order regarding same |
| 09/07/06 | E. Jenkins | 0.20 | 47.00 | Telephone call from Mr. Smith regarding██████████████; email to J. Juliussen regarding███ |
| 09/08/06 | J. Juliussen | 0.30 | 85.50 | Discuss██████████████ with E. Jenkins |
| 09/08/06 | E. Jenkins | 0.60 | 141.00 | Discuss████████████ ██████████ with J. Juliussen; emails to and from Mr. Wigle regarding███ |
| 09/12/06 | J. Juliussen | 0.40 | 114.00 | Review opposition to motion for reconsideration of order denying remand; discuss██████ with E. Jenkins |
| 09/12/06 | E. Jenkins | 1.60 | 376.00 | Draft opposition to motion for reconsideration of denial of remand |
| 09/13/06 | E. Jenkins | 3.00 | 705.00 | Complete response to motion for reconsideration of order denying remand and email████to Mr. Wigle; proof and direct filing of same |
| 09/18/06 | E. Jenkins | 0.20 | 47.00 | Review order denying reconsideration and email████to Mr. Wigle; telephone call to Mr. Griffin's office to review workers' compensation case files |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5549938
Page No. 2

| **DATE** | **PROFESSIONAL** | **HOURS** | **TOTAL** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|---|
| 09/19/06 | E. Jenkins | 0.20 | 47.00 | Review opposition to motion to dismiss filed by Smith; telephone call to Mr. Griffen |
| 09/20/06 | J. Juliussen | 0.40 | 114.00 | Review Mr. Smiths' opposition to motion to strike; discuss ▮▮▮ with E. Jenkins |
| 09/20/06 | E. Jenkins | 0.20 | 47.00 | Review new pleadings by Smith and discuss ▮▮ with J. Juliussen |
| 09/21/06 | E. Jenkins | 0.40 | 94.00 | Telephone call to Robert Griffin regarding ▮▮▮▮▮ work with paralegal K. Oberst to obtain same |
| 09/21/06 | K. Oberst | 0.20 | 25.00 | Telephone calls to Mr. Griffin regarding ▮▮▮▮▮; discussion with E. Jenkins regarding ▮▮▮ |
| 09/23/06 | E. Jenkins | 2.80 | 658.00 | Continue drafting reply to opposition to motion to dismiss/strike amended complaint and conduct related research |
| 09/25/06 | E. Jenkins | 3.00 | 705.00 | Complete reply brief on motion to dismiss and conduct related research |
| 09/25/06 | K. Oberst | 0.30 | 37.50 | Telephone calls to Fairbanks and Anchorage Workers' Compensation offices in an attempt to obtain copies of records related to Mr. Smith; discussion with E. Jenkins regarding ▮▮ |
| 09/26/06 | J. Juliussen | 0.30 | 85.50 | Review opposition to motion to strike amended complaint; discuss ▮▮ with E. Jenkins |
| 09/26/06 | E. Jenkins | 1.60 | 376.00 | Revise and proof reply brief on motion to dismiss; emails to and from Mr. Wigle regarding ▮▮ research to locate case on requirement that pro se pleadings satisfy Rule 8; incorporate same into brief and direct filing of same |
| 09/27/06 | K. Oberst | 0.20 | 25.00 | Prepare letter to Ms. Ruckers at the Alaska Workers' Compensation Board requesting access to records and files regarding Mr. Smith; arrange delivery of ▮▮ |
| 09/29/06 | J. Juliussen | 0.30 | 85.50 | Review order on motion to strike amended complaint; discuss ▮▮▮ with E. Jenkins |
| 09/29/06 | E. Jenkins | 1.10 | 258.50 | Review order granting motion to dismiss and discuss ▮▮▮ with J. Juliussen; read Smith deposition from Howell case for admissions on |

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5549938
Page No. 3

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|------------------------|
| | | | | employment issue; consult with K. Oberst regarding monitoring of Smith's workers compensation hearing |
| | Total Hours | 17.50 | | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Outside delivery service - - ANCHORAGE MESSENGER SERVICE LLC - 08/04/06 for AMS outside delivery services fees to USDC | | 14.25 |
| West Publishing (billed at cost) computerized legal research 08/18/06 per E. Jenkins | | 81.26 |
| West Publishing (billed at cost) computerized legal research 08/29/06 per J. Eastman | | 16.91 |
| West Publishing (billed at cost) computerized legal research 09/12/06 per E. Jenkins | | 20.73 |
| West Publishing (billed at cost) computerized legal research 09/13/06 per E. Jenkins | | 22.45 |
| Total Current Disbursements | | $155.60 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 4,120.50 |
| Total Current Disbursements | 155.60 |
| | ---------------- |
| Total Current Invoice | $4,276.10 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $7,759.63 |
| Current Invoice | $4,276.10 |
| Total Balance Due This Matter | $12,035.73 |

Jim Juliussen

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE          TEL (206) 622-3150
2600 CENTURY SQUARE         FAX (206) 628-7699
SEATTLE, WA 98101-1688      www.dwt.com
                            FEDERAL ID #91-0839480

CSK Auto Inc. d/b/a Schuck's Auto            November 16, 2006
Attn: James H. Wigle, Senior Counsel         Invoice No. 5555989
645 East Missouri Ave., Suite 400
Phoenix, AZ 85012-1373

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0053870-000005

Terry L. Smith

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| 10/02/06 | E. Jenkins | 0.10 | 23.50 | E-mail ▓▓▓ Mr. Wigle; consult with K. Oberst regarding ▓▓▓ |
| 10/03/06 | E. Jenkins | 0.10 | 23.50 | Consult with K. Oberst regarding ▓▓▓ |
| 10/03/06 | K. Oberst | 0.40 | 50.00 | Telephone conferences with Ms. Graham of the AWCB regarding ▓▓▓ discussion with E. Jenkins regarding ▓▓▓ |
| 10/10/06 | E. Jenkins | 0.80 | 188.00 | Draft answer to amended complaint |
| 10/11/06 | J. Juliussen | 0.20 | 57.00 | Review answer to amended complaint |
| 10/11/06 | E. Jenkins | 0.40 | 94.00 | Revise and file answer to amended complaint; emails to and from Mr. Wigle regarding ▓▓▓ |
| 10/16/06 | E. Jenkins | 0.60 | 141.00 | Attempt to reach Mr. Smith to conduct meeting of parties; research to locate authority for summary judgment motion on applicability of FMLA |
| 10/19/06 | E. Jenkins | 0.20 | 47.00 | Attempt to reach Mr. Smith regarding meeting of parties (left message); prepare medical release for Smith |
| 10/23/06 | E. Jenkins | 0.30 | 70.50 | Telephone call from Smith Regarding |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5555989
Page No. 2

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| | | | | parties planning meeting; locate report form and medical release and email same to Mr. Smith |
| 10/24/06 | E. Jenkins | 0.40 | 94.00 | Conduct meeting of parties with Smith and complete report of same |
| 10/26/06 | E. Jenkins | 0.70 | 164.50 | Draft statement of issues of law and fact; review list provided by Mr. Smith and telephone call from Mr. Smith to discuss same |
| 10/31/06 | J. Juliussen | 1.00 | 285.00 | Review Mr. Smith's notice of appeal; review rules pertaining to appeals from interlocutory orders; email to Mr. Wigle regarding ■■■ |
| | Total Hours | 5.20 | | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 3 | 0.45 |
| Legal Services - - STATE OF ALASKA (ALASKA COURT SYSTEM) - 07/31/06 for legal Alaska Court System Researching and Photocopying services fees per D. Pennington | | 43.00 |
| Outside Delivery Service - - ANCHORAGE MESSENGER SERVICE LLC - 09/27/06 for AMS outside delivery services fees to Alaska Worker's Compensation Board, Anchorage | | 7.00 |
| West Publishing (billed at cost) computerized legal research 09/25/06 per E. Jenkins | | 10.99 |
| West Publishing (billed at cost) computerized legal research 09/26/06 per E. Jenkins | | 63.48 |
| Total Current Disbursements | | $124.92 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|--|--|
| Total Current Services | 1,238.00 |
| Total Current Disbursements | 124.92 |
| | --------------- |
| Total Current Invoice | $1,362.92 |

LAWYERS

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5555989
Page No. 3

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| Balance from Previous Statement | $12,035.73 |
| Less Payments Received as of 11/10/06 - | ($7,759.63) |
|    SCHUCK'S - CEHCK #1312781 | |
| Current Invoice | $1,362.92 |
| | |
| Total Balance Due This Matter | $5,639.02 |


Jim Juliussen

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE
2600 CENTURY SQUARE
SEATTLE, WA 98101-1688

TEL (206) 622-3150
FAX (206) 628-7699
www.dwt.com
FEDERAL ID #91-0839480

CSK Auto Inc. d/b/a Schuck's Auto
Attn: James H. Wigle, Senior Counsel
645 East Missouri Ave., Suite 400
Phoenix, AZ 85012-1373

December 19, 2006
Invoice No. 5563809

## DECEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.        0053870-000005

Terry L. Smith

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| 11/06/06 | E. Jenkins | 0.30 | 70.50 | Work on statement of issues and report of parties' planning meeting; review notice of appeal and other pleadings filed by Smith |
| 11/08/06 | J. Juliussen | 0.40 | 114.00 | Review statement of disputed issues of law and fact; discuss ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ with E. Jenkins |
| 11/08/06 | E. Jenkins | 1.60 | 376.00 | Complete report of parties planning meeting and statement of issues and email same to Mr. Smith; draft first set of discovery requests |
| 11/13/06 | E. Jenkins | 0.10 | 23.50 | Telephone call to Mr. Smith regarding report of parties planning meeting - left message |
| 11/14/06 | E. Jenkins | 0.50 | 117.50 | Telephone call from Mr. Smith regarding report of parties planning meeting; revise same and email to Mr. Smith; emails to and from Mr. Wigle regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 11/16/06 | J. Juliussen | 0.20 | 57.00 | Discuss ▮▮▮▮▮▮▮▮▮ with E. Jenkins |
| 11/16/06 | E. Jenkins | 0.90 | 211.50 | Review email from Mr. Wigle ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS

**DWt**

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5563809
Page No. 2

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| | | | | locate and review Smith file from Howell case; revise discovery responses |
| 11/17/06 | E. Jenkins | 0.70 | 164.50 | Receipt and review of report of parties from Smith; execute and file same; research regarding eligibility of employee for FMLA coverage |
| 11/27/06 | E. Jenkins | 0.90 | 211.50 | Prepare initial disclosures |
| 11/30/06 | J. Juliussen | 0.20 | 57.00 | Discuss ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 11/30/06 | E. Jenkins | 0.30 | 70.50 | Emails to and from Mr. Wigle regarding ▮▮▮▮▮▮▮▮▮▮▮▮; discuss ▮▮▮▮▮▮▮▮ with J. Juliussen; revise and execute initial disclosures |
| | Total Hours | 6.10 | | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 17 | 2.55 |
| Total Current Disbursements | | $2.55 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 1,473.50 |
| Total Current Disbursements | 2.55 |
| | ---------------- |
| Total Current Invoice | $1,476.05 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $5,639.02 |
| Less Payments Received as of 12/04/06 - SCHUCK'S - CHECK #1321516 | ($5,639.02) |
| Current Invoice | $1,476.05 |
| Total Balance Due This Matter | $1,476.05 |

Jim Juliussen

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE          TEL (206) 622-3150
2600 CENTURY SQUARE         FAX (206) 628-7699
SEATTLE, WA 98101-1688      www.dwt.com
                            FEDERAL ID #91-0839480

CSK Auto Inc. d/b/a Schuck's Auto          January 30, 2007
Attn: James H. Wigle, Senior Counsel       Invoice No. 5571175
645 East Missouri Ave., Suite 400
Phoenix, AZ 85012-1373

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0053870-000005

Terry L. Smith

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|------------------------|
| 12/04/06 | J. Juliussen | 0.40 | 114.00 | Review Mr. Smith's initial disclosures and discovery requests; discuss ▄▄▄ ▄▄▄▄▄▄ with E. Jenkins |
| 12/04/06 | E. Jenkins | 0.50 | 117.50 | Revise and execute discovery requests; review Smith's initial disclosures and discovery requests |
| 12/05/06 | E. Jenkins | 0.20 | 47.00 | Research leave entitlement under FMLA and confirm terms of right of reinstatement |
| 12/07/06 | E. Jenkins | 0.40 | 94.00 | Research issues surrounding right of reinstatement under FMLA and obligations to employee on leave |
| 12/08/06 | E. Jenkins | 0.50 | 117.50 | Draft letter to Smith demanding compliance with initial disclosure rules; email to Mr. Wigle ▄▄▄▄ ▄▄▄▄▄▄▄▄ brief research on FMLA requirements |
| 12/11/06 | E. Jenkins | 0.10 | 23.50 | Revise and execute letter to Smith demanding compliance with initial disclosure rules |
| 12/13/06 | E. Jenkins | 0.10 | 23.50 | Review associate handbook provided by client |
| 12/14/06 | E. Jenkins | 0.40 | 94.00 | Review compromise and release agreement from workers compensation |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS

**Dt**
**w t**

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5571175
Page No. 2

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|------------------------|
| | | | | proceeding; emails from and to Mr. Nasser regarding███ |
| 12/20/06 | J. Juliussen | 0.20 | 57.00 | Discuss job descriptions and related discovery issues with E. Jenkins |
| 12/20/06 | E. Jenkins | 1.70 | 399.50 | Draft discovery responses |
| 12/21/06 | E. Jenkins | 0.80 | 188.00 | Instructions to K. Olmstead ████ ███████████████████ review and revise same; review and revise discovery responses and email regarding same to Mr. Smith |
| 12/21/06 | K. Olmstead | 2.30 | 402.50 | Draft amended answer, motion and order for leave to amend |
| 12/22/06 | E. Jenkins | 0.40 | 94.00 | Emails to and from Mr. Wigle regarding ██████████████ revise and proof motion to amend answer to add defense of failure to mitigate; review and direct filing of accompanying pleadings |
| | Total Hours | 8.00 | | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 151 | 22.65 |
| Total Current Disbursements | | $22.65 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 1,772.00 |
| Total Current Disbursements | 22.65 |
| | ---------------- |
| Total Current Invoice | $1,794.65 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $1,476.05 |
| Less Payments Received as of 01/17/07 - SCHUCKS - CEHCK #1337230 | ($1,476.05) |
| Current Invoice | $1,794.65 |
| Total Balance Due This Matter | $1,794.65 |

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE          TEL (206) 622-3150
2600 CENTURY SQUARE         FAX (206) 628-7699
SEATTLE, WA 98101-1688      www.dwt.com
                            FEDERAL ID #91-0839480

CSK Auto Inc. d/b/a Schuck's Auto          February 21, 2007
Attn: James H. Wigle, Senior Counsel       Invoice No. 5576053
645 East Missouri Ave., Suite 400
Phoenix, AZ 85012-1373

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0053870-000005

Terry L. Smith

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| 01/02/07 | J. Juliussen | 0.30 | 90.00 | Review EEO policy prior to production; discuss ██████████████, ██████ with E. Jenkins |
| 01/02/07 | E. Jenkins | 0.70 | 185.50 | Review job descriptions and EEO policy provided by Mr. Wigle; Revise discovery responses and emails to Ms. Fish regarding ██████ |
| 01/03/07 | E. Jenkins | 0.20 | 53.00 | Emails to and from Ms. Fish regarding ██████████████, proof and execute same |
| 01/04/07 | J. Juliussen | 0.20 | 60.00 | Discuss ██████████████ with E. Jenkins |
| 01/04/07 | E. Jenkins | 0.20 | 53.00 | Review new discovery requests served by Smith; emails to and from Mr. Wigle regarding ██████████████ |
| 01/05/07 | E. Jenkins | 0.30 | 79.50 | Review opposition to motion to amend filed by Smith and discovery received from Mr. Wigle |
| 01/11/07 | E. Jenkins | 0.60 | 159.00 | Telephone call from Mr. Nasser; review documents emailed by same regarding ██████████████████████; draft reply to opposition to motion to amend answer |
| 01/12/07 | E. Jenkins | 0.70 | 185.50 | Draft letters to Mr. Smith regarding |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5576053
Page No. 2

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|--------------------------|
| | | | | discovery issues; revise, proof, and direct filing of reply to opposition to motion to amend complaint |
| 01/16/07 | E. Jenkins | 0.10 | 26.50 | Review order from court granting motion to amend answer; review email from Mr. Wigle requesting preparation of budget |
| 01/18/07 | E. Jenkins | 0.90 | 238.50 | Prepare budget (.4); work on discovery responses (.5) |
| 01/22/07 | E. Jenkins | 1.40 | 371.00 | Continue work on responses to Smith's second discovery requests; review worker compensation statutes regarding rehabilitation benefits |
| 01/23/07 | J. Juliussen | 0.20 | 60.00 | Discuss ██████████with E. Jenkins |
| 01/23/07 | E. Jenkins | 1.10 | 291.50 | Revise discovery responses and email same to Mr. Wigle; review Smith's letter regarding discovery and attempt to reach Mr. Smith regarding same |
| 01/24/07 | E. Jenkins | 0.20 | 53.00 | Emails to and from Mr. Wigle regarding ██████████; review and revise 2007 budget |
| 01/25/07 | E. Jenkins | 0.70 | 185.50 | Revise and proof discovery responses and email same to Mr. Wigle; draft letter to Mr. Smith regarding discovery; telephone call from Mr. Smith regarding same |
| 01/26/07 | E. Jenkins | 0.20 | 53.00 | Emails to and from Mr. Wigle regarding ██████████, review documents received from CSK regarding██████ ██████ |
| 01/29/07 | E. Jenkins | 1.10 | 291.50 | Revise, proof, and execute discovery responses |
| | Total Hours | 9.10 | | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 212 | 31.80 |
| Postage | | 2.31 |
| Postage | | 1.35 |
| West Publishing (billed at cost) computerized legal research 12/22/06 per E. Jenkins | | 142.77 |
| Total Current Disbursements | | $178.23 |

LAWYERS



CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5576053
Page No. 3

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 2,436.00 |
| Total Current Disbursements | 178.23 |
| | ---------------- |
| Total Current Invoice | $2,614.23 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $1,794.65 |
| Current Invoice | $2,614.23 |
| Total Balance Due This Matter | $4,408.88 |

Jim Juliussen

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

1501 FOURTH AVENUE          TEL (206) 622-3150
2600 CENTURY SQUARE          FAX (206) 628-7699
SEATTLE, WA 98101-1688       www.dwt.com
                             FEDERAL ID #91-0839480

CSK Auto Inc. d/b/a Schuck's Auto                April 27, 2007
Attn: James H. Wigle, Senior Counsel             Invoice No. 5592205
645 East Missouri Ave., Suite 400
Phoenix, AZ 85012-1373

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0053870-000005

Terry L. Smith

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| 11/28/06 | E. Jenkins | 0.80 | 188.00 | Begin drafting summary judgment motion on FMLA claim |
| 11/29/06 | E. Jenkins | 0.70 | 164.50 | Continue drafting summary judgement motion; email to Mr. Wigle regarding ███████████ |
| 02/01/07 | E. Jenkins | 0.30 | 79.50 | Review new amended complaint and motion to amend filed by Smith; review CFR regulation referenced by Smith |
| 02/05/07 | E. Jenkins | 0.10 | 26.50 | Review letter from Smith regarding discovery |
| 02/06/07 | E. Jenkins | 0.30 | 79.50 | Draft letter to Smith responding to his inquiries regarding discovery; email ███████to Mr. Broder |
| 02/07/07 | E. Jenkins | 0.10 | 26.50 | Revise and execute letter to Mr. Smith regarding discovery |
| 02/08/07 | E. Jenkins | 0.30 | 79.50 | Draft letter to Smith regarding discovery and related matters |
| 02/13/07 | E. Jenkins | 3.00 | 795.00 | Research FMLA notice regulation cited by Smith in motion to amend complaint and read U.S. Supreme Court case invalidating same; draft opposition to motion to amend and email ██████ Mr. Wigle |
| 02/14/07 | E. Jenkins | 0.40 | 106.00 | Emails to and from Mr. Wigle regarding |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5592205
Page No. 2

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|------------------------|
| | | | | ███████████████, revise and file opposition to same; review order from court directing refiling of amended answer |
| 02/26/07 | E. Jenkins | 0.60 | 159.00 | Review new pleadings received from Smith; research statute cited in same; emails to and from Mr. Wigle regarding ██████ |
| 03/01/07 | E. Jenkins | 0.60 | 159.00 | Begin drafting motion for sanctions against Smith |
| 03/05/07 | E. Jenkins | 2.70 | 715.50 | Draft opposition to motion to remand, motion for sanctions, and accompanying affidavit; email to Mr. Wigle regarding ██████; review new Smith filing |
| 03/06/07 | E. Jenkins | 0.90 | 238.50 | Revise and coordinate service of motion for sanctions; revise opposition to motion for remand; draft letter to Mr. Smith regarding ████████████ emails from and to Mr. Wigle regarding ██████ |
| 03/07/07 | E. Jenkins | 0.80 | 212.00 | Revise and coordinate filing of opposition to motion for remand; research regarding new notice of judicial notice filed by Smith and consider response to same; confirm discovery responses are overdue from Smith |
| 03/08/07 | E. Jenkins | 3.30 | 874.50 | Begin drafting motion to have requests for admission deemed admitted; continue research regarding issues raised in request for judicial notice |
| 03/09/07 | E. Jenkins | 1.50 | 397.50 | Continue drafting motion to have requests for admission deemed admitted and email ██████ to Mr. Wigle; continue drafting opposition to request for judicial notice and conduct related research |
| 03/12/07 | E. Jenkins | 0.70 | 185.50 | Revise, proof coordinate filing of motion to have requests for admission deemed admitted; revise opposition to motion for judicial notice |
| 03/13/07 | E. Jenkins | 0.20 | 53.00 | Revise and key cite opposition to request for judicial notice and email ██████ to Mr. Wigle |
| 03/16/07 | E. Jenkins | 0.10 | 26.50 | Proof and coordinate filing of opposition to request for judicial notice |
| 03/19/07 | E. Jenkins | 0.20 | 53.00 | Continue drafting summary judgment motion |
| 03/20/07 | E. Jenkins | 0.60 | 159.00 | Continue drafting summary judgment |

LAWYERS



CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5592205
Page No. 3

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|-------------------------|
| | | | | motion |
| 03/22/07 | E. Jenkins | 1.70 | 450.50 | Continue drafting summary judgment motion |
| 03/26/07 | E. Jenkins | 0.20 | 53.00 | Review Smith's reply to opposition to request for judicial notice and opposition to have requests for admission deemed admitted |
| 03/27/07 | J. Juliussen | 0.20 | 60.00 | Discuss ▮▮▮▮▮▮▮▮▮▮▮ with E. Jenkins |
| 03/27/07 | D. Oesting | 0.10 | 39.50 | Advise E. Jenkins on ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 03/27/07 | E. Jenkins | 3.00 | 795.00 | Continue drafting summary judgment motion; telephone call from Mr. Smith regarding discovery and withdrawal of remand motion; review order from court denying motion to amend and email to Mr. Wigle regarding ▮▮▮▮▮▮▮▮▮ |
| 03/28/07 | E. Jenkins | 3.00 | 795.00 | Continue drafting summary judgment motion; review pleadings filed by Smith and email ▮▮▮▮ to Mr. Wigle; review email from Mr. Wigle regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ |
| 03/29/07 | E. Jenkins | 3.50 | 927.50 | Continue drafting summary judgment motion; begin drafting reply to opposition to have requests for admission deemed admitted |
| 03/30/07 | E. Jenkins | 0.10 | 26.50 | Review orders from court on pending motions |
| 03/31/07 | E. Jenkins | 0.40 | 106.00 | Revise reply to opposition to have requests for admission deemed admitted; draft accompanying affidavit |
| | Total Hours | 30.40 | | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 91 | 13.65 |
| Postage | | 4.20 |
| Postage | | 5.60 |
| Postage | | 1.35 |
| Postage | | 1.59 |
| West Publishing (billed at cost) computerized legal research 02/13/07 per E. Jenkins | | 84.07 |

LAWYERS

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5592205
Page No. 4

| | |
|---|---:|
| West Publishing (billed at cost) computerized legal research 03/05/07 per E. Jenkins | 40.45 |
| West Publishing (billed at cost) computerized legal research 03/06/07 per E. Jenkins | 12.63 |
| West Publishing (billed at cost) computerized legal research 03/09/07 per E. Jenkins | 19.57 |
| West Publishing (billed at cost) computerized legal research 03/13/07 per E. Jenkins | 118.47 |
| Total Current Disbursements | $301.58 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---:|
| Total Current Services | 8,031.00 |
| Total Current Disbursements | 301.58 |
| | ---------------- |
| Total Current Invoice | $8,332.58 |

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| Balance from Previous Statement | $2,614.23 |
| Less Payments Received as of 03/02/07 - SCHUCK'S - CHECK #1351645 | ($2,614.23) |
| Current Invoice | $8,332.58 |
| Total Balance Due This Matter | $8,332.58 |

Jim Juliussen

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

1501 FOURTH AVENUE                TEL (206) 622-3150
2600 CENTURY SQUARE               FAX (206) 628-7699
SEATTLE, WA  98101-1688           www.dwt.com
                                  FEDERAL ID #91-0839480

CSK Auto Inc. d/b/a Schuck's Auto              May 29, 2007
Attn: James H. Wigle, Senior Counsel          Invoice No. 5600388
645 East Missouri Ave., Suite 400
Phoenix, AZ  85012-1373

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0053870-000005

Terry L. Smith

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|------|------|------|------|
| 04/02/07 | E. Jenkins | 4.60 | 1,219.00 | Continue drafting motion for summary judgment and conduct related research; telephone call to Mr. Smith regarding pretrial deadlines and draft stipulation for extension of same; email same to Mr. Smith; revise reply to opposition to motion to have requests for admission deemed admitted and accompanying affidavit; review Smith's discovery responses and revise foregoing pleadings to note receipt of same |
| 04/03/07 | J. Dawson | 0.20 | 73.00 | Locate ▆▆▆▆▆▆▆▆ and supply same to E. Jenkins |
| 04/03/07 | E. Jenkins | 3.60 | 954.00 | Continue drafting summary judgment motion; email to Mr. Nassar ▆▆▆▆▆▆; email to Mr. Wigle ▆▆▆ ▆▆▆▆▆▆▆▆▆; email to and email from Mr. Wigle regarding ▆▆▆ draft affidavit of counsel with stipulation to extend pretrial deadlines |
| 04/05/07 | E. Jenkins | 4.70 | 1,245.50 | Draft affidavits to accompany summary judgment motion; emails to and from Mr. Wigle regarding ▆▆▆; continue work on summary judgment motion |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS



CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5600388
Page No. 2

| **DATE** | **PROFESSIONAL** | **HOURS** | **TOTAL** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|---|
| 04/06/07 | E. Jenkins | 1.90 | 503.50 | Draft and revise affidavits to accompany summary judgment motion and email ▇▇▇ to Mr. Wigle; revise summary judgment motion |
| 04/09/07 | J. Juliussen | 0.30 | 90.00 | Review draft motion for summary judgment |
| 04/09/07 | E. Jenkins | 3.80 | 1,007.00 | Revise affidavits of Joe Nassar and benefits administration and email ▇▇▇ to Mr. Wigle; revise, proof and cite check summary judgment motion; review order from court granting motion to have requests for admission deemed admitted |
| 04/10/07 | E. Jenkins | 2.20 | 583.00 | Continue proofing and cite checking summary judgment motion; email ▇▇▇ ▇▇▇▇▇▇ to Mr. Wigle; review Smith's request for admission regarding claims history document and email ▇▇▇ to Mr. Wigle |
| 04/11/07 | E. Jenkins | 0.70 | 185.50 | Work on affidavits for summary judgment motion; emails to and from Mr. Wigle regarding ▇▇▇ |
| 04/12/07 | E. Jenkins | 0.10 | 26.50 | Review affidavits received from CSK and instruct J. Eastman ▇▇▇▇▇ ▇▇▇▇▇▇▇▇ |
| 04/13/07 | E. Jenkins | 0.20 | 53.00 | Emails to and from Mr. Wigle regarding ▇▇▇; assist J. Eastman with gathering of cites for same |
| 04/16/07 | J. Juliussen | 0.30 | 90.00 | Discuss ▇▇▇▇▇▇▇ with E. Jenkins |
| 04/16/07 | E. Jenkins | 0.90 | 238.50 | Review several new pleadings filed by Smith; emails to and from Mr. Wigle regarding ▇▇▇ and discuss ▇▇▇ with J. Juliussen |
| 04/18/07 | E. Jenkins | 4.40 | 1,166.00 | Revise summary judgment motion; conduct related research regarding right of reinstatement under FMLA |
| 04/19/07 | E. Jenkins | 1.70 | 450.50 | Continue revisions to summary judgment motion |
| 04/23/07 | E. Jenkins | 1.50 | 397.50 | Revise and finalize summary judgment motion and email ▇▇▇ to Mr. Wigle for review |
| 04/25/07 | E. Jenkins | 0.60 | 159.00 | Email to Mr. Wigle regarding ▇▇▇ ▇▇▇▇▇▇▇, draft opposition to Smith's motion to withdraw admissions |
| 04/26/07 | E. Jenkins | 1.70 | 450.50 | Continue drafting opposition to Smith's |

LAWYERS



CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5600388
Page No. 3

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| | | | | motion to withdraw admissions; read long document Smith wants authenticated; emails to and from Mr. Wigle regarding ████████████ ███████ |
| 04/27/07 | E. Jenkins | 2.80 | 742.00 | Revise, proof, and direct filing of summary judgment motion; revise, proof and direct filing of opposition to motion to withdraw admissions; emails to and from Mr. Wigle regarding ████ ███████████████████████; emails to and from Mr. Nassar regarding ████████████; draft ██████ and email to Mr. Wigle |
| 04/28/07 | E. Jenkins | 0.20 | 53.00 | Prepare supplement to initial disclosures |
| 04/30/07 | E. Jenkins | 0.20 | 53.00 | Revise and execute response to request for admission and supplemental witness disclosures |
| | Total Hours | 36.60 | | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 176 | 26.40 |
| West Publishing (billed at cost) computerized legal research 03/16/07 per E. Jenkins | | 13.86 |
| West Publishing (billed at cost) computerized legal research 03/27/07 per E. Jenkins | | 39.95 |
| West Publishing (billed at cost) computerized legal research 03/29/07 per E. Jenkins | | 198.63 |
| Total Current Disbursements | | $278.84 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | 9,740.00 |
| Total Current Disbursements | 278.84 |
| Total Current Invoice | $10,018.84 |

LAWYERS

Dt
wt

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5600388
Page No. 4

## STATEMENT OF ACCOUNT

Balance from Previous Statement                                    $8,332.58
Current Invoice                                                    $10,018.84

Total Balance Due This Matter                                     $18,351.42

Jim Juliussen