```
=====================================================================================
Proforma   1298751                    06/04/07           Jim Juliussen       Page 568 (1)
=====================================================================================
0053870-000005

              CSK Auto Inc. d/b/a Schuck's Auto              CSK Auto Inc. d/b/a Schuck's Auto
              Attn: James H. Wigle, Senior Counsel           Attn: James H. Wigle, Senior Counsel
              645 East Missouri Ave., Suite 400              645 East Missouri Ave., Suite 400
              Phoenix, AZ 85012-1373                         Phoenix, AZ 85012-1373

              Terry L. Smith

                                              Current Trust Balance as of 06/04/07 :      $0.00

                                              ( ) BILL EXACT COSTS AND FEES    ( ) OTHER        ( ) HOLD
                                              ( ) BILL FEES ONLY   $_____    ( ) OVER RESEARCHED  ( ) WRITE OFF FEES
                                              ( ) BILL COSTS ONLY  $_____    ( ) TRAINING    ( ) WRITE OFF COSTS

VISBILL Template No.:  WM
Billing Instructions:

NARRATIVE:

Reason Codes:  ( ) AGREED REDUCED RATE          ( ) CONTINGENT - WON
               ( ) BAD RESULT                   ( ) EMPLOYEE DISCOUNT
               ( ) COURTESY DISCOUNT            ( ) FIXED FEE
               ( ) CLIENT DEVELOPMENT           ( ) LATE TIME
               ( ) CONTINGENT - LOST            ( ) ROUNDING           ( ) VOLUME DISCOUNT

 Atty      Date       Time    Matter Value    Description of Services Rendered
 ----      ----       ----    ------------    -------------------------------
 JENKE   05/01/07      .10        26.50       Email from Mr. Nassar regarding                    12619987
 JULIJ   05/01/07      .10        30.00       Email from E. Jenkins regarding                    12611051
 JENKE   05/02/07      .20        53.00       Emails to and from Mr. Wigle regarding e_          12619991
                                              discuss ____ with J. Juliussen
 JENKE   05/07/07      .20        53.00       Review documents received from CSK                 12620005
 JULIJ   05/07/07      .20        60.00       Discuss ____ with E. Jenkins                       12611079
 JENKE   05/09/07      .20        53.00       Emails to and from Mr. Wigle regarding             12620016
                                              ____; review supplemental disclosure
                                              filed by Smith
 JENKE   05/10/07      .10        26.50       Email ____ to Mr. Wigle                            12620021
 JENKE   05/11/07      .80       212.00       Review several new Smith filings and conduct        12620027
                                              research regarding CFR provision cited by Smith
 JENKE   05/14/07     4.10     1,086.50       Read Smith's opposition to summary judgment        12620030
```

Exhibit B

```
Proforma   1298751                          06/04/07                                              Page 569 (2)

0053870-000005   CSK Auto Inc. d/b/a Schuck's Auto      Jim Juliussen
                 Terry L. Smith                         CSK Auto Inc. d/b/a Schuck's Auto
```

| Atty | Date | Time | Matter Value | Description of Services Rendered | Index |
|---|---|---|---|---|---|
| JENKE | 05/15/07 | 5.20 | 1,378.00 | Continue drafting reply brief on summary judgment motion | 12620036 |
| JENKE | 05/16/07 | .30 | 79.50 | Emails to and from Mr. Wigle regarding ▬▬▬; revise same | 12645539 |
| JULIJ | 05/16/07 | .30 | 90.00 | Review reply to opposition to motion for summary judgment; brief discussion with E. Jenkins regarding ▬▬ | 12611120 |
| JENKE | 05/17/07 | 1.00 | 265.00 | Revise, proof and direct filing of reply brief on summary judgment motion; | 12645541 |
| JENKE | 05/18/07 | .10 | 26.50 | Review new court documents in Smith matter | 12645547 |
| JENKE | 05/22/07 | .20 | 53.00 | Review Smith pleadings and consider response to motion for Master | 12645556 |
| JULIJ | 05/23/07 | .20 | 60.00 | Review courts' order granting summary judgment; email to Mr. Wigle regarding ▬▬ | 12611148 |
| JENKE | 05/24/07 | .20 | 53.00 | Review summary judgment order and discuss ▬▬ with J. Juliussen by email | 12645560 |
| JULIJ | 05/24/07 | .20 | 60.00 | Review Ninth Circuit notices of appeals and related schedules; instructions to J. Eastman regarding ▬▬ | 12611153 |
| JENKE | 05/29/07 | .20 | 53.00 | Review deadlines for fee motion and cost bill and options for disposing of Smith's interlocutory appeal | 12645570 |
| JENKE | 05/31/07 | .10 | 26.50 | Review new pleadings filed by Smith | 12645577 |

```
Fees Total       14.00       3,745.00
                 ==========  ===========
```

| Atty | Date | Check | Disb Amt | Quan | Description of Disbursement | Index |
|---|---|---|---|---|---|---|
| DWT | 04/02/07 | | 98.60 | 1 | West Publishing (billed at cost) | 3719436 |

Unapplied Credits:   ( 0.00 )

```
Proforma   1298751                    06/04/07                      Jim Juliussen                                    Page 570 (3)

0053870-000005   CSK Auto Inc. d/b/a Schuck's Auto                  CSK Auto Inc. d/b/a Schuck's Auto
                 Terry L. Smith

Atty    Date       Check    Disb Amt    Quan    Description of Disbursement                                              Index
----    ----       -----    --------    ----    ---------------------------                                              -----
DWT    04/03/07               104.55      1     computerized legal research 04/02/07                                     3719437
                                                per E. Jenkins
DWT    04/04/07               635.59      1     West Publishing (billed at cost)                                         3719438
                                                computerized legal research 04/03/07
                                                per E. Jenkins
DWT    04/18/07               150.70      1     West Publishing (billed at cost)                                         3719439
                                                computerized legal research 04/04/07
                                                per E. Jenkins
DWT    04/23/07                83.62      1     West Publishing (billed at cost)                                         3719440
                                                computerized legal research 04/18/07
                                                per E. Jenkins
DWT    04/27/07                11.16      1     West Publishing (billed at cost)                                         3719441
                                                computerized legal research 04/23/07
                                                per J. Eastman
DWT    04/27/07                65.35      1     West Publishing (billed at cost)                                         3719442
                                                computerized legal research 04/27/07
                                                per E. Jenkins
DWT                            64.35    429     Photocopy charges
                                9.41      2     Postage
                             ========
Disbursement Total          1,223.33
                             ========

                                Time Summary By Attorney

Attorney                             Time      Standard        Matter              $ per hr
                                                 Rate           Value              --------
JENKE   E. Jenkins                  13.00      3,445.00       3,445.00              265.00
JULIJ   J. Juliussen                 1.00        300.00         300.00              300.00
                                    -----      --------       --------
                                    14.00      3,745.00       3,745.00

Grand Total Fees                               3,745.00       3,745.00
Grand Total Disbursements                      1,223.33       1,223.33
                                               --------       --------
Grand Total Fees and Disbursements             4,968.33       4,968.33

Jurisdiction                Matter Value
------------                ------------
ANCHORAGE                       3,745.00
```

```
Proforma   1298751              06/04/07         Jim Juliussen                                    Page 572 (5)

0053870-000005   CSK Auto Inc. d/b/a Schuck's Auto     CSK Auto Inc. d/b/a Schuck's Auto
                 Terry L. Smith

                                                                              $ per hour
Attorney                                                                      ----------
--------
JENKE   E. Jenkins                                                              265.00
JULIJ   J. Juliussen                                                            300.00

                              BILLING AND PAYMENT HISTORY
                                 Previous 365 Days

-------------------B I L L E D-------------------    ---------------P A I D---------------
Invoice     Invoice                                           Last      Total
Date        No.         Fees        Disb        Int        Payment     Amount      Invoice
                                                              Date       Paid      Balance
========   ========  ==========  ==========  ========    ==========  ==========  ==========
05/31/06   5514805    2,664.50      442.82      0.00      06/23/06   3,107.32        0.00
06/28/06   5521381      857.00        0.30      0.00      07/18/06     857.30        0.00
07/28/06   5528454      589.00       38.15      0.00      08/14/06     627.15        0.00
08/28/06   5535611    3,432.00      526.54      0.00      09/25/06   3,958.54        0.00
09/27/06   5542289    7,170.00      589.63      0.00      11/10/06   7,759.63        0.00
10/26/06   5549938    4,120.50      155.60      0.00      11/20/06   4,276.10        0.00
11/16/06   5555989    1,238.00      124.92      0.00      12/04/06   1,362.92        0.00
12/19/06   5563809    1,473.50        2.55      0.00      01/17/07   1,476.05        0.00
01/30/07   5571175    1,772.00       22.65      0.00      02/21/07   1,794.65        0.00
02/21/07   5576053    2,436.00      178.23      0.00      03/02/07   2,614.23        0.00
04/27/07   5592205    8,031.00      301.58      0.00                     0.00        0.00
05/29/07   5600388    9,740.00      278.84      0.00                     0.00    10,018.84
                    ==========  ==========  ========                ==========  ==========

                             YEAR-TO-DATE                HISTORY-TO-DATE
                             ============                ===============
          FEES BILLED         21,979.00                     105,864.50
          COSTS BILLED           781.30                       7,427.33
          TOTAL FEES AND COSTS BILLED  22,760.30             113,291.83

          FEES PAID            5,681.50                      88,093.50
          COSTS PAID             203.43                       6,846.91
          TOTAL FEES AND COSTS PAID    5,884.93              94,940.41

ALTERNATE ADDRESSES
```

```
Proforma  1298751                    06/04/07              Jim Juliussen
0053870-000005  CSK Auto Inc. d/b/a Schuck's Auto          CSK Auto Inc. d/b/a Schuck's Auto
                Terry L. Smith

ACCOUNTING
Matter UDFs:
  Visbill Template                                  0s
  Whitehill Template
  Invoice Type                                   NORMAL
  Client Reference
  Time Detail                                     5BD
  Cost Detail                                    COSTDS
  Total Formats                                    BD
  Percent Off Total
  Summary by Professional Formats                  N
  Statement of Account                             Y
  Bank Totals                                      N
  Out of Country                                   N
  Summary Page                                     N
  Miscellaneous
```