

Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for CSK Auto, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERRY L. SMITH                              )
            Plaintiff,                      )
                            )
      v.                                     )
                            )
CSK AUTO, INC.,                             )
            Defendant.                      )    Case No. 4:06-cv-00020 (RRB)
                            )
_____)

COST BILL

     Defendant CSK Auto, Inc. ("CSK") supplements the following Bill of Costs

pursuant to Fed. R. Civ. P. 54(d)(1) and Local Rule 54.1:

     Clerk's Fees

     Filing Fee on Removal                              $350.00

     Documentation supporting the foregoing cost (receipt from clerk and invoice from

Davis Wright Tremaine) is attached as Exhibit A.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

<u>Photocopy Charges</u>

| | |
|---|---|
| 21 copies | $3.15 |
| 704 copies | $105.60 |
| 721 copies | $108.15 |
| 3 copies | $0.45 |
| 17 copies | $2.55 |
| 151 copies | $22.65 |
| 212 copies | $31.80 |
| 91 copies | $13.65 |
| 176 copies | $26.40 |

Documentation supporting the foregoing costs (invoices from Davis Wright Tremaine) is attached as Exhibit B.

Total Taxable Costs:                    $664.40

DATED this 6th day of June, 2007.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant CSK Auto, Inc.

By:___s/ Eric J. Jenkins_____
Eric J. Jenkins, ABA# 0011078
James H. Juliussen, ABA# 9211082
701 W. 8th Ave., Suite 800
Anchorage, AK  99501
Phone: (907) 257-5300
Fax: (907) 257-5399
ericjenkins@dwt.com
jimjuliussen@dwt.com

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Eric J. Jenkins

Certificate of Service:

I certify that on June 6, 2007, a true and correct copy of the foregoing Cost Bill was served on the following via:

( X ) First Class Mail
(    ) Facsimile and Mail
(    ) Hand Delivery

Terry L. Smith
P.O. Box 60882
Fairbanks, Alaska 99706

By: _____ s/ Janet Eastman _____
         Janet Eastman

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

COST BILL
*Smith v. CSK Auto, Inc.  4:06-cv-00020 (RRB)*
ANC 140880v1 0053870-000005

3