```
            UNITED STATES
            DISTRICT COURT
             District of Alaska
             Anchorage Division

           #  00128578  -  PS
              July 17, 2006


     Code    Case #    Qty      Amount

     510000-C F0-6-20            190.00 CK
     086400-R F0-6-20            100.00 CK
     086900-F F0-6-20             60.00 CK


     TOTAL→                      350.00



     FROM: DAVIS WRIGHT TREMAINE LLP
           NEW CIVIL CASE
           4:06-CV-00020 RRB
```

Exhibit A

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

```
1501 FOURTH AVENUE          TEL (206) 622-3150
2600 CENTURY SQUARE         FAX (206) 628-7699
SEATTLE, WA  98101-1688     www.dwt.com
                            FEDERAL ID #91-0839480
```

CSK Auto Inc. d/b/a Schuck's Auto
Attn: James H. Wigle, Senior Counsel
645 East Missouri Ave., Suite 400
Phoenix, AZ 85012-1373

August 28, 2006
Invoice No. 5535611

AUGUST INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Period Covered Through: Jul 31, 2006

Re:   Case Name:   0053870-000005
      Client:      CSK AUTO INC / D/B/A SCHUCK'S AUTO
      Matter:      Terry L. Smith

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 06/23/06 | E. Jenkins | 1.10 | 258.50 | Draft proposed pretrial order and notice to court regarding inability to contact Smith telephone call from Smith; Direct facsimile service of notice to court on Smith |
| 07/05/06 | E. Jenkins | 0.10 | 23.50 | Review J. Eastman's findings regarding Smith's ▓▓▓▓▓▓▓▓▓▓▓▓ and direct follow-up |
| 07/06/06 | E. Jenkins | 1.10 | 258.50 | Review tape of pretrial conference and begin drafting motion to dismiss |
| 07/10/06 | E. Jenkins | 2.30 | 540.50 | Telephone call to Smith regarding his notice to court on FMLA claim; emails to and from Mr. Wigle regarding ▓▓▓▓▓▓▓▓▓▓▓▓; begin drafting removal petition |
| 07/11/06 | J. Juliussen | 0.20 | 57.00 | Discuss ▓▓▓▓▓▓▓▓ with E. Jenkins |
| 07/11/06 | E. Jenkins | 1.50 | 352.50 | Revise and proof answer and email same to Ms. Wigle; work on removal petition |
| 07/12/06 | E. Jenkins | 0.80 | 188.00 | Email from Mr. Wigle▓▓▓▓ |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5535611
Page No. 2

| **DATE** | **PROFESSIONAL** | **TIME** | **AMOUNT** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|---|
| | | | | ; work on petition for removal |
| 07/13/06 | J. Juliussen | 0.30 | 85.50 | Discuss removal and related issues with E. Jenkins |
| 07/13/06 | E. Jenkins | 2.40 | 564.00 | Proof and direct filing of answer; complete removal petition and accompanying affidavit |
| 07/14/06 | E. Jenkins | 1.30 | 305.50 | Complete removal of case and accompanying pleadings |
| 07/17/06 | E. Jenkins | 0.20 | 47.00 | Telephone call from Mr. Smith; emails from U.S. District court confirming opening of case |
| 07/18/06 | E. Jenkins | 0.20 | 47.00 | Review letter from Smith and forward same to Mr. Wigle; several emails from federal court regarding removal |
| 07/19/06 | J. Juliussen | 0.40 | 114.00 | Review various pleadings filed by plaintiff; discuss ▇ with E. Jenkins |
| 07/19/06 | E. Jenkins | 0.30 | 70.50 | Review pleadings filed by Smith; discuss ▇ with J. Juliussen and draft email to Mr. Wigle providing ▇ |
| 07/20/06 | J. Juliussen | 0.30 | 85.50 | Review plaintiff's motion to amend and for a continuance to conduct discovery; discuss ▇ with E. Jenkins |
| 07/20/06 | E. Jenkins | 0.20 | 47.00 | Review new pleadings filed by Smith and email ▇ to Mr. Wigle |
| 07/21/06 | E. Jenkins | 0.20 | 47.00 | Review motion for remand and accompanying pleadings filed by Smith and email ▇ to Mr. Wigle |
| 07/24/06 | J. Juliussen | 0.40 | 114.00 | Review plaintiff's various filings, including motion to remand |
| 07/24/06 | E. Jenkins | 0.20 | 47.00 | Review pleadings and orders from Smith's workers compensation case for possible use with summary judgment motion |
| 07/25/06 | J. Juliussen | 0.30 | 85.50 | Review plaintiff's various filings, including motions to recuse judge; discuss ▇ with E. Jenkins |
| 07/25/06 | E. Jenkins | 0.20 | 47.00 | Review new pleadings filed by Smith to recuse judge and email ▇ to Mr. Wigle; instruct J. Eastman to check on status of minute order for removal |
| 07/26/06 | E. Jenkins | 0.10 | 23.50 | Review order from court regarding removal procedures and consult with J. Eastman regarding ▇ |
| 07/31/06 | E. Jenkins | 0.10 | 23.50 | Confirm deadlines and consult with J. Eastman regarding ▇ |

CSK Auto Inc. d/b/a Schuck's Auto
Invoice No. 5535611
Page No. 3

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| | Total Hours | 14.20 | | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Copying charges | 704 | 105.60 |
| Filing fee - - CLERK - US DISTRICT COURT 07/17/06, Anch ck# 16362, Filing fee per E. Jenkins | | 350.00 |
| Outside Delivery Service - - DHL WORLDWIDE EXPRESS - Waybill #16728310756, 06/23/06 for DHL outside delivery services fees to Fairbanks Superior Court Clerk, Fairbanks, Alaska | | 19.27 |
| Outside Delivery Service - - DHL WORLDWIDE EXPRESS - Waybill #16984745654, 07/13/06 for DHL outside delivery services fees to Fourth Judicial District, Fairbanks, Alaska | | 31.93 |
| West Publishing (billed at cost) computerized legal research 07/14/06 per E. Jenkins | | 19.74 |
| Total Current Disbursements | | $526.54 |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $3,432.00 |
| Total Current Disbursements | $526.54 |
| Total Current Invoice | $3,958.54 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $627.15 |
| Less Payments Received as of 08/14/06 - SCHUCK'S - CHECK #1293897 | ($627.15) |
| Current Invoice | $3,958.54 |
| Total Balance Due This Matter | $3,958.54 |

Jim Juliussen