```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                  SMITH    v.   CSK AUTO INC.

DATE:    June 8, 2007     CASE NO.    4:06-CV-0020-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RE RECONSIDERATION
```

Plaintiff has filed a Motion for Reconsideration of Summary Judgment at Docket 113. Pursuant to D. Ak. LR 59.1(d), Defendant has until the close of business on **Friday, June 22, 2007,** in which to file a response to Plaintiff's motion, after which the Court will take the matter under advisement.