Eric J. Jenkins
James H. Juliussen
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for CSK Auto Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH, <br><br> Plaintiff, <br><br> v. <br><br> CSK AUTO, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:06-cv-00020 (RRB) <br> ) <br> ) |

AFFIDAVIT OF COUNSEL

STATE OF ALASKA        )
                      ) ss.
THIRD JUDICIAL DISTRICT )

Eric J. Jenkins, being first duly sworn, on oath deposes and states:

1.  I am an attorney with the law firm of Davis Wright Tremaine LLP, counsel for Defendant CSK Auto in the above-captioned matter. I am competent to make this affidavit and do so based on personal knowledge.

2.  CSK served its initial disclosures in this matter on Smith on November 30, 2006. Among the documents produced by CSK at that time were time card records showing the dates that Smith was actively employed by CSK, a copy of Smith's September 24, 2004 deposition, a January 6, 2005 Financial Statement Affidavit Smith filed with the Alaska Supreme Court stating he is unable to work, and a second June 6, 2005 affidavit Smith filed with the Alaska Supreme Court stating he is unable to work and has not worked since his March 29, 2001 injury. CSK also listed a documents custodian as a witness to authenticate documents that were produced.

3.  CSK served its Response to Plaintiff's Second Request for Discovery on Smith on January 29, 2007. Among the documents served on Smith at that time were the April 18, 2002 and June 6, 2002 letters to Smith regarding maintenance of his health insurance, and the certified mail return receipt for the June 6, 2002 letter. These documents were included as Exhibits C-E to the Hinson Affidavit filed in the above-captioned matter at Docket 81.

4.  On August 7, 2006, CSK filed its Second Affidavit of Counsel with this Court at Docket 16. Attached as Exhibit A to that affidavit was an Affidavit on Motion that Smith filed with the Superior Court for the State of Alaska stating that he is unable to work and has not worked since his March 29, 2001 workplace injury.

5.  Exhibit B to the Affidavit of JoAnn Hinson (Docket 81) is a document showing Smith's leave status. That document was produced to Smith in the case entitled

AFFIDAVIT OF COUNSEL  – 2
*Smith v. CSK Auto, Inc.*, Case No. 4:06-cv-00020-RRB
ANC 149219v1 0053870-000005

<u>Howell et. al. v. CSK Auto, Inc.</u>, Case No. 3AN-00-12231, Superior Court for the State of Alaska at Anchorage. In his Corrected Initial Disclosures, Smith designated the entire case file from the <u>Howell</u> case to be among the documents he would rely upon in this matter. A true and correct copy of relevant portions of Smith's Corrected Initial Disclosures are attached hereto as Exhibit A.

_____
Eric J. Jenkins

SUBSCRIBED AND SWORN TO before me this 21st day of June, 2007.



_____
Notary Public for the State of Alaska
My Commission Expires: 8/4/10

AFFIDAVIT OF COUNSEL — 3
*Smith v. CSK Auto, Inc.*, Case No. 4:06-cv-00020-RRB
ANC 149219v1 0053870-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399