Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY L. SMITH,<br>　　　　　Plaintiff<br><br>Vs.<br><br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE　　Defendants | Superior Court No. 4FA-04-2053 CI<br><br>(4)-06-CV-00020-RRB |

## CORRECTED INITIAL DISCLOSURES

Plaintiff Terry L. Smith Pro Se submits the following initial disclosures in accordance

with Fed R. Civ P. 26(a)(1):

1. Persons Likely to Have Discoverable Information That Plaintiff Terry L. Smith May use to support his wrongful termination in violation of public policy while under the Workers Compensation Act in violation of the FMLA ACT.

　A. Records Custodian –Located at
　　Csk Auto Inc
　　645 East Missouri Avenue, Suite 400
　　Phoenix, Az 85012

　B. Human Resourse Manager-Located at
　　Csk Auto Inc
　　645 East Missouri Avenue, Suite 400
　　Phoenix, Az 85012

　C. Corporate Human Resourse Department- Located at
　　Csk Auto Inc
　　645 East Missouri Avenue, Suite 400
　　Phoenix, Az 85012

1

D. Csk Auto Inc Operations Manuals- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

E. Csk Auto Inc Complete Procedures Manuals- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

F. Csk Auto Inc. Complete Policy Manuals- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

G. Csk Auto Inc. Complete Benefits Manuals- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

H. Csk Auto Inc. Complete Benefits Plan Documents- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

I. Csk Auto Inc. Complete Documents- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

J. Csk Auto Inc. Complete Equal Employment Opportunity Policy Manuals- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

K. Csk Auto Inc. Complete Discrimination Policy Manuals- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

L. Csk Auto Inc. Complete Health Care Benefits Policy Manuals- Located at
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

M. Keith Howell v. Csk Auto Inc 3AN-00-12331 CI Complete file
   Anchorage Court House
   303 K Street
   Anchorage, Ak 99501

Note Items A Thru L are not protected by Attorney Privilege as it part of Csk Auto open door policy as provided by their employee Associate Hand Book and must be produced for the Jury to Look at.

Subjects: Authentication of documents related to this case for Csk Autos Wrongful Acts against terminating Employee while under workers Compensation Act in violation of the F.M.L.A. ACT.

1. **C.E.O. Maynard L. Jenkins Csk Auto Inc.**
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012
   Chairman, Chief Exec. Officer, Pres, Chief Operating Officer and Chief Exec. Officer Of Csk Auto Inc.

2. **Mr. Larry Buresh** Chief Information Officer
   Sr. VP, Chief Information Officer - CSK Auto Inc. and Sr. VP - Csk Auto Inc.
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

3. **Mr. James Riley** Chief Financial Officer
   Sr. VP, Chief Financial Officer of CSK Auto Inc. and Sr. VP of CSK Auto Inc
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

4. Human Resource Manager
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

5. Benefits Manager
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

6. Any unnamed Manager subsequently not named
   Csk Auto Inc
   645 East Missouri Avenue, Suite 400
   Phoenix, Az 85012

   Subjects: All aspects of case

7. All Csk Auto Inc Corporate Management during the last 15 years
   Identity and contact Information unknown.

Subjects: all Documents and termination of employees while under the workers Compensation Act.

Plaintiff Terry L. Smith will Supplement Disclosures with names of additional witnesses when Csk Auto Produces those names as required and will be required for testimony at trial for Csk Auto Inc Wrongful Acts against employee and employees for their wrongful acts against injured employees while under the workers compensation Act.

2. <u>Documents, Data, Compilations and Tangible Objects:</u>

   A. Plaintiffs Time Card Punch [Altered] detail received from Csk Auto Inc (Bates Nos. Csk 0001-9). This is Jury Evidence.

   B. Plaintiffs Earnings Received From Csk Auto Inc Minus Plaintiffs Benefits value (Bates Nos Csk 0010-13). This is Jury Evidence

   C. Plaintiffs Response Received from Csk Auto Inc. to Defendants First Discovery request in the case Keith Howell v. Csk Auto Inc. 3AN-00-12331 CI (Bates Nos. 0014-18) This is Jury Evidence.

   D. Plaintiffs Deposition Received From Csk Auto Inc. in Case Keith Howell v. Csk Auto Inc. 3AN-00-12331 CI (Bates Nos. 0019-43) This is Jury Evidence.

   E. Plaintiffs Financial Statement Received From Csk Auto Inc. Filed With the Alaska Supreme Court in Case No. S-11791 (Bates Nos. 0044-47) This is Jury Evidence.

   F. Plaintiffs Affidavit on Motion Received From Csk Auto Inc Dated January 6 2005 (Bates Nos. 0048-49). This is jury Evidence.

   G. Csk Auto Inc Associate Policy Hand Book ( Plaintiff EXH A) This is Jury Evidence

   H. Csk Auto Inc Work Hours Policy ( Plaintiff EXH B.) This is Jury Evidence

   I. Csk Auto Inc Human Resources Policy ( Plaintiff EXH C.) This is Jury Evidence

   J. Csk Auto Inc Benefits Resources Policy ( Plaintiff EXH D.) This is Jury Evidence

   K. Csk Auto Inc Pledge of Customer Service( Plaintiff EXH E.) This is Jury Evidence

   L. Csk Auto Inc Safety Guidelines for all Associates ( Plaintiff EXH F.) This is Jury Evidence

   M. Picture of Cases of Antifreeze double taped together (Plaintiff EXH G.) This is Jury Evidence. As this is Clear Negligence as to Csk Auto Negligence in packaging for Shipping [overloading] to save money. This is Jury Evidence.

   N. Picture of Plaintiffs Safety Belt that failed (Plaintiff EXH H.) This is Jury Evidence. As this is Clear Negligence as to Csk Auto Negligence in hiding the fact that Such Equipment was not Safety Equipment.

   O. Plaintiff Damages Loss Wages Calculation (Plaintiff EXH I.) This is Jury Evidence.

1. **DAMAGES**:

   This does not Include Punitive Damages associated with this Wrongful termination for Csk Auto Inc Wrongful act in violation of Public Policy.


Dated This 19 Day Of Dec ,2006

*[signature]*
Terry L. Smith Pro Se


## CERTIFICATE OF SERVICE
Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 19 Day Of Dec ,2006 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

[X] FIRST CLASS MAIL
[] FACSIMILE AND MAIL
[] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

*[signature]*
Terry L. Smith Pro SE
P.O. Box 60882
Fairbanks, Alaska 99706-0882

5