UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                    SMITH   v.   CSK AUTO INC.

DATE:   June 26, 2007   CASE NO.   4:06-CV-0020-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **DENYING RECONSIDERATION**

---

      Plaintiff's claims in this matter are legally without merit and factually without basis.  This litigation has gone on long enough.  This case is **DISMISSED** with prejudice.

M.O. DENYING RECONSIDERATION