```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA

TERRY L. SMITH,
         Plaintiff,
                                    Case Number 4:06-cv-00020-RRB
v.

CSK AUTO INC., d/b/a SCHUCKS
AUTO SUPPLY, and DOE,
         Defendant.               JUDGMENT IN A CIVIL CASE
```

__   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this matter is DISMISSED with prejudice.

APPROVED:

s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

_____
Date: June 28, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

          IDA ROMACK
     Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}