Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824



RECEIVED
JUL 3 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| TERRY L. SMITH,<br>Plaintiff<br><br>Vs.<br><br>CSK AUTO INC,<br>d.b.a. SCHUCKS AUTO SUPPLY<br>AND DOE      Defendants | (4)-06-CV-000020-RRB |

### NOTICE OF APPEAL

Plaintiff Pro Se Terry L. Smith Give notice of Appeal of docket 102 and 112 and 121 and a complete review of this FML.Act issue as § 825.110 (b) is at question of this Summary Judgment order dated 5 23 07.

Respectfully Submitted,

Terry L. Smith Pro Se

Dated This 3rd Day OF July ,2007