Terry L. Smith
PO BOX 60882
FAIRBANKS, AK 99706
(907)488-8824



JUL 3 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

TERRY L. SMITH,
        Plaintiff

Vs.

(4)-06-CV-000020-RRB

CSK AUTO INC,
d.b.a. SCHUCKS AUTO SUPPLY
AND DOE     Defendants

### MOTION TO WAVE FILING FEE

Plaintiff Pro Se Terry L. Smith files this Motion to wave the filing fee in a Summary Judgment decision and order from docket 102 Plaintiff ask this court to wave filing fee in this issue.

Respectfully submitted,

*[signature]*

Terry L. Smith Pro Se

Dated This 5 Day Of July, 2007

## CERTIFICATE OF SERVICE

Case 4:06-cv-00020-RRB

I Certify that a Copy of the forgoing Document was served on the 3rd Day Of July _____,2007 A True and Correct copy of the foregoing DOCUMENT WAS SERVED VIA:

        [X] FIRST CLASS MAIL
        [] FACSIMILE AND MAIL
        [] HAND DELIVERY

ON THE FOLLOWING:

Davis Wright Tremaine
701 W. Eighth Avenue
Suite 800
Anchorage, Alaska 99501-3468

_____
Terry L. Smith Pro Se
P.O. Box 60882
Fairbanks, Alaska 99706-0882

CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


SMITH  v.  CSK AUTO INC.

DATE:   June 26, 2007    CASE NO.   4:06-CV-0020-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS DENYING RECONSIDERATION**

---

    Plaintiff's claims in this matter are legally without merit and factually without basis.  This litigation has gone on long enough.  This case is **DISMISSED** with prejudice.

M.O. DENYING RECONSIDERATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>TERRY L. SMITH</u>  v.  <u>CSK AUTO, INC.</u>

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                             CASE NO. <u>4:06-CV-00020-RRB</u>

<u>John W. Erickson, Jr.</u>                        DATE: June 4, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS REGARDING
               PLAINTIFF'S PENDING MOTIONS**

---

      Before the Court at Dockets 107 and 109 is Plaintiff Terry L. Smith with two motions filed subsequent to the dismissal of this matter. Because this matter was dismissed with prejudice on May 23, 2007 (Docket 102), and because Plaintiff has no further recourse in this Court, Plaintiff's motions at **Docket 107 and 109** are hereby **DENIED** as moot. Plaintiff's Motion for Discovery Master at **Docket 95** is also **DENIED** as moot. Plaintiff may seek further review of this matter before the Ninth Circuit Court of Appeals. <u>See generally</u> Fed. R. App. P. 3 & 4. Plaintiff is reminded, however, that he should do so in a timely manner. <u>Id.</u>

MINUTE ORDER REGARDING PLAINTIFF'S MOTIONS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| TERRY L. SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>CSK AUTO INC., d/b/a SCHUCKS AUTO SUPPLY, and DOE,<br><br>Defendants. | 4:06-cv-0020-RRB<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
|---|---|

Before the Court is Defendant CSK Auto, Inc. ("CSK") with a Motion for Summary Judgment (Docket 80). The motion is opposed at Docket 88.[1] Inasmuch as the Court concludes the parties have submitted memoranda thoroughly discussing the law and evidence in support of their positions, it further concludes oral argument is neither necessary nor warranted with regard to the instant matter.[2]

---

[1] In reaching the decision contained herein, the Court notes it has also reviewed Smith's Notice of Genuine Issue of Material Fact at Docket 92.

[2] See Mahon v. Credit Bureau of Placer County Inc., 171 F.3d 1197, 1200 (9th Cir.1999)(explaining that if the parties provided the district
(continued...)

ORDER GRANTING DEFENDANT'S
 MOTION FOR SUMMARY JUDGMENT - 1
4:06-CV-0020-RRB

Having carefully reviewed the relevant filings, the Court concludes Plaintiff Terry L. Smith ("Smith") has no claim under the Family and Medical Leave Act (the "FLMA") and no claim for retaliatory discharge. Indeed, "Smith had not even been discharged by CSK when he asserted these claims in 2004, and the claims make no sense given Smith's repeated assertions that he cannot work."[3] Smith's FLMA claim fails because he was <u>not</u> an "eligible employee" under the FLMA <u>as of the date his leave commenced</u>.[4] Even if he was, the undisputed facts reveal he received far more generous benefits than he would have been entitled to under that statute had he been a covered employee.[5] As a result, Defendant's motion at **Docket 80** is hereby **GRANTED**. All remaining motions are **DENIED** as moot. This matter is **DISMISSED** with prejudice.

ENTERED this 23rd day of May, 2007.

s/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[2](...continued)
court with complete memoranda of the law and evidence in support of their positions, ordinarily oral argument would not be required).

[3]   Docket 80 at 16.

[4]   Because Smith had not been employed for at least 12 months <u>as of the date his leave commenced</u>, the Court concludes he is <u>not</u> an "eligible employee" pursuant to 29 U.S.C. § 2611(2)(A); and 29 C.F.R. § 825.110.

[5]   Docket 80 at 16.

ORDER GRANTING DEFENDANT'S
 MOTION FOR SUMMARY JUDGMENT - 2
4:06-CV-0020-RRB