RECEIVED

JUL 1 6 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

7-35544

**CASE INFORMATION:**
Short Case Title: Terry L. Smith v CSK Auto Inc. d.b.a. Schucks Auto Supply and Doe
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline 4-06-cv-000020-RRB
Date Complaint/Indictment/Petition Filed: 7/17/2006
Date Appealed Order/Judgment *entered*: 5/23/2007
Date NOA *filed*: 7/3/2007
COA Status (check one):

FILED

JUL 10 2007

__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)    __pending

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Court Reporter(s) Name and Phone Number: Sherry Mons - 907-451-5791
            Magistrate Judge's Order?  If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: _        Date Docket Fee billed: _
Date FP granted: _            Date FP denied: _
Is FP pending?  Yes            Was FP Limited/Revoked?
US Government Appeal?   no
Companion Cases?  Please list:   07-35404 & 07-35405
            Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellant Counsel:                  Appellee Counsel:
Terry L. Smith, Pro Se              Eric J. Jenkins
PO Box 60882                        Davis Wright Tremaine LLP
Fairbanks, AK  99706                701 W. 8th Avenue, Suite 800
Telephone: 907-488-8824             Anchorage, AK  99501
                                    Fax: 907-258-5399
                                    Email: ericjenkins@dwt.com

__retained   __CJA   __FPD   __FPD   __Other      Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: _            Address: _
Custody: _
Bail: _

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _        9th Circuit Docket Number: _

---

Name and phone number of person completing this form:   Sherry Mons - 907-451-5791