**FILED**

UNITED STATES COURT OF APPEALS

JUL 30 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TERRY SMITH,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>CSK AUTO, INC.,<br><br>    Defendant - Appellee. | Nos. 07-35404<br>     07-35405<br><br>D.C. No. CV-06-00020-RRB<br>District of Alaska,<br>Fairbanks<br><br>ORDER |

Before: SCHROEDER, Chief Judge, RYMER and HAWKINS, Circuit Judges.

Appellee's unopposed motion to dismiss these appeals for lack of jurisdiction is granted. *See* 28 U.S.C. § 1291; *Chacon v. Babcock,* 640 F.2d 221 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties).

**DISMISSED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 1 2007

Redacted

Deputy Clerk

PROSE

INTERNAL USE ONLY: Proceedings include all events.
07-35405 Smith v. CSK Auto, Inc.

TERRY SMITH  
    Plaintiff - Appellant

Terry Smith  
[COR LD NTC prs]  
P.O. Box 60882  
Fairbanks, AK 99706

v.

CSK AUTO, INC.  
    Defendant - Appellee

Eric J. Jenkins, Esq.  
FAX 907/257-5399  
907/257-5300  
Suite 800  
[COR LD NTC ret]  
DAVIS WRIGHT TREMAINE, LLP  
701 W. Eighth Ave.  
Anchorage, AK 99501-3408

INTERNAL USE ONLY: Proceedings include all events.
07-35404 Smith v. CSK Auto, Inc.

TERRY SMITH                           Terry Smith
    Plaintiff - Appellant        [COR LD NTC prs]
                                    P.O. Box 60882
                                    Fairbanks, AK 99706

  v.

CSK AUTO, INC.                        Eric J. Jenkins, Esq.
    Defendant - Appellee         FAX 907/257-5399
                                    907/257-5300
                                    Suite 800
                                    [COR LD NTC ret]
                                    DAVIS WRIGHT TREMAINE, LLP
                                    701 W. Eighth Ave.
                                    Anchorage, AK 99501-3408