UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TERRY SMITH,<br><br>　　　Plaintiff - Appellant,<br><br>　v.<br><br>CSK AUTO, INC.,<br><br>　　　Defendant - Appellee. | No. 07-35404<br>D.C. No. CV-06-00020-RRB<br><br><br><br>**JUDGMENT** |
| TERRY SMITH,<br><br>　　　Plaintiff - Appellant,<br><br>　v.<br><br>CSK AUTO, INC.,<br><br>　　　Defendant - Appellee. | No. 07-35405<br>D.C. No. CV-06-00020-RRB<br><br><br><br>**JUDGMENT** |

　　　Appeal from the United States District Court for the District of Alaska (Fairbanks).

　　　On consideration whereof, it is now here ordered and adjudged by this Court, that the appeals in this cause be, and hereby are **DISMISSED for lack of jurisdiction**.

Filed and entered 07/30/07



Signature Redacted

　／　Deputy Clerk