

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TERRY SMITH,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>CSK AUTO, INC.,<br><br>    Defendant - Appellee. | No. 07-35544<br><br>D.C. No. CV-06-00020-F-RRB<br>District of Alaska, Fairbanks<br><br>ORDER |

Before: PREGERSON and THOMAS, Circuit Judges.

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

Appellant's motion for appointment of counsel is denied because this appeal does not present "exceptional circumstances" warranting the appointment of counsel. *See* 28 U.S.C. § 1915(e)(1); *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986). No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained.

The briefing schedule shall proceed as follows: the opening brief is due October 22, 2007; the answering brief is due November 21, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

07-35544

Because appellant is proceeding without counsel, the excerpts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellee's supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in appellee's brief. *See* 9th Cir. R. 30-1.7.